E-FILED
Thursday, 30 December, 2004  03:17:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| FLOYD K. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-1062 |
| | ) | |
| DONALD N. SNYDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW COMES the Defendants, Donald N. Snyder, Jr., Jesse Montgomery, Mark A. Pierson, and Wanda L. Bass, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 34(b), hereby submit their Motion for Enlargement of Time in which to respond to Plaintiff's Request for Production of Documents.

1. A document request was received from Plaintiff's counsel with documents requested to be produced by January 4, 2005.

2. The requested documents are not in the possession of the defendants and must be requested from the Illinois Department of Corrections. The documents have not been received in this office as of this date.

3. The undersigned had three trials scheduled in the month of December, 2004 (although one trial was canceled upon arrival in Urbana) which necessitated travel both for preparation and for the trials themselves. This, along with a shortened holiday

schedule caused the undersigned to be unable to follow-up with the institution housing the requested documents.

    4.    Defendants request they be given until January 12, 2005 in which to produce or file objections to the request.

    5.    This request is made in good faith and not for purpose of delay, and Plaintiff should not be prejudiced by such a short delay.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant their Motion for Enlargement of Time to file responses to Plaintiff's request for production of documents.

    Respectfully submitted,

    DONALD N. SNYDER, JR., JESSE MONTGOMERY, MARK A. PIERSON, and WANDA L. BASS,

    Defendants,

    LISA MADIGAN, Attorney General, State of Illinois

Kelly R. Choate, #6269533  
Assistant Attorney General  
500 South Second Street  
Springfield, Illinois 62706  
(217) 782-9026

Of Counsel.

    Attorney for Defendants,

By:  s/ Kelly R. Choate  
    KELLY R. CHOATE  
    Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FLOYD K. HAYES, | ) |
|           Plaintiff, | ) |
| -vs- | ) No. 04-1062 |
| DONALD N. SNYDER, et al., | ) |
|           Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 30, 2004, I electronically filed a Motion for Enlargement of Time to Respond to Plaintiff's Request for Production of Documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Jonathan A. Backman
Law Office of Jonathan Backman
jbackman@backlawoffice.com

Theresa M. Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

and I hereby certify that on December 30, 2004, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

    Respectfully Submitted,
    s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  kchoate@atg.state.il.us