**E-FILED**
Sunday, 12 June, 2005  04:08:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FLOYD K. HAYES,  )<br>  )<br>       plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>Donald N. Snyder, Jesse Montgomery,  )<br>Mark. A. Pierson, Wanda L. Bass,  )<br>William M. Hamby, MD., PhD.,  )<br>each in their individual  )<br>capacities only,  )<br>  )<br>       defendants.  ) | Case No. 04- CV-1062 |

### PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY CUT-OFF DATE AND RELATED DATES AND DEADLINES

Plaintiff Floyd K. Hayes, by his undersigned counsel, respectfully moves this Court to extend the discovery cutoff date and related dates and deadlines in this case for a period of 90 days. In support of his motion, plaintiff states as follows.

1.  On March 3, 2004, plaintiff filed his Complaint against all five of the above-captioned defendants under 42 U.S.C. § 1983 and the Eighth Amendment of the United States Constitution.

2.  In a Minute Entry entered by this Court on July 15, 2004, the Court (a) set the discovery cut-off for June 16, 2005, (b) set the dispositive motion deadline for September 15, 2005, (c) scheduled the Final Pretrial Conference for December 20, 2005, and (d) scheduled trial for January 23, 2006.

3. While both parties have cooperated in the discovery process, have completed substantially all written discovery, and have participated in plaintiff's deposition, plaintiff has not yet deposed the defendants because he experienced substantial difficulty obtaining certain vital medical documentation from the Veterans' Administration (the "VA"), and because, despite persistent efforts, his counsel has been unable to date to interview plaintiff's primary case physician, Dr. Alicia Bigham, at the VA Hospital in Lexington, Kentucky. Without this documentation and interview, plaintiff has been unable to make informed decisions about which of the defendants he needs to depose, and about certain critical areas that he will need to explore during the depositions.

4. Just in the past several weeks, after numerous months of trying, plaintiff's attorney and his assistant finally have made contact with the general counsel for the VA in Kentucky, and they are in the process of arranging an interview with the doctor, which should take place in the near future. At that point, plaintiff likely will be turning over certain limited additional documentation to defendants' counsel, and will be making prompt decisions about whom to depose and about how to proceed with his claims.

5. Due to the difficulties in obtaining the aforementioned documentation and in reaching Dr. Bigham, and in view of the fact that a deposition of Dr. Bigham will have to take place at the VA Hospital in Kentucky, plaintiff respectfully asks that the Court grant him and the other parties an additional 90 days to complete discovery, and that the Court revise the other dates and deadlines accordingly.

WHEREFORE, plaintiff respectfully requests that this Court (i) extend the discovery cut-off to September 15, 2005, (ii) extend the dispositive motion deadline to November 15, 2005, (iii) reschedule the Final Pretrial Conference and trial dates to early 2006, or to any other dates thereafter that the Court's schedule will allow, and (iv) grant plaintiff such other and further relief as the Court deems just and proper.

Dated: June 12, 2005

Respectfully submitted,

By: /s/ Jonathan A. Backman
_____
Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 North Lee Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
*Attorney for Plaintiff Floyd K. Hayes*

I, JONATHAN A. BACKMAN, in accordance with 28 U.S.C. § 1746, declare as follows under penalty of perjury:

1. I am counsel to the plaintiff in the above-captioned case.

2. I have prepared and reviewed the above and foregoing motion, and the facts set forth therein are true and correct to the best of my knowledge and belief.

Dated: June 12, 2005

By: /s/ Jonathan A. Backman
_____
Jonathan A. Backman

CERTIFICATE OF SERVICE

I, Jonathan A. Backman, an Illinois attorney, hereby certify that on June 12, 2005, I electronically filed Plaintiff's Motion to Extend the Discovery Cut-off Date and Related Dates and Deadlines with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Choate, Esq.
Illinois Attorney General's Office
Assistant Attorney General
500 South Second St
Springfield, IL 62706
(217) 782-9026
FAX: (217) 782-1090
kchoate@atg.state.il.us, jginter@atg.state.il.us, jedwards@atg.state.il.us, bmyers@atg.state.il.us

Theresa Powell, Esq.
Heyl, Royster, Voulker & Allen
1 N. Old State Capitol Plaza
Suite 575
POB 1687
Springfield, IL 62705
Theresa M Powell
tpowell@hrva.com, sprecf@hrva.com, ejarman@hrva.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

/s/ Jonathan A. Backman