UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FLOYD K. HAYES, | ) |
| plaintiff, | ) |
| v. | ) Case No. 04- CV-1062 |
| Donald N. Snyder, Jesse Montgomery, Mark. A. Pierson, Wanda L. Bass, William M. Hamby, MD., PhD., each in their individual capacities only, | ) |
| defendants. | ) |

## NOTICE OF DEPOSITION

To: Parties on Attached Certificate of Service

YOU ARE HEREBY NOTIFIED that on Friday, October 7, 2005, commencing at 3:30 p.m., at the Lexington Veteran's Hospital, 1100 Veteran's Avenue, Lexington, Kentucky, Room D-206, Cooper Drive Division, we will take the video deposition of **DR. JOSEPH ATTALLAH**, before a court reporter, for discovery and evidence in this case.

Dated: September 12, 2005

Respectfully submitted,

By:  /s/  Jonathan A. Backman
Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 North Lee Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
*Attorney for Plaintiff Floyd K. Hayes*

## CERTIFICATE OF SERVICE

       I, Jonathan A. Backman, an Illinois attorney, hereby certify that on September 12, 2005, I electronically filed the foregoing **Notice of Deposition** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Choate, Esq.
Illinois Attorney General's Office
kchoate@atg.state.il.us, jginter@atg.state.il.us, jedwards@atg.state.il.us, bmyers@atg.state.il.us

Theresa Powell, Esq.
Heyl, Royster, Voulker & Allen
tpowell@hrva.com,  sprecf@hrva.com, ejarman@hrva.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants, except as otherwise indicated:

| | |
|---|---|
| Depobook<br>713 10th Street<br>Modesto, CA 95354<br>Attention: Jennifer | Jackie Gordon*<br>Counsel for the VA<br>jackie.gordon@va.gov |
| New Direction Video<br>Walter Holmes<br>2245 Hikes Lane, Suite 102<br>Louisville, KY 40218 | Floyd Hayes<br>108 Pleasantview, Lot 2<br>Wilmore, KY 40390 |

                                                  /s/ Jonathan A. Backman
                                                      Jonathan A. Backman

*By Electronic Transmission