05415-P0600
TMP/cmw

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| FLOYD K. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-CV-1062 |
| | ) | |
| DONALD N. SNYDER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

NOW COMES the Defendant, WILLIAM M. HAMBY, M.D., by his attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for their Motion for Extension of Time state:

1. On October 3, 2005, Plaintiff's counsel provided defense counsel with some supplemental discovery documents which include medical records of the Plaintiff dated August 2002.

2. Within these records are reports from various physicians who have treated the Plaintiff subsequent to his release from the Illinois Department of Corrections.

3. Two of these physicians contained within the most recently received records have testimony or at least documentation contained within their records which Defendants would like to use at the time of trial.

4. These physicians are Dr Narayna Amin, one of Plaintiff's urologists and Dr. Barcenilla, a family physician.

5. Each of these physicians appears to reside in the State of Kentucky and is not easily accessible by any of the parties.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P0600
TMP/cmw

6. As Defendants are prohibited by Illinois law from discussing Plaintiff's care and treatment with them without an Authorization from the Plaintiff or his counsel, Affidavits cannot be obtained by defense counsel directly from these physicians.

7. Counsel has requested that depositions be scheduled by Plaintiff's counsel or that exparte communications be allowed without waiving the right for the need of an evidence deposition should this court deny an dispotive motions which may be filed by undersigned counsel.

8. As the deadline for discovery is fast approaching on October 31, 2005, Defendants request that this Court allow an extension of time to complete discovery as these new materials have just been provided.

9. Undersigned counsel therefore requests that the Court at a minimum allow an additional amount of time to take the deposition of these two physicians and further request that these physicians' depositions be coordinated by Plaintiff's counsel as undersigned counsel does not have authority to communicate with these physicians at this time.

10. This motion is not being filed in an effort to cause undue delay or hardship to any parties, but is made in an effort to resolve this matter as quickly as possible without the need for any future delays.

WHEREFORE, the Defendants pray that this Court will allow sufficient time to obtain testimony from the aforementioned physicians.

> Respectfully submitted,
> s/Theresa M. Powell
> HEYL, ROYSTER, VOELKER & ALLEN
> Suite 575, National City Center
> P.O. Box 1687
> Springfield, IL 62705
> Phone: (217) 522-8822
> Fax:   (217) 523-3902
> E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P0600
TMP/cmw

**CERTIFICATE OF SERVICE**

 I hereby certify that on October 17, 2005, I electronically filed **Motion for Extension of Time to Complete Discovery** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Kelly R. Choate
>kchoate@atg.state.il.us
>
>Jonathan A. Backman
>jbackman@backlawoffice.com

                 Respectfully submitted,
                 s/Theresa M. Powell
                 HEYL, ROYSTER, VOELKER & ALLEN
                 Suite 575, National City Center
                 P.O. Box 1687
                 Springfield, IL 62705
                 Phone: (217) 522-8822
                 Fax: (217) 523-3902
                 E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822