UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FLOYD K. HAYES, | ) |
| | ) |
| plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 04- CV-1062 |
| | ) |
| Donald N. Snyder, Jesse Montgomery, | ) |
| Mark. A. Pierson, Wanda L. Bass, | ) |
| William M. Hamby, MD., PhD., | ) |
| each in their individual | ) |
| capacities only, | ) |
| | ) |
| defendants. | ) |

AMENDED NOTICE OF DEPOSITION

To: Parties on Attached Certificate of Service

YOU ARE HEREBY NOTIFIED that on **Tuesday, June 6, 2006**, commencing at **12:30 p.m.**, at the law offices of Heyl, Royster, Voulker & Allen, 1 N. Old State Capitol Plaza, Suite 575, Springfield, IL, we will take the deposition of **DR. WILLIAM M. HAMBY**, one of the defendants in the above-captioned case.

Dated: May 17, 2006

Respectfully submitted,

By:   /s/ Jonathan A. Backman
         Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430

*Attorney for Plaintiff Floyd K. Hayes*

<u>CERTIFICATE OF SERVICE</u>

        I, Jonathan A. Backman, an Illinois attorney, hereby certify that on May 17, 2006, I electronically filed the foregoing **Amended Notice of Deposition** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Choate, Esq.
Illinois Attorney General's Office
kchoate@atg.state.il.us, jginter@atg.state.il.us, jedwards@atg.state.il.us, bmyers@atg.state.il.us

Theresa Powell, Esq.
Heyl, Royster, Voulker & Allen
tpowell@hrva.com, sprecf@hrva.com, ejarman@hrva.com

and I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

None.

                                                     /s/ Jonathan A. Backman
                                                     Jonathan A. Backman