**E-FILED**
Wednesday, 17 May, 2006  12:09:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FLOYD K. HAYES, | ) |
| | ) |
| plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 04- CV-1062 |
| | ) |
| Donald N. Snyder, Jesse Montgomery, | ) |
| Mark. A. Pierson, Wanda L. Bass, | ) |
| William M. Hamby, MD., PhD., | ) |
| each in their individual | ) |
| capacities only, | ) |
| | ) |
| defendants. | ) |

## PLAINTIFF'S SECOND MOTION TO EXTEND THE DISCOVERY CUTOFF DATE AND RELATED DATES AND DEADLINES

Plaintiff Floyd K. Hayes, by his undersigned counsel, respectfully moves this Court to extend the discovery cutoff date and related dates and deadlines in this case for a period of approximately 60 days. In support of his motion, plaintiff states as follows.

1.     On March 3, 2004, plaintiff filed his Complaint against the above-captioned defendants under 42 U.S.C. § 1983 and the Eighth Amendment of the United States Constitution.

2.     After an original motion for an extension of time filed by plaintiff, and then a subsequent one filed by defendant Dr. William Hamby, this Court, by a Minute Entry entered on November 7, 2005, (a) set the discovery cut-off for May 31, 2006, (b) set the dispositive motion deadline for June 30, 2006, (c) scheduled the Final Pretrial Conference for October 13, 2006, and (d) scheduled trial for November 20, 2006.

3.    As indicated in the parties' previous extension motions, counsel for all parties have acted cooperatively, diligently and in good faith throughout the discovery in this case, but a combination of factors, including the location of several medical witnesses and documents outside the State (at the Veterans' Administration in Kentucky), as well as unanticipated personal issues for various parties, have resulted in some delays.

4.     At this point, written discovery has been substantially completed, the depositions of all non-party witnesses as well as that of plaintiff have been taken, and plaintiff has determined that he will not need the deposition of certain defendants.

5.    Nevertheless, because of an illness in Dr. Hamby's family, the doctor is unable to attend the deposition previously scheduled for May 18, 2006, and his deposition is being rescheduled for June 6, 2006.  Additionally, as plaintiff previously has advised defendants, plaintiff <u>may</u> need to locate and identify an expert on a certain relatively simple medical issue, but cannot make this determination until he hears Dr. Hamby's testimony on this issue.  Likewise, it is possible, albeit relatively unlikely, that Dr. Hamby's testimony may require that plaintiff take the deposition of one or two of the other defendants herein.

6.    Plaintiff acknowledges that extending the discovery cutoff by 60 days likely will require the resetting of certain other deadlines and dates, but plaintiff submits that, given his diligence and that of all parties and counsel hereto, and the obvious importance of Dr. Hamby's deposition to a proper outcome of this case, such an extension is warranted at this time.

WHEREFORE, plaintiff prays that this Court (i) extend the discovery cut-off to July 30, 2006, (ii) extend the dispositive motion deadline to August 31, 2006, (iii) reschedule the Final Pretrial Conference and trial dates accordingly, and (iv) grant plaintiff such other and further relief as the Court deems just and proper.

Dated: May 17, 2006

Respectfully submitted,

By: /s/ Jonathan A. Backman
_____
Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 North Lee Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
*Attorney for Plaintiff Floyd K. Hayes*

I, JONATHAN A. BACKMAN, in accordance with 28 U.S.C. § 1746, declare as follows under penalty of perjury:

1.    I am counsel to the plaintiff in the above-captioned case.

2.    I have prepared and reviewed the above and foregoing motion, and the facts set forth therein are true and correct to the best of my knowledge and belief.

Dated: May 17, 2006

By: /s/ Jonathan A. Backman
_____
Jonathan A. Backman

<u>CERTIFICATE OF SERVICE</u>

        I, Jonathan A. Backman, an Illinois attorney, hereby certify that on May 17, 2006, I electronically filed  **Plaintiff's Second Motion to Extend the Discovery Cutoff Date and Related Dates and Deadlines** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Choate, Esq.
Illinois Attorney General's Office
Assistant Attorney General
500 South Second St
Springfield, IL 62706
(217) 782-9026
FAX: (217) 782-1090
kchoate@atg.state.il.us, jginter@atg.state.il.us, jedwards@atg.state.il.us, bmyers@atg.state.il.us

Theresa Powell, Esq.
Heyl, Royster, Voulker & Allen
1 N. Old State Capitol Plaza
Suite 575
POB 1687
Springfield, IL 62705
Theresa M Powell
tpowell@hrva.com, sprecf@hrva.com, ejarman@hrva.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

                                       ___/s/  Jonathan A. Backman___