IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| FLOYD K. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-1062 |
| | ) | |
| DONALD N. SNYDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE DISPOSITIVE MOTION**

NOW COMES the Defendants, Donald N. Snyder, Jr., Jesse Montgomery, Mark A. Pierson, and Wanda L. Bass, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submit their motion for enlargement of time of an additional fourteen (14) days, up to and including September 15, 2006, in which to file their dispositive motion. In support thereof, Defendants state as follows:

1. A dispositive motion deadline of August 31, 2006 was set by the Court.

2. The undersigned was out of the office due to illness on the afternoon of Tuesday, August 29, 2006 and did not return to the office until Thursday, August 31, 2006, and was unable to complete the defendants' motion and memorandum of law.

3. Additionally, because Defendant Bass is on vacation, the undersigned has been unable to obtain an affidavit from her to support her motion for summary judgment.

    4.    For the above reasons, Defendants request an additional fourteen (14) days, up to and including September 15, 2006, in which to file their dispositive motion.

    5.    This request is made in good faith and not for purpose of delay. Defendants believe this case against them can be resolved in its entirety on summary judgment.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant their motion for enlargement of time of an additional fourteen (14) days, up to and including September 15, 2006, to file their dispositive motion.

Respectfully submitted,

DONALD N. SNYDER, JR., JESSE MONTGOMERY, MARK A. PIERSON, and WANDA L. BASS,

Defendants,

LISA MADIGAN, Attorney General, State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| FLOYD K. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-1062 |
| | ) | |
| DONALD N. SNYDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed a Motion for Enlargement of Time to File Dispositive Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Jonathan A. Backman
Law Office of Jonathan Backman
jbackman@backlawoffice.com

Theresa M. Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

and I hereby certify that on August 31, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us