UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FLOYD K. HAYES,            )
                           )
       plaintiff,          )
                           )   Case No. 04-CV-1062
v.                         )
                           )
Donald N. Snyder, Jesse Montgomery,  )
Mark. A. Pierson, Wanda L. Bass,     )
William M. Hamby, MD., PhD.,         )
each in their individual             )
capacities only,                     )
                           )
       defendants.         )

---

PLAINTIFF'S ANSWERS TO DEFENDANT HAMBY'S
FIRST SET OF INTERROGATORIES

---

Plaintiff Floyd K. Hayes, by his undersigned counsel, hereby answers the interrogatories propounded by defendant William M. Hamby, M.D., as follows:

1. State your full name, current address, date of birth, issuing state, social security number.

   ANSWER:   Floyd K. Hayes, 9110 Harrodsburg Road, Willmac, KY 40390.

             Date of Birth: 07-17-1946

             Issuing State: Kentucky

             Social Security Number: 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

2. Identify the specific date on which you believe Dr. Hamby was deliberately indifferent.

   a. For each date referenced identify the complaint voiced by the patient and the care or response which you feel constituted deliberate indifference.



EXHIBIT 1

      b.      For each method of treatment or lack of treatment you find constitutes deliberate indifference, please indicate if known what you or your witnesses will assert the proper treatment should have been.

ANSWER:     Dr. Hamby was deliberately indifferent to the extraordinary pain that plaintiff's testicular and related medical conditions were causing him throughout the period commencing no later than October 15, 2001 (the second time that Dr. Hamby saw plaintiff), and ending with plaintiff's departure from Hill Correctional Facility in August 2002. Throughout this period, Dr. Hamby was aware that plaintiff was voicing complaints of severe testicular pain, yet failed to prescribe reasonable and readily available medications for plaintiff's pain (i.e., controlled prescription medications as opposed to the limited ibuprofen and ice packs that plaintiff was receiving from Dr. Hamby and his subordinate, Dr. Shute).

In addition to the foregoing failures to prescribe appropriate medication throughout the foregoing time period, Dr. Hamby was deliberately indifferent (or worse) to plaintiff's severe pain when Dr. Hamby removed plaintiff from ibuprofen, and directed that plaintiff receive only ice packs, around the time that Dr. Shute's employment at HCF ended.

Plaintiff's investigation continues as to whether more aggressive efforts to address plaintiff's testicular condition could have delayed, limited or prevented the severe and progressive pain that he has been suffering since 2002 and continues to suffer today. Plaintiff's investigation also continues regarding the extent to which Dr. Hamby placed constraints on Dr. Shute's efforts to ascertain the cause of, and appropriate treatment of, plaintiff's testicular condition and its associated pain.

Plaintiff anticipates that his expert(s) — the identity(ies) of which plaintiff has not yet determined — will testify that plaintiff should have been receiving far more aggressive

2

treatment for his testicular and related pain, including testicular injections to address the build-up of plaque in his penis as well as muscle relaxers and opiate or related synthetic medications.

    3.    State the full name and current residence address of each person who has any knowledge or claims to have knowledge of the fact or events referred to in Plaintiff's Complaint. For each such witness, please identify the general topic of testimony and the time frame for which said evidence is relevant.

    ANSWER:    Plaintiff refers Dr. Hamby to paragraph 1 of Plaintiff's Initial Disclosures.

    4.    Have you filed any other lawsuits for your own personal injuries. If so, state the name of the Defendant or Defendants involved, the court and caption of that filing, the year filed, the title and docket number of the case.

    ANSWER:    No.

    5.    State the names and addresses of all persons who have knowledge of the medical care being provided to the Plaintiff prior to and during and after the relevant time frames addressed in Plaintiff's Complaint.

    ANSWER:    Plaintiff refers Dr. Hamby to paragraph 1 of Plaintiff's Initial Disclosures.

    6.    State the names and addresses of any and all persons who Plaintiff intends to have testify at trial that Plaintiff suffered a serious medical need which was treated with deliberate indifference by this Defendant.

    ANSWER:    Plaintiff has not yet identified the individuals, other than himself, who will testify at trial. Plaintiff will supplement this response in accordance with the Federal Rules of Civil Procedure as more information becomes available.

    7.    Pursuant to the Federal Rules of Civil Procedure, provide the name and address of each witness who will testify at trial and state the subject of each witnesses' testimony and the basis of that testimony.

ANSWER:    See Answer to Interrogatory No. 6 above. Answering further, plaintiff refers Dr. Hamby to paragraph 1 of Plaintiff's Initial Disclosures. Plaintiff will supplement this response in accordance with the Federal Rules of Civil Procedure as more information becomes available.

8.  Pursuant to the Federal Rules of Civil Procedure, provide the name and address of each opinion witness who will offer testimony and state:

   a.  The subject matter in which the opinion witness is expected to testify;
   b.  The conclusions and/or opinions of the opinion witness and the basis therefore including reports of the witness, if any;
   c.  The qualifications of each opinion witness including a curriculum vitae and/or resume if any; and
   d.  The identity of any written reports of the opinion witness regarding this occurrence.

ANSWER:    See Answer to Interrogatory No. 6 above. Answering further, plaintiff refers Dr. Hamby to paragraph 1 of Plaintiff's Initial Disclosures. Plaintiff will supplement this response in accordance with the Federal Rules of Civil Procedure as more information becomes available.

9.  State the names and addresses of all persons other than yourself and individuals previously identified who have knowledge of the facts of the occurrence and/or injuries and damages claimed to have resulted from the complained of transactions.

ANSWER:    Plaintiff refers Dr. Hamby to paragraph 1 of Plaintiff's Initial Disclosures. Plaintiff will supplement this response in accordance with the Federal Rules of Civil Procedure as more information becomes available..

Dated: December 29, 2004

                                      Respectfully submitted,

                                      By: _____
                                                  Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430

*Attorney for Plaintiff Floyd K. Hayes*

## CERTIFICATE OF SERVICE

I, Jonathan A. Backman, an Illinois attorney, hereby certify that on December 29, 2004, I served a copy of **Plaintiff's Responses to Defendant Hamby's First Set of Interrogatories** upon the persons set forth below by United States mail, postage pre-paid:

Kelly Choate, Esq.
Illinois Attorney General's Office
Assistant Attorney General
500 South Second St
Springfield, IL 62706
(217) 782-9026
FAX: (217) 782-1090

Theresa Powell, Esq.
Heyl, Royster, Voulker & Allen
1 N. Old State Capitol Plaza
Suite 575
POB 1687
Springfield, IL 62705

_____
Jonathan A. Backman