1       at the sentence that starts his left testicle
2       was pulled upward.  Actually the whole sentence
3       says his left testicle was pulled upward and
4       higher than the right.  Do you see that?
5   A.  Yes.
6   Q.  Do you know what would cause that?
7           MS. POWELL:  Are you talking about in
8       general what could cause that?
9   BY MR. BACKMAN:
10  Q.  Right.  What could cause a left testicle to --
11  A.  Anything from being cold to some kind of a
12      muscle spasm.
13  Q.  Did you make a determination as to which of
14      those causes was at issue with Mr. Hayes?
15  A.  I don't think I saw him at that time.  I think
16      this is taken from somebody else's note.  If
17      you want me to answer the question, I'm going
18      to have to go to the record.
19  Q.  Okay.  We'll do that in a minute.  In the
20      sentence -- looking at the last paragraph on
21      that page, the one that starts in summary.  I'm
22      going to ask you about the next sentence.
23      These have remained stable except for

Page 62

```
 1           self-reported swelling and occasional
 2           tenderness.
 3                Would you agree with me that that sentence
 4           understates the level of discomfort or pain
 5           that Mr. Hayes was experiencing at various --
 6           or at least reporting at various of the visits
 7           that you've discussed in the prior paragraph?
 8      A.   No, I would not agree with your statement.
 9      Q.   Okay. How does occasional tenderness relate in
10           your mind to discomfort and pain?
11      A.   I don't understand that question.
12      Q.   Well, I'm asking you whether occasional
13           tenderness understates what you've -- the
14           levels of pain that you've reported as
15           Mr. Hayes having reported in the prior
16           paragraph, and I see words in the prior
17           paragraph as left scrotal pain and tenderness
18           and discomfort -- testicular discomfort.
19                So what I'm asking is how in your view of
20           the word occasional tenderness, the phrase
21           occasional tenderness, that describes pain and
22           discomfort?
23      A.   It doesn't describe pain and discomfort.
```

1  Q. Okay. Then can you elaborate on why my
2     statement -- why my statement that you had
3     understated the -- Mr. Hayes' condition was
4     inaccurate?
5  A. I can only tell you that based on my review of
6     the record he had self-reported swelling and
7     occasionally the doctors reported tenderness.
8     That's all I can tell you. It has nothing to
9     do with his complaints of pain. It has to do
10    with them feeling it and saying it was tender.
11 Q. Okay. I see. So tenderness is different
12    than -- in your mind than discomfort or pain.
13    It's a different --
14 A. Tenderness is different than pain.
15        MS. POWELL: I'm objecting to the form of
16    the question. Your question tends to suggest
17    that it was his assessment that the patient had
18    swelling and occasional tenderness when he's
19    told you throughout his testimony that
20    Exhibit Z is a summary in reviewing the medical
21    records of this patient, not a review of his
22    care and treatment of the patient but a review
23    of the medical records.

Page 64

1     MR. BACKMAN: And I wasn't asking anything
2  other than I've been asking all along which is
3  his use of the term. I'm trying to
4  understand --
5     MS. POWELL: These aren't his terms. I'm
6  objecting to your questioning him regarding his
7  terminology when he's told you that he's just
8  getting these terminology words out of the
9  records. If you'd like to refer to the records
10 where he got them from, that's fine, but he's
11 relying on the medical records.
12    MR. BACKMAN: I understand your point for
13 the paragraph in the middle but I disagree. He
14 has -- In the last paragraph he specifically
15 starts in summary.
16    And he is summarizing and I am positing
17 and asking the doctor whether he agrees with me
18 that his summary that his epididymal cyst
19 related to testicular issues have remained
20 stable except for self-reported swelling and
21 occasional tenderness is accurate -- an
22 accurate summary.
23    THE WITNESS: One hundred percent

