STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: HILL CORRECTIONAL CENTER

Inmate's Name: Hayes, Floyd
Inmate's Number: K03915?

| Date/Time | S O A | PLANS |
|---|---|---|
| 10-4-01 2⁰p | **M.D. VISIT** WT 253.0  B/P 120/64  T 101.6  P 68 Irreg  R 20<br>M. Harmon<br>S. New c frequency + urgency<br>Epididymitis is OK<br>O. Suprapubic tenderness S R or L<br>A. ① Hyperlipidemia<br>② UTI<br>③ Gastritis | Reflex 500 mg Qid<br>Bactrim DS i BID × 10 days<br>See me in 10 days<br>Tylenol 1-2 Q4H prn<br>Renew Lopid + Tagamet<br>Lay in until 10/9/01<br>W. Hanley MD, Ph.D<br>Hamby (noted) 10-4-01 4p |
| 10/15/01 11:15 A | **M.D. VISIT** WT 250  B/P 128/64  T 98.2  P 92  R 20<br>S. Wolford RN<br>S. Still has discomfort in left testicle<br>O. Exam → tender but no identified abnormality<br>A. Resolving Epididymitis | P. athletic supporter<br>See 2 weeks<br>EXHIBIT 3<br>noted Wolford RN 10-15-01<br>W. Hanley MD, Ph.D |

DC 7147(3-84)
IL 426-0017

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: HILL CORRECTIONAL CENTER

Inmate's Name: Hayes, Floyd
Inmate's Number: K03902

| Date/Time | S O A | PLANS |
|---|---|---|
| 10/29/2001 1:30p | **M.D. VISIT** WT ___ B/P ___ T ___ P ___ R ___ | All Chronic Clinic Bloodwork |
| | S: Hyperlipidemia Cholesterol +/- Lipids — very high Reviewed labs O: Lipids ↑ | |
| | Scrotum — left epididymal swelling & pain No Hernia C/o problem c peeing | |
| | A: Chronic Epididymitis Chronic Left Testicular Discomfort | |
| | Plan: Referral for urology w/u | 1/2/wks macrodantin Stay B6 x10d T3 tab ii |

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: HILL CORRECTIONAL CENTER

Inmate's Name: Hayes, Floyd
Inmate's Number: K03902

| Date/Time | S O A | PLANS |
|---|---|---|
| 1/1/4? | **PSYCHIATRIST NOTE SEE CONSULT** | ① Cont. Rx  RTC 8 wk |
| 3/1/14 | | Listed [illegible] 11-1110 330p |
| 1-9-2 230 PM | **PSYCHIATRIST NOTE SEE CONSULT** A: dysthymia | Ⓟ 1-9-02 ① Cont Rx modify [illegible] ② RTC 8wk [signature] |
| 1-13-02 2:30A | RN note Low Chol diet DC'd due to repeated non compliance — J. Norford RN / [illegible] MD, PhD | |
| 1/13/02 7:30A | LPN Note. S: "My cyst is bigger I feel and I'm in pain they [illegible] to check it and [illegible] further because I'm [illegible]" O- 98° P 100 R 22 BP 128/82 A: cyst [illegible] | P: Tje 325 mg ½ tab q 4-6° PRN x 3 day MD Ack. [signature] |

DC 7147(3-84)
IL 426-0017

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: HILL CORRECTIONAL CENTER

Inmate's Name: Hayes Floyd
Inmate's Number: K03902

| Date/Time | S O A | PLANS |
|---|---|---|
| 1/14/02 9:50A | Medical Director J.R. S. Left Testicle Pain. O. Has been seen Re above but was to be seen in F/U in 11/01 A. Need to see Re Epididymitis, Left | P. Need to see [illegible] Hamby |
| 1/15/02 | Mental Health note S see evaluation thy[illegible] O see [illegible] A PTSD stbl | V Follow up PSI [illegible] |
| 1/25/02 9:45/A | M.D. VISIT  WT 252.0  B/P 140/72  T 97.8  P 84  R 20  D. [illegible] (R) S/ Here for F/U visit for epididymitis. Took 10 day course of doxycycline Sept '01. ↑ pain lately while urinating. Penis [illegible] curves upward (cont on next page) | |

DC 7147(3-84)
IL 426-0017

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: HILL CORRECTIONAL CENTER

Inmate's Name: Hayes, Floyd
Inmate's Number: K03902

| Date/Time | S O A | PLANS |
|---|---|---|
| 1-25-02 M.D. VISIT (cont) | O) L testicle pulled upwards and much higher than R. no scrotal erythema. no penile curvature. Prehn Test/sign: ↑ pain to lift L scrotum. US of scrotum results from 10-9-2000 reviewed c̄ pt. A) On-going scrotal probs. US results non-conclusive but suggestive of epididymal cysts. pt. has improved in past c̄ course of antibiotics. | ① Urine dip - WNK per MD note ② Doxycycline 100 mg BID × 10 d. ③ Analgesic - ibuprofen 800 s/f elevation of L testicle and ④ Prehn Test and time since last US of scrotum, would recommend repeat US of scrotum to evaluate for "torsion component" and/or change in cysts. ⑤ Ice pack prn. ⑥ RTC 1 wk. R.H. Shute Also "Lay-In" × 7 days R.H. Shute 1-25-02 D.O. |

