# Radiology Report

Page 1

Mar 01, 2005

```
ULTRASOUND SCROTUM

Exm Date: AUG 21, 2002@13:00
Req Phys: AMIN,NARAYAN R                Pat Loc: OP Unknown/03-01-2005@16:06
                                        Img Loc: ULTRASOUND
                                        Service: PSYCHIATRY



(Case 332 COMPLETE)   ULTRASOUND SCROTUM              (US   Detailed) CPT:76870

   Clinical History:
     testicular mass

   Report Status: Verified                Date Reported: AUG 21, 2002
                                          Date Verified: AUG 22, 2002
   Verifier E-Sig:/ES/MUKUND L GAI, MD

   Report:
     Multiple transverse and longitudinal sections of the scrotum were
     obtained on realtime sector scanner.

     Study showed a normal sized right testis measuring about 3.5 to
     4cm in maximum longitudinal dimension with uniform parenchymal
     pattern.  Right epididymis is mildly prominent and mimimal amount
     of free fluid was seen in the right hemiscrotum.  However there
     was also a cystic collection of fluid seen in the right
     hemiscrotum and this cystic lesion measured approximately about
     2.5 X 2.1cm in size.  This finding is compatible for a
     spermatocele.

     Left testis was also normal in size measuring about 3.5 to 4cm in
     maximum longitudinal dimension with normal parenchymal pattern.
     Left epididymis was more prominently enlarged and mild reactive
     hydrocele also noted on the left side.

     Few small variococeles also noted on both sides.

   Impression:
     Findings compatible for spermatocele on the right side as
     described above.

     Findings may suggest left sided epidydymitits with mild reactive
     hydrocele.  (See text)

   Primary Diagnostic Code: ABNORMALITY, ATTN. NEEDED
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117


EXHIBIT
5

Printed at ILLIANA HCS

001950

```
Primary Interpreting Staff:
  MUKUND L GAI, MD, CHIEF, IMAGING SERVICE (Verifier)
/SS
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY   40390
407602117

VISTA Electronic Medical Documentation

Printed at ILLIANA HCS

001951

# Progress Note

Page 21

Mar 01, 2005

```
DATE OF NOTE: AUG 22, 2002@15:41    ENTRY DATE: AUG 22, 2002@15:44:23
      AUTHOR: IRWIN,O CLIFF A       EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED

S:NOONE HAS OBJECTED TO ME USING THEM BEFORE NOW.
O:WHEN GIVING ORAL CARE VETS ASKED FOR ONE OF HIS PLASTIC DENAL FLOOSERS.
  ORIENTATED HIM ON POTENTIAL DANGERS OF IT"S PLASTIC POINT.
I:RN NOTIFIED. ITEMS REMOVED FROM SHAVE CART AND PLACED IN CANTEEN
STORAGE, INFORMED VET THEY WERE NOT AUTHORIZED ON THIS WARD.

/es/ O CLIFF A IRWIN
Nursing Assistant
Signed: 08/22/2002 15:52
```

```
       TITLE: NUR/CONDITION NOTE
DATE OF NOTE: AUG 22, 2002@15:40    ENTRY DATE: AUG 22, 2002@15:40:44
      AUTHOR: MAUL,PATRICIA         EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED

S-NONE

O-PT RETURNED FROM UROLOGY CLINIC.

A-DR NEEDS TO EVALUATE RESULTS.

I-DR NOTIFIED OF PT'S RETURN FROM UROLOGY CLINIC.

/es/ PATRICIA MAUL, RN
Staff Nurse
Signed: 08/22/2002 15:41
```

```
        TITLE: CONSULT/UROLOGY
    DICT DATE: AUG 22, 2002@15:07    ENTRY DATE: AUG 23, 2002@11:24:12
 DICTATED BY: AMIN,NARAYAN R         EXP COSIGNER:
      URGENCY:                       STATUS: COMPLETED

   CONSULTS Text
Dictated by:N Amin, M.D.
Transcribed:sle

CONSULTATION:  This patient is a 56 year old gentleman who is referred
to me by Lisa Barcenilla, a staff physician, for testicular mass and
pain and swelling.  This patient just got out of jail.  He was in jail
for five years.  He had scrotal swelling while there, and he had an
ultrasound.  They told him it was a spermatocele.  He came to the VA
for treatment of the scrotal swelling.  The scrotal swelling has been
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY   40390
407602117

VISTA Electronic Medical Documentation

Printed at ILLIANA HCS

001970

present for sometime. He says there is severe pain, particularly on the left side. He has no trouble with urination. I do not have any detailed history of previous problems on him.

LABS: Urinalysis was negative. Serum creatinine was 0.9 and blood urea nitrogen 18. Blood sugar was 118. Electrolytes were normal. Liver function was essentially unremarkable. Hemoglobin was 15.3 with normal white blood count. Platelets were also normal.

PHYSICAL EXAMINATION: This is a 56 year old gentleman who is healthy looking and not in pain. Vital signs are normal. Examination of the abdomen reveals it to be soft and nontender. No masses felt. Good bowel sounds. Flanks are unremarkable. The urinary bladder is not palpable. The hernial orifices are normal. The penis is unremarkable. The right testicle is unremarkable. There is a 1 to 1.5 cm cystic swelling seen over the globus major, a typical spermatocele. I could not detect a hydrocele on the right side. The left testicle is normal. The left epididymis is fine. I did not see any cystic swelling or hydrocele on the left. No varicocele. Rectal examination revealed small, 15-20 gram, prostate that is firm, smooth, and clinically benign.

IMPRESSION: Small spermatocele on the right side.

RECOMMENDATION: No treatment is advised. I told him if the swelling gets bigger, then at that time we will advise spermatocelectomy. The patient says he has a lot of pain, but I do not have any objective evidence of his pain. There is no infection anywhere. I think the patient may be seeking pain medicine, and I am not going to go for it.

/es/ NARAYAN AMIN,MD
UROLOGIST
Signed: 08/26/2002 08:49

---

```
        TITLE: PHYSICIANS/DICTATION REFERENCE
DATE OF NOTE: AUG 22, 2002@14:57     ENTRY DATE: AUG 22, 2002@14:57:49
      AUTHOR: AMIN,NARAYAN R         EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED
```

A note has been dictated regarding the encounter with this patient.

Date dictated: AUG 22, 2002

Encounter Date: AUG 22, 2002

/es/ NARAYAN AMIN,MD
UROLOGIST

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

VISTA Electronic Medical Documentation

Printed at ILLIANA HCS

001971