E-FILED
Thursday, 31 August, 2006  03:59:45 PM
Clerk, U.S. District Court, ILCD

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF ILLINOIS

 3                     PEORIA DIVISION

 4

 5

 6

 7   FLOYD K. HAYES,            )
                                )
 8              Plaintiff,      )
                                )
 9       vs.                    )    No. 04-CV-1062
                                )
10   DONALD N. SNYDER, et. al., )
                                )
11              Defendants.     )

12

13            Discovery deposition of FLOYD K.

14   HAYES, taken before Tammy S. Wagahoff, CSR, at

15   the instance of the Defendant, on the 14th day of

16   January, 2005, at the hour of 11:30 A.M., at the

17   Law Offices of Heyl, Royster, Voelker & Allen,

18   Suite 575, National City Center, Springfield,

19   Illinois, pursuant to attached stipulation.

20

21

22              ASSOCIATED COURT REPORTERS
                     1-800-252-9915
23                    P.O. Box 684
                Taylorville, Illinois    62568
24
```

EXHIBIT 6

ASSOCIATED COURT REPORTERS

2

S T I P U L A T I O N

It is stipulated between the parties herein, through their attorneys, that the discovery deposition of FLOYD K. HAYES may hereby be taken upon oral interrogatories, on the 14th day of January, 2005, at the hour of 11:30 A.M., at Heyl, Royster, Voelker & Allen, Suite 575, National City Center, Springfield, Illinois, before the instance of the Defendant, and before Tammy S. Wagahoff, CSR.

That the oral interrogatories and the answers of the witness may be taken down in shorthand by the Reporter and afterwards transcribed.

That the reading and signing of said deposition is waived.

That the deposition or any portions thereof may be used by any of the parties hereto, without foundation proof, for any purpose for which depositions are competent.

That copies of the deposition may be furnished to any of the parties at his or her own expense.

3

```
 1   APPEARANCES:   (January 14, 2005.)

 2


 3

     LAW OFFICES OF JONATHAN A. BACKMAN
 4   By Mr. Jonathan A. Backman
     Attorney at Law
 5   1217 North Lee Street
     Bloomington, Illinois   61701
 6        Appeared on behalf of the Plaintiff;

 7   HEYL, ROYSTER, VOELKER & ALLEN
     By Ms. Theresa Powell
 8   Attorney at Law
     575 National City Bank Center
 9   P.O. Box 1687
     Springfield, Illinois   62705
10        Appeared on behalf of the Defendant,
          Doctor Hamby;
11
     ATTORNEY GENERAL
12   By Ms. Kelly Choate
     Attorney at Law
13   500 South Second Street
     Springfield, Illinois   62709
14        Appeared on behalf of the Defendants,
          Snyder, Montgomery, Bass.
15

16

17

18

19                    I N D E X

20   Witness           Direct       Cross     Redirect
     FLOYD K. HAYES      4            74         93
21

22
                      E X H I B I T S
23   Exhibit                                   Marked

24                    **NO EXHIBITS**
```

                                                           4

1                       FLOYD K. HAYES,
2    Called as a witness herein, at the instance of
3    the Defendant, having been duly sworn on his
4    oath, testified as follows:
5                    DIRECT EXAMINATION
6                 CONDUCTED BY MS. POWELL:
7         Q.   Would you please state your name for the
8    record?
9         A.   Floyd, middle initial K, last name is
10   Hayes, H-a-y-e-s.
11        Q.   Mr. Hayes, where do you reside?
12        A.   9110 Harrisburg Road.
13        Q.   What city?
14        A.   Wilmore, W-i-l-m-o-r-e, Kentucky, 40390.
15        Q.   Does anyone live with you there at that
16   address?
17        A.   No, I live there by myself.
18        Q.   Are you currently employed?
19        A.   That's where I'm employed at.  That's a
20   motel.  I manage the motel.  It's just a ten room
21   motel that I take care of for the owners.
22        Q.   What do you do as a manager?
23        A.   I check people in and out, you know,
24   direct the maid what rooms need to be cleaned,

                  ASSOCIATED COURT REPORTERS

5

1   keep the small maintenance, you know, change
2   light bulbs and things like that, just small
3   maintenance items.
4       Q.  How long have you been working there?
5       A.  Since August of last year.
6       Q.  August of '04?
7       A.  Right.
8       Q.  Okay.  And is that how long you've been
9   living there, too?
10      A.  Right.
11      Q.  Where did you live before that?
12      A.  Lived with my cousin at 170 Pleasant
13  Hill Road, High Bridge, Kentucky.
14      Q.  Is that close to Wilmore?
15      A.  Yeah, it's the same zip code, 40390.
16  It's a little community on the Kentucky river.
17      Q.  How long did you live with your cousin?
18      A.  Ever since I got out of prison in August
19  of 2002.
20      Q.  And what's your cousin's name?
21      A.  Arthur Cumby.
22      Q.  Did anyone else live with you  --
23      A.  No, just me and him.
24      Q.  -- at that address?  And did you work

