16

1  seen Doctor Hamby only twice that I recall.
2      Q.  Do you have any complaints against
3  Doctor Hamby?
4      A.  Quite a few.
5      Q.  Okay.  What are your complaints against
6  Doctor Hamby?
7      A.  Well, one, he wouldn't give me any pain
8  medication for the pain I was in.
9      Q.  Do you agree -- well, when was the first
10 time that you think you saw Doctor Hamby?
11     A.  I would have to -- again, I would have
12 to look at my medical record.  I don't have that
13 in front of me to see.
14     Q.  I think from the records it indicates
15 that you saw him some time in October of 2001.
16     A.  May be.
17     Q.  If the records show that, would you
18 agree with that?
19     A.  If the records show that, I would agree
20 with that.
21     Q.  Okay.  And you said you only saw Doctor
22 Hamby two times?
23     A.  I believe it was only twice because
24 Doctor Shute was the doctor I was seeing.

1    Q.  How many times did you see Doctor Shute?
2    A.  Many, many times.  I don't know the
3 exact number.
4    Q.  Have you had any conversations with
5 Doctor Shute since the time you left Hill
6 Correctional Center?
7    A.  No, I haven't.
8    Q.  Have you had any conversations with
9 Doctor Hamby since the time you left Hill
10 Correctional Center?
11   A.  No, I haven't.
12   Q.  Did you have conversations with Doctor
13 Shute about the grievances you filed against
14 Doctor Hamby?
15   A.  Did I have --
16           MR. BACKMAN:  Could you
17 specify the time here?
18           MS. POWELL:  Any time.  Have
19 you at any time had any conversations with Doctor
20 Shute about the grievances you filed against
21 Doctor Hamby?
22           THE WITNESS:  Yes.
23   Q.  When did you have those conversations?
24   A.  Again, I don't have the medical records

18

in front of me, but he kept asking for certain tests that Doctor Hamby denied. And I told him that I was going to file a grievance on that.

Q. You told Doctor Shute that?

A. Right.

Q. And what did Doctor Shute say, if anything?

A. Go ahead and file it.

Q. Did he say anything else?

A. He said he couldn't make Doctor Hamby give me those outside tests that he had asked for.

Q. Did you ask Doctor Shute about the process of having certain tests done, either inside or outside of the facility?

A. I didn't understand you. I'm sorry.

Q. Did you have a conversation with Doctor Shute about the process required in order to get tests done either inside or outside of the facility?

A. I knew the process because I worked as the medical, the health care clerk.

Q. What's your understanding of what the process was?

19

  A. Well, your doctor has to recommend that a medical director has to okay it and a medical administrator has to okay it before you're sent outside the prison for any additional testing. I learned that by working as a clerk there for over a year in the health care center.

  Q. Are you aware of any forms that Doctor Shute actually filled out to have any of these tests performed?

  A. No, I'm not aware of any.

  Q. Okay. The first thing you said about your complaint against Doctor Hamby was that he wouldn't give you any pain medication.

  A. Right.

  Q. Pain medication for what?

  A. For my testicle and for I had a nodule growing on my left arm that caused me pain in my ring finger and little finger of the right arm.

  Q. Is that in two fingers or one finger?

  A. Two fingers, the ring finger and the little finger.

  Q. Okay. Now it's my understanding that you had made complaints regarding the, we'll start with the nodule on your left arm.

20

1     A. Right arm.

2     Q. I'm sorry, I thought you just said left.

3     A. I might have. I'm sorry, it's the right arm.

5     Q. Okay. And a radiology report was done, an x-ray was taken of that, right?

7     A. Right.

8     Q. And you were told there was a bony lesion there, right?

10     A. There was a lesion on my bone, right.

11     Q. And you were told that there wasn't really anything they could do about that, right?

13     A. No, I was not. I was told by Doctor Shute that I needed a nerve conduction test to see if that nerve was damaged.

16     Q. What nerve?

17     A. That runs down your arm.

18     Q. The ulnar nerve?

19     A. Yeah, I don't know what the name of it is; but the nerve that runs down your arm, if that lesion was bothering that nerve.

