31

1   medication?

2        A.   And more treatment.

3        Q.   What other treatment did you want?

4        A.   I wanted another ultrasound.  I wanted

5   to know what was causing my pain.  I wanted a

6   nerve conduction test like Doctor Shute had asked

7   for.

8        Q.   Who told you that you didn't need

9   another ultrasound, if anybody?

10       A.   It was denied by Doctor Hamby.

11       Q.   Did you ever have a conversation with

12   him about why he did not order an ultrasound?

13       A.   He didn't want to spend the money.

14       Q.   I said did you have a conversation with

15   Doctor Hamby regarding the ultrasound request?

16       A.   Did I have a conversation with him?

17       Q.   Yes.

18       A.   Not to my knowledge.

19       Q.   Okay.  So when you say it was denied,

20   you're just meaning that you didn't get one?

21       A.   It was denied on the paper like I

22   explained before.

23       Q.   Okay.  But you didn't have any

24   conversations with any physicians about why?

32

1      A.   Doctor Shute told me that they didn't

2  want to spend the money.

3      Q.   And that's exactly what Doctor Shute

4  said?

5      A.   Yeah, they didn't want to spend the

6  money.

7      Q.   Did he say -- because you didn't have

8  that ultrasound that you think you needed, what

9  injury did you sustain?

10     A.   I'm not following your question there.

11     Q.   Okay.  Well, you're telling me that you

12 think you needed to have another ultrasound while

13 you were still at Hill, right?

14     A.   Right.

15     Q.   As a result of that, not having that

16 ultrasound, what injuries do you have?

17     A.   That descending testicle, that leg cramp

18 thing and the tumor on the nerve.

19     Q.   Okay.  Well, the ultrasound was going to

20 be for the testicle, right?

21     A.   Right.

22     Q.   It wasn't going to be for the nerve?

23     A.   No.

24     Q.   So what injury do you have as a result

ASSOCIATED COURT REPORTERS

1    of not having that one ultrasound?

2          A.   Well, none.

3          Q.   So why are you suing?

4          A.   Why am I suing?

5          Q.   Yeah, why are you including that in --

6          A.   They left me sitting in a 6 by 9 cell

7    in pain, tremendous pain.  Doctor Shute gave me

8    an ice pack to ice down my testicles.  And that

9    was the only thing that helped my pain.  And

10   Doctor Hamby took that away from me.

11         Q.   An ice pack?

12         A.   Right, the permission to get a bag of

13   ice to put on my swelling testicles.  And Hamby

14   took that away from me.

15         Q.   And when did he do that?

16         A.   When he fired Doctor Shute.

17         Q.   Why do you think he fired Doctor Shute?

18         A.   It was -- prison is a small community.

19   There's nothing that goes on that the prisoners

20   don't know.  He was fired because he was trying

21   to help the prisoners.  He was requesting too

22   much time, too much money, too much of this and

23   that.

24         Q.   So you think that Doctor Hamby had the

34

1    ability to hire and fire other physicians?

2         A.  He had the ability.  I know he had the

3    ability.  They left me sitting there two years,

4    lady.  I had testicles that would swell up the

5    size of navel oranges.

6         Q.  Well, how could he leave you sitting

7    there for two years when Doctor Hamby was only

8    there from October of 2001 --

9         A.  Whatever time.

10        Q.  -- and you left in August of 2002.

11   That's not even a year.

12        A.  Yeah, that time span.  I'm wrong on the

13   date.

14        Q.  Ten months?

15        A.  Ten months.

16        Q.  Had anyone prior to you seeing Doctor

17   Shute recommended any of these tests?

18        A.  They're the only ones that I seen.

19        Q.  So nobody else had?

20        A.  I had access to no one else.

21        Q.  And why did Doctor Hamby take away your

22   ice pack?

23        A.  I don't know.  I came into the housing

24   unit, the officer in control said, hey, Doctor

ASSOCIATED COURT REPORTERS

35

1    Shute has been fired today; and you're no longer

2    to have ice until your record is completely

3    reviewed by Doctor Hamby.

4         Q.   Who said that?

5         A.   The officer in the control center of the

6    housing unit.

7         Q.   And then what happened?  Did you get the

8    ice back?

9         A.   No.

10        Q.   Did you ever have a conversation with

11   Doctor Hamby about that?

12        A.   I submitted four request slips to see

13   him, and they all were denied.

14        Q.   And that was all about the ice?

15        A.   That's what I wanted to see him about,

16   about getting my ice back.  The ice helped with

17   the pain and the swelling.

