E-FILED
Thursday, 31 August, 2006  04:01:36 PM
Clerk, U.S. District Court, ILCD

46

1        Q.   So were you upset with him?

2        A.   Quite upset.

3        Q.   Were you yelling at him?

4        A.   Quite upset.

5        Q.   And did these conversations take place

6    in the health care unit?

7        A.   Yes, they did.

8        Q.   Was anyone else present?

9        A.   No, he was just in his office.

10       Q.   There wasn't a nurse available at the

11   time?

12       A.   She was outside the office.

13       Q.   And who was that?

14       A.   Nurse Sally, I think.  I don't know her

15   last name.  I know her as Sally.

16       Q.   And before you would have seen Doctor

17   Hamby on those two occasions, do you recall

18   seeing a nurse first?

19       A.   Yeah, they take your temperature, blood

20   pressure, pulse, and all that.

21       Q.   Do you recall who those nurses were?

22       A.   There was one named Sally and one named

23   Brenda.  I can't think of the rest of them.

24       Q.   Okay.  And do you know why it is that

ASSOCIATED COURT REPORTERS

47

1   you were seeing Doctor Hamby on those occasions

2   rather than Doctor Shute?

3        A.  No, I don't.

4        Q.  When you would be seen in the health

5   care unit did you request to be seen by one

6   doctor or another?

7        A.  No, I didn't.  I had no choice, inmates

8   don't have a choice.

9        Q.  And every time that you were seen in the

10  health care unit was that because you had filled

11  out a request to be seen?

12       A.  Sometimes.  Sometimes it was follow-up.

13       Q.  Okay.  So sometimes you would fill out a

14  form and be seen in the health care unit, right?

15       A.  Yes.

16       Q.  And then the doctor or the nurse would

17  schedule you to come back on a particular date,

18  right?

19       A.  The way it used to work, okay, it used

20  to work that you signed up for sick call.  And

21  each housing unit went over at a specified time.

22  You went to what they call nurses screen where

23  the nurses screen everybody.

24            Later on when Director Snyder

48

1    changed the way our movement was ran, we had to

2    fill out a request to be seen by the nurse before

3    you could be seen by a doctor.

4         Q.  Between October of 2001 and August of

5    2002, which system was in place?

6         A.  Both of them.

7         Q.  So Snyder came in in the middle of that

8    time frame?

9         A.  He changed it in the middle of that time

10   frame.

11        Q.  On the two occasions that you saw Doctor

12   Hamby, what was the procedure?

13        A.  I was called to the health care with a

14   call pass.

15        Q.  Why were you called there?

16        A.  For follow-up.

17        Q.  What was the follow-up for specifically?

18        A.  My testicle and my arm.

19        Q.  Now today you're talking about the pain

20   that you have associated with your testicle that

21   you're attributing to these cremasteric spasms,

22   right?  This doesn't have anything to do with the

23   cysts, right?

24        A.  No, it doesn't.

49

1      Q.  During the time that you were actually

2  at Hill Correctional Center, did anyone ever

3  diagnose you as having those spasms?

4      A.  Well, Doctor Shute thought it was

5  torsion.

6      Q.  But did he diagnose you with those

7  specific type of spasms?

8      A.  No, not that specific type of spasm.  He

9  thought it was torsion.

10      Q.  Torsion of what?

11      A.  Of my left testicle.  That's why he

12  thought a second ultrasound should be done to

13  check for torsion in the testicle.

14      Q.  Well, has anyone indicated that torsion

15  of your left testicle has anything to do with

16  cremasteric spasms?

17      A.  No, nobody has told me that.

18      Q.  And the pain medications that you have

19  are for cremasteric spasms, right?

20      A.  Right.

21      Q.  It's not for the cysts?

22      A.  No, the cysts don't cause no pain.

23      Q.  Is the spasms something that can be

24  observed?

50

1      A.   I've had them in front of my doctor,

2  yes.

3      Q.   Doctor --

4      A.   My doctor -- doctor how did you

5  pronounce that, Atallah?

6      Q.   Atallah?

7      A.   Doctor Atallah has seen it.  When I was

8  laying on the table getting a shot, he seen it

9  take place.  As soon as he gave the shot, the

10 testicle moved back down.  And he was quite

11 amazed at the reaction time on that pain

12 medication he was giving me.

13     Q.   What with Doctor Hamby, did he ever

14 observe --

15     A.   No, he just examined me; and the thing

16 was up.  He didn't see it go up, but it was up.

17 And that's why he gave me a jock strap.  And it

18 just didn't make no sense to me.

19     Q.   So Doctor Hamby never actually saw you

20 have a spasm, right?

21     A.   Not that I'm aware of.

22     Q.   Did you ever tell him that you had

23 spasms?

