E-FILED
Thursday, 31 August, 2006 04:02:13 PM
Clerk, U.S. District Court, ILCD

A. I don't pay a nickle.

Q. And you don't pay for any of your pain medications?

A. Well, no, I'm a disabled vet. I'm thirty percent disabled from the Vietnam War.

Q. What does that mean?

A. I stepped on a mine in Vietnam. I was wounded. The VA rated my disability at thirty percent.

Q. So what does that mean, thirty percent? What's the effect of that?

A. It means you take him, he's a hundred percent. I'm thirty percent less than he is, okay.

Q. Yeah.

A. I don't have, you know, I stepped on a mine. I lost part of the nerves in my foot and the shrapnel and the guts and all that. They just -- it's the way they rate you. Just like Social Security disability, you know, to get it you have to be a hundred percent disabled. But the VA has a different system, and the system is it's in ten percent increments. And they say I'm thirty percent disabled.

                                                                Q. Does that affect the amount of the money they pay for your care?

A. Right. They pay me $327 a month for that. That gives me a priority two treatment in a VA hospital. A priority one is POW's. And a hundred percent disability, POW's, they're priority one. If it comes down to two people needing the same treatment and he's a POW and I'm not, he gets it first, then me. That's why I say you have to wait your turn. Even at a priority two, you know, I had to wait almost two years to get the surgery at a priority two.

Q. But they still pay for all of it?

A. They pay for everything.

Q. You have to wait in line?

A. You have to wait in line. It's free, but you have to wait your turn. And sometimes it can be a year or two before you get your treatment. And once you get your treatment and once you get in like the pain management clinic, then I'm in, okay. Then I automatically get my shots every two weeks. It took me awhile to get into that clinic, about a year. But once you're in it, then they set up your appointments, and I

get my shots every two weeks.

Q. And you're still having those shots?

A. Yes, ma'am.

Q. And that's for the spasms that you have, right?

A. Yes, ma'am.

Q. And I see that in Doctor Atallah's notes he says he expects you to continue to have those problems?

A. Right.

Q. So he's going to keep giving you those shots for the rest of your life?

A. For the rest of my life.

Q. Okay. Do you know what type of shots they are?

A. It's some kind of -- he's told me the name of it, but it's like most medical terms, it's twenty miles long.

Q. Okay.

A. It's some kind of medicine that relaxes and numbs that muscle. Because when I'm laying there and that testicle is up, he can give me that shot; and in just a matter of seconds after that shot gets into that muscle, he can stand

there and physically watch that testicle move as the tension is released from the medication. You know, you can just watch it just move right back down to where it's supposed to be.

Q. Now he just gives the shots once every two weeks regardless of --

A. I wanted it more, but he can't give it to me any closer. That's the closest he can give it to me because of the steroids involved and stuff like that.

Q. If you weren't having any problems for those two weeks, would he still give you a shot?

A. If I wanted it, yeah. But there isn't a day -- right now I'm having a hard time sitting here because I've had one. Okay.

Q. You've had a shot?

A. No, I've had --

Q. A spasm?

A. A spasm.

Q. Do you still have the spasms on a regular basis?

A. Yeah.

Q. And you said you have at least one a day?

A. At least.

Q. At least. And sometimes up to five?

A. Right.

Q. What do you do when you have a spasm?

A. Well, I usually lay down, get off my feet. And if it's time for my pain medication, I take it.

Q. Now when you were in prison, were you having these spasms?

A. Yes, I was.

Q. And what did you do then?

A. I continued to work.

Q. What did you do?

A. I just sat there and bit my tongue.

Q. You worked while you were in prison?

A. Yes, I did.

Q. What did you do? What was your job?

A. First, approximately eighteen months I was the clerk in the medical facility. And after that warden, I can't think of the warden, we had a change of warden; and he took the clerks out of the medical facility. I became clerk of the warehouse, clerk at the warehouse.

Q. Between October of 2001 and August of

2002, were you the clerk of the warehouse?

A. Yes, I was. I kept track of everything that came into the warehouse and everything that was requisitioned out. I kept the books. That was my job.

Q. What were your hours?

A. Usually 8:00 to 3:00.

Q. And were you paid for that?

A. Yes, I was.

Q. How do they pay you in prison?

A. Excuse me?

Q. How do they pay you?

A. On a monthly basis depending on your job.

Q. And they would credit an account, right?

A. They would put money in your commissary account.

Q. Do you know how much they paid you?

A. Forty-five dollars a month. And I lived off of that. And you had to buy all your cosmetics, all your tobacco, all your sodas, razors, shaving cream.

Q. What do you mean by cosmetics?

A. Your shaving cream, your after shave,

                                                        your toothbrush, toothpaste, soap that you washed yourself with, everything that you needed to keep yourself clean, well shaven, you know. You had to buy all that. None of that was given to you.

Q. So people who were medically unassigned, how did they buy all that stuff?

A. Well, if you were unassigned, you didn't have a job.

Q. Right.

A. The state gave you ten dollars.

Q. And the stuff that you bought, you bought it at the commissary, right?

A. Bought it at the commissary.

Q. Was there ever a time while you were at Hill Correctional Center that you didn't work?

A. No, I worked every day. Take that back, last fifty-five days I did not work.

Q. And why is that?

A. They caught me making records of my medical records and copies of my letters and so forth on a state copier, and they fired me. I had fifty-five days to go. All the copies you got and I got, I was making all those.

Q. Did you fill out a request for those

ever?

A. I filled out requests for my medical records and paid for those. I was making additional copies on a state copy machine that was in the warehouse. I was making additional copies, and they caught me and fired me.

