IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FLOYD K. HAYES, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 04-1062 |
| DONALD N. SNYDER, et al., | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, DONALD N. SNYDER, JR., MARK PIERSON, JESSE MONTGOMERY, and WANDA BASS, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 56, hereby submit their Motion for Summary Judgment. In support thereof, Defendants state as follows:

1. Plaintiff received medical care for his complaints, and Defendants Pierson, Montgomery and Bass responded reasonably to the complaints.

2. Defendant Snyder lacks sufficient personal involvement for liability under 42 U.S.C. §1983.

3. The defendants are entitled to qualified immunity.

4. A Memorandum of Applicable Law and Argument is attached hereto and incorporated herein.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant their Motion for Summary Judgment.

    Respectfully submitted,

    DONALD N. SNYDER, JR., MARK PIERSON, JESSE MONTGOMERY, and WANDA BASS,

    Defendants,

    LISA MADIGAN, Attorney General, State of Illinois

By:  s/ Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendants
    500 South Second Street
    Springfield, Illinois 62706
    Telephone: (217) 782-9026
    Facsimile: (217) 524-5091
    E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| FLOYD K. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-1062 |
| | ) | |
| DONALD N. SNYDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2006, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Jonathan A. Backman
Law Office of Jonathan Backman
jbackman@backlawoffice.com

Theresa M. Powell
Heyl, Royster, Voelker & Allen
tpowell@hrva.com

and I hereby certify that on September 15, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us