STATE OF ILLINOIS    )    *Floyd K. Hayes vs. Donald N. Snyder, et al.*
                             )    USDC-CD Ill. No. 04-1062
COUNTY OF KNOX    )

## AFFIDAVIT

I, JEFF SUTOR, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed by the Illinois Department of Corrections as a Case Work Supervisor. As part of my job, I also act as the Records Office Supervisor in the absence of a person to fill that position full-time.

2. As part of my duties as acting Records Office Supervisor, I maintain the files of inmates incarcerated within the Illinois Department of Corrections at Hill Correctional Center, as well as those inmates who are paroled or discharged from the Department of Corrections from Hill Correctional Center.

3. The documents attached hereto, are true and accurate copies of documents maintained within the files of Floyd Hayes #K03902, a former inmate of Hill Correctional Center. These files are maintained in the usual and ordinary course of business at Hill Correctional Center, and the entries contained within the documents are made on or about the time reflected in the document.

FURTHER AFFIANT SAYETH NOT.

                                                /s/ JEFF SUTOR
                                                JEFF SUTOR

SUBSCRIBED and SWORN TO
before me this 15th day of September, 2006.

/s/ CHARLOTTE E. LAROSE
NOTARY PUBLIC

```
"OFFICIAL SEAL"
CHARLOTTE E LAROSE
Notary Public, State of Illinois
My Commission Exp. 01/25/2010
```