STATE OF ILLINOIS            )
                             )
COUNTY OF FRANKLIN           )

## AFFIDAVIT

I, MARK PIERSON, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. From September of 1999 until October 1, 2002, I was employed by the Illinois Department of Corrections as Warden of Hill Correctional Center.

2. As part of the grievance process within the Illinois Department of Corrections, either the Warden or his designee was required to sign off on grievances filed by offenders within the institution. Because of the numerous responsibilities of the office of Warden and the large number of inmate grievances, I generally delegated the duty of reviewing inmate grievances, most often to Assistant Warden Bass, whose responsibilities included oversight of the Health Care Unit. Documents maintained in Mr. Hayes' master file show that my designee concurred on April 4, 2001 and July 18, 2002 with the grievance officer's recommendations on grievances regarding Mr. Hayes' medical care.

3. Offenders filed grievances and sent correspondence to various persons within the correctional center for a variety of reasons. Sometimes the offender would complain about his medical care. When a complaint about medical care was received by me, my administrative staff, or the grievance officers, it was the practice at Hill Correctional Center to contact the Health Care Unit for their review and response. This was done because as lay-persons, the administrative staff and grievance officers were not trained to review the medical records and make a determination as to whether there

was any merit to the offender's complaints.

4. While I do not personally recall the Plaintiff, Floyd Hayes, records obtained from Mr. Hayes' master file show that I sent Mr. Hayes a memorandum on July 1, 2002 regarding his concerns about his medical care. In the memorandum, I noted that Mr. Hayes had also contacted Assistant Warden Wanda Bass about his medical concerns, and that A/W Bass had addressed his concerns. In drafting my response to Mr. Hayes, I noted that I had received copies of responses from A/W Bass' office to Mr. Hayes dated May 24 and June 17, 2002.

5. Based on my review of the responses, my knowledge that Hill Correctional Center maintained a Health Care Unit staffed with physicians and other trained medical personnel, and my knowledge that any medical concern that could not be addressed in house could be referred to outside medical vendors, I determined that Mr. Hayes' concerns had been addressed appropriately.

6. I am not a physician, and am neither licensed nor trained to provide medical care. The determination of what care to provide and whether additional, outside medical care is required was made by the trained physicians who cared for the offenders at Hill Correctional Center.

FURTHER AFFIANT SAYETH NOT.

/s/ Mark Pierson
MARK PIERSON

SUBSCRIBED and SWORN TO before me this 12th day of September, 2006.

/s/Debra L. Tegethoff
NOTARY PUBLIC

OFFICIAL SEAL
DEBRA L. TEGETHOFF
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 09/28/2008