UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FLOYD K. HAYES, | ) |
| plaintiff, | ) ) ) ) |
| v. | ) ) Case No. 04- CV-1062 ) |
| Donald N. Snyder, Jesse Montgomery, Mark. A. Pierson, Wanda L. Bass, William M. Hamby, MD., PhD., each in their individual capacities only, | ) ) ) ) ) ) ) |
| defendants. | ) |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Floyd K. Hayes, by his undersigned counsel, respectfully moves this Court for an extension of time (to Monday, October 16, 2006) in which to file a consolidated response to (i) the Motion for Summary Judgment filed by defendant Dr. William Hamby, and (ii) the Motion for Summary Judgment filed by defendants Donald N. Snyder, Jesse Montgomery, Mark A. Pierson and Wanda L. Bass (collectively, the "Department Defendants"). In support of his motion, plaintiff states as follows:

1.   On March 3, 2004, plaintiff filed his Complaint against all five of the above-captioned defendants under 42 U.S.C. § 1983 and the Eighth Amendment of the United States Constitution.

2. In or about May 2004, all of defendants filed various motions to dismiss.

3. On June 28, 2004, the District Judge Michael M. Mihm entered an Order denying the motions to dismiss, and referred the case to Magistrate Judge John A. Gorman for pretrial proceedings.

4. On June 2, 2006, this Court set the following (and current) deadlines:

   a. Dispositive Motions due by August 31, 2006;

   b. Final Pretrial Conference set for January 18, 2007; and

   c. Jury Trial set for February 20, 2007.

5. On August 31, 2006, Dr. Hamby filed his motion for summary judgment (the "Hamby Motion"). Under the local rules, plaintiff has until September 21, 2006, to file his response to the Hamby Motion.

6. On the same day, the Department Defendants moved for an extension of time to file their dispositive motions.

7. The next day, September 1, 2006, the Court extended the deadline for the Department Defendants to file their motions until September 15, 2006.

8. On September 15, 2006, the Department Defendants file a joint motion for summary judgment (the "Department Motion"). Under the local rules, plaintiff has until October 6, 2006, to file his response to this Motion.

9. Because the Hamby Motion and the Department Motion are predicated on overlapping facts, occurrences and arguments, plaintiff can best and most efficiently respond to these motions in a single consolidated response, to which each defendant then may reply.

10. Accordingly, plaintiff requests that this Court authorize him to respond to the two motions in such a consolidated fashion.

11. Furthermore, although the local rules provide plaintiff until October 6, 2006, to respond to the Department Motion, plaintiff's counsel currently is scheduled for a five day (or possibly longer) jury trial before this Court commencing October 2, 2006.

12. Thus, plaintiff respectfully requests an additional ten days, to October 16, 2006, to file his consolidated response to the two motions.

13. Of course, if plaintiff's counsel's anticipated October 2 trial is cancelled or rescheduled for any reason, then plaintiff would seek to file his consolidated response here substantially sooner than October 16.

14. Even if, however, plaintiff does not file his consolidated response until October 16, the defendants' replies to the response will be due, and hence the motions will be fully briefed, on October 26, 2006, some 84 days prior the final pretrial conference scheduled for January 18, 2007, in this case.

WHEREFORE, plaintiff respectfully prays that this Court (i) authorize him to file a consolidated response to the Hamby Motion and the Department Motion, (ii) grant him an extension of time, to and including October 16, 2006, to file such consolidated response, and (iii) grant plaintiff such other and further relief as the Court deems just and proper.

Dated: September 16, 2006 	Respectfully submitted,

By:  /s/ Jonathan A. Backman
     Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430

*Attorney for Plaintiff Floyd K. Hayes*

<u>CERTIFICATE OF SERVICE</u>

I, Jonathan A. Backman, an Illinois attorney, hereby certify that on September 16, 2006, I caused **Plaintiff's Motion for an Extension of Time in which to File a Consolidated Response to Defendants' Motions for Summary Judgment** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Choate, Esq.
Illinois Attorney General's Office
Assistant Attorney General
500 South Second St
Springfield, IL 62706
(217) 782-9026
FAX: (217) 782-1090
kchoate@atg.state.il.us, jginter@atg.state.il.us, jedwards@atg.state.il.us, bmyers@atg.state.il.us

Theresa Powell, Esq.
Heyl, Royster, Voulker & Allen
1 N. Old State Capitol Plaza
Suite 575
POB 1687
Springfield, IL 62705
Theresa M Powell
tpowell@hrva.com, sprecf@hrva.com, ejarman@hrva.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

/s/ Jonathan A. Backman