**Page 1**

# Radiology Report

ULTRASOUND SCROTUM

Exm Date: AUG 21, 2002@13:00
Req Phys: AMIN,NARAYAN R

Pat Loc: OP Unknown/03-01-2005@16:06
Img Loc: ULTRASOUND
Service: PSYCHIATRY

(Case 332 COMPLETE)  ULTRASOUND SCROTUM                  (US   Detailed) CPT:76870

        Clinical History:
          testicular mass

        Report Status: Verified              Date Reported: AUG 21, 2002
                                             Date Verified: AUG 22, 2002

        Verifier E-Sig:/ES/MUKUND L GAI, MD

    Report:
        Multiple transverse and longitudinal sections of the scrotum were
        obtained on realtime sector scanner.

        Study showed a normal sized right testis measuring about 3.5 to
        4cm in maximum longitudinal dimension with uniform parenchymal
        pattern.  Right epididymis is mildly prominent and mimimal amount
        of free fluid was seen in the right hemiscrotum.  However there
        was also a cystic collection of fluid seen in the right
        hemiscrotum and this cystic lesion measured approximately about
        2.5 X 2.1cm in size.  This finding is compatible for a
        spermatocele.

        Left testis was also normal in size measuring about 3.5 to 4cm in
        maximum longitudinal dimension with normal parenchymal pattern.
        Left epididymis was more prominently enlarged and mild reactive
        hydrocele also noted on the left side.

        Few small variococeles also noted on both sides.

    Impression:
        Findings compatible for spermatocele on the right side as
        described above.

        Findings may suggest left sided epididymitits with mild reactive
        hydrocele.  (See text)

    Primary Diagnostic Code: ABNORMALITY, ATTN. NEEDED

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001950

**Plaintiff's Exhibit I**

# Radiology Report

Mar 01, 2005

```
Primary Interpreting Staff:
  MUKUND L GAI, MD, CHIEF, IMAGING SERVICE (Verifier)
/SS
```

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001951

# Lab Result

Mar 01, 2005

```
                        ---- CBC PROFILE ----

BLOOD      08/16               Reference
           2002
           08:00      Units    Ranges
-------------------------------------------------------------------
WBC        8.3        x10 3    4.3-11
RBC        4.45 L     x10 6    4.6-6.2
HGB        15.3       g/dL     14-18
HCT        43.3       %        40-54
MCV        97.2 H     u3       80-94
MCH        34.3 H     pg       26-33
MCHC       35.3       %        31-36
PLT        291.0      x10 3    150-375
NEUT       48.9 L     %        55-65
LYMPH      38.5 H     %        20-35
MONOS      9.9        %        5-11
EOSINO     2.2        %        2-4
BASO       0.5        %        0-1
BANDS                 %        3-10
ATYPICA               %        0-0
META                  %        0-0
MYELO                 %        0-0
PROS                  %        0-0
BLASTS                %        0-0
MORPH
POLYCHR               0-4+     0-1+
HYPO                  0-4+     0-1+
POIKILO               0-4+     0-1+
ANISO                 0-4+     0-1+
TARGT C               0-4+     0-1+
SPHEROC               0-4+     0-1+
MICROCY               0-4+     0-1+
MACRO                 0-4+     0-1+
B-STIPL               0-4+     0-0
TOXIC G               0-4+     0-1+
NRBC                  %/100 WBC 0-0


                      ---- URINALYSIS PROFILE ----

URINE      08/16               Reference
           2002
                      Units    Ranges
-------------------------------------------------------------------
COLOR      YELLOW              Yellow
APPEARA    CLEAR               Clear
SP.GRAV    1.026               1.005-1.03
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001952

# Lab Result

Mar 01, 2005

```
NITRITE    Neg.                Neg.
UR. BLD    Trace    0-3+       Neg.
BILIRUB    Neg.     0-3+       Neg.
KETONES    Neg.     0-4+       Neg.
GLU        Neg.     0-4+       Neg.
PROTEIN    Neg.     0-4+       Neg.
PH         6.00     5.0-8.5    5-8
SEDIMNT    N
WBC/HPF             /HPF       0-4
RBC/HPF             /HPF       0-3
EPITH C             /HPF
SQ.EPTH             /HPF       2-8
RE.EPTH             /HPF       0-0
TR.EPTH             /HPF       0-0
UR.BACT             /HPF       0-1+
MUCUS               /HPF       0-1+
YEAST               /HPF       -NEG.
TRCMOND             /HPF       0-0
CASTS               /LPF
HYALINE             /LPF       0--1
WBC/CAS             /LPF       0--1
RBC/CAS             /LPF       0--1
GRANULA             /LPF       0-1
WAXY/CA             /LPF       0-0
FATTY/C             /LPF       0-0
CRYSTAL             /HPF
AM URAT             /HPF       0--1
AM PHOS             /HPF       Neg.
TRI PHO             /HPF       0-0
CA++ OX             /HPF       0-0
URIC AC             /HPF       0-0
CYSTINE             /HPF       0-0
LEUCINE             /HPF       0-0
TYROSIN             /HPF       0-0
CHOL.CR             /HPF       0-0
UROBILI             EU/dL       .2
LEU EST             0-3+       NEG
Comments:     a
a. *** For test PH Units:  and Normals: 4.6-8 ***


                ---- CHEM I PROFILE ----

SERUM      08/16          Reference
           2002
           08:00    Units    Ranges
------------------------------------------------------------
GLUCOSE    118. H   mg/dL    75-110
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001953

# Lab Result

Mar 01, 2005

```
BUN        18.      mg/dL      9-20
CREAT      0.9      mg/dL      .8-1.5
NA         145.     mmol/L     137-145
K          4.2      mmol/L     3.6-5
CL         107.     mmol/L     98-107
CO2        26.0     mmol/L     22-30
CA         9.1      mg/dL      8.4-10.2
EGFR
Comments:      a
a. LDL TO FOLLOW
   LDL reported incorrectly as comment by [11511].
   Changed to 45 on 082202@16:04 by [17412].


                  ---- DRUG SCREEN ----

URINE      08/16          Reference
           2002
                       Units    Ranges
-------------------------------------------------------------------------
OPIATES    N.D.               N.D.(NON-DETECTED)
BARBS      N.D.               N.D.(NON-DETECTED)
AMPHETA    N.D.               N.D.(NON-DETECTED)
COCAINE    N.D.               N.D.(NON-DETECTED)
METHADO    N.D.               N.D.(NON-DETECTED)
BENZODI    N.D.               N.D.(NON-DETECTED)
PHENCYC    N.D.               N.D.(NON-DETECTED)
CANNABI    N.D.               N.D.(NON-DETECTED)
Comments:      a
a. Evaluation for BARBS:
   FOR MEDICAL PURPOSES ONLY
   Evaluation for AMPHETA:
   FOR MEDICAL PURPOSES ONLY
   Evaluation for COCAINE:
   FOR MEDICAL PURPOSES ONLY
   Evaluation for BENZODI:
   FOR MEDICAL PURPOSES ONLY
   Evaluation for CANNABI:
   FOR MEDICAL PURPOSES ONLY
   Evaluation for METHADO:
   FOR MEDICAL PURPOSES ONLY
   Evaluation for OPIATES:
   FOR MEDICAL PURPOSES ONLY
   Evaluation for PHENCYC:
   FOR MEDICAL PURPOSES ONLY


                  ---- CHEMISTRY PROFILES ----
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

```
HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117
```

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001954

# Lab Result

Mar 01, 2005

```
SERUM      08/16            Reference
           2002
           08:00   Units    Ranges
----------------------------------------------------------------------------
PROTEIN    7.4      g/dl     6.3-8.2
ALBUMIN    4.2      g/dl     3.5-5
T. BIL     0.5      mg/dL    .2-1.3
D BILI     0.3      mg/dL     0-.4
ALK PHO    80.      U/L      38-126
SGPT       43.      U/L      21-72
SGOT       33.      U/L      17-59
G-GTP               U/L      15-73
CPK
CPK-MB              U/L       0-6
LDH                 U/L      313-618
LD1                 IU/L     25-70
LDL        45       mg/dl     0-130
CHOL       224. H   mg/dl     -200
TRIGLYC    575. H   mg/dL     0-200
HDL        23.0 L   mg/dl     35
DLDL                mg/dl     0-130
AMYLASE             u/L      30-110
LIPASE              u/L      23-300
LIPII               U/L      114-286
PO4                 mg/dL    2.5-4.5
MG                  mg/dL    1.6-2.3
URIC AC             mg/dL    3.5-8.5
Comments:     a
a. LDL TO FOLLOW
   LDL reported incorrectly as comment by [11511].
   Changed to 45 on 082202@16:04 by [17412].
   Evaluation for CHOL:
   BORDERLINE 200-239
   HIGH      >240
   Evaluation for TRIGLYC:
   NORMAL       <200
   BORDERLINE   200-399
   HIGH         400-1000
   VERY HIGH    >1000
   Evaluation for HDL:
   0-35 HIGH RISK
   35-55 INTERMEDIATE RISK
   > 56 LOW RISK
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001955

# Discharge Summary <sup>Page 7</sup>

Mar 01, 2005

```
            TITLE: Discharge Summary
   ADMIN DATE: AUG 15, 2002        DISCH. DATE: AUG 25, 2002
    DICT DATE: AUG 27, 2002         ENTRY DATE: AUG 28, 2002@09:56:09
 DICTATED BY: BARCENILLA,LISA        ATTENDING: BARCENILLA,LISA
     URGENCY: priority                 STATUS: COMPLETED
```

DISCHARGE SUMMARY Text
Dictated by:   L. Barcenilla, M.D.
DISCHARGE DIAGNOSES:
Axis I
1.  Dysthymia, rule out post-traumatic stress disorder.
2.  Nicotine dependence.
Axis II
3.  Borderline personality disorder with antisocial traits.
Axis III
4.  Testicular mass with pain.

DIAGNOSES NOTED BUT NOT TREATED:
Axis IV - mild - Homeless
Axis V - Global Assessment of Functioning Score:  55.

OPERATIONS/PROCEDURES:
None.

