# Progress Note

VOCATIONAL/OCUPATIONAL: policeman from 1970 - 1975, post office manager until 1997.

MILITARY: Marines 1966 - 1970, Vietnam - combat veteran, Honorable discharge

LEGAL: just finished 4  year term in prison for criminal sexual assault against his ex-wife and aggravated battery.

SUBSTANCE ABUSE: history of alcohol abuse, but hasn't drank in 4 years, denies illicit drug use, tobacco - 2 ppd x 40 years.

SOCIAL/FAMILY HISTORY: per social work note:

VET. REPORTS A VERY CHAOTIC UPBRINGING.
HIS FATHER (AND 7 FRATERNAL UNCLES) WAS AN ALCOHOLIC, AND VET. REPORTS THAT HE WAS VERY ABUSIVE TOWARD VET. AND HIS 2 YOUNGER SISTERS. VET. REPORTS THAT HIS MOTHER KILLED HIS FATHER IN 1966 BY SHUTTING THE GARAGE DOOR AFTER HIS FATHER RETURNED HOME DRUNK AND PASSED OUT WITH HIS CAR RUNNING. SHE WAS NEVER PROSECUTED, HOWEVER, BUT 18 MOS. LATER SHE COMMITTED SUICIDE VIA CO2 POISONING. VET. REPORTS THAT HE DOES HAVE OCCASIONAL CONTACT WITH HIS 2 SISTERS, ONE IN MINIER, IL. AND THE OTHER IN LOUISVILLE, KY., BUT HE SAYS THAT THEY'VE NEVER BEEN A CLOSE FAMILY.
VET. MARRIED THE 1ST TIME IN 1967, BUT HE WAS DIVORCED IN 1975. THE COUPLE HAD 1 DAUGHTER, WHO WAS KILLED AT AGE 4 (1972) WHEN SHE RODE HER BIKE INTO A GARBAGE TRUCK, FELL OFF AND SUSTAINED A HEAD INJURY, AND 1 SON, DALLAS, WHOM VET'S NOT SEEN SINCE THE DIVORCE BECAUSE HIS EX-WIFE WOULDN'T ALLOW IT.

VET. MARRIED THE 2ND TIME IN 1975, AND THE COUPLE HAVE 3 CHILDREN, 2 DAUGHTERS, AND 1 SON. VET'S SON IN THE MARINE CORPS AND IS RECEIVING I-P PSYCHIATRIC TX AT CAMP LAJEUNNE, CA. FOLLOWING A SUICIDE ATTEMPT VIA AN O.D. IN 6/97. ONE OF VET'S DAUGHTERS EARLIER ATTEMPTED SUICIDE VIA O.D. WHEN SHE WAS 14 Y/O, AND SHE'S TWICE RECEIVED I-P PSYCHIATRIC TREATMENT. VET. REPORTS THAT HIS WIFE HAD BEEN SEEING ANOTHER MAN, THAT HE'D BEEN HAVING EMOTIONAL PROBLEMS, AND THAT THEY SEPARATED 6/18/97. A DIVORCE IS PENDING.

Active Outpatient Prescriptions:

No medications found

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

VISTA Electronic Medical Documentation

Printed at ILLIANA HCS

001989

# Progress Note

Mar 01, 2005

```
**********************************************************************
        REVIEW OF SYSTEMS: (+, -, NA) - SUBJECTIVE DATA
**********************************************************************
```

(A ROS is an inventory of body systems obtained through a series of
questions seeking to identify signs and/or symptoms per the patient, which
the patient may be experiencing or has experienced.)

```
__-___Constitution weight gain
__-___Eyes
__-___ENT
__-___Cardio
__-___Resp
__+___GI - palpable masses on both testicles
__-___GU
__+___Musc/skel - palpable bone spur on right forearm
__+___Skin - tinea pedis
__-___Neuro
__+___Psych - anxiety
__-___Endocrine
__-___Hem/Lymph
__-___Allergy/Immuno
```

NOTES:

```
**********************************************************************
        MULTISYSTEM PHYSICAL EXAMINATION - OBJECTIVE DATA
**********************************************************************
```

Documentation Guideline: A notation of "within normal limits" (WNL) is
sufficient for elements of unaffected organ systems.  Elements of exam in
affected organ systems must be documented with specific abnormal and
relevant negative findings.

```
BLOOD PRESSURE: 122/76 (08/16/2002 13:21)
TEMPERATURE: 98.2 F [36.8 C] (08/16/2002 13:21)
PULSE: 91 (08/16/2002 13:21)
RESPIRATION: 20 (08/16/2002 13:21)
PAIN: 7 (08/16/2002 13:21)
```

GENERAL APPEARANCE:

EYES: Conjunctivae, corneae, and sclerae normal.  No icterus.  External
ocular movements normal.  Pupils equal, regular, and react normally to
light and accommodation.  No hemorrhages or exudates.

ENT: Ears - External meatus normal.  Drums visualized and normal without

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY   40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001990

# Progress Note

Mar 01, 2005

scars, inflammation, or perforations.  Hearing grossly normal. Nose -
Normal mucosa and airways, no septal deviation. Mouth - Normal lips,
breath, teeth, gums, tonsils, pharynx, and tongue.

NECK: Normal motion of neck, trachea in midline, thyroid normal size, no
bruit, no masses or other abnormalities.

RESPIRATORY: Lungs normal to inspection, palpation, and auscultation.

CARDIOVASCULAR: Heart - normal to inspection, palpation, and auscultation.
 Sinus rhythm, S1 and S2 normal, no murmurs, gallops, clicks or rubs.

CHEST (BREAST): Chest normal shape and symmetrical.  No masses,
tenderness, or other abnormalities of breasts or nipples.

GASTROINTESTINAL (ABDOMEN): No tenderness.  Spleen and liver not enlarged.
 No palpable masses.  Bowel sounds normal. 6 inch scar on left side
secondary to surgery due to injury by shrapnel.

GENITOURINARY: Penis normal.  Palpable masses on both testicles.  No
lesions or hernias. Rectal exam refused by patient.

LYMPHATIC: No enlargement or tenderness of cervical, axillary, or inguinal
nodes.

MUSCULOSKELETAL: Back - normal curvature and mobility.  No pain or
tenderness.  No costovertebral angle tenderness.  Extremities - normal
joints, radial and pedal pulsations.  No edema, varicosities or cyanosis.
Palpable bone spur on right forearm.

SKIN: Normal color and texture. Tinea pedis and onchomycosis on right
foot.

