E-FILED
Monday, 16 October, 2006  05:57:21 PM
Clerk, U.S. District Court, ILCD

--------------------------------------------------------------------------
I   CAL RECORD                                          Progress Notes
--------------------------------------------------------------------------
NOTE DATED: 09/30/2002 11:32  PC BLUE PROGRESS NOTE
VISIT: 09/30/2002 11:00 PC BLUE/BIGHAM/NEW PT


Preventive Health Pamphlet " Helping You Protect Your Health " reviewed
and discussed. ( ) Yes ( ) No

Depression Screen:

In the past month, have you been bothered by feeling down, depressed or
hopeless?   ( ) Yes    ( ) No

In the past month, have you often been bothered by little interest or
pleasure in doing things that you would normally enjoy?( ) Yes ( ) No

If answer to one or both of above questions is yes, action taken:

                ( ) Counseled
                ( ) Consulted Social Worker, name
                ( ) Consulted Mental Health Professional or
                    Mental Health Clinic
                ( ) Initiated Medication / Treatment

E   ent is a 56 YO WHITE MALE HERE FOR INITIAL VISIT;


CC: BONE TUMOR

HPI:  PT HAS BONE TUMOR IN RIGHT FORE ARM;  STATES CUSES NUMBNESS IN
FINGERS, PALM; AND PAIN IN HIS ARM;  PT HAS HAD THE TUMOR FOR OVER 2 YEARS
THAT WAS NOT REMOVED BECAUSE HE WAS IN PRISON;  PT DOES NOT KNOW IF TUMOR
IS MALIGNANT OR BENIGN

2. MULTIPLE SOFT TISSUE TUMORS IN SCORTOM,  U/S SCHEDULED;



PAST MEDICAL HISTORY:
1.  COLONIC POLYPS:  LAST COLONOSCOPY IN 1978;
          --HAD POLYPS REMVOVED;
2. HYPERTRIGLYCERIDES;
3. GERD
4. PTSD: MEDS STARTED IN PT IN DANVILLE, ILL BY PTSD PROGRAM;
5. INSOMNIA;
6. ANXIETY/PAINIC DISORDER


                ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------
AYES,FLOYD KIRTLEY           LEXINGTON-LD VAMC        Printed:09/03/2003 10:09
07-60-2117 DOB:07/17/1946    Pt Loc: OUTPATIENT              Vice SF 509
--------------------------------------------------------------------------

DEPOSITION
EXHIBIT   A     1100

```
--------------------------------------------------------------------
  ICAL RECORD                                          Progress Notes
- ------------------------------------------------------------------
```

09/30/2002 11:32     ** CONTINUED FROM PREVIOUS PAGE **

SURGERIES:
1. APPENDECTOMY
2. SPINE SURGERY: HAD NERVES CUT TO BLOCK PAIN

ALLERGIES:  NKA


SOC - Tobacco : SMOKED 1 1/2 PACK FOR ABOUT 40 YEARS
         Alcohol: OCCASIONAL BEER OR WINE
      LIVES IN HIGH BRIDGE WITH HIS COUSIN
      PT MOVED BACK TO THE AREA 9/25/02;


MILITARY:
      MARINES:  1960-70;
      PT WAS IN COMBAT IN VIET NAM
       WOUNDED IN VIETNAM WHEN STEPPED ON LANDMINE AND HAD LEG,
       INTESTINES AND FOOT IN 1970
       PT WAS NEVER CAPTRUED OR A PRISONER

FH - HIGHTRIGLYCERIDES


ROS:  Pulm    ( * )     Card  (* )     GI   (* )     GU   (* )
      Hem     ( * )     Endo  (* )     Gen  (* )     Neu  (* )
EXAM

GENERAL: WELL NOURISHED MALE IN MOD DISTRESS/PAIN
VITALS:
      130/74 (09/30/2002 11:13)     80 (09/30/2002 11:13)  96.7 F [35.9
C] (09/12/2002 07:48)  20 (09/12/2002 07:48)  8 (09/30/2002 11:13)
      73 in [185.4 cm] (09/30/2002 11:13)  257 lb [116.8 kg] (09/30/2002
11:13)

HEENT -NC/AT OP MOIST
Neck -NO JVD/BRUIT/MASSES
Lungs -CTA/EVEN AND UNLABORED;
Card -RRR NO M/R/G
Abd  - SOFT/NT/ND
Ext  - NO E/C/C
GU:  PT WITH IRREGULARIEITE IN RIGHT TESTICULE; LEFT TESTICLE UNDECENDED
AND VERY TENTER;
Neuro - AAOX3, MAE WELL,
SKIN - WARM/DRY/NO SUPICIOUS LESIONS;

LABS: CBC - NONE FOUND
                 ** THIS NOTE CONTINUED ON NEXT PAGE **

```
  --------------------------------------------------------------------
HAYES,FLOYD KIRTLEY           LEXINGTON-LD VAMC        Printed:09/03/2003 10:09
07-60-2117 DOB:07/17/1946    Pt Loc: OUTPATIENT              Vice SF 509
  --------------------------------------------------------------------
```

```
-------------------------------------------------------------------------
  ICAL RECORD                                          Progress Notes
- -----------------------------------------------------------------------
09/30/2002 11:32     ** CONTINUED FROM PREVIOUS PAGE **
```

        PANEL 1 - NONE FOUND
        PANEL 2 - NONE FOUND
        Lipid Prof - NONE FOUND
        GLYCOHGB. (HPLC) - NONE FOUND
        MICROALBUMIN SCREEN - NONE FOUND
        Thyroid Profile - NONE FOUND
        PSA  - NONE FOUND


ASSESSMENT/PLAN

1. BONY ABNORMALITY:  PT WITH BONY ABNORMALITY IN RIGHT FORE ARM;
NONETENDER;
        --FILMS TODAY;


2. TESTICULAR LESION:  PT WITH TESTICULARMASSES;  LEFT TESTICULAR LESION
TENDER;
        --SCHEDULED FOR ULTRASOUND;
        --IBUPROPHEN 600 MG PO TID ON SCHEDUL
        --LORTAB; 2 TABS BID FOR SEVERE PAIN;

   TSD/ANXIETY: BACK ON MEDS FOR ONE MONTH;
        --HAS APPT WITH MHC;
        --WILL INCREASE RESPIRODONE TO 2 MG PO BID;
        --LORAZAPAM 1 MG PO BID AS NEEDED
        --CONT DOXEPIN FOR SLEEP;

4. GERD;  POORLY CONTROLLE;D ON LOW DOSE CIMETIDINE
        --INCREASE CIMEITIDINE TO 400 MG PO BID

5. HYPERLIPDEMIA;  POORLY CONTROLL;
        --CONT GEMFIBRIZIL;
        --WILL REPEAT LABS

CONSULTS:

LABWORK       Today   ( )      On Rtn ( )      Date:
              CBC     ( )      P1     ( )      P2   ( )
              HgA1C   ( )      UA     ( )      FLP  ( )
              Microalbuminscreen     ( )       PSA ( )
              TSH     ( )

CHART CHECK   1 WK   (X )     After Labs    ( )
RTC           Days   ( )     Weeks   ( )      Months(3-4 )

                              58-014-5/99-T
            ** THIS NOTE CONTINUED ON NEXT PAGE **
-- --------------------------------------------------------------------
HAYES,FLOYD KIRTLEY          LEXINGTON-LD VAMC     Printed:09/03/2003 10:09
:07-60-2117 DOB:07/17/1946   Pt Loc: OUTPATIENT          Vice SF 509
-----------------------------------------------------------------------

```
-------------------------------------------------------------------------
? ICAL RECORD                                              Progress Notes
-------------------------------------------------------------------------
```

09/30/2002 11:32    ** CONTINUED FROM PREVIOUS PAGE **


                    Signed by: /es/ ALACIA BIGHAM,M.D.
                              ASST PROF MED/PC SECTION 09/30/2002 17:55


09/30/2002 17:58    ADDENDUM
CLINICAL REMINDER ACTIVITY
  Hepatitis C Risk Positive:
    Hepatitis C Antibody ordered
                    Signed by: /es/ ALACIA BIGHAM,M.D.
                              ASST PROF MED/PC SECTION 09/30/2002 17:58

```
-------------------------------------------------------------------------
```
HAYES,FLOYD KIRTLEY              LEXINGTON-LD VAMC        Printed:09/03/2003 10:09
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 DOB:07/17/1946      Pt Loc: OUTPATIENT                 Vice SF 509
```
-------------------------------------------------------------------------
```

1103

```
-------------------------------------------------------------------
MEDICAL RECORD                                      Progress Notes
-------------------------------------------------------------------
```

: DATED: 09/12/2002 07:49   TRIAGE/AEU CLINIC NURSING NOTE
VISIT: 09/12/2002 07:16 URGENT CARE UNIT/CDD
CHIEF COMPLAINT:  Pt states that over the last 2 years he has had a lump
in the right
scrotum. Pt states that it has grown quite a bit. Pt states that by the
end of the day, Pt has more pain on the left side than right. Pt states
to urinate the testicle has to be pulled back down and the penis
straighten out. Pt states that he has a bone tumor on the right ulna
directly below the elbow.