1   accurate.
2           MS. POWELL:  And I'm still going to object
3   to the questioning regarding --
4           MR. BACKMAN:  Okay.
5   BY MR. BACKMAN:
6   Q.  Were patients at the medical facility at
7       Hill -- the medical services at Hill, were they
8       ever sent out to outside hospitals?
9   A.  Yes, sir.
10  Q.  And those would be for surgical situations?
11  A.  It would be for all kinds of situations that
12      required specialty treatment.
13  Q.  Have you ever treated patients with retracting
14      testicles?
15  A.  I'm sorry?
16  Q.  Have you ever treated patients with retracting
17      testicles?
18  A.  With retracting?  All patients have retracting
19      testicles.
20  Q.  Okay.
21          MS. POWELL:  Male ones.
22          THE WITNESS:  Pardon me?
23          MS. POWELL:  Male patients.

1           THE WITNESS:  No.
2           MS. POWELL:  Female patients do too?
3           THE WITNESS:  No.
4           MR. BACKMAN:  Oh, brother.
5     BY MR. BACKMAN:
6     Q.  Have you treated patients who had retracting
7         testicles arising from cramping of the muscle
8         in the testicles?
9     A.  I think that in the past I've seen two or
10        three.  It's a very rare occurrence from muscle
11        spasm.
12    Q.  Is it a painful occurrence?
13    A.  Most of the time no.  Most of the time
14        retracting testicles are completely
15        asymptomatic.
16    Q.  Well, let me clarify that.  You indicated most
17        of the time retracting testicles are completely
18        asymptomatic.  But what about retracting
19        testicles arising from muscle cramping?
20    A.  A muscle cramp can be painful.  Most of the
21        muscular retraction of testicles are not due to
22        muscle cramping and therefore are not painful.
23    Q.  Okay.  But when they are caused by muscle

Page 67

1         cramping then are they painful?
2   A.    If they're caused by muscle spasm, they may be
3         painful but they may also not be painful.
4         Depends on the cause of the spasm.
5   Q.    Do you know whether from reading that letter
6         that we were just looking at --
7             MS. POWELL:  Exhibit Z?
8             MR. BACKMAN:  Exhibit C.
9             MS. POWELL:  Z.
10            MR. BACKMAN:  Z.
11        BY MR. BACKMAN:
12  Q.    Do you know whether Mr. Hayes was suffering
13        from muscle spasms that caused retracting --
14        his testicles to retract?
15  A.    Based on this letter no one can tell you.
16        They're going to have to go to the record and
17        look at what the doctor wrote when he wrote
18        this.
19  Q.    Okay.  Let's turn back to --
20            MR. BACKMAN:  What exhibit did we mark for
21        medical records?
22            MS. CHOATE:  V.
23            MR. BACKMAN:  Exhibit V.  It's the large

```
 1        set of documents.
 2              MS. CHOATE:  U.  Sorry.
 3              MS. BACKMAN:  U.
 4        BY MR. BACKMAN:
 5    Q.  Sorry.  Exhibit U.  All right.
 6        We're going to start briefly at page D -- I'll
 7        refer to just the last two numbers in this and
 8        we're talking about the page numbers on the
 9        bottom.  Page 55.
10    A.  Fifty-five?
11    Q.  Yes.  And this is an entry from I believe
12        December 16th, 2000.  That was before you were
13        at Hill, correct?
14    A.  Yes.
15    Q.  Now would you have reviewed this in preparing
16        the letter -- preparing that Exhibit Z?  That
17        is would you have referred back to time periods
18        before your joining Hill in creating that
19        letter?
20    A.  Yes.
21    Q.  Now I'm going to skip to page 61 and we'll be
22        kind of not going through every entry so -- but
23        if a question that I ask you believe warrants
```

1    taking a look at another entry, for example the
2    pages between 55 and 61 or any other pages,
3    please stop me and feel free to read the other
4    entries. Okay?
5         By the way, did you review these before we
6    had our deposition today? The medical progress
7    notes?
8  A. I reviewed these in the past -- in the past
9    week, yes.
10 Q. In the entry for 9-23-01 that's an entry by a
11    nurse, correct? The top of that page 61. Or
12    appears to be.
13 A. I'm sorry?
14 Q. I'm directing you to the entry at the top of
15    page 61. It indicates something cyst on my
16    testicle noted. Do you see that entry?
17 A. Yes.
18 Q. Okay. Now a little below that it indicates --
19         MS. POWELL: I object to your referring to
20    those records as to relevance as it is before
21    the time frame that Dr. Hamby was at this
22    facility and it's not referencing a note that
23    he made.