DC 7147(3-84)
IL 426-0017

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: HILL CORRECTIONAL CENTER

Inmate's Name: Hayes, Floyd
Inmate's Number: K03902

| Date/Time | SOA | PLANS |
|---|---|---|
| 2-6-02 2:30 pm | MD visit<br>Wt – 249.2# BP – 120/68<br>T – 98.4  P – 80  R – 20<br>① Finished course of antibios.<br>Still c/o (L) scrotal pain<br>② Also c/o numbness, tingling (R) 5th finger. Noticed lump in forearm.<br>O: FROM of RH 5D. Sensory intact.<br>Palpable peanut sized hard nodule extensor surface (R) forearm along course of tendon. Non-tender. No surrounding erythema.<br>A: Known Epididymal cysts.<br>MD Appt 2-14-02<br>D. Hurt 2-6-02 S/P | P. Hopper –<br><br><br><br><br><br><br><br><br><br>P) Continue ibuprofen 800 mg<br>X-ray (R) arm.<br>ATC 10 days.<br>R. H. Shute MD |

DC 7147(3-84)
IL 426-0017

## MEDICAL PROGRESS NOTES

Facility: Hil

Inmate's Name: Hays Floyd    Inmate's Number: K03904

| Date/Time | SOA | PLANS |
|---|---|---|
| 2/9/02 10:30A | Radiology Note<br>S: lump Rt arm<br>O: N/A<br>A: N/A | P: XR of Rt Forearm Complete, Studies Rt |
| 2/12/02 2:30P | Medical Director J.R.<br>X-Ray Results 2/9/02<br>Right Forearm<br>Small bony outgrowth from the proximal Right ulna posteriorly. May relate to an exostosis (Benign Bone lesion) | P: Continue Present Management<br>Noted D. Hau RN 2-12-02 8p<br>William Ling MD, Ph.D<br>Hamby |
| 02/14/2002 0952A | **M.D. VISIT**<br>WT 247.4 B/P 110/68<br>T 97.8  P 80  R 18<br>S) ① Here to review X-ray of (R) arm report of 2-9-02.<br>② Also requests diff analgesic if possible for scalp/pain.<br>(over) | — S. Stokes RN |

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility:
HILL CORRECTIONAL CENTER

Inmate's Name _____    Inmate's Number _____

| Date/Time | S O A | PLANS |
|---|---|---|
| 7/10/02 0630 | Medical Director Note Grievance Response Completed. MANDATORY PPD Date/Time Given/Site 7-13-02 @ arm 23° Lot# ___ 00891P Exp. Date 1/03 Signed _____ Date/Time Read _____ Results _____ Signed _____ | noted by P Walford 7-10-0 Wm Samuel MD Hamby |

MEDICAL PROGRESS NOTES

INMATE NAME: Hayes, Floyd
INMATE IDOC # K63902  LOCATION HH UAB  DATE 7/11/02  TIME 945

S: _____  P: _____

O: _____

A: UB, CBC

_____ Brannin _____

DC710-1195 (EFF 07-98)
IL426-21868

DC 7147(3-84)
IL 426-0017

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: HILL CORRECTIONAL CENTER

Inmate's Name: Hays Floyn
Inmate's Number: K03902

| Date/Time | SOA | PLANS |
|---|---|---|
| 7-13-02 5A | RN note<br>Lipid profile drawn 4 AC | Morgan |
| 7-13-02 9:10A | NURSE NOTE<br>PE COMPLETED. SEE PHYSICIAN'S EXAM | D Newton |
| 7/15/02 | Medical Director J.R.<br>Lab Results 7/13/02<br>T Chol 205<br>TG's 602<br>HDL 29 | Needs to be seen & Rx reviewed for ↑ Triglycerides & ↓ HDL.<br>D Newton 7-15-02 10:30p<br>WM Hamby MD<br>Hamby |
| 07/23/2002 1228P | RN Note<br>this I/m signed refusal for general med clinic c Dr. Hamby | S. Stotes RN<br>WM Hamby MD |
| 07/29/2002 0212P | RN Note - Lab<br>this I/m signed refusal for routine EKG | S. Stotes RN<br>WM Hamby MD |

DC 7147(3-84)
IL 426-0017

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: HILL CORRECTIONAL CENTER

Inmate's Name: Hayes Floyd

Inmate's Number: K03902

| Date/Time | S O A | PLANS |
|---|---|---|
| 7/30/02 | Medical Director Note. This offender has refused to be seen on M.D. call line & has refused his E.C.G. Had Labs drawn on 7/13/02. Has not seen physician since 4/17/02. Medicines have expired. | P. Right to refuse. [signature] 7-30-02 D Clark RN  W Stansbury MD Hamby |
| 7/31/02 | M.D. Psych [signature] Phillips | Strong [illegible] 75 mg [signature] 7-31-02 |
| 8/7/02 8:00 | RN note — Health Status completed for MSR 8/15 — S Shipyard RN | |

DC 7147(3-84)
IL 426-0017

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility: HILL CORRECTIONAL CENTER

Inmate's Name: Hays Floyd
Inmate's Number: K13912

| Date/Time | SOA | PLANS |
|---|---|---|
| 03/14/2003 10:20A | RN Note – Discharge planning chart reviewed – discharge planning deemed necessary for hyperlipidemia, bone tumor ® forearm, PTSD, + dysthymia — S. Stokes RN | |
| 03/14/2003 2:15P | RN Note – RN completed discharge planning c̄ this I/m — S. Stokes RN | |

DC 7147(3-84)
IL 426-0017

000077