```
 1    somewhere before you were the manager --
 2         A.  No, I did not.
 3         Q.  -- at the motel?
 4         A.  No, I did not.
 5         Q.  Okay.  Couple things I have to remind
 6    you of before we keep going.  You're doing a
 7    great job, but you need to make sure that you let
 8    me finish my question before you start to answer
 9    because I can hear your answer, but she can't
10    take both of us talking at the same time, okay?
11    So I might stop you or I might re-ask a question
12    just because I need to make sure I get my
13    question out first.  Okay?
14         A.  Okay.
15         Q.  Also you need to make sure you answer
16    all of your questions out loud rather than
17    uh-huhs or shakes of the head because she can't
18    take that down either.  Okay?
19         A.  Okay.
20         Q.  Are you on any medications today?
21         A.  Yes, I am.
22         Q.  What medications are you on right now?
23         A.  I couldn't tell you without bringing the
24    whole bottles with me.  I could have brought
```

7

them. I just didn't know. I'm on Lortab. I'm on pain for nerves. I'm on psychiatric medicine. I'm on several prescription meds, I just don't know the names of them.

Q. Okay. That's fine. Do any of those medications or would any of those medications affect your ability to testify here today?

A. No.

Q. We're going to be asking you some questions about the lawsuit that you filed against the various Defendants in this case. If you at any time don't understand a question, please let me know during the course of the deposition. If you go ahead and answer a question, I'm going to assume that you understood the question. Is that fair?

A. Yes, ma'am.

Q. With respect to all the medications that you're currently on, who is prescribing those medications for you?

A. Two different doctors at the VA in Lexington, Kentucky, a Doctor Bingham and a Doctor Atallah

Q. Would that be Joseph N. Atallah?

ASSOCIATED COURT REPORTERS