22     Q. Have you ever had a nerve conduction study?

24     A. Yes, I have.

21

1   Q. When did you have that?
2   A. At the VA hospital in Lexington.
3   Q. Did it indicate that you had any nerve
4 problems?
5   A. Yes, it did.
6   Q. When was that nerve conduction study
7 done?
8   A. I'd have to guess it was done somewhere
9 around December of 2003. Now that's a guess.
10  Q. Who would have done that?
11  A. VA hospital. I don't remember the
12 doctor's name.
13  Q. Was it a neurologist there or who?
14  A. There was a doctor there with several
15 machines and pins and needles sticking me and
16 listening to it.
17  Q. And what did they tell you?
18  A. The nerve was damaged, severely.
19  Q. Did they indicate that it had anything
20 to do with the nodule on the arm?
21  A. Yes, they did.
22  Q. And who said that?
23  A. The doctor that did the nerve conduction
24 test, that was his report.

22

  Q.  And do you have an idea who that doctor is?
  A.  No, I don't.  I'd have to look at the VA records to find the report.
  Q.  And they said that your nerve was damaged by a lesion on your arm?
  A.  Yes, ma'am.
  Q.  And how could that be?  How could the nodule cause damage to your nerve?
  A.  Growing into it.
  Q.  Did they say --
  A.  Putting pressure on it.
  Q.  And they said that was causing some sort of problem for you?
  A.  It was causing me a bad problem, yes.
  Q.  What was that problem?
  A.  It was giving me pain in my ring finger and my little finger, a sense of numbness.
  Q.  And what did they do for you, if anything?
  A.  November 17th of 2004, see it.
  Q.  I see you have a scar on your arm.
  A.  They operated on my arm, relocated the nerve, took the lesion off.

```
                                                        23
 1         Q.   So that was something you had done
 2   recently?
 3         A.   Yes, just November of last year.
 4         Q.   Who did that?
 5         A.   Doctor Cassidy of the Orthopaedic Clinic
 6   at the VA in Lexington.
 7         Q.   So they moved your ulnar nerve?
 8         A.   Right.
 9         Q.   Do you still have problems?
10         A.   I have a little numbness in my elbow
11   from the surgery.  But I don't have the pain and
12   stuff in my ring finger and little finger like I
13   had before.
14         Q.   Is the numbness causing any pain?
15         A.   No, it's not causing any pain.  It's
16   just numbness from the skin -- what Doctor
17   Cassidy told me was it's the nerves that are so
18   small they can't see by your skin.  He said I
19   might get that feeling back within a year or so.
20         Q.   How long had you had that bony lesion on
21   your arm?
22         A.   Again, I don't have the medical records
23   to show; but it was in the prison that I had it.
24   And Doctor Shute had asked Doctor Hamby to
```

1  approve a nerve conduction test. He told me that
2  nerve could be damaged.
3      Q. Did Doctor Shute tell you that he asked
4  Doctor Hamby to --
5      A. It's in my records. It's stated in my
6  records.
7      Q. Well, I've seen in your records that
8  Doctor Shute made a note about possible nerve
9  conduction study.
10     A. Right, right.
11     Q. But I don't see anything in there that
12 said he had a conversation with Doctor Hamby.
13 Did he tell you he had a conversation with Doctor
14 Hamby?
15     A. Yes, he told me that, what I took to be
16 true.
17     Q. When did he tell you that?
18     A. At one of our meetings.
19     Q. And did he tell you why he thought you
20 needed a nerve conduction study?
21     A. He thought that nerve might be damaged
22 by that lesion.
23     Q. Why is it that you didn't have any nerve
24 conduction studies done until 2003?

```
                                                        25
 1        A.  I have to wait my turn at the VA.  It's
 2   free, but I have to wait my turn.  There's
 3   thousands upon thousands of veterans waiting to
 4   get treatment.  You have to wait your turn.
 5        Q.  And who was it that recommended that?
 6        A.  Who recommended what?
 7        Q.  The nerve conduction study.
 8        A.  Doctor Bingham.
 9        Q.  Did you have any other symptoms other
10   than pain in your ring finger and your little
11   finger?
12        A.  No, I didn't.
13        Q.  Were you given any pain medication at
14   all from Doctor Hamby according to you?
15        A.  I was just given Ibuprofen.  That's all
16   I was given.
17        Q.  And has anyone indicated to you that you
18   needed -- did Doctor Shute tell you that you
19   needed other medication?
20        A.  I had one doctor that came in that I
21   seen, I didn't recall his name, it's in my
22   medical record, that gave me Tylenol Three for a
23   week.
24        Q.  That was while you were at Hill?
```