18        Q.   Do you recall when that was?

19        A.   I have it documented in my file.  I

20   don't have the files with me.

21        Q.   So after the time that Doctor Hamby was

22   alleged to have taken away your ice pack, you

23   never had ice again?

24        A.   No, I did not.

36

1      Q.   Did you have Ibuprofen?

2      A.   I had Ibuprofen.

3      Q.   Did you have Ibuprofen the whole time?

4      A.   Yes, I did.

5      Q.   Did you ever have anything else?

6      A.   Just that one instant where I had that

7  Tylenol Three where I told you about.

8      Q.   And do you know what the Ibuprofen was

9  given to you for?

10     A.   Pain.

11     Q.   For what, though, both the arm and the

12 testicle?

13     A.   Both, everything, right.

14     Q.   And it's your opinion that you should

15 have had your -- you should have had a nerve

16 conduction study while you were at Hill some time

17 between October of 2001 and August of 2002,

18 right?

19     A.   Right.

20     Q.   That's a ten month time frame, right?

21     A.   Right.

22     Q.   But when you got out, you didn't have

23 the nerve conduction study for over, it would

24 have been more than a year, right?

37

1      A.  I had to wait my turn.

2      Q.  Okay.  And once you had the nerve

3   conduction study done, you felt it was done in

4   December of '03, right?

5      A.  I said approximately, yes, that's a

6   guess.  I'm not absolutely sure on it.

7      Q.  You had surgery done almost a year later

8   after that, right?

9      A.  I had to wait my turn.  The medical care

10  is free, but you got to wait your turn.

11     Q.  When did you know you were going to be

12  released in August of '02?

13     A.  The day I went in.

14     Q.  Okay.

15     A.  Well, I take that back.  My out date was

16  December; but I got ninety days good time, which

17  put that back to August.

18     Q.  And prior to the time you were

19  incarcerated, were you being treated at VA

20  hospitals as well?

21     A.  Before I was incarcerated?

22     Q.  Yes, right.

23     A.  Yes, I was.

24     Q.  What problems did you have before you

38

1     were incarcerated?

2          A.   Post-traumatic Stress Disorder from

3     Vietnam.

4          Q.   Were you treated at the Danville

5     Veterans Administration Hospital?

6          A.   Yes, ma'am, I was.

7          Q.   Were you treated anywhere else?

8          A.   No, ma'am.

9          Q.   And when you were transferred to the

10    Danville VA after your release, what conditions

11    did they treat you for, if any?

12         A.   Post-traumatic Stress Disorder.

13         Q.   That was it?

14         A.   I was only there ten days.  They didn't

15    have time to get into anything else.

16         Q.   And are you still being treated for

17    that?

18         A.   Yes, I am.

19         Q.   Who is treating you for that?

20         A.   Many.  Doctor Markham.

21         Q.   And is that doctor also in Lexington?

22         A.   Right.

23         Q.   And is he affiliated with the VA there?

24         A.   Right.

39

1    Q.  And there was a reference in your notes

2    to a Doctor Cirillo.  Who is that?

3    A.  He was the first one I had.  These

4    doctors that I see now are interns.  They rotate

5    on a yearly basis.

6    Q.  And he was also at the VA in Lexington?

7    A.  Right, yes, ma'am.

8    Q.  Any other doctors that you're seeing

9    other than the ones that you've named?

10    A.  No, ma'am.

11    Q.  Now did the doctors that you're

12    currently treating with advise there was anything

13    they could do to stop the pain that you're having

14    in your testicles?

15    A.  No, they said it would probably be with

16    me the rest of my life.

17    Q.  And they treat you with medication,

18    right?

19    A.  Yes, ma'am.

20             MR. BACKMAN:  Off the record

21    one second.

22           (Off record discussion.)

23          (Recess Taken).

24           MS. POWELL:  You had

40

1    indicated that your doctor said there really

2    wasn't anything they could do to stop you from

3    having the pain, right, --

4                            THE WITNESS:  Right.

5        Q.  -- in your testicle?

6        A.  Right.

7        Q.  They can't do any surgery to fix that?

8        A.  No.

9        Q.  They're basically going to treat you

10   with pain medication, right?

11       A.  Right.

12       Q.  And that's why you're seeing Doctor

13   Atallah, correct?

14       A.  Right.  I see him every two weeks for

15   pain shots.

16       Q.  Okay.

17       A.  And I take pain medication during each

18   day.

19       Q.  Okay.  Did you ever have a conversation

20   with Doctor Hamby about obtaining different pain

21   medications?