24     A.   Yes, I did.

ASSOCIATED COURT REPORTERS

51

1      Q.  On both of those two occasions you told

2  him you had spasms?

3      A.  I was telling him that, yeah, I believe.

4  I'd have to check my medical records.  I should

5  have brought those, I guess.

6      Q.  When you filled out your grievances you

7  didn't mention spasms, did you, you only

8  mentioned the cysts?

9      A.  No, I didn't.  I had two grievances now.

10  There's two different grievances.

11      Q.  Right.

12      A.  One grievance for a biopsy.  That's the

13  first one I wrote.  And the second grievance I

14  wrote mentioned that the testicle was descending

15  up in me.  And that I had to take  -- another

16  condition that I had that you haven't brought up

17  yet is I had to unbend my penis to urinate, okay,

18  and pull my testicle down to urinate.  And that

19  was in my second grievance.

20      Q.  Okay.

21      A.  And I filed that grievance right before

22  my discharge.

23      Q.  Now that condition, do you still have

24  that?

52

1      A.  No, I've been treated for that.  It's

2   called --

3      Q.  Peyronies?

4      A.  Yeah, Peyronies Disease, right.  I have

5   been treated for that.

6      Q.  Who is treating you for that?

7      A.  Well, the urologic clinic was treating

8   me for it; but I went through the treatment, and

9   the condition has changed to a more normal

10   position.

11      Q.  How did they treat you for that?

12      A.  They gave me shots to break up the

13   plaque that was in my penis that caused the

14   curvature.

15      Q.  Has any of your doctors told you what

16   problems you would have from that?

17      A.  Which doctors are you talking about?

18      Q.  The urologists who were giving you the

19   shots.

20      A.  I'm still not following you.  I'm sorry.

21      Q.  Did you have a discussion with your

22   urologists about why they were giving you the

23   shots?

24      A.  They give me the shots to break up the

53

1    plaque to straighten out my penis.

2         Q.   But you could still urinate, right?

3         A.   Once I unbend it, yeah, I could still

4    urinate.

5         Q.   But you could before you had the shots,

6    too, right?

7         A.   Yeah.

8         Q.   You haven't had surgery for that?

9         A.   No, I elected not to because if you have

10   the surgery, it shortens you.

11        Q.   Well, didn't they also indicate that if

12   you have surgery it could cause scarring, which

13   could make it worse?

14        A.   Right.  I took the shots instead of the

15   surgery.

16        Q.   That's not something that you were ever

17   treated for while you were at the correctional

18   center, was it?

19        A.   No, but I complained about it.

20        Q.   You complained about the bending, right?

21        A.   Right.  I told them in my grievances and

22   in my letters to the director, deputy director,

23   warden, assistant warden, medical directors, all

24   my communications.

ASSOCIATED COURT REPORTERS

54

1     Q.  But they didn't recommend that you have

2   anything done at that time, did they?

3     A.  They come back and told me that they

4   were monitoring my situation.

5     Q.  Okay.

6     A.  That's all they said.  They wasn't

7   treating it.  They were monitoring it.

8     Q.  Did they indicate to you there was a

9   form of treatment they could give you?

10    A.  Well, while I was in, my sister sent me

11  a pile about so thick, about two inches thick,

12  things off the Internet from Web MD and the

13  Surgeon General.  I would write and tell her what

14  my condition was.  They would look it up; and

15  they would send me copies of that, you know, what

16  was going on with me.  You following what I'm

17  saying?

18    Q.  Right.

19    A.  Sister sent it to me through the mail.

20  And I would sit there and read up on it, you

21  know.  And I put all that in my grievances, too.

22    Q.  Did any doctor say that they needed to

23  do something for you while you were at Hill

24  Correctional Center?

55

1        A.  Well, Doctor Shute said there was things

2    that could be done; but I could never get past

3    Doctor Hamby.

4        Q.  Like what?  What did Doctor Shute say?

5        A.  Well, like the nerve conduction and the

6    medications and the bending of the penis and so

7    forth.

8        Q.  Well, the nerve conduction, that has to

9    do with the lesion on your --

10       A.  Yeah, up here.

11       Q.  But was he going to treat you for the

12   Peyronies?

13       A.  Was he going to treat me?  He said there

14   was treatment, but they couldn't get the

15   treatment when I was in.  Doctor Hamby wouldn't

16   approve it.  Doctor Hamby wouldn't approve a

17   thing.  It wasn't me.  It was everybody else.

18       Q.  What is your alleged injury as a result

19   of them not giving you any medication for the

20   Peyronies?

21       A.  The pain I was in.  Oh, for the

22   Peyronies?

23       Q.  Yes.

24       A.  For that is that I had to unbend

56

1    everything, you know.  I wasn't natural.