Q. Because they only give you one for free, right?

A. Right, they give you one for free. And I needed more than one, so I was just making them all, making all I needed.

Q. They didn't like that too well, did they?

A. No, they didn't care for that. They didn't care for that too much.

Q. Okay.

A. But I got the job done. I got everything I needed. I just lost my job the last fifty-five days.

Q. Did they try to charge you for those copies?

A. No, they didn't charge me. I was well respected in prison. They didn't make too big a hassle. Just they caught me doing wrong, and

they had to fire me. I had been his clerk for over three years.

Q. Were there any other conditions that you are complaining of with respect to your complaints against Doctor Hamby?

A. No, not that I can think of. It's covered in my grievances. You probably have copies of my grievances and letters I wrote to Snyder.

Q. Yeah.

A. And Montgomery and Pearson and Bass.

MR. BACKMAN: Wait for a question.

MS. POWELL: You want to go ahead, and I'll just come back.

MR. BACKMAN: Why don't we take like five or ten minutes now.

(Off record discussion.)

(Recess Taken.)

CONTINUED DIRECT EXAMINATION

CONDUCTED BY MS. POWELL:

Q. How did you get here today, sir?

A. I drove up.

Q. Yesterday?

                                                              A. Yeah.

Q. Okay. And how far do you live from here?

A. 419 miles by the speedometer.

Q. Okay. So you're still able to drive and things like that?

A. Right.

Q. And are you driving back today?

A. Tomorrow.

Q. Do you have any family in this area?

A. I have a sister in Meyer, Illinois.

Q. Okay.

A. I think it is.

Q. And is the job that you have a full-time job?

A. Yes, it is. It's a very -- it's not -- ninety-five percent of what I do is sit and watch television.

Q. Okay.

A. We only have ten rooms in that motel, and we don't have a big turnover.

Q. And do you do that -- I mean do you sit in your room and wait for someone to come in?

A. I get up and go into a little office.

See, there's an office that the people register at and pay me with cash or a credit card. I have a little credit card machine I run their credit cards though. And that office has a living room kitchen combination, and off that is a bedroom for me.

Q. So it's all right there?

A. It's all right there.

Q. And are your hours then all hours?

A. Yeah. You know, there's a bell to wake me up in the middle of the night if you want to check in.

Q. Does anyone else work there?

A. Just the house cleaning lady; but she works at the grocery store, too. See, there's a convenience mart. And behind the convenience mart, there's the motel. And we sit in a Y on the road.

Q. So who's watching the place now?

A. The woman that had the job before me.

Q. Okay.

A. She works at the convenience mart. And she's watching it now.

Q. What's her name?

                                                                A. Clara. They hang a sign. What we do is we hang a sign on the door that says office temporary closed, check at the store. I hang that sign if I have to go to the doctor or go any place. And they run it out of the store then.

Q. Okay. You don't have to clock in or anything like that?

A. Oh, no, no, no, clock in, don't do none of that stuff.

Q. How do they pay you?

A. They pay me a salary.

Q. What is your current salary?

A. 150 a week plus free living. I don't pay for nothing. I don't pay for the room, I don't pay the utilities, I don't pay nothing. He pays it all; gas, lights, water, phone.

Q. Oh, your phone is free, too?

A. Phone is free, and everything else is free. Good little deal. I just sit there and check people in and out and tell the cleaning lady what rooms need to be cleaned.

Q. You like that job?

A. Oh, I love it.

Q. And are you still on parole or are you

done with that?

A. I'm on parole until August of this year.

Q. And then you'll be done, right?

A. I'll be done, right. My debt to society will be completely paid.

Q. And do you have a parole officer you have to check in with?

A. Yes.

Q. Is that person in Kentucky?

A. Yes.

Q. Who is that?

A. Randy Dennis.

Q. And how often do you have to check in?

A. Once a month.

Q. And basically what do you do, do you call him up and stay I'm still here?

A. I fill out what they call a contact sheet, put my name and address and all that, if I had any contact with the police in the last thirty days.

Q. And you haven't, have you?

A. No, I haven't even been stopped for a traffic violation. And I wait my turn, and I go in and see him. And he asks me how I'm doing,

you know, gives me a urination test sometimes, checks me for drugs and alcohol. And I pass that and see you next month. I had to see him to get a travel permit to come up here, travel outside my boundaries. I have a three county boundary that I can go to without asking. Anything outside of that three counties, I have to ask him.

Q. Then after August of '05, you don't have to do that?

A. I'm done, everything. I'm a completely free man then.

Q. All right. Okay. I don't think I have any other questions at this time.

CROSS EXAMINATION

CONDUCTED BY MS. CHOATE:

Q. Okay. Mr. Hayes, as I introduced myself earlier, I am Kelly Choate with the Attorney General's Office; and I represent Defendants Snyder, Pearson, Bass and Montgomery. Is it fair to say that those are the only four you've sued in this other than Doctor Hamby?

A. Right.

Q. You spoke about being a clerk in the

health care unit. What were your duties there?

A. I checked the inmates in. They come over on a call pass. The way that call pass works, you have to check out with the guard in your housing unit or where you're working at, he signs you out. You come to the health care unit, an officer signs you in. Okay. And we had a master file, a computer print out. And I kept the computer print out of inmates moving in and out, plus whatever duties the health care center, you know, if they want me to run copies or assemble medical binders, you know, for new people coming in, stuff like that.

Q. Okay. And you enjoyed that?

A. Oh, yeah.

Q. Now when you first noticed the problems with your testicle and your arm, was that about the same time?

A. No. The testicle was first, and then the arm later.

Q. Approximately when did you first notice the problems with your testicle?

A. I'd have to consult my health record to give you an exact date.