HISTORY: This is a 54-year-old white, divorced, male veteran, 30%
service-connected for physical problems and condition of the nervous
system, who was admitted on 8/15/02 with the chief complaint of
testicular pain.  The veteran was released from prison the day of
admission and immediately came to the VA with the complaints of
testicular pain.  He claims he was under treated in prison with ice
and Ibuprofen.  He also has a bone spur in his right arm that is
causing numbness and tingling in the last 3 digits of that hand.  He
says he has anxiety in regards to his medical condition but that he
learned good coping skills from a psychologist he saw while in prison.
He does not report a problem sleeping but denies depression.  He
denies suicidal or homicidal ideation, states that the medication
regimen he was placed on at his last discharge from the VA was
effective for controlling his psychiatric symptoms.

PAST HISTORY:  According to the patient, he has been having
post-traumatic stress disorder.  He was diagnosed in the past with
dysthymia and borderline personality disorder.

MILITARY HISTORY:  He was in the US Marines from 1966 to 1970 and was
assigned in Vietnam and had an Honorable Discharge.  He stated he had
surgery on the abdomen secondary to trauma from shrapnel.

SOCIAL AND FAMILY HISTORY:  He has a history of alcohol abuse but has

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

# Discharge Summary

Mar 01, 2005

not drunk in four years as he was in prison. He denies the use of illicit drugs. He smokes two packs of cigarettes per day over the last 40 years. The veteran said that he was a policeman from 1970 to 1975 and was working as a post office manager until 1997. The veteran just finished a 4-year term in prison for criminal sexual assault against his ex-wife, and aggravated battery. The veteran reports a very chaotic upbringing. His father and 7 paternal uncles were alcoholics and the veteran reports that his father was very abusive towards the veteran and his 2 younger sisters. He reports that his mother killed his father in 1966 by shutting the garage door after his father returned home drunk and passed out with his car running. She was never prosecuted. However, about 18 months later she committed suicide by carbon monoxide poisoning. The veteran reports that he does have occasional contact with his two sisters, one in Illinois and the other in Louisville, Kentucky, but he says that they have never been a close family. The veteran first married in 1967 but was divorced in 1975. The couple had one daughter who was killed at age 4 in 1972 when she rode her bike into a garbage truck, fell off and sustained a head injury. He also had one son in Dallas whom the veteran has not seen since the divorce because his ex-wife will not allow it. The veteran married the second time in 1975 and the couple have three children, two daughters and one son. The veteran's son is in the Marine Corps and is receiving inpatient treatment at Camp Lejeune, California following a suicide attempt by overdose in June of 1997. One of the veteran's daughters earlier attempted suicide by overdose when she was 14 years of age and she has twice received inpatient psychiatric treatment. The veteran reports that his wife had been seeing another man, that he had been having emotional problems and that they were separated on June 18, 1997. A divorce is pending.

During the course of hospitalization, the social worker had telephoned the veteran's parole officer who told her that he should be contacted before the veteran is discharged. He reported that he believes the veteran may be malingering at this institution to avoid wearing electronic monitoring device, which is a condition of his parole for a sexual offense.

PHYSICAL FINDINGS: His vital signs showed that he is 6' 1" tall, weighs 250 lbs, temperature 97.7, pulse 91, respiratory rate 20, blood pressure 108/66. Pain at the time of his admission was 2. He is well nourished, well developed, ambulatory and not in acute distress. During the mental status examination, he was alert, coherent and oriented x 3. Mood is neutral and he has no current thoughts of wanting to harm himself and others. He did complain of anxiety. He denies hearing of voices, seeing things or having some paranoid thoughts. His memory of past and recent events is adequate. Insight and judgment seem fair.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

# Discharge Summary

Mar 01, 2005

Physical findings:  Heart and lungs are unremarkable.
Gastrointestinal examination showed a 6" scar on the left side
secondary to surgery due to injury by shrapnel.  Genitourinary:
Palpable mass on both testicles.  Musculoskeletal examination showed
some palpable bone spur on the right forearm.  He also has tinea pedis
and onychomycosis on the right foot.  The rest of the findings are
unremarkable.

LABORATORY DATA:  Complete blood count is within normal limits.
Fasting blood sugar is 118, which is slightly elevated.  Blood urea
nitrogen, creatinine, sodium, potassium, chloride, $CO_2$ and calcium are
within normal limits.  Cholesterol is 224, triglycerides 575, which
are elevated.  HDL is 23, which is low.  LDL is normal.  Liver
function tests are within normal limits.  Urinalysis showed a trace of
blood, otherwise it is unremarkable.  Drug screening was negative.

HOSPITAL COURSE: The veteran showed up at the Urgent Care Clinic
saying, "I have growth on the right arm and also several growths in my
scrotum.  I also have some mental health problems." He came to the
Urgent Care Clinic directly from the correctional facility.  He
complains of severe anxiety, stress and episodes of flashbacks, wants
admission for placement or solve social issues.  He also wants
evaluation of his right arm, which is a benign spur, and a testicular
cyst.  The admitting medical physician had admitted him to a
psychiatry ward.

The veteran said to the admitting nurse during admission, "I'm just
released from the penitentiary in Galesburg, Illinois.  I caught my
wife in bed with another man and I went postal.  Now I am homeless,
sexual and physical.  My old man used to whip me until my butt bled.
I'm really anxious." He also stated that he has scrotal cyst on both
sides and a bone spur on his right forearm that is causing nerve
damage to his little and ring fingers, and that he is supposed to be
getting surgery on while he is here, which is not true since the
veteran has to be referred and be evaluated before those things can be
done.  He is also telling the nurse that he complains of pain in the
scrotal area and that occasionally it becomes enlarged to the size of
a grapefruit, which is questionable.  A nodule is noted on the right
scrotal area that was painful during light palpation.

During the course of hospitalization, the veteran was told that his
cholesterol and triglycerides were elevated.  He told the dietitian,
"Oh, I know about my cholesterol.  It's all genetics.  I have been on
cholesterol medicine since my early 20s.  I have been gaining weight.
I have multiple growths in my stomach.  Once they remove that, I will
be fine." The veteran denied the need for diet education and stated,
"I won't do it.  It would just be a waste of both our time."

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

# Discharge Summary

Mar 01, 2005

During the early part of his hospitalization, the veteran said that he had been taking Doxepin antidepressant for years and he wants also the medication that was prescribed for him while he was an inpatient her prior to being incarcerated. At that time he was on Risperidone and Lorazepam. He denies that he is depressed. But he said he is anxious, plans to go to Kentucky from here. The family knew he was coming and the State of Kentucky had agreed to accept his parole. He reported he was driving through Illinois but by the time he had gotten to the state line, his parole officer had not yet obtained authorization for him to leave the state, so he decided to seek treatment. He arrived at the VA hoping that he would be admitted to the surgical unit. The veteran was holding an ice pack to his groin area and exhibited considerable difficulty ambulating. He complained of pain in his testicles stating that he had developed several tumors around his testicles and legs, which are extremely painful and aggravated by excessive walking.

At the time of his initial interview, the veteran appeared very animated, was somewhat upset that he was confined on the locked ward. He said he did not want psychiatric treatment when he arrived here since he was just released after 5 years in prison. He found the ward restriction to be extremely aversive. He is being told that there is no other ward except the psychiatry locked unit. He also requested off-ward privileges, but was told that the walking was not recommended because of his physical problems. The veteran also stated that he is in the process of a C P (compensation and pension) claim regarding the tumors, which he believes are related to Agent Orange exposure during his tour of duty in Vietnam. There was no evidence of dangerousness to self or others at this time.

During the course of hospitalization, he had been referred to Urology Clinic and was seen by the urologist. He also had an ultrasound of the genitals. Ultrasound of the scrotum showed a normal size right testis. There are a few small varicoceles noted on both sides. Left testis was also normal in size. Left epididymis was more prominently enlarged and mild reactive hydrocele is also noted on the left side. Findings compatible for spermatocele on the right side and also suggestive of left-sided epididymitis with mild reactive hydrocele. The urologist recommended no treatment of his scrotum, and he did not think that the veteran had pain. He was seen also by the neurologist in regards to his right forearm. The plan is to obtain an x-ray of the right forearm, however, the veteran is going to be discharged and will just seek another appointment at the Kentucky VA. The neurologist's impression would be benign right ulnar paresthesias without features of loss of nerve function and without clinical features of denervation. Aside from the forearm x-ray, no further neuro workup is needed.

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001959

# Discharge Summary

Mar 01, 2005

The veteran has had no behavior problems on the ward.  His sleep and appetite have been good.  His mood is stable and he does not appear anxious.  The social worker has called his parole officer about the discharge plan and the parole officer reported he can only have his parole transferred to the State of Kentucky, where he intends to reside, when the veteran can produce a bus ticket and itinerary as proof that he is going to Kentucky.  The parole officer and the treatment team agreed that the veteran could have a town pass for 8/23/02 to purchase a bus ticket and the parole officer stated that he would come to this facility on Sunday, 8/25/02, to have the veteran's parole transferred to Kentucky once he has seen proof of the bus ticket.  After the veteran  meets with his parole officer on Sunday and parole is transferred to Kentucky, the veteran will be discharged and will take the bus to Kentucky.  Since the veteran's overall condition has improved, the treatment team decided to discharge him as regular on 8/25/02.

SUGGESTED PLAN FOR FOLLOW-UP:  He will have outpatient follow-up at the VAMC in Kentucky and will seek  his own appointment, both for medical and psychiatric.

DISCHARGE MEDICATIONS:  The veteran gets some medications of Cimetidine 300 mg per mouth twice a day, Doxepin 100 mg per mouth at bedtime, Gemfibrozil 600 mg per mouth twice a day, Ibuprofen 400 mg per mouth three times a day with food, Lorazepam 1 mg per mouth twice a day as necessary for anxiety, Darvocet one tablet per mouth twice a day as necessary for severe pain, Risperidone 1 mg per mouth twice a day, Terbinafine 1% cream to be applied topically twice a day.

DISCHARGE DIETARY INSTRUCTIONS:  He is on a step one diet.