NEUROLOGIC: Cranial nerves, muscle strength, sensation, deep tendon
reflexes, coordination, gait & station, position, and vibratory sense
normal.

PSYCHIATRIC:
        MENTAL STATUS EXAM:

Healthy, white male in no apparent distress presents with good hygeine.
No abnormal muscles movements or problems with gait noted.  Cooperative
and pleasant, but slightly agitated about current situation.  Speech was
spontaneous and productive.  Affect was labile and mood was cheerful with
intermittent agitation.  Did not appear suicidal or homocidal.  Thought
content was appropriate and continuity was tangential.  Abstraction was
not assessed.  General fund of knowledge, remote and recent memory were
adequate.  Did not appear to be experiencing hallucination or delusions.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

Printed at ILLIANA HCS

001991

# Progress Note

Mar 01, 2005

Alert and oriented x 3.  Judgement and insight were within normal limits.

NOTES:

PRINCIPAL DIAGNOSIS: dysthymia

OTHER DIAGNOSIS(ES)
Axis I-R/O PTSD, nicotine dependence
Axis II- borderline personality disorder with antisocial traits
Axis III- testicular mass
Axis IV- minimal
Axis V- 55 (current)

CLINICAL SUMMARY/INTERPRETATION:


Management Plan/Orders/Medications: Per doctor's orders.

Tests ordered (reference DX for each), performed, reviewed and old records
reviewed:  Routine labs (see doctor's orders)

Instructions/Counseling/Coordination of Care: Patient will meet with
treatment team to formulate a treatment plan today.


/es/ LISA BARCENILLA, MD
Staff Physician
Signed: 08/16/2002 16:14

---

        TITLE: SOCIAL WORK NOTE/GENERAL NOTE
DATE OF NOTE: AUG 16, 2002@16:00:03  ENTRY DATE: AUG 16, 2002@16:00:03
    AUTHOR: MADRIGAL,KAREN B      EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED


D: SW telephoned Supervisor Knox 217-875-9987, pager 462-3871, cell
number 855-4063, and 1 (800) 322-6583.  Under no circumstance is vet to
be discharged without prior contacting Supervisor Knox at one of above
listed phone numbers.  Supervisor Knox reported that he believes that
veteran may be malingering at this institution to avoid wearing
electronic monitoring devise which is a condition of his parole for a
sexual offense.

A/P: SW communicated above with charge nurse who reported that chart will
be marked police hold and VA police will be notified.

/es/ KAREN B MADRIGAL, MSW, LSW

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001992

# Progress Note

Mar 01, 2005

```
MSW, LSW
Signed: 08/16/2002 16:03
```

```
       TITLE: PSYCHOLOGY/ASSESSMENT
DATE OF NOTE: AUG 16, 2002@14:50:50   ENTRY DATE: AUG 16, 2002@14:50:50
     AUTHOR: BLODGETT,MARK       EXP COSIGNER:
     URGENCY:                    STATUS: COMPLETED
```

The patient is a 56 year old, white, divorced, 30 percent service
connected veteran. The day before he was admitted, he had been released
after five years in prison. He was serving a sentence for allegedly
raping and physically abusing his ex-wife. He admitted to striking her
but denied the rape charge. According to the veteran, he was attempting
to relocate to Lexington, Kentucky where he has family. The family knew
he was coming and the state of Kentucky had agreed to accept his parole.
He reported that he was driving through Illinois but by the time he had
gotten to the state line, his parole officer had not yet obtained
authorization for him to leave the state so he decided to seek
treatment. He arrived the VA hoping that he would be admitted to the
surgical unit. The veteran was holding an ice pack to his groin area and
exhibited considerable difficulty ambulating. He complained of pain in
his testicles and stated that he has developed several tumors around his
testicles and legs which are extremely painful and are aggravated by
excessive walking. He reported that he was taking antidepressant
medication while he was in prison. His last admission was five years
ago, just before he was sent to prison. At that time, he was diagnosed
with dysthymia and adjustment disorder with personality disorder traits.
Please refer to previous databases for additional background and
historical information. He attempted suicide by slipping his wrist and
by asphyxiation. He indicated that he would like to resume taking the
medications that he had been on previously. At the time of the initial
intake interview, the veteran appeared very animated bad was somewhat
upset that he was confined on a locked unit. He did not want psychiatric
treatment when he arrived here and, since he has just been released after
five years in prison, he finds the ward restrictions to be extremely
aversive. He requested privileges but was told that the walking was not
recommended because of his physical problems. He was allowed to have his
clothing returned to him. At this point, he is merely awaiting
permission to leave the state. He has adequate funds to transport
himself to Kentucky. He indicated that when he arrives there, he intends
to get back on status at the Lexington VA and hopes to have his tumorous
lesions excised. The veteran also stated that he is in the process of a
C&P claim regarding the tumors, which he believes are related to Agent
Orange exposure during his tour of duty in Vietnam. There was no
evidence of dangerousness to self or others at this time. No psychotic
symptoms were exhibited. He reluctantly agreed to remain through the
weekend until appropriate arrangements could be made for his release.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

```
HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117
```

Printed at ILLIANA HCS

001993

# Progress Note

Mar 01, 2005

Anticipate brief hospitalization.  No follow-up is expected locally since he will be in Kentucky.

/es/ Mark Blodgett, Psy.D.
PSYCHOLOGIST
Signed: 08/16/2002 15:11

---

        TITLE: PSYCHIATRY/GENERAL NOTE
DATE OF NOTE: AUG 16, 2002@14:43:23  ENTRY DATE: AUG 16, 2002@14:43:24
     AUTHOR: BARCENILLA,LISA      EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

The veteran was admitted last night for anxiety and testicular mass with pain.The testicular mass has been going on for years.He was just released from federal prison yesterday and is on parole.Had been taking Doxepin for years and now he wants also the other medication that was prescribed to him like Risperidone and Lorazepam when he was 1st discharged from here in 1997.The veteran denies that he is depressed or having suicidal or homicidal thoughts.He plans to go to Kentucky from here.The social worker will get in touch with his parole officer.

/es/ LISA BARCENILLA, MD
Staff Physician
Signed: 08/16/2002 14:47

---

        TITLE: NUTRITION/DIETITIAN INITIAL ASSESSMENT NOTE
DATE OF NOTE: AUG 16, 2002@14:38    ENTRY DATE: AUG 16, 2002@14:38:27
     AUTHOR: LAMM,ALISA         EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

S: "Oh I know about my cholesterol...it's all genetics.  I have been on cholesterol medicine since my early 20's. I have been gaining weight. I have multiple growth in my stomach; once they remove that I will be fine." Pt denied the need for diet education - "I won't do it(follow a diet), it would just be a waste of both our times."