VITALS SIGNS:
TEMPERATURE:96.7 F [35.9 C] (09/12/2002 07:48)
B/P:135/82 (09/12/2002 07:48)
PULSE: 97 (09/12/2002 07:48)
RESP:20 (09/12/2002 07:48)
HEIGHT:73 in [185.4 cm] (09/12/2002 07:48)
WEIGHT:258.5 lb [117.5 kg] (09/12/2002 07:48)
PAIN: 5 (09/12/2002 07:48)
PULSE OXIMETRY:
ALLERGIES:
Allergies Unknown
ALLERGIES REVIEWEDPt states NKDA

VA MEDICATIONS REVIEWED:
A   /E OUTPATIENT PRESCRIPTIONS - NONE FOUND
OT..ER MEDICATIONS: YESCimetidine 300mg 1 tab po bid
Doxepin HCL 100mg 1 cap po at hs
Gemfibrozil 600mg 1 tab po bid
Ibuprofen 400mg 2 tab po tid
Lorazepam 1 mg po bid prn anxiety
Propoxyphene N 100/APAP 650mg 1 tab po bid prn pain
Risperidone 2mg 1/2 tab po bid
Terbinafine HCL 1% cream topically bid

PAST MEDICAL HISTORY:
Problem List - Active - NONE FOUND
Other:PTSD
Hyperlipidemia
Arthritis
Testicle problems
Right arm problem with bony "tumor" in ulna area
Anxiety Attacks
Panic Attacks.

SMOKING: 1-2 ppd
ETOH: Abuse Hx
SUBSTANCE USE: No
                 ** THIS NOTE CONTINUED ON NEXT PAGE **
```
-------------------------------------------------------------------
A   ,FLOYD KIRTLEY          LEXINGTON-LD VAMC      Printed:09/03/2003 10:09
0, 0O-2117 DOB:07/17/1946    Pt Loc: OUTPATIENT              Vice SF 509
-------------------------------------------------------------------
```

DEPOSITION EXHIBIT 

1093

---------------------------------------------------------------
ICAL RECORD                                      Progress Notes
---------------------------------------------------------------

12/2002 07:49        ** CONTINUED FROM PREVIOUS PAGE **


N:Do you have pain?YES
    Location: pain in left testicle. The largest growth is on the right
e.

N LEVEL: Severity Scale (5)
et/duration:
te       , Constant, Pressure, Burning
ments:"drawing like a muscle cramp"



CHOLOGICAL SCREEN:
ng the past month, have you been bothered by feeling down, depressed,
opeless?Yes
ng the past month, have you often been bothered by little interest or
asure in doing things?Yes

 you lost interest in your normal activities in the last 2-4 weeks?No
 you ever tried to hurt or kill someone in the past?No
 you ever had any thoughts about hurting or killing yourself or
one else in the past 30 days?No
 s, approximate date of most recent attempt:

GE PATIENT ACUITY CLASSIFICATION:
  Non-urgent
ARY CARE TEAM:
ROLLEDPt has enrolled in primary care.

                Signed by: /es/ TRACEY M SANDERS RN
                        STAFF RN 09/12/2002 07:59

---------------------------------------------------------------
S   OYD KIRTLEY          LEXINGTON-LD VAMC      Printed:09/03/2003 10:09
6   _117 DOB:07/17/1946  Pt Loc: OUTPATIENT              Vice SF 509
---------------------------------------------------------------

1094

---------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
  -------------------------------------------------------------

NOTE DATED: 09/12/2002 08:23  NURSE PRACTITIONER PROGRESS NOTE
VISIT: 09/12/2002 07:16 URGENT CARE UNIT/CDD
Mr. Hayes presents to UCU with request for PC, MHC and followup of
testicular nodules.
Moved back to ky, has been followed for the past 15 years at VMMC Danville,
Illinois. Admitted last month to 10 day, PTDS clinic, d/c 8/25. Needs MHC
appt asap, will run out of meds in 2 weeks.
Has hx of left testicular retraction intermittantly with pain, has chronic
nodule right testicle, last u/s 2 years ago. Left testicle more tender
lately. no fever or chills. No burning with urination. Has testicular exam
in August, it was very tender. No new sexual partner, no sex in 6 years. no
penile discharge.
PMH- PTSD, anxiety, hx of panic attacks, surgeries: schrapnel wounds
Vietnam 1967 with multiple surgeries
Meds as per triage note
Habits smokes 1 1/2, ETOH- 1-2 beers per day at the most, hx of etoh abuse
Last MHC visit 8/25 Danville, needs appt asap, was in pt in Danville up
until 8/25
EXAM
pleasant articulate
ambulatory
lungs CTA
heart 60 reg s1 s2 no m
abd soft nontender bs aud no guarding or rebound
g  talia- penis sl retracted noncircumcised
left testicle retracted, very tender posteriorly
no mass
right testicle, I could not palpate nodule
rectal deferred per pt request
A- epididimitits, hx of testicular nodule
Plan
.. U/a now with culture, Levofloxacin 500 mg daily for 14, i will follow
culture
:. MHC appt asap, i called clinic to send pt appt
.. testicular ultrasound
. GU consult to follow
.. enroll PC.

                  Signed by: /es/ MARCY G MOYNIHAN MSN,ARNP
                         NURSE PRACTITIONER 09/12/2002 09:02


9/12/2002 09:05       ADDENDUM
ill need u/s results before GU consult can be sent. I will follow results.
                  Signed by: /es/ MARCY G MOYNIHAN MSN,ARNP
                         NURSE PRACTITIONER 09/12/2002 09:05


9/12/2002 09:11      ADDENDUM** THIS NOTE CONTINUED ON NEXT PAGE **
  -------------------------------------------------------------
AYES,FLOYD KIRTLEY        LEXINGTON-LD VAMC      Printed:09/03/2003 10:09
07-60-2117 DOB:07/17/1946  Pt Loc: OUTPATIENT              Vice SF 509
------------------------------------------------------------

DEPOSITION
EXHIBIT
1095

```
------------------------------------------------------------------------
MEDICAL RECORD                                            Progress Notes
------------------------------------------------------------------------
```

◡-,12/2002 08:23      ** CONTINUED FROM PREVIOUS PAGE **

U/S SCHEDULED 9-18@8A..UROLOGY CONSULT SENT
                Signed by: /es/ DANA R. RUTHERFORD
                             PATIENT SERVICES ASSISTANT 09/12/2002 09:11

```
------------------------------------------------------------------------
A...S,FLOYD KIRTLEY            LEXINGTON-LD VAMC      Printed:09/03/2003 10:09
07-60-2117 DOB:07/17/1946     Pt Loc: OUTPATIENT                Vice SF 509
------------------------------------------------------------------------
```

```
-----------------------------------------------------------------------------
!  CAL RECORD                                                Progress Notes
-----------------------------------------------------------------------------
```

NOTE DATED: 10/10/2002 14:28  UROLOGY CONSULT RESPONSE
VISIT: 10/10/2002 14:00 ZZUROLOGY/CONSULT/CDD
PAIN SCREEN:
Are you having pain?   Yes

History: 56 y/o wm in for consult on penile cuvature, testicular pain, and
retracted L testicle. Pt states 2-3 year h/o of L testicle pain and
aching. Outside U/S report reviewed 2000 he was noted to hasve b/l
epididymal cysts, normal testicules. He has aching trobbing type pain in L
testicle/inguinal area that is worsened by standing. Also c/o 2 year h/o
progressively worsening pain with erection and dorsal >90 degrees. He
denies any no truama, no voiding complaints, no hematuria.

PE: GU uncirc phallus, no lesion, 1x3cm firm dorsal plaque, no gross
curvature of flacid penis, Testes 20cc/bl no nodules, L testicle retract
palpable in 1 upper scrotum, tendernes on epididymis and 1 inguinal canal,
no palpable hernias, L testicle fully descends with pt in supine position,
R testicle 1cm palp cyst head epi.
   DRE: NST, 4x4cm smooth, symmetrical prostate no nodules.
Scrotal U/S report
   Impression:
      1.  RIGHT VARICOCELES AND SMALL HYDROCELE.