1   MR. BACKMAN: That's correct.
2   MS. POWELL: There's also no foundation
3   for the record. Irrelevant to this case.
4   MR. BACKMAN: Well, there actually is
5   because I asked whether he had reviewed the
6   records before he wrote that letter.
7   MS. POWELL: That letter has nothing to do
8   with his care and treatment. That letter is a
9   summary in response to another letter, but
10  we're talking about -- This case has to do with
11  his care and treatment so if you're referencing
12  this letter with respect to his care and
13  treatment, I'm objecting as to relevance and
14  foundation.
15  I just don't want you reading into a
16  record a medical record until we establish some
17  sort of foundation.
18  BY MR. BACKMAN:
19  Q. I'm sorry. Do you recall what your start date
20     was at -- It was July, 2001, correct, at Hill?
21     I think that's what we indicated earlier.
22  A. I think so, yes.
23  Q. Can you tell from the entry on the bottom of

```
 1         page 61 who that was that -- who that was that
 2         made that note?
 3    A.   No, I can't.
 4    Q.   You can't tell the signature at the bottom?
 5    A.   No.
 6    Q.   Now looking back at the entry on the top, the
 7         bigger handwriting, would you agree with me
 8         that it says --
 9              MS. POWELL:  Same objection as to
10         relevance and to -- I don't see the point of
11         reading into a record.  It says what it says
12         and it's not his note.
13              MR. BACKMAN:  Well, okay.  Then I'm going
14         to do this.
15    BY MR. BACKMAN:
16    Q.   Let's turn to page 63 for a moment.
17    A.   Sixty-three?
18    Q.   Yes.  Actually are these your notes?  This is
19         not your notes.  Am I on the wrong page?  Hold
20         on.  Then let's turn back to 62.
21    A.   Talking about 62?
22    Q.   I think so if my pages are numbered correctly.
23         Okay.  Yes.  Down at the -- Are these your
```

Page 72

1  notes on this page?
2  A. Those are my signatures, yes.
3  Q. Okay. That's your signature and this is your
4     handwriting?
5  A. Yes.
6  Q. So you saw -- it would appear from these notes
7     that you saw Mr. Hayes on these -- on this day,
8     10-4, October 4th, '01, correct?
9  A. Yes.
10 Q. Now when you would see a patient regarding the
11    issues discussed here, would you look back at
12    prior notes?
13 A. Yes.
14 Q. Now let's go back to page 61. Can you read
15    what it says after the numbers -- what appear
16    to be 97-78-18 on the left -- in the left-hand
17    column of -- of the 9-23 note?
18       MS. POWELL: Same objection as to
19    foundation. It doesn't say that he actually
20    relied upon this note for anything.
21       MR. BACKMAN: That's fine.
22    BY MR. BACKMAN:
23 Q. You can answer.

Page 73

```
 1   A.   This appears to be a nurse's note and I can't
 2        honestly tell you what she's referring to.
 3   Q.   Reading --
 4   A.   Says right side slightly larger than walnut.
 5        Left side -- I don't know.
 6   Q.   Painful?
 7   A.   Inmate states has to pull down testicle to
 8        urinate.  That's all I can read of that.
 9   Q.   I always wondered whether healthcare providers
10        all could read each other's handwriting and
11        just nobody else could or if it's actually the
12        case that you can't even read each others.  I
13        got it.  Okay.
14   A.   I can read my own.
15   Q.   Now this issue of having to pull down the
16        testicle to urinate, do you know -- is that a
17        reference to a retracted testicle?
18   A.   No.
19   Q.   It's not.
20   A.   And I have no idea what he is trying to convey
21        to her and I no -- have no idea what she is
22        trying to convey to anyone who reads this.
23        Because the testicle has nothing to do with
```