```
 1         A.   Right.
 2         Q.   And he's with the Veterans Affairs
 3   Medical Center in Lexington, Kentucky?
 4         A.   Yes, ma'am.
 5         Q.   How often do you see him?
 6         A.   I see him every two weeks.
 7         Q.   And what type of physician is he?
 8         A.   He's a pain management specialist.
 9         Q.   What type of physician is Doctor
10   Bingham?
11         A.   Like a family doctor.  What would you
12   call that?
13         Q.   Family doctor.  That's fine, an
14   internist?
15         A.   She's my primary care doctor.
16         Q.   Okay.
17         A.   Everything has to go through her to get
18   other treatment.
19         Q.   Where is she located?
20         A.   She's at the VA Center in Lexington
21   also.
22         Q.   Have those two physicians been your
23   doctors since you were released from Hill
24   Correctional Center?
```

1  A. Yes, they have, except for ten days that
2  I spent at the hospital in Danville, Illinois
3  before I relocated to Kentucky. And I don't
4  remember those doctors names. I was there over
5  ten days.
6  Q. Okay. Why did you move to Kentucky?
7  A. It is the only place I had family after
8  going on parole. And it's my home. I was born
9  and raised in Kentucky, educated in Kentucky.
10 Q. All right. Prior to working at the
11 motel, did you tell me that you worked anywhere?
12 A. I did not work anywhere.
13 Q. And why is that? Did you apply for any
14 jobs?
15 A. No, I did not.
16 Q. So the first time that you applied for a
17 job since being paroled was with this motel?
18 A. Yes, ma'am.
19 Q. What's the name of the motel?
20 A. Turfmor.
21 Q. How do you spell that, please?
22 A. T-u-r-f-m-o-r.
23 Q. And what's the name of the owner?
24 A. Scott Easterly.

1    Q.  And why hadn't you applied for any jobs
2  before August of '04?
3    A.  Because the pain I was in.
4    Q.  So during the time that you were
5  initially treated by the doctors at the VA in
6  Lexington, Kentucky, you felt you were in too
7  much pain to apply for any jobs for two years?
8    A.  Yes, ma'am.
9    Q.  And what pain are we talking about?
10   A.  I can't think of the name of the muscle.
11 It controls my testicle.  It's in that letter I
12 think you got there.
13   Q.  The cremasteric muscle spasms?
14   A.  Right, right, muscle spasm.
15   Q.  And when did you first have those
16 spasms?
17   A.  I believe the year 2000, but I'm not
18 absolutely sure.  I'd have to reflect on my
19 medical records from prison.
20   Q.  What is your understanding of what those
21 spasms are?
22   A.  I don't understand what you're asking.
23   Q.  In your understanding-- what is a
24 cremasteric muscle spasm?

1    A.    What it does to me?

2    Q.    Yeah, what does it do?

3    A.    It feels like a leg cramp.  You get a
4 leg cramp, you know how it pulls and draws and
5 causes you a lot of pain?  Well, my left testicle
6 does the same thing, it pulls and draws and goes
7 up inside of me.  And this started while I was in
8 prison.  It causes me a tremendous amount of
9 pain.

10   Q.    Now I think your records indicate that
11 it's an undescended left testicle, is that right?

12   A.    No, it's descended.

13   Q.    It is descended.  Does the spasm cause
14 it to be --

15   A.    The spasms causes it to move upward.

16   Q.    Is it constantly up all the time?

17   A.    No, it's not.

18   Q.    Just when you have the spasm?

19   A.    Yes, ma'am.

20   Q.    How often do you have those?

21   A.    I can have as many as five a day.

22   Q.    Do you go any days without having one?

23   A.    No, I don't.

24   Q.    And has that been the case ever since

1  the year 2000?
2     A.  Yes, ma'am.
3     Q.  Okay. So even with the medication and
4  the treatment you're currently receiving, you
5  still have that same problem?
6     A.  Yes, ma'am. It's just not as painful
7  with the medication.
8     Q.  It appears to me that from what you have
9  alleged in the complaint that you were
10 complaining that you wanted a biopsy of your
11 cyst?
12    A.  That was my first grievance because the
13 ultrasound came back inconclusive. It had words
14 that it could be, may represent, could be this,
15 could be that. Numerous times the radiology
16 report came back that way.
17    Q.  You're talking about the radiology
18 report from October of 2000, correct?
19    A.  Right.
20    Q.  And that's the one that said that you
21 had a small simple cyst on the left epididymal
22 head?
23    A.  Right.
24    Q.  And it said it could be a spermatocele

13

1  or complicated epididymal cyst?
2      A.   Right.
3      Q.   Or otherwise negative study?
4      A.   Right.
5      Q.   Did you have a conversation with any of
6  your doctors in the year 2000 regarding that
7  report?
8      A.   Yes, I did.
9      Q.   Okay.  And who did you speak to then?
10     A.   I spoke with Doctor Choudry.  He was the
11 medical director there then.
12     Q.   And what did he tell you?
13     A.   He told me there was no need for a
14 biopsy.
15     Q.   At the time that he told you there was
16 no need for a biopsy, had you spoken with any
17 physicians who indicated to the contrary?
18     A.   Have I?  No.
19     Q.   Have you since that time ever had anyone
20 tell you that you currently need a biopsy?
21     A.   No, but they have run more ultrasounds.
22     Q.   And those ultrasounds basically say the
23 same thing that the one did in October of 2000,
24 don't they?

14

1  A. Basically.

2  Q. And the doctors on the outside at the VA
3  have told you the same thing, that you don't need
4  a biopsy, right?

5  A. Right.

6  Q. Did you just not believe Doctor Choudry
7  or what was the problem?

8  A. I didn't believe the ultrasound report.
9  When it said could be, may be, could represent,
10 may represent or whatever, I felt that I needed
11 to know what was going on in my body.

12 Q. Okay. But then you said you had had a
13 conversation with Doctor Choudry, and he said you
14 didn't need a biopsy?

15 A. Right.

16 Q. You didn't believe that or what was the
17 problem?

18 A. I didn't believe it.

19 Q. So you didn't believe the report and you
20 didn't believe Doctor Choudry?

21 A. I didn't believe Doctor Choudry. I
22 believed the report was inconclusive.

23 Q. Is it fair to say that you don't have
24 any medical knowledge yourself?

ASSOCIATED COURT REPORTERS

1   A. Just first aid training.
2   Q. Okay. You don't really know what these
3   words mean when you read a radiology report,
4   right?
5   A. Yeah, I know what most of them mean.
6   I'm educated enough to know what the words mean.
7   Q. You're telling me that you read this
8   report and you were still concerned, right?
9   A. Right.
10  Q. Because you didn't know what this meant,
11  did you?
12  A. No, I did not.
13  Q. And when Doctor Choudry told you that
14  you didn't need any further testing for that, you
15  didn't believe him?
16  A. That's right.
17  Q. Do you believe him now that the other
18  doctors have told you the same thing?
19  A. Yeah, I believe it now.
20  Q. With respect to your complaints against
21  Doctor Hamby, would it be fair to say that he
22  told you the same thing, that you didn't need a
23  biopsy for those cysts?
24  A. Doctor Shute was the doctor I seen. I