26

1  A. That's while I was at Hill.
2  Q. For what?
3  A. For this and this. For my arm and for
4  my testicle, he gave me Tylenol with codeine.
5  Q. Okay. And then he discontinued that?
6  A. Right. He was just filling in, but he
7  said you need this. And he gave me Tylenol Three
8  for one week.
9  Q. Okay. And other than that, you were
10 given Ibuprofen, right?
11 A. Ibuprofen until I got an infection, and
12 then I was given antibiotics.
13 Q. Okay. And both -- well, you only saw
14 Doctor Hamby twice, right?
15 A. Right. As I recall, that's probably
16 right.
17 Q. So it would have been Doctor Shute who
18 was prescribing the medications for the most
19 part, right?
20 A. He told me he couldn't give me nothing
21 different because Hamby wouldn't approve.
22 Everything Shute did, okay, Doctor Hamby had to
23 approve or disapprove.
24 Q. But Doctor Shute didn't ever prescribe

1  any other medications for you, did he?
2      A.  He said that's all he could prescribe
3  for me.  He worked for Doctor Hamby.  He did what
4  Doctor Hamby said.
5      Q.  That's what he said?
6      A.  Yeah.
7      Q.  Well, did he tell you that he would have
8  put you on something else?
9      A.  He said he would have liked to.
10     Q.  Like what?
11     A.  He didn't say.
12     Q.  So why do you think that Doctor --
13 you've got alleged in your complaint that Doctor
14 Hamby prevented you from having the nerve
15 conduction study, right?
16     A.  Right.
17     Q.  So you think that Doctor Shute actually
18 ordered it and Doctor Hamby stopped it?
19     A.  Right.
20     Q.  Why do you think that?
21     A.  Because everything -- he was the medical
22 director.  Everything had to go through him.  I
23 knew that from working there.  I knew how the
24 place worked, how the chain of command was, who

28

1 had the final say.
2 Q. But you never saw any documents filled
3 out by Doctor Shute to have that actually done,
4 did you?
5 A. Yes, I did. It's in my medical records.
6 Q. I've seen your records. But I'm talking
7 about the forms that are necessary in order to
8 have those type of tests done, a request and an
9 authorization for that test, did you ever see
10 those?
11 A. I don't know if any forms exist. I
12 don't know. I'm just going on what the doctor
13 told me.
14 Q. But you've never seen any filled out by
15 Doctor Shute requesting that test, right?
16 A. Just what I seen in my medical records.
17 That's all I've seen.
18 Q. And you haven't seen any notes from
19 Doctor Hamby saying cancel this request?
20 A. I seen notes in my file that said
21 denied.
22 Q. What was denied?
23 A. The request. In my medical records,
24 Doctor Shute would fill out what he wanted to do.

ASSOCIATED COURT REPORTERS

```
                                                              29
 1    And two or three places it's down in the right
 2    hand corner, it says denied. And it's got
 3    Hamby's name on it.
 4         Q.  What specifically was denied?
 5         A.  Well, I don't have my records in front
 6    of me to give you verbatim. But I know one of
 7    them was a nerve conduction test, and I know
 8    another one was to have another ultrasound to
 9    check for torsion in my left testicle. I
10    remember that being in the record. Everything he
11    requests down in the right hand corner of the
12    page, it says denied, Hamby.
13         Q.  Okay.
14         A.  If I recall correctly.
15         Q.  Did you ever see that Doctor Shute
16    actually filled out an authorization to have
17    another ultrasound done?
18         A.  No, I never seen any. If the forms
19    exist, I never seen them. I'm going on what the
20    man told me.
21         Q.  Did any doctor subsequent to Doctor
22    Shute tell you that you actually had torsion in
23    your testicle?
24         A.  Yeah.
```

30

1  Q. Who told you that?
2  A. Doctor Bingham, when I first checked
3  into the VA hospital in Lexington and they first
4  seen me and I told them about the muscle cramp
5  type illustration for my testicle and everything.
6  And they told me that I needed further testing,
7  so they give me more ultrasounds and more x-rays
8  and MRI's and cat scans to narrow it down to how
9  you pronounce that word muscle spasms.
10  Q. I've seen that you've had additional
11  ultrasounds done, and those ultrasounds say the
12  same thing that the original ultrasounds say.
13  A. Right.
14  Q. And the CT scans and the MRI, they all
15  say the same thing?
16  A. Right.
17  Q. There's nobody who's going to say if you
18  would have had another ultrasound done back at
19  the time that you were still at Hill Correctional
20  Center that it would have showed anything
21  different?
22  A. Not to my knowledge.
23  Q. So basically is it fair to say your main
24  complaint is you should have had more pain