22       A.  Yes, I had asked him; and he gave me a

23   jock strap.

24       Q.  But what did he say with respect to pain

41

1    medications?

2         A.  He said this is all you need.

3         Q.  That's all he said, this is all you

4    need?

5         A.  That's it, very short and to the point.

6         Q.  And you feel you should have had some

7    other form of pain medication?

8         A.  Yes, ma'am, something that would

9    actually do something for me.

10        Q.  Now after you were released from the

11   correctional center, you were given additional

12   medications, right?

13        A.  I was given medications the last thirty

14   days.

15        Q.  That would last for thirty days?

16        A.  Right.

17        Q.  Well, I see in your records that you had

18   been on quite a few different medications for

19   different things, right, pain medications?

20        A.  Blood medications, stomach medications,

21   PSD medications.

22        Q.  And it looks like a lot of those were

23   discontinued by your physicians, right?

24        A.  What did you say, ma'am?

42

1          Q.   They discontinued those.  It looks like

2    you were on Hydrobromide.  Do you even know what

3    that is?

4          A.   No, ma'am.

5          Q.   And Doxepin, do you know what that?

6          A.   It's an antibiotic.

7          Q.   It says in your note it's for sleep.

8          A.   Okay.  I thought it was an antibiotic.

9          Q.   There's Risperidone.  Do you know what

10   that is?

11         A.   Mood.

12         Q.   And Trazodone, that's also for --

13         A.   Mood.

14         Q.   Okay.  And were those given to you by

15   the --

16         A.   VA.

17         Q.   The doctor who was treating you for the

18   Post-traumatic Stress Disorder?

19         A.   Right.

20         Q.   Then it says there's Gabapentin.  Do you

21   know what that is?

22         A.   No, I don't.

23         Q.   And then it says you had -- well, then

24   later you've got Albuterol.  Do you have like an

43

1    asthma problem?

2        A.   Asthma, no.

3        Q.   And it says Morphine.

4        A.   Yeah, I take Morphine.  I take 45

5    milligrams of Morphine twice a day, plus a 15

6    milligram booster in the middle of the day.

7        Q.   And then it says Hydrocodone, right?  Do

8    you know what those are for?

9        A.   (Witness shakes head no).

10        Q.   And then it says Acetaminophen and

11    Ibuprofen, right?

12        A.   Right.

13        Q.   Your doctor gave you all those

14    medications, right?

15        A.   Right.

16        Q.   Okay.  And are all those medications in

17    the form of pills?

18        A.   Yes.

19        Q.   And then it says in your records that

20    the medications were discontinued, is that right?

21    Did they stop giving you those or are you still

22    on them?

23        A.   I'm still on them.

24        Q.   Okay.  It also shows in your records

44

1    that at one point in time you overdosed on the

2    Morphine?

3        A.   It was an accidental overdose.

4        Q.   How did you do that?

5        A.   Well, my school of thought at the

6    time -- I was in quite a bit of pain.  And my

7    school of thought was if I had taken two, four

8    would be better.  And it turned out to be wrong

9    because it put me in a coma.

10       Q.   And did you just have these medications

11   sitting at your house?

12       A.   Right.

13       Q.   At your availability?

14       A.   Right.

15       Q.   Did you ever have a conversation with

16   any of the physicians while you were in prison,

17   including Doctor Shute or Doctor Hamby, as to why

18   they don't give stronger narcotic type

19   medications in prison?

20       A.   Because it cost too much.

21       Q.   Who did you have that conversation with?

22       A.   Shute, and Doctor Choudry, too, when I

23   was his medical clerk.

24       Q.   What about Doctor Hamby?

ASSOCIATED COURT REPORTERS

45

1        A.   Never talked to him about it.   I only

2   seen Hamby twice.   And the conversations were

3   very, very short when I seen him.   And one time

4   he give me -- like I said, he gave me a jock

5   strap, which didn't make no sense at all because

6   I didn't have a descending testicle, I had an

7   upscending testicle.   And the other one was to

8   inform me that I wasn't going to get any tests

9   done.

10        Q.   Was that with respect to the ultrasound?

11        A.   And so forth, the ultrasound test and

12   all that.

13        Q.   And he told you that you weren't getting

14   either one of those tests?

15        A.   Right, neither one.

16        Q.   And did he tell you why?

17        A.   No.

18        Q.   Did he say you didn't need them?

19        A.   He didn't say.

20        Q.   He just said you're not getting these

21   tests?

22        A.   He just said denied.

23        Q.   And what did you say?

24        A.   I don't want to repeat myself.