2         Q.  You had to manually unbend it, right?

3         A.  Right, I had to manually take it and

4    unbend it.  I had to pull my left testicle down,

5    unbend my penis just to urinate.

6         Q.  And that was all the time the whole time

7    you were at Hill Correctional Center?

8         A.  The whole time.  That didn't cease until

9    I got to the VA Center in Lexington, and I got

10   the shots for the Peyronies, and I got the

11   medication and all that.

12        Q.  And your form of this disease was that

13   you had this all the time?

14        A.  When I was at Hill, yes.  Not the

15   whole ,-- it all happened in the last two years of

16   my incarceration.  The first three years, the

17   only thing that I had wrong with me was my

18   cholesteral.  And I have that because I'm Hyper

19   Lipodemia Type 5.  I inherited that from my

20   parents.  I have a very high cholesteral.

21        Q.  Okay.

22        A.  And I had my Post-traumatic Stress

23   Disorder.  They were giving me sleeping

24   medication at night.  They were giving me

57

1   medication for my cholesteral.

2        Q.  Are you still getting the shots for the

3   Peyronies?

4        A.  No, the treatment has been through.

5   It's a cycle of twenty shots.  And it has been

6   corrected somewhat.  Not completely.  I'm not

7   completely as I was before, but it's a lot

8   better.

9        Q.  While you were at Hill nobody

10  recommended that you have those shots, did they?

11       A.  Doctor Shute told me that there was

12  treatment for it, but I'd never get it.

13       Q.  Okay.  And did he say, did he explain to

14  you what Peyronies was?

15       A.  Yeah, an unnatural bending of the penis

16  caused by plaque build up caused by my high

17  cholesteral.

18       Q.  Doctor Shute told you that?

19       A.  Yeah, if I recall right.  Doctor Shute

20  was a very -- he was a nice doctor, and he tried

21  to help you.

22       Q.  Did he indicate to you that you'd have

23  any problems as a result of that?

24       A.  Just going to the bathroom is the only

58

1  problems I was having.

2      Q.  Okay.  But you never had like a urinary

3  tract infection or any type of urinary problems?

4      A.  Not to my knowledge, no.

5      Q.  And then you had the shots when you went

6  to the VA, right?

7      A.  Right.

8      Q.  And you didn't have those at Danville.

9  You had all of those at Lexington, right?

10     A.  Right.

11     Q.  Are you still following up with Doctor

12  Cassidy?

13     A.  No, I've been released by Doctor

14  Cassidy.

15     Q.  I've got the authorization, so I can get

16  those from Cassidy.  I have some of the records

17  from Veterans, but I wouldn't have all of them

18  apparently.

19            When you go to the Veterans

20  hospital, do you go to specific offices of each

21  of these physicians?

22     A.  Yes.

23     Q.  So does each office maintain separate

24  records for you?

1       A.  No, it's central record keeping.  Like

2   to send records to him, I have to go to central

3   bookkeeping, not bookkeeping, but information

4   release center or something like that.  I have to

5   sign a release, and I tell them I want copies of

6   all my records sent to his office.

7       Q.  To your attorney's office?

8       A.  To my attorney's office, right.  Now --

9       Q.  Does the hospital have records from all

10  of your doctors?

11      A.  Oh, yeah, everything is documented,

12  yeah.  They have records of it all.

13      Q.  When you see these doctors, are you seen

14  at the hospital?

15      A.  Right.

16      Q.  Okay.  So they're always at the same

17  location?

18      A.  Yes.  The VA, it's one of the best in

19  the country.  The VA hospital in Lexington is

20  part of the UK medical school.  It's all there

21  together.  The UK hospital, the VA hospital, the

22  UK medical school, University of Kentucky Medical

23  School.  It's all one big complex.

24      Q.  And how does this work?  When you say

60

1    you have to wait for your testing and your care,

2    you just sign up and then they tell you when

3    you --

4         A.   Doctor Bingham -- let's take the nerve

5    conduction test.  Doctor Bingham requests, okay.

6    That request goes to the people who did it.  They

7    put you down, first slot available.  And that's

8    when you get your appointment.

9         Q.   Is it the same with the surgery?

10        A.   Same with the surgery.  Now in

11   orthopaedics, see, my surgery was postponed for a

12   week because when you get people with broken hips

13   and things like that that needs surgery, now they

14   will bump you back and back, you know.

15        Q.   Because yours wasn't an emergency,

16   right?

17        A.   Mine wasn't considered an emergency.

18   Necessary, but not an emergency.

19        Q.   And you're satisfied with the surgeries

20   that they performed, right?

21        A.   Yes, I am.

22        Q.   And with respect to all the care that

23   you've had at the VA hospitals, you haven't had

24   to pay anything?