PHYSICAL ACTIVITY LIMITATIONS:  There is no restriction in his physical activity.  He can return to his prehospitalization activities and is competent to handle his funds.

/es/ LISA BARCENILLA, MD
Staff Physician
Signed: 08/28/2002 17:03

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

VISTA Electronic Medical Documentation

Printed at ILLIANA HCS

001960

# Progress Note

```
        TITLE: RMS/GENERAL NOTE
DATE OF NOTE: AUG 27, 2002@14:32    ENTRY DATE: AUG 27, 2002@14:32:45
    AUTHOR: SEYFERT,MARY R        EXP COSIGNER: VANHUYSEN,GARY A
    URGENCY:                          STATUS: COMPLETED
```

Occupational Therapy: Psychiatry Discharge Note

dx:dysthmia

o/a;patient was discharged to SARP before treatment initiated

p:discontinued

/es/ MARY R SEYFERT, OTA
OCCUPATIONAL THERAPY ASSISTANT
Signed: 08/27/2002 14:34

/es/ GARY A VAN HUYSEN OTR/L
OCCUPATIONAL THERAPIST REGISTERED/LICENSED
Cosigned: 08/27/2002 15:09

```
        TITLE: NUR/DISCHARGE (PSYCH)
DATE OF NOTE: AUG 25, 2002@20:56    ENTRY DATE: AUG 25, 2002@20:57:01
    AUTHOR: GODWIN,NANCY           EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
```

Date and Time of Discharge: 8-25-02@9P

Type of Discharge:
_____ OPT-NSC
_____ OPT-SC
__X__ REGULAR
_____ IRREGULAR
_____ OTHER (Specify):
Destination:  VA IN LEXINGTON, KY
Accompanied by: SELF
How Left:
__X__ AMBULATORY
_____ W/C
_____OTHER (Specify):

Brief Description of Physical and Mental Status: STABLE
Plan for Follow-up Treatment: VA IN LEXINGTON

Nursing Instructions given pertaining to
___X_ DISCHARGE MEDICATIONS

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

VISTA Electronic Medical Documentation

Printed at ILLIANA HCS

001961

# Progress Note

```
____ APPOINTMENTS
____ OTHER (Specify):
Food-drug education provided _X_Yes __No __N/A
Patient/Significant Other Acknowledges Understanding of
Instructions:

Medical Record Discharge Instruction Sheet __X__ REVIEWED.
Patient given Copy: X____ YES ____ NO (If NO, Explain):

Other Pertinent Information: LEFT BY CAB AND WILL GO TO BUS STATION AND
TAKE BUS TO LEXINGTON KY.

/es/ NANCY GODWIN, RN
Staff Nurse
Signed: 08/25/2002 21:03
```

```
        TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 25, 2002@07:51    ENTRY DATE: AUG 25, 2002@07:51:39
    AUTHOR: KING-YOUNG,PATRICIA AEXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED


A: CURRENTLY RECEIVING TX. FOR DYSTHYMIA, HOMELESS STATE AND ANXIETY.
   IS ALERT AND ORIENTED X3, RESPONSIVE, CONTINENT OF B&BM, COOPERA-
   TIVE WITH STAFF REQUESTS. IS SCHDULED FOR DISCHARGE  TODAY.

/es/ PATRICIA A KING-YOUNG RN
REGISTERED NURSE
Signed: 08/25/2002 07:51
```

```
        TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 25, 2002@00:53:20  ENTRY DATE: AUG 25, 2002@00:53:20
    AUTHOR: ONEAL,KAREN          EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED


A: CURRENTLY RECEIVING TX. FOR DYSTHYMIA, HOMELESS STATE AND ANXIETY.
   IS ALERT AND ORIENTED X3, RESPONSIVE, CONTINENT OF B&BM, COOPERA-
   TIVE WITH STAFF REQUESTS. IS SCHDULED FOR DISCHARGE ON SUNDAY.
   CURRENTLY IS SLEEPING.

/es/ KAREN O'NEAL, RN
Staff Nurse
Signed: 08/25/2002 00:53
        TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 24, 2002@21:32    ENTRY DATE: AUG 24, 2002@21:32:16
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY 40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001962

**Page 14**

# Progress Note

Mar 01, 2005

```
        AUTHOR: GODWIN,NANCY          EXP COSIGNER:
        URGENCY:                          STATUS: COMPLETED

O:  VET IS BEING TREATED FOR DYSTHYMIA AND ANXIETY.  WILL BE DISCHARGED
TOMORROW.  NO BEHAVIOR PROBLEMS.

/es/ NANCY GODWIN, RN
Staff Nurse
Signed: 08/24/2002 21:32
```

```
        TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 24, 2002@08:14   ENTRY DATE: AUG 24, 2002@08:14:39
        AUTHOR: KING-YOUNG,PATRICIA AEXP COSIGNER:
        URGENCY:                          STATUS: COMPLETED


A: CURRENTLY RECEIVING TX. FOR DYSTHYMIA, HOMELESS STATE AND ANXIETY.
   IS ALERT AND ORIENTED X3, RESPONSIVE, CONTINENT OF B&BM, COOPERA-
   TIVE WITH STAFF REQUESTS.PENDING DISCHARGE FOR SUNDAY.

/es/ PATRICIA A KING-YOUNG RN
REGISTERED NURSE
Signed: 08/24/2002 08:15
```

```
        TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 24, 2002@00:51:16  ENTRY DATE: AUG 24, 2002@00:51:16
        AUTHOR: ONEAL,KAREN          EXP COSIGNER:
        URGENCY:                          STATUS: COMPLETED


A: CURRENTLY RECEIVING TX. FOR DYSTHYMIA, HOMELESS STATE AND ANXIETY.
   IS ALERT AND ORIENTED X3, RESPONSIVE, CONTINENT OF B&BM, COOPERA-
   TIVE WITH STAFF REQUESTS. IS SCHDULED FOR DISCHARGE ON SUNDAY.
   CURRENTLY IS SLEEPING.

/es/ KAREN O'NEAL, RN
Staff Nurse
Signed: 08/24/2002 00:51
```

```
        TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 23, 2002@21:57   ENTRY DATE: AUG 23, 2002@21:57:47
        AUTHOR: GODWIN,NANCY        EXP COSIGNER:
        URGENCY:                          STATUS: COMPLETED

O:  VET IS BEING TREATED FOR DYSTHYMIA AND ANXIETY.  WILL BE DISCHARGED ON
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

```
HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117
```

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001963

# Progress Note

Mar 01, 2005

SUNDAY.

/es/ NANCY GODWIN, RN
Staff Nurse
Signed: 08/23/2002 21:58

```
        TITLE: PHYSICIANS/DISCHARGE INSTRUCTIONS
DATE OF NOTE: AUG 23, 2002@16:11    ENTRY DATE: AUG 23, 2002@16:11:41
      AUTHOR: BARCENILLA,LISA    EXP COSIGNER:
      URGENCY:                    STATUS: COMPLETED
```

PHYSICIANS/DISCHARGE INSTRUCTIONS

DATE OF ADMISSION: Aug 15,2002

DATE OF DISCHARGE:AUG 25, 2002

TYPE OF DISCHARGE:Regular

ACTIVE PROBLEM LIST:None

1) DIAGNOSES AND DATE TO BE FOLLOWED ON OUTPATIENT SERVICES:
Dysthymia
R/O PTSD
Nicotine dependence
Borderline Personality disorder with antisocial traits
Testicular mass with pain

2) SUGGESTED PLAN FOR FOLLOWUP:
Call: VA ILLIANA HEALTH CARE with any changes in your condition:
(217)554-3000 and ask for your Primary Care Provider.Will set up his own
outpatient appointment at the VA in Kentucky.

3) DISCHARGE MEDICATIONS AND INSTRUCTIONS:
Active Outpatient Medications (including Supplies):

```
    Active Outpatient Medications                    Status
----------------------------------------------------------------------
```

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001964

# Progress Note

Mar 01, 2005

1)   CIMETIDINE 300MG TAB TAKE ONE TABLET BY MOUTH TWICE A   ACTIVE
        DAY FOR STOMACH
2)   DOXEPIN HCL 100MG CAP TAKE ONE CAPSULE BY MOUTH AT      ACTIVE
        BEDTIME
3)   GEMFIBROZIL 600MG TAB TAKE ONE TABLET BY MOUTH TWICE    ACTIVE
        A DAY
4)   IBUPROFEN 400MG TAB TAKE TWO TABLETS BY MOUTH THREE     ACTIVE
        TIMES A DAY WITH FOOD
5)   LORAZEPAM 1MG TAB TAKE ONE TABLET BY MOUTH TWO TIMES    ACTIVE
        A DAY AS NEEDED  FOR ANXIETY
6)   PROPOXYPHENE N 100/APAP 650MG TAB TAKE 1 TABLET BY      ACTIVE
        MOUTH TWO TIMES A DAY AS NEEDED FOR SEVERE PAIN
7)   RISPERIDONE 2MG TAB TAKE ONE-HALF TABLET BY MOUTH       ACTIVE
        TWICE A DAY
8)   TERBINAFINE HCL 1% CREAM APPLY THIN FILM TOPICALLY      ACTIVE
        TWICE A DAY


4) DISCHARGE DIETARY INSTRUCTIONS: (check one)
[  ] NO RESTRICTIONS
[ / ] RESTRICTIONS (SPECIFY AND INCLUDE DRUG AND FOOD INTERACTIONS)
 Step 1 diet.

5) PHYSICAL ACTIVITY LIMITATIONS: (check one)
[ / ] NO RESTRICTIONS
[  ] RESTRICTIONS (SPECIFY)

6) Patient is a current tobacco user?   [ / ]Yes  [  ]No
Patient was informed of risks of tobacco use and encouraged to stop using
tobacco.   [ / ]Yes  [  ]No

7) OTHER: (INCLUDE EMPLOYMENT STATUS)
 He can return to his prehospitalization acivities and is competent to
handle his funds.