O: Diet Rx: regular
56 Y/O, W/M. Ht: 6'1"; Wt: 250#; Ubw: 245#-250#; Ibw: 184# +/-18#; BMI=33
Dx: personality disorder
Meds:  gemfibrozil
No family/significant other present at time of interview.
Labs(8/16/02): glu=118, bun=18, creat=0.9, na=145, k=4.2, albumin=4.1, chol=224, trig=575, hdl=23, hgb=15.3, mcv=97H, mch=34.3H
Approx needs: 2509 kcal, 67 gm pro, 2927 cc fluid.
Nutritional status: mildly compromised
Refer to p.n. dated 9/26/97 (220#)

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001994

# Progress Note

A: Pt has gained approx. 30# in the past 5 years.  Pt reports he
eats a very high fat diet at home, and has no intention of changing his
dietary habits or his cooking habits.  He believes that the cholesterol
lowering medications will take care of it. Above chol and trig are
significantly elevated with a low hdl = high risk.  Mch/mcv slightly
elevated. Other labs listed are wnl. Food prefs taken and will be honored.
Above diet will meet age/gender specific nutrient needs with continued
good intake.

P: Continue current diet rx at this time.  Monitor intake, wt, and labs.
  Attempt to reinforce diet guidelines prn, and remain available should
  he change his mind about diet education.  Follow as needed.

/es/ ALISA LAMM, R.D., L.D.
CLINICAL DIETITIAN
Signed: 08/16/2002 14:46

---

      TITLE: CHAPLAIN SERVICE/RELIGIOUS-SPIRITUAL PROFILE
DATE OF NOTE: AUG 16, 2002@13:40    ENTRY DATE: AUG 19, 2002@14:51:42
    AUTHOR: LEHMAN,GARTH       EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

Supplement to VAF 10-7978g Series Part I          Revised 4/29/02
_x__ INPATIENT      ___OUTPATIENT
1.  RELIGIOUS PREFERENCE:      Catholic
2.  CHURCH/SYNAGOGUE/MOSQUE/ETC. INVOLVEMENT:   (MOST = 5)
_3__ Current Participation:
_4__ Adult Pattern:
____ Childhood/Adolescent Pattern:
3.  RITES AND SACRAMENTS:          Date/Age      Comments
_x__ Baptism
_x__ Confirmation
____ Sacrament of Sick (Anointing)
____ Other
4.  RELIGIOUS & CULTURAL HISTORY (SIGNIFICANT EVENTS):
5.  RELIGIOUS FUNCTIONING:  Degree of Supportive Value:
_4__ Belief in a Supreme Being          (MOST = 5)
_3__ Relationship with God
_2__ Private Devotional Practices
_3__ Spiritual/Ethical Standards
_3__ Meaning and Purpose
6.  SPIRITUAL PROBLEMS AND CONCERN/S:
____ Fear
____ Hopelessness/Dispair
_x__ Anxious    Pt said he came to VA to have surgery but was placed in
psych unit.  He didn't elaborate on any reasons why he would be placed in

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

VISTA Electronic Medical Documentation

Printed at ILLIANA HCS

001995

# Progress Note

psych at this time, except that he was in psych when he was here before
which was nearly five yrs ago.  He didn't seem confused, but at the same
time some of what he said didn't make sense.  In any case, he gave the
definite impression that he felt displaced.
\___ Lonely/Alienated
\___ Loss/Hurt/Bereavement
\___ Anger
\___ Trust
\___ Belief
\___ Death/Dying
\___ Guilt/Depression
\___ Forgiveness
\___ Relationships w/God
\___ Lack of Meaning/Purpose
\___ Ethical Issues
\___ Other
\___ None Indicated
7.   PERSONAL/SPIRITUAL/CULTURAL/ETHNIC CONCERNS R/T PAIN MANAGEMENT:refer
to above
8.   PASTORAL CARE PLAN:
_x__ Inform About Resources
\___ Follow-Up Pastoral Visits
\___ Referral To
9.   PASTORAL FUNCTIONS AND SPIRITUAL CARE (CHECK AT LEAST ONE OF THE
\___ Guiding                                FOLLOWING)
_x__ Sustaining
\___ Reconciling
\___ Healing
10.  Other Comments:

/es/ GARTH LEHMAN
CHAPLAIN
Signed: 08/19/2002 14:57

---

       TITLE: PSYCHIATRIST/HISTORY AND PHYSICAL (MEDICAL STUDENT NOTE)
DATE OF NOTE: AUG 16, 2002@10:11   ENTRY DATE: AUG 16, 2002@10:11:44
     AUTHOR: HAMMILL,CHET         EXP COSIGNER: BARCENILLA,LISA
     URGENCY:                        STATUS: COMPLETED


**********************************************************************
                         PATIENT HISTORY
**********************************************************************
ALLERGIES: NKDA

IDENTIFYING DATA: 54 y.o. white, divorced male, 30% service connected.

INFORMANTS: Patient and chart

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001996

# Progress Note

CHIEF COMPLAINT: Testicular pain

HISTORY OF PRESENT ILLNESS:

Pt was released from prison the day of admission and immediately came to the VA with complaints of testicular pain. He claims the testicular pain was undertreated in prison with ice and Ibuprofen. He also has a bone spur in his right arm that is causing numbness and tingling in the last three digits of that hand. He says that he has anxiety in regards to his medical conditions, but that he learned good coping skills from a psychologist he saw while in prison. He does report problems sleeping, but denies depression. He denies SI/HI. He states that the medication regiment he was placed on at his last discharge from the VA was very effective for controlling his psychiatric symptoms.

PAST HISTORY:
        PSYCHIATRIC: PTSD per patient, dysthymia, borderline personality disorder

MEDICAL: Surgery on abdomen secondary to trauma from shrapnel

PERSONAL HISTORY:
        DEVELOPMENTAL: not obtained

        EDUCATIONAL: not obtained

        VOCATIONAL/OCUPATIONAL: policeman from 1970 - 1975, post office manager until 1997.

        MILITARY: Marines 1966 - 1970, Vietnam - combat veteran, Honorable discharge

        LEGAL: just finished 4  year term in prison for criminal sexual assault against his ex-wife and aggravated battery.

        SUBSTANCE ABUSE: history of alcohol abuse, but hasn't drank in 4 years, denies illicit drug use, tobacco - 2 ppd x 40 years.