      2.  LEFT EPIDIDYMAL HEAD CYST AS WELL AS EPIDIDYMITIS, PROBABLY
      CHRONIC.

      3.  NORMAL TESTICLES.

Procedure: penile injection: local anesthesia 3cc 1% lidocaine, Plaques
infiltrated with 10mg verapamil. pt tolerated well

Imp: L epididymal pain and cremasteric spasm with chronic pain.
      Peronies DX

Plan: Ct scan of pelvis
      Osbon clnic
      First verapamil injection
      F/u 2 weeks for repeat verapamil injection encouraged to bring
photo's of erect penis for evaluation of curvature
      Flexeril 5mg tid
      Vicodin 5 mg 20mg 1/2 1 tid prn
      Pain management consult
      Pt evaluated with Dr. Conner

                 Signed by: /es/ MATTHEW LAWSON, P.A.
                            PHYSICIAN ASSISTANT 10/11/2002 08:14

      Receipt Acknowledged By:
                          /es/ WILLIAM TERRENCE CONNER,M.D.
                            ATTENDING PHYSICIAN 10/11/2002 16:15** THIS NOTE CONTINUED ON

HAYES,FLOYD KIRTLEY          LEXINGTON-LD VAMC        Printed:09/03/2003 10:10
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 DOB:07/17/1946   Pt Loc: OUTPATIENT              vice SF 509

DEPOSITION D
EXHIBIT

**1108**

```
--------------------------------------------------------------------
 ICAL RECORD                                          Progress Notes
--------------------------------------------------------------------
0/10/2002 14:28        ** CONTINUED FROM PREVIOUS PAGE **


                      /es/ JUDY L SANTA-TERESA
                       CLERK,UROLOGY 10/11/2002 09:29



0/11/2002 16:15      ADDENDUM
6 yo WM Vet with unusual problem of retracted left testis when standing,
ut completely normal exam supine.  Right epididymal cyst is minimally
ender.

..  problem suggests cremasteric spasm.  It is unusual for this to be a
hronic problem.  Matt Lawson's note outlines our evaluation and plan.
                  Signed by: /es/ WILLIAM TERRENCE CONNER,M.D.
                         ATTENDING PHYSICIAN 10/11/2002 16:17
```

```
 -----------------------------------------------------------------
AYES,FLOYD KIRTLEY            LEXINGTON-LD VAMC     Printed:09/03/2003 10:10
07-60-2117 DOB:07/17/1946    Pt Loc: OUTPATIENT            Vice SF 509
 -----------------------------------------------------------------
```

1109

```
-------------------------------------------------------------------
M   'AL RECORD                                        Progress Notes
--  -------------------------------------------------------------------
```

NOTE DATED: 10/29/2002 12:07  PC BLUE PROGRESS NOTE
VISIT: 10/29/2002 11:40 PC BLUE/BIGHAM/CALL-IN
Preventive Health Pamphlet " Helping You Protect Your Health " reviewed
and discussed. ( ) Yes ( ) No


Depression Screen:

In the past month, have you been bothered by feeling down, depressed or
hopeless?   ( ) Yes    ( ) No

In the past month, have you often been bothered by little interest or
pleasure in doing things that you would normally enjoy?( ) Yes ( ) No

If answer to one or both of above questions is yes, action taken:


                ( ) Counseled
                ( ) Consulted Social Worker, name
                ( ) Consulted Mental Health Professional or
                    Mental Health Clinic
                ( ) Initiated Medication / Treatment

CC:  numbness in right forearm;

h·    VET PRESENTS TODAY WITH READING FROM OUTSIDE RADIOLOGIST ON FORE
A.  FILMS;  STATES HE WAS TOLD HE HAD ABONE TUMOR;  SEEN RECENTLY AND
FILMS REPEATED AND READ AS EXOSTOSIS VS TRAUMA;  FILMS REVIEWED BY ORTHE
AND STATES SECNDARY TO TRAUMA AND NO NEED TO SEE PT;  PT HAS REPRESENTED
TODAY DUE TO NUMBNESS AND WEAKNESS IN RIGHT HAND AS WELL AS PAIN IN RIGHT
HUMEROUS

ACTIVE MEDS:  Active Outpatient Medications (including Supplies):


     Active Outpatient Medications                Status
==========================================================================
1)   CIMETIDINE 400MG TAB TAKE ONE TABLET BY MOUTH TWICE A  ACTIVE
        DAY  FOR STOMACH
2)   CITALOPRAM HYDROBROMIDE 40MG TAB TAKE ONE-HALF TABLET   ACTIVE
        BY MOUTH EVERY DAY
3)   CYCLOBENZAPRINE HCL 10MG TAB TAKE ONE-HALF TABLET BY    ACTIVE
        MOUTH THREE TIMES A DAY
4)   DOXEPIN HCL 50MG CAP TAKE TWO CAPSULES BY MOUTH AT      ACTIVE
        BEDTIME  FOR SLEEP
5)   GEMFIBROZIL 600MG TAB TAKE ONE TABLET BY MOUTH TWICE    ACTIVE
        A DAY  FOR TRIGLYCERIDES
6)   HYDROCODONE 5/ACETAMINOPHEN 500MG TAB TAKE 2 TABLETS    ACTIVE
        BY MOUTH TWICE A DAY  AS NEEDED FOR PAIN
7)   IBUPROFEN 600MG TAB TAKE ONE TABLET BY MOUTH THREE      ACTIVE
        TIMES A DAY  AS NEEDED FOR PAIN
                ** THIS NOTE CONTINUED ON NEXT PAGE **
```

DEPOSITION  E
EXHIBIT

1116

```
--------------------------------------------------------------------
MF  CAL RECORD                                          Progress Notes
-   --------------------------------------------------------------------
10/29/2002 12:07      ** CONTINUED FROM PREVIOUS PAGE **
```

8)   LORAZEPAM 1MG TAB TAKE ONE TABLET BY MOUTH TWICE A      ACTIVE
        DAY   AS NEEDED FOR PANIC/ANXIETY
9)   RISPERIDONE 4MG TAB TAKE ONE-HALF TABLET BY MOUTH       ACTIVE
        TWICE A DAY   FOR ANXIETY


PAST MEDICAL HISTORY:
1.  COLONIC POLYPS:  LAST COLONOSCOPY IN 1978;
         --HAD POLYPS REMVOVED;
2.  HYPERTRIGLYCERIDES;
3.  GERD
4.  PTSD: MEDS STARTED IN PT IN DANVILLE, ILL BY PTSD PROGRAM;
5.  INSOMNIA;
6.  ANXIETY/PAINIC DISORDER


SURGERIES:
1.  APPENDECTOMY
2.  SPINE SURGERY: HAD NERVES CUT TO BLOCK PAIN

A    RGIES:  NKA


SOC - Tobacco : SMOKED 1 1/2 PACK FOR ABOUT 40 YEARS
         Alcohol: OCCASIONAL BEER OR WINE
         LIVES IN HIGH BRIDGE WITH HIS COUSIN
         PT MOVED BACK TO THE AREA 9/25/02;


MILITARY:
         MARINES:  1960-70;
         PT WAS IN COMBAT IN VIET NAM
          WOUNDED IN VIETNAM WHEN STEPPED ON LANDMINE AND HAD LEG,
          INTESTINES AND FOOT IN 1970
          PT WAS NEVER CAPTRUED OR A PRISONER

FH - HIGHTRIGLYCERIDES


ROS:  Pulm     ( *)      Card  (* )      GI   (* )      GU  (* )
      Hem      ( *)      Endo  (* )      Gen  (* )      Neu (* )
EXAM

GENERAL: WELL NOURISHED MALE IN MOD DISTRESS/PAIN
                 ** THIS NOTE CONTINUED ON NEXT PAGE **

```
----------------------------------------------------------------
HAYES,FLOYD KIRTLEY            LEXINGTON-LD VAMC      Printed:09/03/2003 10:10
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 DOB:07/17/1946     Pt Loc: OUTPATIENT            Vice SF 509
----------------------------------------------------------------
```

```
------------------------------------------------------------------------
M 'CAL RECORD                                              Progress Notes
- ----------------------------------------------------------------------
```

10/29/2002 12:07     ** CONTINUED FROM PREVIOUS PAGE **

VITALS:
    130/74 (09/30/2002 11:13)     80 (09/30/2002 11:13)  96.7 F [35.9
C] (09/12/2002 07:48)  20 (09/12/2002 07:48)  8 (09/30/2002 11:13)
    73 in [185.4 cm] (09/30/2002 11:13)  257 lb [116.8 kg] (09/30/2002
11:13)


HEENT -NC/AT OP MOIST
Neck -NO JVD/BRUIT/MASSES
Lungs -CTA/EVEN AND UNLABORED;
Card -RRR NO M/R/G
Abd   - SOFT/NT/ND
Ext   - NO E/C/C
GU:  PT WITH IRREGULARIEITE IN RIGHT TESTICULE; LEFT TESTICLE UNDECENDED
AND VERY TENTER;
Neuro - AAOX3, MAE WELL,
SKIN - WARM/DRY/NO SUPICIOUS LESIONS;


TEMP:    96.7 F [35.9 C] (09/12/2002 07:48)
PULSE:   84 (10/29/2002 10:11)
RESP:    20 (09/12/2002 07:48)
B '      118/70 (10/29/2002 10:11)
F   .:   5 (10/29/2002 10:11)
HEIGHT: 73 in [185.4 cm] (10/29/2002 10:11)
WEIGHT: 256 lb [116.4 kg] (10/29/2002 10:11)


Glycohemoglobin       6.0 %     (09/30/2002 12:34)
Microalbumin          Normal(<20) MG/L    (09/30/2002 12:35)
Creatinine            1.0 mg/dL     (09/30/2002 12:34)
Potassium             4.2 mmol/L    (09/30/2002 12:34)
ALT                   42. IU/L    (09/30/2002 12:34)
AST                   31. IU/L    (09/30/2002 12:34)
Cholesterol           192. mg/dl    (09/30/2002 12:34)
LDL Cholesterol       comment mg/dl    (09/30/2002 12:34)
HDL Cholesterol       33. mg/dl L    (09/30/2002 12:34)
Triglycerides         519. mg/dl H    (09/30/2002 12:34)
```