Page 74

```
 1        urinating.
 2   Q.   Looking at the entry -- the next entry -- the
 3        bottom one on that page.  You see there in the
 4        left-hand column there's an S and then some
 5        writing and then further down there's a D and
 6        then some writing and further down --
 7             MS. POWELL:  That's an O.
 8        BY MR. BACKMAN:
 9   Q.   I'm sorry.  O.  And the S is for -- that refers
10        to the symptoms?
11   A.   Yes.
12   Q.   And the O, what's that one for?
13   A.   Observed.
14   Q.   Observation.  Okay.  And A is?
15   A.   Assessment.
16   Q.   And then the P on the right-hand side, that's
17        the plan?
18   A.   Yes.
19   Q.   Looking at the bottom entry on the left-hand
20        side are you able to read what that says?
21   A.   On the left-hand side?
22   Q.   No.  I'm sorry.  Right-hand side.
23             MS. POWELL:  In the plans portion?
```

1      MR. BACKMAN:  Yes.
2   BY MR. BACKMAN:
3   Q.  Under the -- under the medication.
4   A.  Doxycycline 100 milligrams, one p.o. b.i.d.
5       times ten days.
6   Q.  What does the p.o. b.i.d. refer to?
7   A.  Doxycycline is an antibiotic and it's telling
8       him to take one twice a day for ten days.
9   Q.  And then basically the note after that is
10      saying he should have another visit in ten days
11      to see --
12  A.  I think it says follow-up in ten days for
13      re-evaluation for possible referral if pain
14      persists.
15  Q.  Okay.  Thank you.  Now let's turn to your notes
16      from 10-14 -- I'm sorry.  From 10-4.  Why don't
17      you -- why don't you read -- Well, strike that.
18          When you say next to the S on the
19      left-hand side -- that's now -- Why don't you
20      read that after the S.
21  A.  That C with a line over it which -- is an
22      abbreviation for "with" in medical jargon.
23  Q.  That's the word "now," correct?

1   A.   Yes.
2   Q.   What is that "now" referring to?
3   A.   The frequency and urgency.
4   Q.   Okay. Is it comparing it to some other point
5        in time?
6   A.   No. It's just saying at this point in time
7        he's complaining of frequency and urgency.
8   Q.   Then --
9   A.   He says his epididymis is okay.
10  Q.   Okay. Now looking down on the -- to the 10-15
11       entry. That's your signature again?
12  A.   Yes.
13  Q.   And you're saying he still has discomfort in
14       the left testicle?
15  A.   That's what he said.
16  Q.   When you say still has discomfort, do you know
17       what that's referring to? Still --
18  A.   That's not me. That's what he said.
19            (Whereupon a discussion was held
20             off the record.)
21  BY MR. BACKMAN:
22  Q.   Returning to the next page which I think should
23       be page 63. Page 63. Can you read -- Can you

```
 1         tell whose notes those are?
 2    A.   No, I cannot.
 3    Q.   Can you read the reference about two-thirds of
 4         the way down where it says -- I think it says
 5         analysis. Can you read what that says after
 6         that?
 7              MS. POWELL: Object to the relevance of
 8         this questioning.
 9              MR. BACKMAN: Okay.
10              THE WITNESS: I think it says chronic
11         something and then chronic left testicle
12         discomfort.
13    BY MR. BACKMAN:
14    Q.   What would it mean by chronic in medical
15         jargon?
16              MS. POWELL: Excuse me. I'm going to
17         object to the form of the question and as to
18         foundation as to whether or not he knows what
19         some other physician's terminology meant for
20         this particular record.
21              MR. BACKMAN: Okay.
22    BY MR. BACKMAN:
23    Q.   Do you know what this particular doctor meant?
```