8) PATIENT WILL RECIEVE A PRINTED COPY OF THIS DISCHARGE INSTRUCTIONS
SHEET. DISCHARGE INSTRUCTIONS WILL BE REVIEWED AT THAT TIME WITH THE
PATIENT BEFORE LEAVING THE HOSPITAL.

/es/ LISA BARCENILLA, MD
Staff Physician
Signed: 08/23/2002 16:18


        TITLE: PSYCHIATRY/GENERAL NOTE
DATE OF NOTE: AUG 23, 2002@16:09    ENTRY DATE: AUG 23, 2002@16:09:16
     AUTHOR: BARCENILLA,LISA      EXP COSIGNER:

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

VISTA Electronic Medical Documentation

Printed at ILLIANA HCS

001965

**Page 17**

# Progress Note

Mar 01, 2005

```
        URGENCY:                    STATUS: COMPLETED

The veteran is planning to go to Kentucky once his parole officer et the
papers that allow his transfer to Kentucky.He is aware of the VA in that
area and will seek outpatient follow-up there.he also has some relatives
there.He will be discharge as regular on Sunday 8/24/02.

/es/ LISA BARCENILLA, MD
Staff Physician
Signed: 08/23/2002 16:11
```

---

```
        TITLE: SOCIAL WORK NOTE/DISCHARGE
DATE OF NOTE: AUG 23, 2002@15:32:21  ENTRY DATE: AUG 23, 2002@15:32:21
    AUTHOR: MADRIGAL,KAREN B     EXP COSIGNER:
    URGENCY:                     STATUS: COMPLETED

    *** SOCIAL WORK NOTE/DISCHARGE Has ADDENDA ***

DATE OF DISCHARGE: 8/23/02

TYPE: ___OPT-SC ___OPT-NSC _X__REGULAR ___CNHC ___OPT-AA ___NBC
        ___IRREGULAR

LEVEL OF FUNCTIONING: _X__SELF-CARE ___NEEDS ASSISTANCE ___TOTAL CARE
                      ___OTHER

LEVEL OF SUPERVISION:  ___NONE ___AT HOME ___NH ___DOM ___SHELTERED CARE
                      ___RESIDENTIAL CARE ___STATE VET HOME _X__OTHER:
veteran is on parole.

FORMS SENT: ___10-1000 ___10-1204 ___SOCIAL WORK ASSESSMENT ___ADVANCED
            DIRECTIVES ___N/A _X__OTHER: D/C instruction sheet.

TRANSPORTATION: ___PERSONAL VEHICLE _X__PUBLIC ___GOVERNMENT _X__OTHER:
Veteran will take taxi to bus stop to board 9:50 PM greyhound bus for
Lexington, KY.

DESTINATION ADDRESS: address unknown
                     Lexington, KY

FAMILY/SIGNIFICANT OTHER INVOLVED IN PLANNING: ___YES _X__NO.  DESCRIBE:
Veteran would not authorize family contact.

PRIMARY CARE FOLLOW-UP: ___VAMC DANVILLE ___POPC ___DCBC ___EOPC
                        __X_OTHER VA LOCATION ___COMMUNITY CARE _X__OTHER:
Lexington VA medical center
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

```
HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117
```

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001966

# Progress Note

Mar 01, 2005

ADDITIONAL INFORMATION: PT./FAMILY EDUCATION PROVIDED.  Parole officer is
to look at vet's bus ticket on 8/25/02, date of discharge, and will issue
veteran permission to have parole transferred.  After veteran's parole is
transferred, veteran is to be discharged regular so that he can return to
KY where he repeatedly indicated a preference to reside since his
admission to this facility.

/es/ KAREN B MADRIGAL, MSW, LSW
MSW, LSW
Signed: 08/23/2002 15:37

08/23/2002 ADDENDUM                    STATUS: COMPLETED
DATE OF DISCHARGE IS SET FOR SUNDAY 8/25/02.

/es/ KAREN B MADRIGAL, MSW, LSW
MSW, LSW
Signed: 08/23/2002 15:41

---

        TITLE: MEDICINE/NEUROLOGY
DATE OF NOTE: AUG 23, 2002@11:36    ENTRY DATE: AUG 23, 2002@11:36:15
    AUTHOR: LAURENCE,THOMAS N    EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

Some dysesthesias in right ulnar distribution.
No reduction in strength or power or mass.
No atrophy, no fasciculations, no myotonia, no neurovascular disturbances.
Full range of wrist and finger movement.
Capillary filling and skin temp normal.
Hair and nails normal.
There is a small hard lesion the size of a pea that seems attached to the
shaft of the mid-ulna. There is a weakly positive Tinel at the elbow but
not at the wrist.
Plan:
Obtain xray of the right forearm

Impression:
Benign right ulnar paresthesias without features of loss of nerve function
and without clinical features of denervation.
Aside from the forearm xray, no further neuro workup needed.
Thanks!

/es/ THOMAS N LAURENCE, MD
Staff Neurologist
Signed: 08/23/2002 11:42

---

        TITLE: NUR/SHIFT NOTE

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001967

**Page 19**

# Progress Note

Mar 01, 2005

```
DATE OF NOTE: AUG 23, 2002@11:30    ENTRY DATE: AUG 23, 2002@11:30:36
    AUTHOR: HILE,JUDITH           EXP COSIGNER:
    URGENCY:                               STATUS: COMPLETED

O;PT IS RECEIVING TX FOR DYSTHYMIA, HOMELESS STATE, AND ANXIETY.   BEHAVIOR
HAS BEEN APPROPRIATE ON WARD AND ON PRIVILEGES OFF WARD.   NO C/O NOTED
THIS AM.   WILL CONTINUE TO MONITOR AND REPORT TO CHARGE NURSE.

/es/ JUDITH HILE, LPN
Licensed Practical Nurse
Signed: 08/23/2002 11:33
```

```
          TITLE: SOCIAL WORK NOTE/GENERAL NOTE
DATE OF NOTE: AUG 23, 2002@10:20:07  ENTRY DATE: AUG 23, 2002@10:20:07
    AUTHOR: MADRIGAL,KAREN B      EXP COSIGNER:
    URGENCY:                               STATUS: COMPLETED

D: SW met with veteran and his parole officer on 8/22/02.   Vet's parole
officer reported that veteran can only have his parole transferred to
state of KY, where he intends to reside, when veteran can produce bus
ticket and itinerary as proof that he is going to KY.   Parole officer and
tx team agreed that veteran could have a TA for 8/23/02 to purchase bus
ticket; parole officer stated that he will come to this facility on
Sunday 8/25/02 to have vet's parole transferred to KY once he has seen
proof of bus ticket.   After vet meets with his parole officer on Sunday
8/25/02 and parole is transferred to KY, veteran will be discharged and
will take bus to KY.   SW informed va security of aforementioned
information as well as nursing and requested that police hold be taken off
of veteran.

A/P: SW and tx team to remain available.

/es/ KAREN B MADRIGAL, MSW, LSW
MSW, LSW
Signed: 08/23/2002 10:27
```

```
          TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 23, 2002@02:00:03  ENTRY DATE: AUG 23, 2002@02:00:03
    AUTHOR: PADGETT,BEVERLY        EXP COSIGNER:
    URGENCY:                               STATUS: COMPLETED

 O:PT IS RECEIVING TX FOR DYSTHYMIA, HOMELESS STATE, AND ANXIETY. ALERT
AND ORIENTED X3, CONT OF B&B, APPETITE GOOD , TAKES MEDS AS ORDERED, AND
NO COMPLAINTS VOICED OR NOTED.  NO PRN MEDS GIVEN AT THIS TIME.
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001968