SOCIAL/FAMILY HISTORY: per social work note:

        VET. REPORTS A VERY CHAOTIC UPBRINGING.
        HIS FATHER (AND 7 FRATERNAL UNCLES) WAS AN ALCOHOLIC, AND
        VET. REPORTS THAT HE WAS VERY ABUSIVE TOWARD VET. AND HIS 2
        YOUNGER SISTERS.  VET. REPORTS THAT HIS MOTHER KILLED HIS
        FATHER IN 1966 BY SHUTTING THE GARAGE DOOR AFTER HIS FATHER
        RETURNED HOME DRUNK AND PASSED OUT WITH HIS CAR RUNNING.
        SHE WAS NEVER PROSECUTED, HOWEVER, BUT 18 MOS. LATER SHE

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

# Progress Note

Mar 01, 2005

COMMITTED SUICIDE VIA CO2 POISONING. VET. REPORTS THAT HE
DOES HAVE OCCASIONAL CONTACT WITH HIS 2 SISTERS, ONE IN
MINIER, IL. AND THE OTHER IN LOUISVILLE, KY., BUT HE SAYS
THAT THEY'VE NEVER BEEN A CLOSE FAMILY.
VET. MARRIED THE 1ST TIME IN 1967, BUT HE WAS DIVORCED IN
1975.  THE COUPLE HAD 1 DAUGHTER, WHO WAS KILLED AT AGE 4
(1972) WHEN SHE RODE HER BIKE INTO A GARBAGE TRUCK, FELL
OFF AND SUSTAINED A HEAD INJURY, AND 1 SON, DALLAS, WHOM
VET'S NOT SEEN SINCE THE DIVORCE BECAUSE HIS EX-WIFE
WOULDN'T ALLOW IT.

VET. MARRIED THE 2ND TIME IN 1975, AND THE COUPLE HAVE 3
CHILDREN, 2 DAUGHTERS, AND 1 SON.  VET'S SON IN THE MARINE
CORPS AND IS RECEIVING I-P PSYCHIATRIC TX AT CAMP LAJEUNNE,
CA. FOLLOWING A SUICIDE ATTEMPT VIA AN O.D. IN 6/97.  ONE
OF VET'S DAUGHTERS EARLIER ATTEMPTED SUICIDE VIA O.D.  WHEN
SHE WAS 14 Y/O, AND SHE'S TWICE RECEIVED I-P PSYCHIATRIC
TREATMENT.  VET. REPORTS THAT HIS WIFE HAD BEEN SEEING
ANOTHER MAN, THAT HE'D BEEN HAVING EMOTIONAL PROBLEMS, AND
THAT THEY SEPARATED 6/18/97.  A DIVORCE IS PENDING.

Active Outpatient Prescriptions:

No medications found


**********************************************************************
      REVIEW OF SYSTEMS: (+, -, NA) - SUBJECTIVE DATA
**********************************************************************
(A ROS is an inventory of body systems obtained through a series of
questions seeking to identify signs and/or symptoms per the patient, which
the patient may be experiencing or has experienced.)

__-___Constitution weight gain
__-___Eyes
__-___ENT
__-___Cardio
__-___Resp
__+___GI - palpable masses on both testicles
__-___GU
__+___Musc/skel - palpable bone spur on right forearm
__+___Skin - tinea pedis
__-___Neuro
__+___Psych - anxiety
__-___Endocrine

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

# Progress Note

Mar 01, 2005

```
__-___Hem/Lymph
__-___Allergy/Immuno
```

NOTES:

```
*******************************************************************
          MULTISYSTEM PHYSICAL EXAMINATION - OBJECTIVE DATA
*******************************************************************
```
Documentation Guideline: A notation of "within normal limits" (WNL) is
sufficient for elements of unaffected organ systems.  Elements of exam in
affected organ systems must be documented with specific abnormal and
relevant negative findings.

BLOOD PRESSURE: 122/76 (08/16/2002 13:21)
TEMPERATURE: 98.2 F [36.8 C] (08/16/2002 13:21)
PULSE: 91 (08/16/2002 13:21)
RESPIRATION: 20 (08/16/2002 13:21)
PAIN: 7 (08/16/2002 13:21)

GENERAL APPEARANCE:

EYES: Conjunctivae, corneae, and sclerae normal.  No icterus.  External
ocular movements normal.  Pupils equal, regular, and react normally to
light and accommodation.  No hemorrhages or exudates.

ENT: Ears - External meatus normal.  Drums visualized and normal without
scars, inflammation, or perforations.  Hearing grossly normal. Nose -
Normal mucosa and airways, no septal deviation. Mouth - Normal lips,
breath, teeth, gums, tonsils, pharynx, and tongue.

NECK: Normal motion of neck, trachea in midline, thyroid normal size, no
bruit, no masses or other abnormalities.

RESPIRATORY: Lungs normal to inspection, palpation, and auscultation.

CARDIOVASCULAR: Heart - normal to inspection, palpation, and auscultation.
 Sinus rhythm, S1 and S2 normal, no murmurs, gallops, clicks or rubs.

CHEST (BREAST): Chest normal shape and symmetrical.  No masses,
tenderness, or other abnormalities of breasts or nipples.

GASTROINTESTINAL (ABDOMEN): No tenderness.  Spleen and liver not enlarged.
 No palpable masses.  Bowel sounds normal. 6 inch scar on left side
secondary to surgery due to injury by shrapnel.

GENITOURINARY: Penis normal.  Palpable masses on both testicles.  No
lesions or hernias. Rectal exam refused by patient.

---

**PATIENT NAME AND ADDRESS** (Mechanical imprinting, if available)

```
HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117
```

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

001999

# Progress Note

LYMPHATIC: No enlargement or tenderness of cervical, axillary, or inguinal nodes.

MUSCULOSKELETAL: Back - normal curvature and mobility.  No pain or tenderness.  No costovertebral angle tenderness.  Extremities - normal joints, radial and pedal pulsations.  No edema, varicosities or cyanosis. Palpable bone spur on right forearm.

SKIN: Normal color and texture. Tinea pedis and onchomycosis on right foot.

NEUROLOGIC: Cranial nerves, muscle strength, sensation, deep tendon reflexes, coordination, gait & station, position, and vibratory sense normal.

PSYCHIATRIC:
        MENTAL STATUS EXAM:

Healthy, white male in no apparent distress presents with good hygeine. No abnormal muscles movements or problems with gait noted.  Cooperative and pleasant, but slightly agitated about current situation.  Speech was spontaneous and productive.  Affect was labile and mood was cheerful with intermittent agitation.  Did not appear suicidal or homocidal.  Thought content was appropriate and continuity was tangential.  Abstraction was not assessed.  General fund of knowledge, remote and recent memory were adequate.  Did not appear to be experiencing hallucination or delusions. Alert and oriented x 3.  Judgement and insight were within normal limits.