1. BONY LESION/ULNAR NERVE SIGNS:  VET WITH BONY LESION THAT PER ORTHO IS
NOT SURGICAL; HOWEVER VET WITH NO H/O FX TO AREA IN QUESTION;
    --DISCUSSED WITH DR. WOODRING--IF LESION IS CARTILAGENOUS WILL
    UNIKEY SHOW UP ON BONE SCAN;
    --VET WITH LIKELY SHRAPNEL DUE TO OTHER INJURIES IN PAST BUT
        DENIES ANY PREVIOUS TRAMA TO AREA IN QUESTION;
    --UNABLE TO DO MRI DUE TO SHRAPNEL;
    --WILL CT AREA TO EVAL BONY LESION;
    --HAVE CALLED AND ASK CT TO ADD TO PELVIC CT ON 10/31;
         ** THIS NOTE CONTINUED ON NEXT PAGE **

```
    ------------------------------------------------------------------
HAYES,FLOYD KIRTLEY        LEXINGTON-LD VAMC      Printed:09/03/2003 10:10
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 DOB:07/17/1946   Pt Loc: OUTPATIENT              Vice SF 509
    ------------------------------------------------------------------
```

1118

------------------------------------------------------------------------
MEDICAL RECORD                                        Progress Notes
------------------------------------------------------------------------
10/29/2002 12:07      ** CONTINUED FROM PREVIOUS PAGE **


RTC: AS SHEDULED;
CHART CHECK TO ME AFTER CT ON 10/31;




                        58-013-5/99-T


          Signed by: /es/ ALACIA BIGHAM,M.D.
                     ASST PROF MED/PC SECTION 10/29/2002 15:48

------------------------------------------------------------------------
HALES,FLOYD KIRTLEY              LEXINGTON-LD VAMC        Printed:09/03/2003 10:10
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 DOB:07/17/1946      Pt Loc: OUTPATIENT              Vice SF 509
------------------------------------------------------------------------

**SUMMARY**

**Hayes, Floyd, K03902**

To Whom It May Concern:

      Complaints: Infection Testicles and Scrotum
                      Cyst on Testicles

This offender was seen by the nurse on 9/18/00 because of a nodule on his right testicle. He complained of discomfort for 2 weeks and stated that he found the nodule last night. He was seen by the physician on 9/19/00. He told the physician that he had noticed the lump 4 to 5 months previously and had not been worried about it. He stated that it had been causing him discomfort but no pain. He had no urinary tract symptoms. On exam he had a one centimeter diameter soft to firm nodule at the upper pole of the left testicle. Prostate exam and stool guaiac test were negative. This was thought to be an epididymal cyst. Blood work was requested. His urinalysis was normal on 9/19/01. His HIV test was negative as were the tumor markers PSA, Alpha Feto Protein and Beta HcGon 9/20/00. Complete Blood Count was normal on 10/10/00. He was seen for follow-up on 10/03/00. He claimed that the cyst was getting larger. He complained of discomfort when walking and sitting. He denied urinary and respiratory symptoms. His gait was normal. There was a firm and cystic mass in the upper pole of the testicle. The mass was slightly tender and 1 centimeter in diameter. He was educated and given the lab results. Ultrasound requested and follow-up visit scheduled. The sonogram was done on 10/9/00 and showed that the palpable lump was a cystic lesion in the head of the right Epididymis. It had a lot of internal floaters. The cyst was thought to be a spermatocele but could also be an infected or hemorrhaged epididymal cyst. The remaining right scrotum and testicle were normal. There was a small, simple cyst in the left epididymal head. The left scrotum and testicle were normal otherwise. He was seen on 10/17/00 for follow-up and stated that he was fine, he just wanted to check the report. "Can't you take it out or drain it as you did on the other guy for his Thyroid. Is it cancer?"

There was no change in the cyst on exam. The offender saw the HCUA on 10/30/00 and requested a Urology Consult and biopsy of the cyst. The physician discussed the cysts with the Urologist on 12/16/00. Urologist stated Epididymal cyst malignancies were extremely rare and further interventions on this offender were not indicated at this time. On 2/7/01 he presented stating that he had another lump in his left testicle. He was educated about the cysts and continued on his medications. He was seen on 6/20/01 for his clinic appointment. No symptoms related to his testicular problem were documented. He was given a 30 day supply of Motrin for testicular pain (400 mg bid X 30 days). He was seen again on 9/24/01 complaining of right testicular pain. He denied fever or chills and stated that his pain was more on the right and more on awakening in the A.M. The right epididymal cyst was warm and tender to touch. He was given Doxycycline 100 mg



DEPOSITION
EXHIBIT ____

l047

Summary
Hayes, Floyd, K03902
Page 2

twice daily for ten days and was to be seen in 10 days. He was given Tylenol with codeine at bedtime for one week.

He was seen on 10/4/01 stating that his Epididymis was fine but that he had frequency and urgency. He had some suprapubic tenderness with no other findings. He was given Keflex due to a self reported allergy to sulfa. On 10/15/01 he complained of left testicular discomfort but there was no tenderness or other evidence of acute abnormality. He was given an athletic supporter. On 10/29/01 he was seen for clinic and complained of chronic discomfort in his left testicle. On 1/13/02 he complained to the nurse that his cyst was larger. He was seen by a physician on 1/25/02. He complained of increased pain when urinating. His left testicle was pulled upward and higher than the right. No scrotal erythema. No penile curvature. He was given a repeat course of Doxycycline as he said he had improved on this in the past. He was given a follow-up visit in one week. When seen on 2/6/02 he continued to complain of left scrotal pain. Also complained of numbness and tingling of his right fifth finger. He had noticed a lump in his forearm. Range of motion of his right hand and fingers was normal. Sensory exam was normal. A palpable, peanut sized, hard nodule was found on the extensor surface of his right forearm. The lump was non tender with no erythema. X-ray of the right arm was ordered and he was continued on Motrin. He was to be seen in 10 days. X-ray report from 2/9/02 revealed a small bony outgrowth from the cortex of the proximal, right ulna, posteriorly. It was broad based (6-7 mm) and extended 3-4 mm from the bone. This might be the result of prior trauma or may relate to an exostosis (Benign Bone Lesion). He was seen on 2/14/02 requesting a different analgesic for scrotal pain. Ice had helped his scrotal discomfort. He was still complaining of tingling in the right hand digits, 4 & 5. He thought this was related to the forearm nodule. Complained of pruritic lesions of his lower legs. On exam the range of motion of the fingers remained normal as did the sensory exam. Excoriated lesions medial 1/3 of the lower legs, Scrotum was still tender without swelling. He was given cortisone cream for the neurodermatitis. He was seen again on 3/19/02. Complained of pruritic rash left lower leg and foot. He had scattered excoriations. No complaints related to his arm or his scrotum. Seen again on 4/17/02. He stated his scrotum swells up occasionally but responds to ice packs. Right arm was about the same. Rash had improved with 1% Hydrocortisone Cream. Scrotal exam was not done. He has continued his follow-up with Mental Health but has had no return visits to see medical about his arm or scrotum. He has made no requests for medical care since the 4/17/02 visit. Has not complained about his arm or scrotum during his follow-up Mental Health visits.

Summary
Hayes, Floyd, K03902
Page 3

In summary, Mr. Hayes is a 55 year old, white male, with a right epididymal cyst that measures 1.81 x 2.25 cm and a small left epididymal cyst. These have remained stable except for self reported swelling and occasional tenderness. Has received antibiotics for associated urinary tract symptoms with no evidence of acute epididymitis that I can document. He has a small, benign, bony outgrowth from his proximal right ulna.

Telephone consultation and length of follow-up indicate that the epididymal cysts are simply cysts. Biopsy and/or surgical excision are not indicated at this time. The exostosis of his right ulna requires no treatment at this time.