# Progress Note

Mar 01, 2005

```
/es/ BEVERLY PADGETT, RN
Staff Nurse
Signed: 08/23/2002 02:00
```

```
            TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 22, 2002@18:59    ENTRY DATE: AUG 22, 2002@18:59:33
     AUTHOR: GODWIN,NANCY          EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

O:  VET IS BEING TREATED FOR ANXIETY, DYSTHYMIA.  VET IS ALSO HOMELESS.
BEHAVIOR APPROPRIATE.

/es/ NANCY GODWIN, RN
Staff Nurse
Signed: 08/22/2002 19:00
```

```
            TITLE: NUR/WEEKLY PROGRESS NOTE
DATE OF NOTE: AUG 22, 2002@15:42    ENTRY DATE: AUG 22, 2002@15:42:10
     AUTHOR: MAUL,PATRICIA         EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

S-"WHEN I FIRST TRY TO GO TO SLEEP AND WHEN I'M WAKING UP I HAVE VISIONS.
FLASHBACKS RIGHT.  YOU KNOW YOUR PAIN SCALE WITH 10 BEING THE WORST.  MY
ANXIETY IS A 7 OR 8.  I'D LIKE TO SEE IT AROUND A 5.  I SAW THAT DR TODAY
AND HE SAID HE "DIDN'T FEEL ANYTHING".  WELL I KNOW THERE IS SOMETHING
THERE."

O-PT HAS BEEN QUIET AND COOPERATIVE.  GOOD EYE CONTACT.  SPEECH IS CLEAR
AND COHERENT.  VET IS ALERT,RESPONSIVE AND IS ORIENTED X3.  TAKING MEDS AS
ORDERED.  APPETITE IS GOOD.  SLEEP IS AS STATED ABOVE. CONT OF BOWEL AND
BLADDER.  ABLE TO COMPLETE ADL'S WITH MINIMAL SUPERVISION FROM NURSING
STAFF.  INTERACTING WELL AND IN AN APPROPRIATE MANNER.  DOESN'T HAVE ANY
UNSUPERVISED PRIV OFF THE WARD AT THIS TIME.  BUT HAS BEEN GOING OFF THE
WARD WITH SUPERVISED GROUPS AND HAS DONE WELL.  PT CONT TO C/O PAIN IN
SCROTAL AREA.  PRN MED GIVEN AND HAS BEEN SL EFF.

A-CONT TO REQUIRE LOCKED WARD SUPERVISION.

I-WILL CONT TO MONITOR AND REPORT.

/es/ PATRICIA MAUL, RN
Staff Nurse
Signed: 08/22/2002 15:51
```

```
            TITLE: NUR/BEHAVIOR NOTE
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

VISTA Electronic Medical Documentation

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

Printed at ILLIANA HCS

001969

# Progress Note

Mar 01, 2005

DATE OF NOTE: AUG 22, 2002@15:41    ENTRY DATE: AUG 22, 2002@15:44:23
       AUTHOR: IRWIN,O CLIFF A       EXP COSIGNER:
       URGENCY:                      STATUS: COMPLETED

S:NOONE HAS OBJECTED TO ME USING THEM BEFORE NOW.
O:WHEN GIVING ORAL CARE VETS ASKED FOR ONE OF HIS PLASTIC DENAL FLOOSERS.
 ORIENTATED HIM ON POTENTIAL DANGERS OF IT"S PLASTIC POINT.
I:RN NOTIFIED. ITEMS REMOVED FROM SHAVE CART AND PLACED IN CANTEEN
STORAGE, INFORMED VET THEY WERE NOT AUTHORIZED ON THIS WARD.

/es/ O CLIFF A IRWIN
Nursing Assistant
Signed: 08/22/2002 15:52

_____

           TITLE: NUR/CONDITION NOTE
DATE OF NOTE: AUG 22, 2002@15:40    ENTRY DATE: AUG 22, 2002@15:40:44
       AUTHOR: MAUL,PATRICIA         EXP COSIGNER:
       URGENCY:                      STATUS: COMPLETED

S-NONE

O-PT RETURNED FROM UROLOGY CLINIC.

A-DR NEEDS TO EVALUATE RESULTS.

I-DR NOTIFIED OF PT'S RETURN FROM UROLOGY CLINIC.

/es/ PATRICIA MAUL, RN
Staff Nurse
Signed: 08/22/2002 15:41

_____

           TITLE: CONSULT/UROLOGY
   DICT DATE: AUG 22, 2002@15:07    ENTRY DATE: AUG 23, 2002@11:24:12
 DICTATED BY: AMIN,NARAYAN R        EXP COSIGNER:
       URGENCY:                      STATUS: COMPLETED

   CONSULTS Text
Dictated by:N Amin, M.D.
Transcribed:sle

CONSULTATION:  This patient is a 56 year old gentleman who is referred
to me by Lisa Barcenilla, a staff physician, for testicular mass and
pain and swelling.  This patient just got out of jail.  He was in jail
for five years.  He had scrotal swelling while there, and he had an
ultrasound.  They told him it was a spermatocele.  He came to the VA
for treatment of the scrotal swelling.  The scrotal swelling has been

_____

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)    **VISTA Electronic Medical Documentation**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390    Printed at ILLIANA HCS
407602117

001970

# Progress Note

present for sometime. He says there is severe pain, particularly on the left side. He has no trouble with urination. I do not have any detailed history of previous problems on him.

LABS: Urinalysis was negative. Serum creatinine was 0.9 and blood urea nitrogen 18. Blood sugar was 118. Electrolytes were normal. Liver function was essentially unremarkable. Hemoglobin was 15.3 with normal white blood count. Platelets were also normal.

PHYSICAL EXAMINATION: This is a 56 year old gentleman who is healthy looking and not in pain. Vital signs are normal. Examination of the abdomen reveals it to be soft and nontender. No masses felt. Good bowel sounds. Flanks are unremarkable. The urinary bladder is not palpable. The hernial orifices are normal. The penis is unremarkable. The right testicle is unremarkable. There is a 1 to 1.5 cm cystic swelling seen over the globus major, a typical spermatocele. I could not detect a hydrocele on the right side. The left testicle is normal. The left epididymis is fine. I did not see any cystic swelling or hydrocele on the left. No varicocele. Rectal examination revealed small, 15-20 gram, prostate that is firm, smooth, and clinically benign.

IMPRESSION: Small spermatocele on the right side.

RECOMMENDATION: No treatment is advised. I told him if the swelling gets bigger, then at that time we will advise spermatocelectomy. The patient says he has a lot of pain, but I do not have any objective evidence of his pain. There is no infection anywhere. I think the patient may be seeking pain medicine, and I am not going to go for it.

/es/ NARAYAN AMIN,MD
UROLOGIST
Signed: 08/26/2002 08:49

---

        TITLE: PHYSICIANS/DICTATION REFERENCE
DATE OF NOTE: AUG 22, 2002@14:57    ENTRY DATE: AUG 22, 2002@14:57:49
      AUTHOR: AMIN,NARAYAN R    EXP COSIGNER:
      URGENCY:                     STATUS: COMPLETED

A note has been dictated regarding the encounter with this patient.

Date dictated:AUG 22, 2002

Encounter Date:AUG 22, 2002

/es/ NARAYAN AMIN,MD
UROLOGIST

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

# Progress Note

Mar 01, 2005

```
Signed: 08/22/2002 14:59
```

```
        TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 22, 2002@10:30     ENTRY DATE: AUG 22, 2002@10:30:31
    AUTHOR: CAUDELL,SHERI L     EXP COSIGNER:
    URGENCY:                         STATUS: COMPLETED


O:PT IS RECEIVING TX FOR DYSTHYMIA, HOMELESS STATE, AND ANXIETY. ALERT AND
ORIENTED X3, CONT OF B&B, APPETITE GOOD , TAKES MEDS AS ORDERED, AND NO
COMPLAINTS VOICED OR NOTED. IS PLEASANT AND COOPERATIVE WITH STAFF, LIKES
TO JOKE AROUND. NO OUTWARD BEHAVIORS.

/es/ SHERI L CAUDELL, LPN
LICENSED PRACTICAL NURSE
Signed: 08/22/2002 10:32
```

```
        TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 21, 2002@17:52     ENTRY DATE: AUG 21, 2002@17:52:21
    AUTHOR: MEEKER,CONSTANCE L     EXP COSIGNER:
    URGENCY:                         STATUS: COMPLETED

O: PATIENT IS RECEIVING TX FOR DYSTHYMIA, HOMELESS STATE, AND ANXIETY. NO
OUTWARD BEHAVIOR  AT THIS TIME. COMPLIANT WITH MEDS. APPETITE GOOD. QUIET
AND COOPERATIVE.

/es/ CONSTANCE LYDIA MEEKER RN
REGISTERED NURSE
Signed: 08/21/2002 17:55
```

```
        TITLE: RMS/GENERAL NOTE
DATE OF NOTE: AUG 21, 2002@15:00     ENTRY DATE: AUG 21, 2002@15:00:21
    AUTHOR: SEYFERT,MARY R     EXP COSIGNER: VANHUYSEN,GARY A
    URGENCY:                         STATUS: COMPLETED

Patient attended OT for self-care mgmt training on 8-21-02 for 45 minutes.


/es/ MARY R SEYFERT, OTA
OCCUPATIONAL THERAPY ASSISTANT
Signed: 08/21/2002 15:01

/es/ GARY A VAN HUYSEN OTR/L
OCCUPATIONAL THERAPIST REGISTERED/LICENSED
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001972

# Progress Note

Mar 01, 2005

Cosigned: 08/22/2002 07:31

---

      TITLE: CONSULT/RMS/GENERAL NOTE
DATE OF NOTE: AUG 21, 2002@10:02    ENTRY DATE: AUG 21, 2002@10:02:25
    AUTHOR: SEYFERT,MARY R    EXP COSIGNER: VANHUYSEN,GARY A
    URGENCY:               STATUS: COMPLETED

patient will be seen with locked ward

/es/ MARY R SEYFERT, OTA
OCCUPATIONAL THERAPY ASSISTANT
Signed: 08/21/2002 10:03

/es/ GARY A VAN HUYSEN OTR/L
OCCUPATIONAL THERAPIST REGISTERED/LICENSED
Cosigned: 08/22/2002 07:32

---

      TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 21, 2002@08:43   ENTRY DATE: AUG 21, 2002@08:43:59
    AUTHOR: KING-YOUNG,PATRICIA AEXP COSIGNER:
    URGENCY:               STATUS: COMPLETED

A: CURRENTLY RECEIVING TX. FOR DYSTHYMIA, HOMELESS STATE AND ANXIETY.
   IS ALERT AND ORIENTED X3, RESPONSIVE, CONTINENT OF B&BM, COOPERA-
   TIVE WITH STAFF REQUESTS.

/es/ PATRICIA A KING-YOUNG RN
REGISTERED NURSE
Signed: 08/21/2002 08:44

---

      TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 21, 2002@01:00:22 ENTRY DATE: AUG 21, 2002@01:00:22
    AUTHOR: ONEAL,KAREN     EXP COSIGNER:
    URGENCY:               STATUS: COMPLETED

A: CURRENTLY RECEIVING TX. FOR DYSTHYMIA, HOMELESS STATE AND ANXIETY.
   IS ALERT AND ORIENTED X3, RESPONSIVE, CONTINENT OF B&BM, COOPERA-
   TIVE WITH STAFF REQUESTS. CURRENTLY IS SLEEPING.