NOTES:

PRINCIPAL DIAGNOSIS: dysthymia

OTHER DIAGNOSIS(ES)
Axis I-R/0 PTSD, nicotine dependence
Axis II- borderline personality disorder with antisocial traits
Axis III- testicular mass
Axis IV- minimal
Axis V- 55 (current)

CLINICAL SUMMARY/INTERPRETATION:


Management Plan/Orders/Medications: Per doctor's orders.

Tests ordered (reference DX for each), performed, reviewed and old records reviewed:  Routine labs (see doctor's orders)

Instructions/Counseling/Coordination of Care: Patient will meet with

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

002000

# Progress Note

Mar 01, 2005

treatment team to formulate a treatment plan today.

/es/ CHET HAMMILL
MEDICAL STUDENT
Signed: 08/16/2002 15:55

/es/ LISA BARCENILLA, MD
Staff Physician
Cosigned: 08/16/2002 16:07

---

      TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 16, 2002@09:15    ENTRY DATE: AUG 16, 2002@09:15:54
     AUTHOR: MCBRIDE,DENNIS C    EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

O.  CURRENTLY RECEIVING TX. FOR DYSTHYMIA, HOMELESS STATE AND ANXIETY.  HAS
BEEN NO BEHAVIORAL PROBLEM THUS FAR.  WILL CONTINUE TO MONITOR AND OBSERVE.

/es/ DENNIS C MCBRIDE LPN
Licensed Practical Nurse
Signed: 08/16/2002 09:17

---

      TITLE: NUR/SHIFT NOTE
DATE OF NOTE: AUG 16, 2002@02:07:03  ENTRY DATE: AUG 16, 2002@02:07:03
     AUTHOR: ONEAL,KAREN         EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

A: CURRENTLY RECEIVING TX. FOR DYSTHYMIA, HOMELESS STATE AND ANXIETY.
   IS ALERT AND ORIENTED X3, RESPONSIVE, CONTINENT OF B&BM, COOPERA-
   TIVE WITH STAFF REQUESTS. CURRENTLY IS SLEEPING.

/es/ KAREN O'NEAL, RN
Staff Nurse
Signed: 08/16/2002 02:08

---

      TITLE: PTED/PATIENT EDUCATION
DATE OF NOTE: AUG 15, 2002@19:35    ENTRY DATE: AUG 15, 2002@19:35:34
     AUTHOR: GUYNN,ALISA M        EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

A.  EDUCATIONAL TOPIC:
__patient's rights/ ward orientation to staff/procedures/other veterans

B.  LEARNER:

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

002001

# Progress Note

```
___x_Patient
_____Significant Other
_____(relationship)

C.  STATUS OF PATIENT:
__x__Inpatient
_____Outpatient

D.  CURRENT KNOWLEDGE:
_____Adequate
_x_____Partial
_____None

E.  LEARNING ABILITY:
__x__Able
_____Limited
_____Unable

F.  READINESS TO LEARN
__x__Accepting
_____Denying
_____Disinterested
_____Refuse

G.  LEARNING BARRIERS IDENTIFIED:
_____Visual
_____Hearing
_____Cultural
_____Religious
_____Manual Dexterity
_____Language
_____Emotional
_____Financial
_____Inability to Read
_____Inability to Comprehend

H.  SOURCE/DATE OF ASSOCIATED DOCUMENTATION:
_____see admission note_____

I.  TEACHING METHODS:
__x__Lecture
_____Demonstration
_____Printed Material
_____Video Cassette
_____Phone Call

J.  OUTCOME/COMMENTS:
_x____Verbalizes Understanding/Intent to Comply
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

```
HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117
```

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

# Progress Note

```
_____Demonstrates Correctly
_____Needs Practice/Supervision
_____Unsuccessful
_____Refuses
_____Other _____
```

/es/ ALISA M GUYNN RN
Registered Nurse
Signed: 08/15/2002 19:36

```
        TITLE: NUR/PRESSURE ULCER RISK ASSESSMENT
DATE OF NOTE: AUG 15, 2002@19:34    ENTRY DATE: AUG 15, 2002@19:34:19
   AUTHOR: GUYNN,ALISA M        EXP COSIGNER:
  URGENCY:                         STATUS: COMPLETED
```

Pressure Ulcer Risk Assessment

To identify patient at risk for developing pressure ulcers, assess the
seven clinical condition parameters and assign a score.

Patients with a score of 8 or above should be considered at risk to
develop pressure ulcer.  Initiate prevention protocol.

Directions:  Choose the number for each parameter that applies to the
patient's risk status.  Total the seven numbers to determine the patient's
risk potential.

```
                                           SCORE
General Physical Condition (health problem)
Good (minor)                                 0
Fair (major but stable)                      1
Poor (chronic/serious not stable)            2          _0__

Level of Consciousness (to commands)
Alert (responds readily)                     0
Lethargic (slow to respond)                  1
Semi-comatose
 (responds only to verbal or painful stimuli) 2
Comatose (no response to stimuli)            3          __0__

Activity
Ambulant without assistance                  0
Ambulant with assistance                     1
Chairfast                                    4
Bedfast                                      6          _0__

Mobility (extremities)
Full active range                            0
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

# Progress Note

Mar 01, 2005

```
Limited movement with assistance          2
Moves only with assistance                4
Immobile                                  6        __0_

Incontinence (bowel and/or bladder)
None                                      0
Occasional (<2 per 24 hrs)                2
Usually (>2 per 24 hrs)                   4
No control (may have indwelling catheter) 6        __0_

Nutrition (for age and size)
Good (eat/drinks adequately 3/4 of meal)  0
Fair (eats/drinks less than 3/4 of meal)
     (tube fed or TPN)                    1
Poor (unable/refuses to eat/drink less than 1/2)  2    _0__

Skin/Tissue Status
Good  (well nourished/skin intact)        0
Fair (poorly nourished/skin intact        40__

                         TOTAL SCORE          __0_

Pressure Ulcer Prevention Protocol initiated   Yes____ No___x

Care Plan addressed:                 Yes____ No__x_

/es/ ALISA M GUYNN RN
Registered Nurse
Signed: 08/15/2002 19:34
```

```
        TITLE: NUR/PATIENT AT RISK
DATE OF NOTE: AUG 15, 2002@19:32    ENTRY DATE: AUG 15, 2002@19:32:24
     AUTHOR: GUYNN,ALISA M      EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

REASON AT-RISK:
States very anxious, past hx of suicidal attempts

/es/ ALISA M GUYNN RN
Registered Nurse
Signed: 08/15/2002 19:34
```

```
        TITLE: NUR/PSYCH ADMISSION NOTE
DATE OF NOTE: AUG 15, 2002@18:42   ENTRY DATE: AUG 15, 2002@18:42:51
     AUTHOR: GUYNN,ALISA M      EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED
```