Respectfully submitted,

William M. Hamby, MD, PhD.
Medical Director

WMH:jlm

File

1049

---

MEDICAL RECORD                                          Progress Notes
    ---------------------------------------------------------------

N  ⸱ DATED: 01/27/2003 13:52   UROLOGY CLINIC PHYSICIAN NOTE
VISIT: 01/27/2003 13:00  ZZUROLOGY/FOLLOW-UP/CDD
56 y/o WM with h/o peyronies for which he is receiving verapamil
injections with moderate results.  He also has Left testes/scrotum pain.
Claims his testicle "jumps up" when he gets angry or emotional and causes
pain, like a cramp.  Has been going on for 2 years.  He was in prison for
several years, and received no treatment for this and is therefore angry
about this.  He also has a known small varicocele on the right which
causes no pain.  He has had a negative CT abd/pelvis.

plaque palpable dorsal mid-shaft--injected with 10mg Verapamil after
lidocaine anesthesia injected into penile skin overlying plaque.

Right hemiscrotum reveals no masses and a normal testicle, with a possibly
small varicocele inferior to testes.
Left hemiscrotum reveals a high riding testicle with no massess. There is
a +cremasteric reflex.  Somewhat tender when manipulating testicle
inferiorly into scrotum. No erythema/induration/swelling.

Assessment:
1. peyronies--responding to verapamil.
2. right varicocele--asymptomatic.
3. left scrotal pain/cremasteric spasm.

P̃ ̃n:
    continue verapamil injections.
2. no intervention for right varicocele since asymptomatic.
3. referral to pain clinic for left scrotal pain/cremasteric spasm.

seen with Dr. Conner.

                    Signed by: /es/ CHAD A LAGRANGE
                               RESIDENT PHYSICIAN 01/27/2003 14:02
              Cosigned by: /es/ WILLIAM TERRENCE CONNER,M.D.
                               ATTENDING PHYSICIAN 01/28/2003 10:16


01/28/2003 10:16       ADDENDUM
56 yo WM Vet was seen & examined with Dr. LaGrange.  I agree with his note.

The left cremasteric spasm should be managed with medications and
protection from trauma.
                    Signed by: /es/ WILLIAM TERRENCE CONNER,M.D.
                               ATTENDING PHYSICIAN 01/28/2003 10:16


---

ES,FLOYD KIRTLEY            LEXINGTON-LD VAMC          Printed:09/03/2003 10:10
4⊍7-60-2117 DOB:07/17/1946   Pt Loc: OUTPATIENT                Vice SF 509
---------------------------------------------------------------



DEPOSITION
EXHIBIT _G_                        1152

```
 --   -----------------------------------------------------------------
MEDICAL RECORD                                        Progress Notes
 -----------------------------------------------------------------
NOTE DATED: 06/05/2003 08:14   PC BLUE PROGRESS NOTE
VISIT: 06/05/2003 08:20 PC BLUE/BIGHAM/CDD
Preventive Health Pamphlet " Helping You Protect Your Health " reviewed
and discussed. ( ) Yes ( ) No

Depression Screen:

In the past month, have you been bothered by feeling down, depressed or
hopeless?   ( ) Yes    ( ) No

In the past month, have you often been bothered by little interest or
pleasure in doing things that you would normally enjoy?( ) Yes ( ) No

If answer to one or both of above questions is yes, action taken:

                    ( ) Counseled
                    ( ) Consulted Social Worker, name
                    ( ) Consulted Mental Health Professional or
                        Mental Health Clinic
                    ( ) Initiated Medication / Treatment

CC: follow up on  gerd, hyperlipidemia, chornic pain

    vet with gerd sx controlle don current reigmen;  vet is tolerating
his cholesterol meds well but has still not reached goal;
vet has chronic pain in testicle;  he follows with urology and does well
on current dose of pain medciation;

he is also followed by mhc for ptsd with sx continueing butis seeing
them very frequently

ACTIVE MEDS:  Active Outpatient Medications (including Supplies):

    Active Outpatient Medications                     Status
==========================================================================

.)   CIMETIDINE 400MG TAB TAKE TWO TABLETS BY MOUTH TWICE   ACTIVE
        A DAY   FOR STOMACH
!)   CITALOPRAM HYDROBROMIDE 40MG TAB TAKE ONE AND          ACTIVE
        ONE-HALF TABLETS BY MOUTH EVERY DAY
;)   CYCLOBENZAPRINE HCL 10MG TAB TAKE ONE TABLET BY MOUTH  ACTIVE
        THREE TIMES A DAY - MAY CAUSE DROWSINESS
:)   DOXEPIN HCL 50MG CAP TAKE TWO CAPSULES BY MOUTH AT     ACTIVE
        BEDTIME   FOR SLEEP
;)   GEMFIBROZIL 600MG TAB TAKE ONE TABLET BY MOUTH TWICE   ACTIVE
        A DAY   FOR TRIGLYCERIDES
;)   HYDROCODONE 5/ACETAMINOPHEN 500MG TAB TAKE 2 TABLETS   ACTIVE
        BY MOUTH TWICE A DAY  AS NEEDED FOR PAIN
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
 -----------------------------------------------------------------
HAYES,FLOYD KIRTLEY          LEXINGTON-LD VAMC       Printed:09/03/2003 10:10
07-60-2117 DOB:07/17/1946    Pt Loc: OUTPATIENT               Vice SF 509
 -----------------------------------------------------------------
```

DEPOSITION EXHIBIT

1182

```
------------------------------------------------------------------
MEDICAL RECORD                                          Progress Notes
------------------------------------------------------------------
```

06/05/2003 08:14     ** CONTINUED FROM PREVIOUS PAGE **

7)   HYDROPHILIC OINT APPLY SMALL AMOUNT TO AFFECTED AREA    ACTIVE
       TWICE A DAY
8)   IBUPROFEN 600MG TAB TAKE ONE TABLET BY MOUTH THREE      ACTIVE
       TIMES A DAY  AS NEEDED FOR PAIN
9)   LORAZEPAM 1MG TAB TAKE ONE TABLET BY MOUTH TWICE A      ACTIVE
       DAY  AS NEEDED FOR PANIC/ANXIETY
10)  PSYLLIUM ORAL PWD TAKE 2 TEASPOONFULS (10ML) IN 8 OZ    ACTIVE
       GLASS OF WATER BY MOUTH AD
11)  RISPERIDONE 4MG TAB TAKE ONE-HALF TABLET BY MOUTH       ACTIVE
       TWICE A DAY   FOR ANXIETY
12)  TRAZODONE HCL 100MG TAB TAKE ONE TABLET BY MOUTH AT     ACTIVE
       BEDTIME AS NEEDED FOR ANXIETY; MAY TAKE AN
       ADDITIONAL TABLET IF YOU WAKE UP


PAST MEDICAL HISTORY:
1.  COLONIC POLYPS: LAST COLONOSCOPY IN 1978 RELATED TO AGENT ORANGE
         --HAD POLYPS REMVOVED;
2. HYPERTRIGLYCERIDES;
3. GERD
4   PTSD: MEDS STARTED IN PT IN DANVILLE, ILL BY PTSD PROGRAM;
5. INSOMNIA;
6. ANXIETY/PAINIC DISORDER
7. CHRONIC LEFT TESTICULAR PAIN:

SURGERIES:
1. APPENDECTOMY
2. SPINE SURGERY: HAD NERVES CUT TO BLOCK PAIN

ALLERGIES:  NKA


SOC - Tobacco : SMOKED 1 1/2 PACK FOR ABOUT 40 YEARS
         Alcohol: OCCASIONAL BEER OR WINE
       LIVES IN HIGH BRIDGE WITH HIS COUSIN
       PT MOVED BACK TO THE AREA 9/25/02;


MILITARY:
         MARINES:  1960-70;
       PT WAS IN COMBAT IN VIET NAM
       WOUNDED IN VIETNAM WHEN STEPPED ON LANDMINE AND HAD LEG,
       INTESTINES AND FOOT IN 1970
       PT WAS NEVER CAPTRUED OR A PRISONER


P   · HIGHTRIGLYCERIDES
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
```

```
------------------------------------------------------------------
HAYES,FLOYD KIRTLEY            LEXINGTON-LD VAMC       Printed:09/03/2003 10:10
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 DOB:07/17/1946    Pt Loc: OUTPATIENT             Vice SF 509
------------------------------------------------------------------
```

1183