/es/ KAREN O'NEAL, RN
Staff Nurse
Signed: 08/21/2002 01:00
      TITLE: NUR/SHIFT NOTE

---

DATE OF NOTE: AUG 20, 2002@18:52    ENTRY DATE: AUG 20, 2002@18:52:34

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001973

# Progress Note

Mar 01, 2005

```
      AUTHOR: MILLER,DENNIS N      EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

CURRENTLY RECEIVING TX. FOR DYSTHYMIA, HOMELESS STATE AND ANXIETY.  HAS
BEEN NO BEHAVIORAL PROBLEM THUS FAR.  COMPLAINS OF PAIN RELATED CYST LIKE
MASSES IN THE SCROTAL AREA.

/es/ DENNIS N MILLER, RN
Staff Nurse
Signed: 08/20/2002 18:53
```

```
      TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 20, 2002@13:00    ENTRY DATE: AUG 20, 2002@13:01:04
      AUTHOR: HILE,JUDITH          EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

O;Receiving TX for PTSD (per patient), dysthymia, borderline personality
traits.  Compliant with medications.  No c/o noted this am.  Will continue
to monitor and report to charge nurse.

/es/ JUDITH HILE, LPN
Licensed Practical Nurse
Signed: 08/20/2002 13:03
```

```
      TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 20, 2002@07:57    ENTRY DATE: AUG 20, 2002@07:57:29
      AUTHOR: MAUL,PATRICIA        EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

O-PT SLEPT ALNIGHT.  CURRENTLY VET IS QUIET AND COOPERATIVE.  GOOD EYE
CONTACT.  SPEECH CLEAR AND COHERENT.  VET ALERT,RESPONSIVE AND ORIENTED
X3.  TAKING MEDS AS ORDERED.  INTERACTING WELL WITH OTHERS.

/es/ PATRICIA MAUL, RN
Staff Nurse
Signed: 08/20/2002 07:58
```

```
      TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 19, 2002@19:25    ENTRY DATE: AUG 19, 2002@19:25:39
      AUTHOR: GUYNN,ALISA M        EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

Receiving TX for PTSD (per patient), dysthymia, borderline personality
traits; A/O X 3; pleasant; cooperative with staff's requests; interacts
well with others; participates in ward group activities appropriately; good
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

```
HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117
```

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001974

# Progress Note

Mar 01, 2005

appetite/eye contact

/es/ ALISA M GUYNN RN
Registered Nurse
Signed: 08/19/2002 19:26

---

        TITLE: SOCIAL WORK NOTE/DATA BASE ASSESSMENT (MH)
DATE OF NOTE: AUG 19, 2002@13:07:13  ENTRY DATE: AUG 19, 2002@13:07:14
    AUTHOR: MADRIGAL,KAREN B    EXP COSIGNER:
    URGENCY:                    STATUS: COMPLETED

Date of Admission:AUG 15,2002 17:32


Previous Admission and Discharge Date:
 08/15/2002 - Present   LOS: 4 Adm Dx: PERSONALITY DISORDER
 09/23/1997 - 10/27/1997   LOS: 34 Adm Dx: SUICIDAL

Demographics Data:
        Address: 170 PLEASANT HILL          Phone: 859 858 4114

               WILMORE, KY  40390           County: JESSAMINE

   Marital Status: DIVORCED                  Age: 56
         Religion: CATHOLIC                  Sex: MALE
       Occupation: POSTAL WORKER
Period of Service: VIETNAM ERA
Branch of Service: MARINE CORPS
           Combat: YES                       POW: NO
      Eligibility: SC LESS THAN 50%          Status: VERIFIED
      Means Test:
             NOK: MARY SHANKS                Relation: SISTER
                  6117 GLORIA LN             Phone: 502 962 9486
                  LOUISVILLE, KY

Source of Information: Veteran, medical record, supervisor Knox of parole.

1. Reason for Current Admission: Veteran presented for medical tx at this
facility on the same day that he was released from prison after serving a
five year term; he was convicted for raping and physically abusing his
ex-wife.  Vet reported that he was surprised and disappointed that he was
admitted to psychiatry for treatment as he expected to receive medical tx
for "tumors" around his legs and groin area which he believes are related
to his exposure to agent orange while in Vietnam.

2. Employment/Financial Assessment:

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001975

# Progress Note

Mar 01, 2005

Veteran worked as a police officer from 1970-1975 and was also the owner/operator of a semi for about eight years. He worked for several years at a post office and was placed on administrative leave in 6/97 due to reported increased difficulty coping with daily life stressors; he reports being a post officer supervisor when he was placed on leave. Vet will receive VA SC compensation in the amount of $304.00 monthly. Vet received reduced benefits of 103.00 of his SC compensation while in prison and he reports having no earnings. He reports having enough money to relocate to KY to live among family, but reports that he does not have enough money to be dicharged from this institution and live at Harwal Hotel as he is supposed to be doing, per report of Supervisor Knox. Finances are adequate for discharge planning.


Insurance:

Percentage of Service Connection:30
Type of Eligibility:SC VETERAN

Employment Status:NOT EMPLOYED
Patient's Occupation:POSTAL WORKER

3. Educational Assessment:

Vet graduated high school and earned a degree in criminology from U of Louisville in KY, per medical record. Veteran appears of average/above average intelligence and is capable of learning new information. No known learning barriers or cultural barriers to education or treatment.

4. Military History:
Branch of Service:MARINE CORPS
Date Entered:JAN 5,1976
Period of Service:Period of Service: VIETNAM ERA (JAN 5,1976 to JUL 12,1979)
Type of D/C:HONORABLE
Date of Separation:JUL 12,1979

Veteran served in combat in Vietnam. He believes that he has a tumorous condition related to exposure to agent orange and he has stated that it is his intention to reopen his service-connected claim in an attempt to become compensated for PTSD.

5. Current Living Situation: For five years prior to admission, veteran had been residing in an Illinois prison subsequent to being convicted of raping and physically abusing his ex-wife. Veteran denies these charges and reports that he only slapped his wife.

6. Family/Social Support System:

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

VISTA Electronic Medical Documentation

Printed at ILLIANA HCS

001976

# Progress Note

Veteran has been married and divorced X2. Vet reportedly had a daughter born to his first marriage who was killed subsequent to sustaining TBI in a bike accident as a small child. Veteran also had a son born to this union but has been unable to see this child due to wife's wishes since his divorce in 1975. Vet married again in 1975 and had two daughters and one son. Vet's son reportedly served in the marine corps and received inpatient psychiatric treatment following a suicide attempt. One of vet's other daughters has received atleast two inpatient hospitalizations for overdoses.

Medical record indicates that vet has reported that his mother killed his father by closing the garage door after his father came home one night drunk and passed out; the car was left running and he suffered for CO2 poisoning; 18 months later his mother reportedly committed suicide although she was never prosecuted for this alleged crime.

Veteran has two younger sisters with whom he has minimal contact. Vet reported that upon release from prison, a cousin from KY came to escort him back to this state where he intends to reside. He has no other known significantly supportive persons in his life. Veteran's social support system is weak but adequate for discharge planning.

7. Community Resources Used: prison and prison psychologist, St. John's Hospital in Springfield IL (MH), private psychiatrist in Springfield, IL

8. Legal/Competency Issues:

Veteran is rated as competent. Veteran is also rated as competent to manage his VA funds.

Veteran has indicated that he does not wish to initiate advance directives at this time.

Veteran is currently on parole after serving a five year prison sententence subsequent to being convicted of raping and physically abusing his ex-wife. Supervisor Knox requests that he be notified of vet's discharge prior to vet being released from this facility. Supervisor Knox: 217-875-9987/pager 462-3871/cell 855-4063/1(800)322-6583.

9. Current Substance Abuse Problems:

Veteran acknowledged having a Hx of ETOH abuse, but has been sober for past five years while in jail; substance abuse Hx denied. Vet reported that he had about 20 years sobriety prior to 6/18/97, date when his second wife separated him. Medical record reports that he drank heavily at the time and in 1997 reported not remembering assaultive incident. During current admission, vet denies having done anything but smack his ex-wife.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

# Progress Note

Mar 01, 2005

10. Preliminary List of Problems:

legal-on parole; wishes to transfer parole to KY
other-may have medical problems
fiduciary- limited income since released from prison
weak social support system
Hx of abuse as victim and perpetrator

11. Psychosocial Assessment:

Mr. Hayes is a 56 y/o, w/m, 2xdivorced, unemployed, voluntary, competent, veteran of the Vietnam Era who reportedly served in all three branches of the military.  Mr. Hayes was admitted to locked-ward 103-7 on 8/15/02 subsequent to reporting to admissions to request medical treatment; veteran believes he has a tumorous condition related to exposure to agent orange.  Veteran reported to admissions for medical treatment on the same day that he was released from prison after serving a five year term as a sexual offender.  Supervisor Knox who is involved in vet's parole has reported his belief to undersigned that veteran is malingering in this institution to avoid living in a community setting where he would have to wear an electronic ankle monitor which is a condition of his parole as a sexual offender.  Veteran reported that if he is discharged now to live at Harwal Hotel as he is supposed to per supervisor Knox, then he won't have enough money.  Veteran does appear to be resistive to returning to community setting unless it is in KY.  Veteran is diagnosed with a personality disorder and may not be an accurate historian.

Veteran was alert and oriented X3 upon interview, polite and cooperative with overproductive speech.  Veteran expressed displeasure, in a social acceptable manner, about being admitted to psychiatry when he presented at this facilty with medical concerns.  Consults have been written for veteran to be checked for what he describes as a tumorous condition even though he has indicated that he will most likely receive tx for any potential condition at a VA in KY, as soon as his parole is transferred.  Veteran's mood appeared stable and he did not report or exhibit any signs or symptoms of psychosis.  Vet does have a Hx of three suicide attempts (overdoses, CO2 poisoning, and cutting his wrists) but denies current SI/HI.  Veteran reports a Hx of being physically abused as a child by his father, and vet is a convicted sex offender with the victim being his ex-wife.  Vet's strength is that his psychiatric condition appears to be stable at this time.  Veteran also benefits from parole services.  Vet's weakness is that he has a Hx of violence and is a convicted sex offender.  Veteran may also be malingering in this institution to avoid either having to wear an electronic monitoring device and/or paying for a community placement.

Discharge Planning: Mr. Hayes will be discharged to either Harwal Hotel

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001978

# Progress Note

or he will be discharged with intention of returning to his family in KY
(contingent upon his ability to have parole transferred).

12.Admitting Diagnosis:PERSONALITY DISORDER

13.Initial Plan:

complete SW assessment
case management PRN
treatment team meetings and treatment planning
discharge planning

/es/ KAREN B MADRIGAL, MSW, LSW
MSW, LSW
Signed: 08/19/2002 15:10

---

        TITLE: PSYCHIATRY/GENERAL NOTE
DATE OF NOTE: AUG 19, 2002@10:23    ENTRY DATE: AUG 19, 2002@10:24:01
        AUTHOR: BARCENILLA,LISA    EXP COSIGNER:
        URGENCY:            STATUS: COMPLETED

The veteran was seen this morning with the treatment team.There were no
reports of behavior problems.His sleep and appetite are okay.His mood is
stable and has no suicidal or homicidal thoughts.He is on parole and the
parole officer would like to be notified if he is going to be discharged.He
is continued on same medication and is moved to intermediate level of care.

/es/ LISA BARCENILLA, MD
Staff Physician
Signed: 08/19/2002 10:26

---

        TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 19, 2002@09:08    ENTRY DATE: AUG 19, 2002@09:08:51
        AUTHOR: KING-YOUNG,PATRICIA AEXP COSIGNER:
        URGENCY:            STATUS: COMPLETED

O:  CURRENTLY REQUIRES TX. FOR DYSTHYMIA.  BEHAVIOR HAS BEEN APPROPRIATE.
NO PRNS GIVEN THUS FAR.CONTINENT OF BOWEL AND BLADDER.

/es/ PATRICIA A KING-YOUNG RN
REGISTERED NURSE
Signed: 08/19/2002 09:09

---

        TITLE: NUR/SHIFT NOTE

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001979

**Page 31**

# Progress Note

Mar 01, 2005

DATE OF NOTE: AUG 18, 2002@17:30    ENTRY DATE: AUG 18, 2002@17:30:29
    AUTHOR: GUYNN,ALISA M    EXP COSIGNER:
    URGENCY:    STATUS: COMPLETED


    *** NUR/SHIFT NOTE Has ADDENDA ***


Receiving TX for PTSD (per patient), dysthymia, borderline personality
traits; A/O X 3; cooperative with staff's requests; tends to be quiet and
observe, although will interact with others approprately; no untoward
behaviors noted so far this shift; Currently on Police Hold to have proper
authorities notified if veteran discharged; good appetite/eye contact; cont
B/B; participates in off the ward group activities without an untoward
behaviors noted; continues to experience some testicular pain, which is
relieved by prescribed PRNs; currently watching TV in dayroom with other
veterans

/es/ ALISA M GUYNN RN
Registered Nurse
Signed: 08/18/2002 17:31

08/18/2002 ADDENDUM
Participated in off the ward group activity with the whole ward; went to
pavillion for hamburgers and feed gold fish; no untoward behaviors noted;
appeared to enjoy self; cooperative with staff's requests

/es/ ALISA M GUYNN RN
Registered Nurse
Signed: 08/18/2002 20:16

        TITLE: PSYCHIATRY/GENERAL NOTE
DATE OF NOTE: AUG 18, 2002@09:00    ENTRY DATE: AUG 18, 2002@09:00:39
    AUTHOR: RODRIGUEZ,WILFREDO    EXP COSIGNER:
    URGENCY:    STATUS: COMPLETED

This patient was seen today.
The patient reported no problems, slept well, good appetite, mood is
stable. He reported no side effects from treatments. He knows a consult to
urology is in place and would like to have one for orthopedics. He also
wants the "Regional Office in Chicago" to be notified about his release
from prison so he can start receiving again his "VA check". He is hoping
he could be transferred to a VA in Kentucky this week for surgical
treatments (urology, ortho) since apparently parole has been arranged for
him in that area but there are some problems with some "papers".
No acute psychiatric symptoms, to continue same treatment.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001980

# Progress Note

/es/ WILFREDO RODRIGUEZ MD
CHIEF MENTAL HEALTH SERVICES
Signed: 08/18/2002 09:07

---

        TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 18, 2002@08:57    ENTRY DATE: AUG 18, 2002@08:58:32
    AUTHOR: MARCOTT,LARRY        EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

O:  CURRENTLY REQUIRES TX. FOR DYSTHYMIA.  BEHAVIOR HAS BEEN APPROPRIATE.
NO PRNS GIVEN THUS FAR.

/es/ LARRY MARCOTT, RN
Staff Nurse
Signed: 08/18/2002 09:00

---

        TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 18, 2002@06:00    ENTRY DATE: AUG 21, 2002@01:55:08
    AUTHOR: ONEAL,KAREN          EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

A: CURRENTLY RECEIVING TX. FOR DYSTHYMIA, HOMELESS STATE AND ANXIETY.
   IS ALERT AND ORIENTED X3, RESPONSIVE, CONTINENT OF B&BM, COOPERA-
   TIVE WITH STAFF REQUESTS. CURRENTLY IS SLEEPING.

/es/ KAREN O'NEAL, RN
Staff Nurse
Signed: 08/21/2002 01:55

---

        TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 18, 2002@06:00    ENTRY DATE: AUG 21, 2002@01:56:05
    AUTHOR: ONEAL,KAREN          EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

A: CURRENTLY RECEIVING TX. FOR ALT. THOUGHTS; AUDIO AND VISUAL HALLUCENA-
   TIONS, PARANOIA, AND INCREASING AGITATED EPISODES. APPEARS TO BE MUCH
   IMPROVED SINCE ADMISSION. APPEARS CLOTHED, CLEAN,  WITH COMBED HAIR,
   AND IN GOOD SPIRITS EACH MORNING. INTERACTION WITH STAFF IS MINIMAL,
   BUT HE REMAINS POLITE AND COOPERATIVE. ASKS FOR A GLASS OF KOOL-AID
   EACH MORNING DURING MEDICATION PASS, AS HE DOES NOT RECEIVE EARLY AM

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001981

# Progress Note

Mar 01, 2005

MEDS AND LIKES THE ORANGE-ADE. IS CURRENTLY ASLEEP.

/es/ KAREN O'NEAL, RN
Staff Nurse
Signed: 08/21/2002 01:56

TITLE: NUR/PSYCH 48HR NOTE
DATE OF NOTE: AUG 17, 2002@17:57    ENTRY DATE: AUG 17, 2002@17:58:12
AUTHOR: GUYNN,ALISA M    EXP COSIGNER:
URGENCY:    STATUS: COMPLETED

*** NUR/PSYCH 48HR NOTE Has ADDENDA ***

Receiving TX for PTSD (per patient), dysthymia, borderline personality
traits; A/O X 3; cooperative with staff's requests; tends to be quiet and
observe, although will interact with others appropriately; no untoward
behaviors noted so far this shift; Currently on Police Hold to have proper
authorities notified if veteran discharged; good appetite/eye contact; cont
B/B; participates in off the ward group activities without an untoward
behaviors noted; continues to experience some testicular pain, which is
relieved by prescribed PRNs

/es/ ALISA M GUYNN RN
Registered Nurse
Signed: 08/17/2002 17:59

08/17/2002 ADDENDUM    STATUS: COMPLETED
interacted well with other veterans during off the ward group activity to
recreation hall

/es/ ALISA M GUYNN RN
Registered Nurse
Signed: 08/17/2002 20:00

TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 17, 2002@17:52    ENTRY DATE: AUG 17, 2002@17:52:46
AUTHOR: GUYNN,ALISA M    EXP COSIGNER:
URGENCY:    STATUS: COMPLETED

Receiving TX for PTSD (per patient), dysthymia, borderline personality
traits; A/O X 3; cooperative with staff's requests; tends to be quiet and
observe, although will interact with others appropriately; no untoward
behaviors noted so far this shift; Currently on Police Hold to have proper
authorities notified if veteran discharged; good appetite/eye contact

/es/ ALISA M GUYNN RN

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)    VISTA Electronic Medical Documentation

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390    Printed at ILLIANA HCS
407602117    001982

# Progress Note

Mar 01, 2005