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

002004

# Progress Note

Mar 01, 2005

```
          *** NUR/PSYCH ADMISSION NOTE Has ADDENDA ***

1.  ADMISSION DATE:
        Admitted from_____August 15, 2002 @ 1815

     YES    NO
     _x_   ____   Committed
     ____   _x_   Legal concerns?
                  Status: Parol  "no warrants"
     _x_   ____   ambulatory
     ____          W/C
                   other:
                   Info given by:  Patient
                   Accompanied by:
                   ____  alone
                   _x_   relative
                   ____  friend
                   ____  other:
     YES    NO
     ____   _x_   Sharps
     ____   _x_   Contraband
                   If Yes, Type:

  2.  GENERAL DATA:
                   PT is:
                   _x_  alert
                   _x_  oriented
                   ____ confused
                   Physical description:
                   hair: Black/grey long hair in ponytail
                   eyes: "Black" dark brown
                   distinguishing characteristics:  Tatoos: Left wrist; Scars:
Schrapnel left lower leg, incisional scar;

3.  ADL ABILITY/FUNCTIONAL NEEDS SCREEN:
     Problems with : _____Toileting  _____Bathing
                     _____Grooming   _____Dressing
                     _____Walking    _____Walking
                     _____Tranferring_____Turning
                     _____Non Identified
     Does the patient have axproblem with mobility or unable to perform
     Activities of daily living (developed in the past three months)
     ____Yes _x_No
     Has the patient had a fracture within the past three months
     ____Yes _x_No
     Does the patient have a gait problem
     ____Yes __xNo
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

002005

# Progress Note

Mar 01, 2005

```
        ADL (I=Independent  A=Assist  T=Total)
        _I___Bathing  _I___Shaving  __I__Mouth Care  ___I_Meals
        __I_Nail Care  _I___Elimination
```

4.  PERSONAL HISTORY:
    employed:  YES___ NO_X_

    occupation:
    none/explain:   VA Disablity

    Martial Status
        ___ married
        ___ separated
        _x_ divorced
        ___ single
        ___ widow/widower
    children:  YES_x_ NO___
    If yes, number of children:  3
    Family outline (brief, include living arrangements):  "right now I'm
homeless, since today"; "just released from penetentary, Henry Hill in
Galesburg, IL"

    SUPPORT NETWORK:
        __x__Family  ___x_Good _____ Poor
        __x__Friends  ___x_Good _____Poor
        __x__Other  __x__Good _____Poor

5. Do you have any cultural/spiritual practices that you need help in
meeting during your stay ?  _____YES  __x___NO

6. PAIN PROFILE
    Are you experiencing pain  YES___x__  NO_____
        (If yes - complete next set of questions)
        ORIGIN:  scrotal area, right arm
        SEVERITY__6-7____(USE SCALE 0-10  0=NO PAIN  10=UNBEARABLE)
        ALLIVIATING FACTORS:  ice pack scrotal area, ibuprofen
        EXACERBATING FACTORS:  activity
        CURRENT MEDICATIONS:
        OTHER TREATMENTS:
        RESPONSE TO MEDICATION/TREATEMENT:  minimal
    Was the NSR or the Wong Baker Face Scale explained to the patient?
    _x_YES  ___NO  ___N/A

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

# Progress Note

Mar 01, 2005

7. REASON FOR ADMISSION (Patient's own words):  "just released from
penetentary, Henry Hill in Galesburg, IL"; "I caught my wife in bed with
another man and I went postal"; "now I am homeless"

8. HEALTH HISTORY:
         __x GI  "polyps removed from the intestinal area"
         ___ GU
         ___ Heart disease
         ___ Diabetes
         ___ Hypertension
         ___ Respiratory Disease
         __x Skin integrity Problems
         _x_ Seizure Disorder  "rash on left foot"
         recent hospitalizations and reasons why:  NO

Patient has an Ostomy [ ]Yes  [ xNo
Patient has questions or educational needs regarding
his/her Ostomy? [ ]Yes  [x]No
*(if marked (YES) and TIU Alert will be sent to Ostomy Care Staff)

9.  ALLERGIES (Food, Drug, etc.): NKA

     LATEX ALLERGY QUESTIONS:
     ___YES x__NO  HAVE YOU EVER HAD AN ALLERGIC REACTION TO LATEX
     (rubber) DEVICES/ PRODUCTS? (example, balloons, rubber gloves,
     erasers, elastic bands on underwear?

     ___YES _x_NO  HAVE YOU EVER BEEN TOLD BY A DOCTOR OR DENTIST THAT
     YOU HAVE AN ALLERGY TO LATEX (rubber) PRODUCTS? (IF YES, WHAT WERE
     YOU TOLD?) PT'S COMMENTS:

     ___YES __xNO  HAVE YOU EVER HAD AN ALLERGIC REACTION DURING
     SURGERY?

10.  Advanced Directives?_____YES  __x__NO
     If YES is the Advance Directive Available? _____YES  ___x__NO
     If Advanced directive is not available, what is the intent:

     Wishes information about Advance Directives _____YES  __x____NO
     If YES, information given? _____YES  _____NO

11.  MEDICATIONS:
Active Outpatient Medications (including Supplies):

No Medications Found

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)    **VISTA Electronic Medical Documentation**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390                Printed at ILLIANA HCS
407602117

002007

# Progress Note

Mar 01, 2005



```
          YES    NO
           x___  ____  Are you currently taking any prescription medications?
                       Name of medications and last dose:  Loped 600 mg BID;
Tagament 200 mg BID; Sinequan 7.5 cc;  Ibuprofen 800 mg; last dose: this
AM Lopid

          _x_    ____  Do you know why you take each of these medications?
          _x_    ____  Verbalizes compliance with medication regime
          __x    ____  Are you currently taking any over the counter medications?
                       Name of medication and last dose:  Ibuprofen  this morning