```
-   -------------------------------------------------------------------
M. .CAL RECORD                                              Progress Notes
-   -------------------------------------------------------------------
06/05/2003 08:14      ** CONTINUED FROM PREVIOUS PAGE **
```

ROS:  Pulm    ( *)      Card  (* )      GI   (* )      GU  (* )
      Hem     ( *)      Endo  (* )      Gen  (* )      Neu (* )
        PSYCH (CONTINUES TO HAVE NIGHTMARES,   SLEEPING 4-6 HOURS AT
NIGHT;


EXAM

GENERAL: WELL NOURISHED MALE IN MOD DISTRESS/PAIN
VITALS
HEENT -NC/AT OP MOIST
Neck -NO JVD/BRUIT/MASSES
Lungs -CTA/EVEN AND UNLABORED;
Card -RRR NO M/R/G
Abd   - SOFT/NT/ND
Ext   - NO E/C/C
GU:  PT WITH IRREGULARIEITE IN RIGHT TESTICULE; LEFT TESTICLE UNDECENDED
AND VERY TENTER;
Neuro - AAOX3, MAE WELL,
S^ ' - WARM/DRY/NO SUPICIOUS LESIONS;

TEMP:   96.7 F [35.9 C] (09/12/2002 07:48)
PULSE:  94 (06/05/2003 08:11)
RESP:   20 (09/12/2002 07:48)
B/P:    126/74 (06/05/2003 08:11)
PAIN:   5 (06/05/2003 08:11)
HEIGHT: 73 in [185.4 cm] (01/30/2003 09:02)
WEIGHT: 278.4 lb [126.5 kg] (06/05/2003 08:11)

Glycohemoglobin          6.0 %     (09/30/2002 12:34)
Microalbumin             Normal(<20) MG/L    (09/30/2002 12:35)
Creatinine               1.0 mg/dL    (09/30/2002 12:34)
Potassium                4.2 mmol/L     (09/30/2002 12:34)
ALT                      45. IU/L    (01/30/2003 09:33)
AST                      30. IU/L    (01/30/2003 09:33)
Cholesterol              193. mg/dl    (01/30/2003 09:33)
LDL Cholesterol          comment mg/dl     (01/30/2003 09:33)
HDL Cholesterol          30. mg/dl L    (01/30/2003 09:33)
Triglycerides            619. mg/dl H    (01/30/2003 09:33)

TEMP:   96.7 F [35.9 C] (09/12/2002 07:48)
PULSE:  84 (10/29/2002 10:11)
RESP:   20 (09/12/2002 07:48)
B/P:    118/70 (10/29/2002 10:11)
PAIN:   5 (10/29/2002 10:11)
            ** THIS NOTE CONTINUED ON NEXT PAGE **
-----------------------------------------------------------------------
HAYES,FLOYD KIRTLEY        LEXINGTON-LD VAMC        Printed:09/03/2003 10:10
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 DOB:07/17/1946   Pt Loc: OUTPATIENT                 Vice SF 509
-----------------------------------------------------------------------
```

```
-   --------------------------------------------------------------
M. .CAL RECORD                                          Progress Notes
-------------------------------------------------------------------
06/05/2003 08:14      ** CONTINUED FROM PREVIOUS PAGE **
```

HEIGHT: 73 in [185.4 cm] (10/29/2002 10:11)
WEIGHT: 256 lb [116.4 kg] (10/29/2002 10:11)

| | | |
|---|---|---|
| Glycohemoglobin | 6.0 % | (09/30/2002 12:34) |
| Microalbumin | Normal(<20) MG/L | (09/30/2002 12:35) |
| Creatinine | 1.0 mg/dL | (09/30/2002 12:34) |
| Potassium | 4.2 mmol/L | (09/30/2002 12:34) |
| ALT | 42. IU/L | (09/30/2002 12:34) |
| AST | 31. IU/L | (09/30/2002 12:34) |
| Cholesterol | 192. mg/dl | (09/30/2002 12:34) |
| LDL Cholesterol | comment mg/dl | (09/30/2002 12:34) |
| HDL Cholesterol | 33. mg/dl L | (09/30/2002 12:34) |
| Triglycerides | 519. mg/dl H | (09/30/2002 12:34) |

ASSESSMENT/PLAN

1. ARM PAIN/BONY ABNORMALITY: VET WITH BONY ABN AND ULNAR NERVE SYMPTOM
;
        --AWAITING NERVE CONDUTION SERIES;

2. ?RONIES DZ: SEEN IN UROLOGY AND NOW ON INJECTIONS;
        --SOME SUCCESS, CONT CURRENT REGIMEN

3. PTSD/ANXIETY:  STILL HAVING NIGHTNARES; SEEING PSYCH
        --CONT TO FOLLOW WITH MS

4. GERD: good control

5. HYPERLIPDEMIA;  POORLY CONTROLL;
        --CONT GEMFIBRIZIL;
        --WILL REPEAT LABS

6. COLONIC POLYPS:  REMOVED AT 28 BUT NO FOLLOW UP COLONSOCPY;
        --WILL CONSULT GI;

7. LEFT TESTICULAR PAIN:  SEE UROLOGY; CREMASTER MUSCLE TENDS TO DRAW
UND
CAUSE LEFT TESTICAL TO RISE AND CAUSE PAIN;
        -CONT PAIN MEDICATION AND MUSCLE RELAXER;

CONSULTS:

LABWORK       Today   ( )      On Rtn ( X )     Date:
              CBC    (x )       P1   ( )       P2  ( )
              HgA1C  ( )        UA   ( )       FLP (X )
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
```
-------------------------------------------------------------------
AYES,FLOYD KIRTLEY          LEXINGTON-LD VAMC       Printed:09/03/2003 10:10
07-60-2117 DOB:07/17/1946   Pt Loc: OUTPATIENT              Vice SF 509
-------------------------------------------------------------------
```

---
```
 :CAL RECORD                                                  Progress Notes
```
---

06/05/2003 08:14      ** CONTINUED FROM PREVIOUS PAGE **

             Microalbuminscreen      ( )        PSA ( )
             TSH      ( )  AST/ALT (X)

CHART CHECK   1 WK   (X )     After Labs    ( )
RTC           Days   ( )      Weeks  ( )      Months(6)


                          58-013-5/99-T

          Signed by: /es/ ALACIA BIGHAM,M.D.
                  ASST PROF MED/PC SECTION 06/06/2003 18:06

---
```
AYES,FLOYD KIRTLEY          LEXINGTON-LD VAMC      Printed:09/03/2003 10:10
 )7-60-2117 DOB:07/17/1946   Pt Loc: OUTPATIENT              Vice SF 509
```
---