```
Registered Nurse
Signed: 08/17/2002 17:54


        TITLE: PSYCHIATRY/GENERAL NOTE
DATE OF NOTE: AUG 17, 2002@10:25    ENTRY DATE: AUG 17, 2002@10:25:43
    AUTHOR: RODRIGUEZ,WILFREDO    EXP COSIGNER:
    URGENCY:                       STATUS: COMPLETED


This patient was seen today.
The patient reports no significant concerns, mood is stable, no
suicidal/homicidal ideas or plans, no psychotic symptoms. He denied side
effects from medicines. He stated his main need relates to medical
concerns already documented. He is hoping he is discharged next week. To
continue same treatment.


/es/ WILFREDO RODRIGUEZ MD
CHIEF MENTAL HEALTH SERVICES
Signed: 08/17/2002 10:28


        TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 17, 2002@10:08    ENTRY DATE: AUG 17, 2002@10:08:21
    AUTHOR: CAUDELL,SHERI L        EXP COSIGNER:
    URGENCY:                       STATUS: COMPLETED



O:PT IS CURRENTLY RECEIVING TX FOR DYSTHYMIA, HOMELESS STATE, AND ANXIETY.
ALERT AND ORIENTED X3, CONT OF B&B, APPETITE GOOD, TAKES MEDS AS ORDERED,
AND NO COMPLAINTS VOICED OR NOTED. IS QUIET AND COOPERATIVE WITH STAFF,
INTERACTS WELL WITH PEERS.CONT TO MAKE CALLS TO PAROLE OFFICER AT CERTAIN
TIMES. NO OUTWARD BEHAVIORS.


/es/ SHERI L CAUDELL, LPN
LICENSED PRACTICAL NURSE
Signed: 08/17/2002 10:10


        TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 17, 2002@05:00    ENTRY DATE: AUG 21, 2002@01:54:49
    AUTHOR: ONEAL,KAREN            EXP COSIGNER:
    URGENCY:                       STATUS: COMPLETED


A: CURRENTLY RECEIVING TX. FOR DYSTHYMIA, HOMELESS STATE AND ANXIETY.
    IS ALERT AND ORIENTED X3, RESPONSIVE, CONTINENT OF B&BM, COOPERA-
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

**VISTA Electronic Medical Documentation**

```
HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117
```

Printed at ILLIANA HCS

001983

# Progress Note

Mar 01, 2005

TIVE WITH STAFF REQUESTS. CURRENTLY IS SLEEPING.

/es/ KAREN O'NEAL, RN
Staff Nurse
Signed: 08/21/2002 01:55

TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 16, 2002@16:58        ENTRY DATE: AUG 16, 2002@16:58:40
    AUTHOR: MEEKER,CONSTANCE L    EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

O: RECEIVING TX FOR DYSTHYMIA, HOMELESS STATE AND ANXIETY. PATIENT
CONTINUES TO CALL IN TO HIS PAROLE OFFICER AT SPECIFIED TIMES. QUIET AND
COOPERATIVE. COMPLIANT WITH MEDS. APPETITE GOOD.