          ____   _x__  Have you taken any herbal medications in the past 30 days
                       Name of medications and last dose:
```

12. SOCIAL HISTORY:
```
        Drinking history (alcohol):  NO
                 type: "I have a drinking hx, but d/t the environment that I was
in I haven't had a drop of alcohol in 5 years"
                 amount:
                 frequency:
                 Date of last drink:
                 ____ blackout
                 ____ seizures
                 ____ Hx of DT's
        Drug History: NO
           type:
                 frequency:
                 length of dependency:
                 last drug used:
        Smoking History:
                 type: Cigarettes
                 amount: 2 packs
                 how long:  40 years
```

13. PSYCHOSOCIAL DATA:
```
                 Is experiencing
                 _x_ insomnia
                 ____ anorexia
                 ____ crying spells
                 ____ Preoccupation
                 ____ Psychomotor agitation
                 _x_ hopelessness
                 ____ suicidal thoughts
                 History of suicidal attempts: YES _x_  NO ____
                 How attempted  "cut my wrist"; "overdose"
                 When: 5 years ago
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

002008

# Progress Note

```
          Present plan, if any:  NO
          ____ Sexual problems  NO

  14.   PAST COPING MECHANISMS IN STRESSFUL SITUATION (EXPLAIN):  "Walk
away"

  15.   NUTRITIONAL SCREEN:
        1. WITHOUT TRYING, have you lost more than 10# in the past 3 months
           (not related to water loss)
                                    YES 5 pts
                                    NO   0 pts  [ 0]number of points

        2.  Altered intake by: (difficulty chewing, difficulty swallowing,
            mouth ulcerations, persistent nausea/vomiting, treatment
            course (i.e. chemo., radiation tx, dialysis, etc.)
                                    YES 3 pts
                                    NO   0 pts  [0 ] number of points

        3.  Inadequate intake (less than 50%) >3 days in the past week
                                    YES 3 pt
                                    NO   0 pt  [0 ]number of points

        4. Persistent diarrhea >3 days in the past week
                                    YES 3 pt
                                    NO   0 pt  [ 0]number of points

        5. Expected surgery AND Age >80.
                                    YES 3 pt
                                    NO   0 pt  [ 3]number of points

        6.  Recent/new diagnosis warrants dietitian interventions
            (malnutrition, CHF, MI, CVA, Diabetes, Renal, COPD,
            pressure ulcer/red areas, dehydration, Ca, etc.)
                                    YES 3 pt
                                    NO   0 pt  [ 0]number of points


              Total # Points (all questions) [ 3]*
              *if 8 or greater a trigger is generated.



  16.   FEMALE PATIENTS:
              last menses:
              last pap smear:
              last mammogram:
              Other concerns:


    17. EDUCATIONAL ASSESSMENT
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

# Progress Note

```
        Learning Barriers:
            ___Language
            ___Cultural
            ___Religious
            _x_Emotional
            ___Physical
            ___Cognitive

Level of Education
            ___Elementary (1-6th grade)
            ___Jr. High (7-8th grade)
            ___High School
            _x_College

Patients' Perferance for Learning Materials
            ___Audiovisual
            _x_Explanation
            ___Demonstration
            ___Handout/Teaching
            ___Group Class

18. DISCHARGE PLANNING NEEDS SCREEN:
    Lives: _____Alone ___x_With: "Family in Kentucky"
    Intended destination post-discharge: __x_Home _____Undetermined
    _____Other:
    Previous utilization of community resources: _____IPPC _____Other:
    Discharge transportation: _____No assistance needed
                              __x__Assistance Needed/Explain: "If I get
out during the week, I will have to catch a bus/train"
    Does the patient need assistance with any of the above? _x__Yes ____No
        Additional Comments:

20. BEHAVIORAL ASSESSMENT:
    Thought patterns:
            ___ clear
            ___ racing
            ___ flight of ideas
            ___ disorganized
            ___ confused
    Hallucinations:
            ___ auditory
            ___ visual
            ___ olfactory
            ___ tactile
    Delusions:
            ___ grandiose
            ___ persecutory
            ___ somatic
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

002010

# Progress Note

Mar 01, 2005

Affect:
```
___ suspicious
___ fearful
___ indifferent
___ flat
___ restless
___ irritable
___ sad
___ euphoric
___ highly agitated
___ tearful
___ other:
```

Mood:
```
_x_ depressed
___ elated
___ angry
___ labile
_x_ anxious
___ appropriate
___ cheerful
___ other:
```
Memory:

21. Techniques, methods and/or activities which help the patient control his/her behavior when agitated (Describe in patient's or family's words). "Walk away is the best way, you can't argue with stupidity"

22. History of sexual and/or physical abuse    No_____
Yes___x_____(Explain)  Sexual and physical, "my old man used to whip me until my butt bled"

23. Does the patient have any pre-existing medical conditions or physical disabilities and/or limitations that would place the individual at greater risk during the use of restraint/seclusion  No____x___
Yes_____(Explain)

24. Has patient and/or family/guardian been informed of the Medical Center's policy concerning the use of restraint and seclusion.
                Yes__x_____        No_____(explain)


ORIENTATION:
     YES    NO

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

002011

# Progress Note

Mar 01, 2005

```
    _x_  ___  Ward orientation completed - if no, reason deferred.
    _x_  ___  Nursing Service Customer Service Standards reviewed
              with Patent.
```

22. Assistive Devices:

```
Glasses      Required:  _x_Yes  ___No  Brought to hospital  _x_Yes  ___No
Contacts     Required:  ___Yes  _x_No  Brought to hospital  ___Yes  ___No
Hearing Aid: Required:  ___Yes  _x_No  Brought to hospital  ___Yes  ___No
Dentures:
    Upper ___
    Lower ___
    Partial _x_  lower partial, but "not with me I sent them home"
Wheelchair:  Required:  ___Yes  x__No  Brought to hospital  ___Yes  ___No
Cane:        Required:  ___Yes  _x_No  Brought to hospital  ___Yes  ___No
Walker:      Required:  ___Yes  _x_No  Brought to hospital  ___Yes  ___No
```

23. Patient/s Perceived Strengths:  "Education"
    Patient's Perceived Weaknesses: "Society"

24. Disposition of Patient Valuables:
    _x_Placed In Ward Canteen
    _x_Sent Home
    _x_Deposited in Patient Funds  $201.00
    ___Patient Effects.