1186

# Progress Note

Sep 23, 2004

```
        AUTHOR: HAMM,MARY C          EXP COSIGNER:
    URGENCY:                             STATUS: COMPLETED


Scanned Authorization for Invasive Procedure performed on 11/12/03.

/es/ mhamm
program support clerk
Signed: 07/01/2004 11:10
```

```
        TITLE: PRE PROCEDURE PROGRESS NOTE
DATE OF NOTE: NOV 12, 2003@08:00    ENTRY DATE: NOV 12, 2003@13:19:23
        AUTHOR: THOMAS,OLIVIA J      EXP COSIGNER:
    URGENCY:                             STATUS: COMPLETED

Step 1: Consent Form checked for:

Patient's full name      Yes
Procedure site           Yes
Name of procedure        Yes
Reason for procedure     Yes

Step 2:  Operative site marked.  N/A


Step 3:  Patient states:
Their full name               Yes
Full SSN or date of birth     Yes
Site for the procedure        Yes

Step 4:  Time Out
Presence of the correct patient      Yes
Marking of the correct site          N/A
Procedure to be performed            Yes
Availability of the correct implant  N/A
Two or more members of surgical team used imaging data to confirm
surgical site                 No

See Surgery Package/Nurse Intraoperative Report for Time out
documentation for OR cases.

/es/ OLIVIA J THOMAS,RN
STAFF RN
Signed: 11/12/2003 13:20
```

```
        TITLE: PM&RS EMG/NCV CONSULT RESPONSE
DATE OF NOTE: NOV 04, 2003@09:41    ENTRY DATE: NOV 04, 2003@09:42:04
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KENTUCKY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at LEXINGTON-CDD VAMC

DEPOSITION
EXHIBIT
1565

# Progress Note

Sep 23, 2004

AUTHOR: VILLAFLORES,HERBERT BEXP COSIGNER:
URGENCY:                            STATUS: COMPLETED

*** PM&RS EMG/NCV CONSULT RESPONSE Has ADDENDA ***

Patient History:
57y/o rh wm presents w/ numbness and tingling to Rt ulnar aspect of arm and 4th
and 5th digits x 2yrs.  Pt has been dx'd w/ a bony tumor to the midshaft of the
ulna.  Referred to us to assess condition of ulnar nerve.  Pt denies any trauma
to the region.  Denies any EtoH or chemical exposure.  (+) agent orange in
Vietnam.  Prior occ was a US Postal worker.

PE:  wdwn, NAD, pleasant.  MMT: 5/5 BUE.  Normorflx BUE.  Sensation decr to LT
to Rt arm and hand at the ulnar aspect at the 4th and 5th digits.  No atrophy
appreceiated.  No skin changes.  Palpable, non-mobile hard nodule to mid-ulna
approx 2.5cm in diameter.
Electrodiagnostic Findings:
1.      Dr. Schleenbaker was present for the conduction of this test,
interpretation of results and recommendations.
2.      Rt Ulnar sensory study revealed prolonged peak latency and decreased
amplitude.
3.      Lt Ulnar sensory study revealed normal peak latency and normal
amplitude.
4.      Bilateral Median sensory studies revealed normal peak latencies and
normal amplitudes. Mid palm stimulation did not reveal slowing accross the wrist
bilaterally.
5.      Bil Numb thumb sensory studies revealed normal peak latencies and normal
amplitudes.
6.      Rt Median motor study revealed normal distal latency, normal amplitude
and normal conduction velocity.
7.      Bilateral Ulnar motor studies revealed normal distal latencies, normal
amplitudes and normal conduction velocities.
8.      Monopolar needle examination of tested muscles revealed normal resting
and insertional activity. Motor Unit Action Potentials configuration and
recruitment were within normal limits.


Electrodiagnostic Impression:
1.      Electrodiagnostic evidence of focal ulnar nerve neuropathy (sensory >
motor) distal to the elbow consistent with tumor to the Rt ulna.
2.      No electrodiagnostic evidence of cervical radiculopathy.

Recommendations:
1.      Pt will return to his referring PCP for further care/tx options.
2.      Pt reports he will have f/u w/ orthopedics to eval for surgical
intervention.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KENTUCKY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at LEXINGTON-CDD VAMC

1566

# Progress Note

Sep 23, 2004

/es/ HERBERT B. VILLAFLORES, M.D.
RESIDENT PHYSICIAN
Signed: 11/04/2003 09:44

Receipt Acknowledged By:
11/05/2003 07:33        /es/ RANDAL E SCHLEENBAKER,M.D.
                            CHIEF, PM&RS

11/05/2003 ADDENDUM              STATUS: COMPLETED
Pt was seen and examined with Dr. Villaflores and I agree with the above.

/es/ RANDAL E SCHLEENBAKER,M.D.
CHIEF, PM&RS
Signed: 11/05/2003 07:33

---

        TITLE: ANESTHESIA PAIN PROCEDURE NOTE
DATE OF NOTE: OCT 31, 2003@14:02    ENTRY DATE: OCT 31, 2003@14:02:50
    AUTHOR: ATALLAH,JOSEPH N    EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

X: Myofascial pain in the cremastric ms
Procedure:
After explaining the details of the procedure, the risks and benefits
including but not limited to bleeding, infection, and nerve damage the
patient was agreeable to this procedure and seemed to understand. A signed
consent form is available in paper chart.

The patient was placed into sitting position. The area of above ms was
prepped with alcohol solution in the regular sterile fashion.
I identified one trigger point(s) tenderness.

I used 27g needle and I infiltrated each site with 1cc of bupivicaine
0.25 % The patient tolerated the procedure well and was kept in the
procedure room in stable condition.

/es/ JOSEPH N. ATALLAH, M.D.
ANESTHESIOLOGIST/PAIN MANAGEMENT SPECIALIST
Signed: 10/31/2003 14:03

---

        TITLE: CONSENT SURGICAL SCANNED
DATE OF NOTE: OCT 31, 2003@14:01    ENTRY DATE: NOV 03, 2003@14:01:18
    AUTHOR: HUNTER,SHERI C    EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

SCANNED AUTHORIZATION FOR INVASIVE PROCEDURE PERFORMED ON 10-31-03

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KENTUCKY  40390    Printed at LEXINGTON-CDD VAMC
407602117

1567

Page 246

# Progress Note

Sep 23, 2004

```
/es/ MATTHEW LAWSON, P.A.
PHYSICIAN ASSISTANT
Signed: 12/05/2003 09:28
```

```
        TITLE: PC BLUE PROGRESS NOTE
DATE OF NOTE: DEC 05, 2003@08:11    ENTRY DATE: DEC 05, 2003@08:11:16
      AUTHOR: BIGHAM,ALACIA        EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED
```

Preventive Health Pamphlet " Helping You Protect Your Health " reviewed and discussed. ( ) Yes ( ) No

Depression Screen:

In the past month, have you been bothered by feeling down, depressed or hopeless?   ( ) Yes    ( ) No

In the past month, have you often been bothered by little interest or pleasure in doing things that you would normally enjoy?( ) Yes ( ) No

If answer to one or both of above questions is yes, action taken:

```
                ( ) Counseled
                ( ) Consulted Social Worker, name
                ( ) Consulted Mental Health Professional or
                    Mental Health Clinic
                ( ) Initiated Medication / Treatment
```

cc:  pain in fore arm

hpi: VET WITH BONY LESION DOCUMENTED BY FILMS, THOUGHT TO BE BENIGN BUT CAUSING ULNAR NEUROAPTHY; PAIN IN 5/10 OR GREATER AND DOES NOT RESPOND TO LORTAB;  HE IS ON EXTENSIVE MEDICATIONS FROM PSYCH FOR MARGINALLY CONTROLLED PTSD;

ACTIVE MEDS:  Active Outpatient Medications (including Supplies):

|  | Active Outpatient Medications | Status |
|---|---|---|
| 1) | CITALOPRAM HYDROBROMIDE 40MG TAB TAKE ONE AND     ·<br>   ONE-HALF TABLETS BY MOUTH EVERY DAY | ACTIVE (S) |
| 2) | DOXEPIN HCL 50MG CAP TAKE TWO CAPSULES BY MOUTH AT<br>   BEDTIME  FOR SLEEP | ACTIVE (S) |
| 3) | HYDROCODONE 5/ACETAMINOPHEN 500MG TAB TAKE 2 TABLETS<br>   BY MOUTH TWICE A DAY  AS NEEDED FOR PAIN | ACTIVE |
| 4) | RISPERIDONE 4MG TAB TAKE ONE-HALF TABLET BY MOUTH AT | ACTIVE (S) |

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KENTUCKY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at LEXINGTON-CDD VAMC



DEPOSITION
EXHIBIT

1558

# Progress Note

```
          BEDTIME - MAY CAUSE SEDATION
5)    TRAZODONE HCL 100MG TAB TAKE ONE TABLET BY MOUTH AT    ACTIVE (S)
          BEDTIME AS NEEDED
```

PAST MEDICAL HISTORY:
1.  COLONIC POLYPS:  COLONOSCOPY IN 1978 RELATED TO AGENT ORANGE AND POLYPS
                                REMOVED;
                     COLONSCOPY IN 11/03: HYPERPLASTIC POLYPS;
2. HYPERTRIGLYCERIDES
3. GERD
4. PTSD: MEDS STARTED IN PT IN DANVILLE, ILL BY PTSD PROGRAM;
5. INSOMNIA;
6. ANXIETY/PAINIC DISORDER
7. CHRONIC LEFT TESTICULAR PAIN:
8. ULNAR NEUROPTHY
9. PEYRONIES DZ
10. TESTICULAR PAIN/CREMASTER MUSCLE

SURGERIES:
1. APPENDECTOMY
2. SPINE SURGERY: HAD NERVES CUT TO BLOCK PAIN

ALLERGIES:  NKA

SOC - Tobacco : SMOKED 1 1/2 PACK FOR ABOUT 40 YEARS
         Alcohol: OCCASIONAL BEER OR WINE
      LIVES IN HIGH BRIDGE WITH HIS COUSIN
      PT MOVED BACK TO THE AREA 9/25/02;

MILITARY:
      MARINES:  1960-70;
      PT WAS IN COMBAT IN VIET NAM
       WOUNDED IN VIETNAM WHEN STEPPED ON LANDMINE AND HAD LEG,
       INTESTINES AND FOOT IN 1970
       PT WAS NEVER CAPTRUED OR A PRISONER

FH - HIGHTRIGLYCERIDES

ROS: Pulm   ( *)      Card  (* )      GI  (* )      GU  voids 1-2 times at
night; no hesitency) Hem   ( *)      Endo  (* )    Gen  (sleeping well on
medications;  )      Neu (as above;  )
         PSYCH (CONTINUES TO HAVE NIGHTMARES,  SLEEPING 4-6 HOURS AT
NIGHT;

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KENTUCKY  40390
407602117

**VISTA Electronic Medical Documentation**

Printed at LEXINGTON-CDD VAMC

# Progress Note

Sep 23, 2004

EXAM

GENERAL: WELL NOURISHED MALE IN MOD DISTRESS/PAIN
VITALS
HEENT -NC/AT OP MOIST
Neck -NO JVD/BRUIT/MASSES
Lungs -CTA/EVEN AND UNLABORED;
Card -RRR NO M/R/G
Abd   - SOFT/NT/ND
Ext   - NO E/C/C
GU:   PT WITH IRREGULARIEITE IN RIGHT TESTICULE; LEFT TESTICLE UNDECENDED
AND VERY TENTER;
Neuro - AAOX3, MAE WELL,
SKIN - WARM/DRY/NO SUPICIOUS LESIONS;


TEMP:    97.6 F [36.4 C] (08/15/2003 06:37)
PULSE:   86 (12/05/2003 07:58)
RESP:    20 (08/15/2003 06:37)
B/P:     122/78 (12/05/2003 07:58)
PAIN:    5 (12/05/2003 07:58)
HEIGHT: 73 in [185.4 cm] (01/30/2003 09:02)
WEIGHT: 262.2 lb [119.2 kg] (12/05/2003 07:58)

Glycohemoglobin        6.0 %    (09/30/2002 12:34)
Microalbumin           Normal(<20) MG/L    (09/30/2002 12:35)
Creatinine             1.1 mg/dL    (08/08/2003 17:13)
Potassium              3.9 mmol/L    (08/08/2003 17:13)
ALT                    40. IU/L    (08/08/2003 17:13)
AST                    29. IU/L    (08/08/2003 17:13)
Cholesterol            238. mg/dl H    (06/05/2003 07:46)
LDL Cholesterol        comment mg/dl    (06/05/2003 07:46)
HDL Cholesterol        30. mg/dl L    (06/05/2003 07:46)
Triglycerides          690. mg/dl H    (06/05/2003 07:46)


ASSESSMENT/PLAN

1. NEUROPATHIC PAIN/BONY ABNORMALITY: VET WITH BONY ABN AND ULNAR NERVE SYMPTOM
        --NERVE CONDUCTION STUDY DOCUMENTS SOURCE OF PAIN LOCATED AT BONY
            LESION;
        --WILL REQUEST NEURONTIN AS VET IS POOR CANDIDATE FOR THE TRICYCLICS
            (MULTIPLE PSYCHOTROPHIC MEDS)
        --ORTHO CONSULT SENT FOR POSSIBLE SURGERY

2 PEYRONIES DZ: SEEN IN UROLOGY AND NOW ON INJECTIONS;
        --SOME SUCCESS, CONT CURRENT REGIMEN

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KENTUCKY  40390
407602117

Printed at LEXINGTON-CDD VAMC

# Progress Note

Sep 23, 2004