/es/ CONSTANCE LYDIA MEEKER RN
REGISTERED NURSE
Signed: 08/16/2002 17:05

TITLE: MENTAL HEALTH/CLINIC SCREENING TOOL
DATE OF NOTE: AUG 16, 2002@16:24
    AUTHOR: HAMMILL,CHET        ENTRY DATE: AUG 16, 2002@16:25
    URGENCY:                    EXP COSIGNER: BARCENILLA,LISA
                                STATUS: COMPLETED

PLEASE ANSWER EACH QUESTION MAKING AN "X" ON THE "YES" OR "NO"

1. Do you have any medical/health problems?                [ X ] Yes   [  ] No

2. When was your last physical examination?
                                        DATE: 8/15/02

3. Do you have pain?
       If yes, rate your pain on a scale 1-10            [ X ] Yes   [  ] No
       ("1"=mild pain and "10"=intense pain)    Pain:[ 6+ ]

4. WITHOUT TRYING, have you gained or lost more than 10 pounds in last 3
   months?                                        [ X ] Yes   [  ] No

   Do you have any of the following medical problems:
   Diabetes, Congestive Heart Failure, High Blood Pressure, High
   Cholesterol/lipids, Cancer, Kidney Disease?        [ X ] Yes   [  ] No

   If yes to either of the above questions, would you like to schedule
   an appt. with the outpatient dietitian?            [  ] Yes   [ X ] No

5. Tobacco Use:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
110 HARRODSBURG RD
ILMORE, KY  40390
07602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001984

# Progress Note

Mar 01, 2005

(includes all tobacco products: cigarettes, cigars, pipe, chewing, snuff, etc.)

| | |
|---|---|
| Had you ever used tobacco products? | [ X ] Yes  [ ] No |
| Are you presently using tobacco products? | [ X ] Yes  [ ] No |
| Had you used any tobacco products during the last 7 years? | [ X ] Yes  [ ] No |

6. Alcohol and Drug Use:

| | |
|---|---|
| Are you presently using street or recreational drugs in any form? | [ ] Yes  [ X ] No |
| In the past year, have you drank alcohol? | [ ] Yes  [ X ] No |
| Are you presently drinking alcohol in any form? | [ ] Yes  [ X ] No |
| (a) Have you ever thought you should cut down on your drinking? | [ ] Yes  [ X ] No |
| (b) Have you ever felt annoyed when criticized about your drinking? | [ ] Yes  [ X ] No |
| (c) Have you ever felt guilty about your drinking? | [ ] Yes  [ X ] No |
| (d) Do you need a drink (an eye opener) in the morning? | [ ] Yes  [ X ] No |
| Do you think you need help to stop drinking or using drugs? | [ ] Yes  [ X ] No |

7. Have you ever:

| | |
|---|---|
| Snorted cocaine | [ ] Yes  [ X ] No |
| Injected illegal drugs (use of needles) | [ ] Yes  [ X ] No |
| Had a transfusion of blood or blood products prior to 1992 | [ ] Yes  [ X ] No |
| Had multiple sexual partners | [ ] Yes  [ X ] No |
| Had a tattoo or body piercing | [ ] Yes  [ X ] No |
| Had contact with others blood (skin, needle stick, cuts, etc.) | [ ] Yes  [ X ] No |
| Had hemodialysis | [ ] Yes  [ X ] No |
| Drank 4 or more beers every day for 10 or more years (or equivalent amount of alcohol; 4 beers = 4 wine coolers = 4 glasses of wine = 4 shots of whiskey, gin, scotch, rum, brandy, tequila or vodka) | [ ] Yes  [ X ] No |

8. Do you have mental health problems?                [ X ] Yes  [ ] No

9. Some people have had terrible, unusual, traumatic experiences such as:
   * being attacked
   * being sexually assaulted or raped
   * being in a fire or flood or natural disaster
   * being in combat
   * being in a bad accident
   * being threatened with a weapon
   * seeing someone being badly injured or killed

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001985

# Progress Note

(a) Did any of these experiences ever happen to you?[ X ] Yes   [  ] No
****If your answer is "NO", skip questions (b), (c), (d), (e), (f) and go
   to Question #10.****

(b) In the past MONTH, have you been bothered by repeated, disturbing
   memories, thoughts, or images of one or more of the above stressful
   events you experienced?                        [ X ] Yes [  ] No

(c) In the past MONTH, have you felt distant or cut off from other
   people?                                        [ X ] Yes [  ] No

(d) In the past MONTH, have you been "SUPER ALERT" or watchful or on
   guard?                                         [ X ] Yes [  ] No

(e) Did any of these "terrible, unusual, traumatic experiences" occur
   while on active duty in the military?          [ X ] Yes [  ] No
****If your answer is "NO", skip questions (f), and go to (#10).****

(f) If yes to question (e), would you like to schedule an appointment at
   the Post Traumatic Stress Disorder Clinic?     [ X ] Yes [  ] No

10. During the past month, have you often been bothered by:
         (a) Feeling depressed, down or hopeless?   [ X ] Yes [  ] No
         (b) Little interest or pleasure in doing things?
                                                    [ X ] Yes [  ] No

11. During the last couple of weeks, have you often been bothered by
   thoughts of harming yourself or suicide?        [  ] Yes [ X ] No

12. Functional Status:
   Do you have sleep problems?                      [ X ] Yes [  ] No
   If yes, how many hours do you sleep per night?
                       Number of hours:[ 5 ]

   Are you experiencing any difficulty with your:
   Hearing                                          [  ] Yes [ X ] No
   Vision                                           [ X ] Yes [  ] No
   Memory                                           [ X ] Yes [  ] No
   Self-esteem                                      [ X ] Yes [  ] No
   Personal Relationships                           [ X ] Yes [  ] No
   Family Relationships                             [ X ] Yes [  ] No
   Relationships at work                            [ X ] Yes [  ] No
   Sexual functioning                               [ X ] Yes [  ] No
   Ability to cope with stress                      [ X ] Yes [  ] No

Please answer the next set of questions if you are over age 65 years or
have a disability:

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY   40390          Printed at ILLIANA HCS
407602117

001986

# Progress Note

Mar 01, 2005

Are you experiencing any difficulty with performing the following tasks?
```
        Bathing/grooming                        [ ] Yes  [ ] No
        Dressing                                [ ] Yes  [ ] No
        Toileting                               [ ] Yes  [ ] No
        Shopping                                [ ] Yes  [ ] No
        Preparing meals                         [ ] Yes  [ ] No
        Managing finances                       [ ] Yes  [ ] No
        Managing medications                    [ ] Yes  [ ] No
        Learning new information                [ ] Yes  [ ] No
```

13. CLINICIAN'S COMMENTS:

14. CLINICIAN'S ASSESSMENT
     (Both items require a response; please select as appropriate):


1- Hepatitis C:
   [ X ] No risk factors selected on question #7
   [ ] One or more risk factors selected on question #7
          (requires further action, specify below)
   [ ] Physician notified to obtain blood test
       (Whom):

2- MDD screen:
   [ ] Negative screen
         (patient answered "NO" to both questions under #10)
   [ X ] Positive screen (patient answered "YES" to one or
         both questions under #10; requires further action,
         specify below)
   [ ] MDD symptoms were further assessed and documented in
       my progress note.
   [ X ] This clinician provided/is providing treatment for depressive
         symptoms as documented in progress note(s).
   [ ] This clinician referred this patient to
                       (Whom): KAHLON,SURINDERPAL S   [ ] Yes
                               KLOKER,REBECCA J        [ ] Yes
                               UPPULURI,SUDHA          [ ] Yes
                               BARCENILLA,LISA         [ ] Yes
                               RODRIGUEZ,WILFREDO      [ ] Yes
                               MALABRIGO,MIRIAM A      [ ] Yes
                               PRABHUDESAI,S M         [ ] Yes
                               KENNY, WILLIAM          [ ] Yes
        for assessment and/or treatment of depressive symptoms.


/es/ CHET HAMMILL
MEDICAL STUDENT
Signed: 08/16/2002 16:27

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

```
HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117
```

Printed at ILLIANA HCS

001987

# Progress Note

Mar 01, 2005

```
/es/ LISA BARCENILLA, MD
Staff Physician
Cosigned: 08/16/2002 16:34
```

```
      TITLE: PSYCHIATRIST/HISTORY AND PHYSICAL
DATE OF NOTE: AUG 16, 2002@16:11   ENTRY DATE: AUG 16, 2002@16:11:48
   AUTHOR: BARCENILLA,LISA     EXP COSIGNER:
   URGENCY:                    STATUS: COMPLETED
```

I examined the patient and was present during the medical student's
interview and examination.

I reviewed the medical student's documentation, my findings are as
follows:

ALLERGIES: NKDA

IDENTIFYING DATA: 54 y.o. white, divorced male, 30% service connected.

INFORMANTS: Patient and chart

CHIEF COMPLAINT: Testicular pain

HISTORY OF PRESENT ILLNESS:

Pt was released from prison the day of admission and immediately came to
the VA with complaints of testicular pain.  He claims the testicular pain
was undertreated in prison with ice and Ibuprofen.  He also has a bone
spur in his right arm that is causing numbness and tingling in the last
three digits of that hand.  He says that he has anxiety in regards to his
medical conditions, but that he learned good coping skills from a
psychologist he saw while in prison.  He does report problems sleeping,
but denies depression.  He denies SI/HI.  He states that the medication
regiment he was placed on at his last discharge from the VA was very
effective for controlling his psychiatric symptoms.

PAST HISTORY:
        PSYCHIATRIC: PTSD per patient, dysthymia, borderline personality
disorder

MEDICAL: Surgery on abdomen secondary to trauma from shrapnel

PERSONAL HISTORY:
        DEVELOPMENTAL: not obtained

        EDUCATIONAL: not obtained

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001988