25. FALL RISK ASSESSMENT

```
    Level of Consciousness                  Score
    Alert/Oriented/Cooperative              0
    Oriented/Uncooperative                  2
    Confused/Disoriented                    4        __0_

    Mobility
    Ambulatory without assistance           0
    Ambulatory with assistive device        2
    Ambulatory with assistance              4
    Patient has had a recent fall           7        __0_
    Age
    Under 50                                0
    50-60 years of age                      2
    60-70 years of age                      4
    Over 70                                 6        __2_

    Medications
    PRN sedation                            0
    Routine sedation                        2
    Sedatives, Narcotics                    4
    Laxative/Diuretics                      6        __0_
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

**VISTA Electronic Medical Documentation**

```
HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117
```

Printed at ILLIANA HCS

002012

**Page 64**

# Progress Note

Mar 01, 2005

Total Score __2_

Score of 7 or above indicates a risk for falling.
Fall Prevention plan of care initiated. ____Yes _x__No

Plan of care initiated   YES___x__   No_____

S: "just released from penetentary, Henry Hill in Galesburg, IL"; "I
caught my wife in bed with another man and I went postal"; "now I am
homeless"; Sexual and physical, "my old man used to whip me until my butt
bled"; "I'm really anxious"; "I have scrotal cysts on both sides and a
bone spur on my right forearm that is causing nerve damage to my
little/ring fingers that I am supposed to be getting surgery on while I am
here"

O: Admitted to W103-7 from triage; cooperative; pleasant; c/o pain in
scrotal area and RFA; states scrotal area occassionaly becomes enlarged
to size of grapefruit; nodules noted on right scrotum, painful during
light palpation

A: Altered Thought Process

P: Care Plan initiatied

/es/ ALISA M GUYNN RN
Registered Nurse
Signed: 08/15/2002 19:31

08/15/2002 ADDENDUM                      STATUS: COMPLETED
States has to contact parole officer twice every day, @ 0900 and 2100.
States has an 800 number

/es/ ALISA M GUYNN RN
Registered Nurse
Signed: 08/15/2002 20:45

                TITLE: AMBULATORY CARE/MEDICAL UNSCHEDULED
DATE OF NOTE: AUG 15, 2002@17:29   ENTRY DATE: AUG 15, 2002@17:29:42
     AUTHOR: IMAM,SYED N          EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

MR HAUES 56 YR OLD VET WITH HX OF DYSTHYMIA SUPERIMPOSED WITH ADJUSTMENT
DISORDER WITH DEPRESSED MOOD, BORDERLINE PERSONALITY DISORDER WITH ANTISOCIAL
TRAITS, SELF INFLICTED WOUND ON THE LEFT WRIST. CAME TO URGENT CARE DIRECTLY
FROM CORRECTIONAL FACILITY. C/O SEVERE ANXIETY, STRESS AND EPISODES OF FLASH
BACK, WANTS ADMISSION FOR PLACEMENT/SOLVE SOCIAL ISSUE, ALSO WANTS EVAL FOR
HIS RT ARM BONY TUMOR(BENIGN EXOTOIS) PER RADIOLOGY REPORT FROM OUTSIDE, AND
TESTICULAR CYST. DENIES ANY SUICIDAL OR HOMICIDAL IDEATION.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

002013

# Progress Note

Mar 01, 2005

AAOX3, ANXIOUS, NECK SUPPLE, NO JVD, CHEST CLEAR B/L, CVS RRR, S1, S2 +NT,
ABD OBESE, SOFT, NT, BS +NT, TESTICULAR EXAM B/L NORMAL SIZE, NO MASS, NO
ERYTHEMA, NO DISCHARGE NOTED, C/O LT TESTICULAR PAIN, ON ATTENTION DIVERSION
NO TENDERNESS.
ADMIT TO PSYCH WARD, MAY NEED SURG EVAL FOR HIS TESTICULAR PAIN IN AM, UA.


/es/ SYED N IMAM, MD
Physician
Signed: 08/15/2002 17:44

---

        TITLE: AMBULATORY CARE/NURSING NOTE
DATE OF NOTE: AUG 15, 2002@16:54    ENTRY DATE: AUG 15, 2002@16:55:03
        AUTHOR: SAYRE,JOHN H        EXP COSIGNER:
        URGENCY:                      STATUS: COMPLETED

S.I HAVE A GROWTH ON RT. ARM AND ALSO SEVERAL GROWTHS IN MY SCROTUM. I ALSO
HAVE  SOME MENTAL HEALTH PROBLEMS.

O. ARRIVED PER POV V.S. TAKEN

P. REFER TO T.O.D.


/es/ JOHN H SAYRE, LPN
Licensed Practical Nurse
Signed: 08/15/2002 16:57

---

        TITLE: SOCIAL WORK NOTE/DISPOSITION
DATE OF NOTE: AUG 12, 2002@11:24:27  ENTRY DATE: AUG 12, 2002@11:24:28
        AUTHOR: HARSHBARGER,ROBERT R EXP COSIGNER:
        URGENCY:                      STATUS: COMPLETED

Information about this veteran's situation faxed to the Chief, SWS,
on 8/8/02 and brought to undersigned today for evaluation.  The fax
is from a Susan Franklin, placement specialist, with the DOC.  The fax
was "Vet's Requesting Enrollment Application (10-10 EZ)" from our
facility.  I called Ms. Franklin's page today and was told that the
veteran has served his time, is being released Thursday (8/15/02) and
has told them that he's not going to a motel or anything like that - Ms.
Franklin says that Mr. Hayes told her that he is coming straight to the
VA to "Check In."

Floyd Hayse is a 56 year old, 30% SC, divorced, soon to be homeless,
veteran whose last address with our VA was given as Louisville, Kentucky.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

# Progress Note

Mar 01, 2005

Apparently that's where his sister and mother live; however, 4 years ago the veteran was convicted of beating up his former wife and sexually assulting her in Brown County Illinois.  He was sentenced to the Hill Correctional Center of Gailsburg, Illinois. It's noted that because this veteran is a convicted sex offender, by law, cannot stay at our local mission because it is is less that 500 feet from a day care center.

Ms. Franklin told me that although Mr. Hayes has a growth on his arm, his primary problems are psychiatric.  The veteran was last seen here through the MHC and has a psychiatric admission here.  Ms. Franklin states a number of behavioral problems with this veteran and that he feels the need to see a physician almost daily. I told Ms. Franklin that while we could certainly evaluate him here as to the need for admission, there is no guarantee that he would indeed be admitted.  Ms. Franklin seem upset that he could not get a guaranteed admission somewhere in our VA for Mr. Hayes.  I suggested that should Mr. Hayes come here, he should report to the eligibility area in B-98, re-register then be triaged.

I consulted with the Chief, SWS, about this situation.  He planned to also discuss this situation with the Chief of Psychiatry.  Admissions advised.

/es/ Bob Harshbarger, MSW, LSW
Social Worker
Signed: 08/12/2002 12:11

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at ILLIANA HCS

002015