```
3. PTSD/ANXIETY:  STILL HAVING NIGHTMARES; SEEING PSYCH
       --CONT TO FOLLOW WITH MS

4. GERD: good control
       --CBC TODAY
       --CONT CIMETIDINE

5. HYPERLIPDEMIA;  POORLY CONTROLL;
       --CONT GEMFIBRIZIL;
       --WILL REPEAT FLP, AST/ALT TODYA

6. COLONIC POLYPS:  COLONOSCOPY 11/03 WITH HYPERPLASTIC POLYPS REMOVED;
       --REPEAT COLONOSCOPY IN 2006;

7. LEFT TESTICULAR PAIN:  SEE UROLOGY; CREMASTER MUSCLE TENDS TO DRAW
AND CAUSE LEFT TESTICAL TO RISE AND CAUSE PAIN;
       --CONT PAIN MEDICATION AND MUSCLE RELAXER;
       --CONT TO FOLLOW WITH UROLOGY


RTC          Days   ( )     Weeks  ( )       Months(6)
FASTING LABS AT TAHT TIME:  FLP, AST/ALT



                              58-013-5/99-T

/es/ ALACIA BIGHAM,M.D.
ASST PROF MED/PC SECTION
Signed: 12/05/2003 09:00
```

```
        TITLE: PC BLUE CHART REVIEW NOTE
DATE OF NOTE: DEC 05, 2003@07:54    ENTRY DATE: DEC 05, 2003@07:54:41
     AUTHOR: HODGE,LISA M        EXP COSIGNER:
     URGENCY:                      STATUS: COMPLETED

CLINICAL REMINDER ACTIVITY
  Influenza Vaccine :
   Patient declined immunizations at this encounter.
     Refused
       Comment: pt declined
  V9 Tobacco Education 1st Try:
   Patient was screened for tobacco use today.
   Patient is a current smoker.
     Comment (Optional): 1 1/2-2 packs a day
   Patient was offered smoking cessation class.
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

```
HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KENTUCKY  40390
407602117
```

Printed at LEXINGTON-CDD VAMC

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
M⎻  ⎺AL RECORD                                              Progress Notes
‐.  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

NOTE DATED: 03/24/2004 14:46   NARCOTIC CONTRACT
VISIT: 03/24/2004 14:46 PRIMARY CARE NURSING CDD
Patient Agreement Regarding Chronic Narcotic Use for Non-malignant Pain

I am entering into an agreement with  DR ALACIA BIGHAM
regarding  prescription of narcotics for my chronic pain. I understand
that if I break this agreement the narcotic therapy may be discontinued
immediately by this provider.  If this happens, I understand that other
providers at the VA Medical Center will not continue this therapy.

I agree to the following conditions:

I .  I must attend regularly scheduled appointments with the above
provider or clinic.  This will be a scheduled appointment.

2.  There will be no change in my prescription over the phone. I will
appear in person.  I will not be allowed to change the dose of my
narcotic without prior authorization from the above provider.

3.  When there is a change in my pain, I will record my pain at least
daily before and then two hours following my medication. This will be
brought to the provider.

4.  Only one provider/clinic will prescribe narcotics. I understand that
the above named provider has agreed to provide this treatment.  Also, I
will only obtain my prescriptions from one pharmacy.

5.  I understand that I should report any significant side effects due to
the narcotic. These include: over sedation, nausea, vomiting,
constipation, confusion, euphoria (high feelings) and dysphoria (low
feelings). There are other side effects which may be related to narcotic
use which include dizziness, sweating, decreased breathing, stomach
upset, involuntary movement, headaches, weakness, tremors, seizures,
dreams, muscle stiffness, hallucinations, disorientation, visual
disturbances, insomnia, dry mouth, diarrhea, stomach cramps, taste
alteration, flushing of face, chills, increased or decreased heart rate,
increased or decreased blood pressure, difficulty with urination, itching,
skin rashes, and swelling of the skin.

6.  I understand that:

    a. Patients who take narcotics can potentially develop psychological
and/or physical dependence.

    b. Narcotics may impair mental and/physical ability required for the
performance of potentially hazardous tasks (e.g. driving, operating
machinery).

    c. Narcotics should not be taken with alcohol or other depressants
such as sleep aids or tranquilizers because effects are more likely to
                ** THIS NOTE CONTINUED ON NEXT PAGE **
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
AYES,FLOYD KIRTLEY        LEXINGTON-LD VAMC        Printed:03/24/2004 14:47
0⎺‐60-2117 DOB:07/17/1946   Pt Loc: OUTPATIENT               Vice SF 509
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

SCANNED

DEPOSITION
EXHIBIT  K

1859

```
--  -------------------------------------------------------------
E_ _AL RECORD                                          Progress Notes
-  -------------------------------------------------------------
)3/24/2004 14:46      ** CONTINUED FROM PREVIOUS PAGE **
```

>ccur. The physician prescribing the narcotics should be consulted if
>ther prescription medications are currently being used or are prescribed
!or future use.

    d. Abrupt stopping or a sudden decrease in the dose of the narcotic
!fter prolonged use may result in withdrawal symptoms (initial symptoms
.nclude sweating, goose flesh, tearing of eyes, runny nose, yawning,
·eakness, itching, and spasm of muscle, diarrhea, itching movements,
;evere backache, stomach and leg pains and cramps, hot and cold flashes
.oss of sleep, nausea and vomiting, increased body temperature, increased
>reathing rate and increased blood pressure). These symptoms can be
:ontrolled by slowly decreasing your medication over several days and not
:topping it suddenly.

. I understand that if I do not receive pain relief and improved
.ctivity while taking this medication, it will be discontinued and other
reatments and medications tried.

. I understand that if there is evidence of drug diversion for illegal
urposes, receiving these drugs from other physicians or unauthorized
ncreases in the amount I am using, the narcotic may be discontinued.

.     understand that I would not be using illicit drugs. If there is any
vi_ence of illicit drugs my narcotics will be discontinued.

0. I understand and agree to the use of periodic drug screens to assure
ppropriate use of these medications, and that my use of narcotics may be
onitored.

| _____ 44-04 | _____ 4/1/04 |
| --- | --- |
| ( Signed       Date | Witness       Date |

he patient signed and received a copy of this contract.

ev. 3/14/02

*DRAFT COPY - DRAFT COPY -- ABOVE NOTE IS UNSIGNED-- DRAFT COPY - DRAFT COPY**

                              for PARKER,SUSAN I
                              STAFF NURSE

```
-  -------------------------------------------------------------
-   ,FLOYD KIRTLEY            LEXINGTON-LD VAMC        Printed:03/24/2004 14:47
)7-60-2117 DOB:07/17/1946    Pt Loc: OUTPATIENT            Vice SF 509
-  -------------------------------------------------------------
```