Page 1

```
 1                    UNITED STATES DISTRICT COURT
                              for the
 2                    CENTRAL DISTRICT OF ILLINOIS
                           PEORIA DIVISION
 3                    Case No. 04-CV-1062

 4
     FLOYD K. HAYES,
 5
                                   Plaintiff,
 6
     vs.
 7

 8
     DONALD N. SNYDER, JESSE MONTGOMERY,
 9   MARK A. PIERSON, WANDA L. BASS,
     WILLIAM M. HAMBY, M.D., PhD., each
10   in their individual capacities only,

11                                 Defendants,

12                     A P P E A R A N C E S

13

14           Hon. Jonathan A. Backman
             Attorney at Law
15           117 North Center Street
             Bloomington, Illinois 61701
16
             Hon. Kelly Choate (by speakerphone)
17           Attorney General's Office
             500 S. Second St.
18           Springfield, Illinois  62706

19           Hon. Matthew R. Booker
             Heyl, Royster, Voelker & Allen
20           Attorneys at Law
             1 North Old State Capitol Plaza, Suite 575
21           Springfield, Illinois  62705

22           Jackie Gordon, Paralegal for V.A.

23

24

25
```

Page 2

1                    UNITED STATES DISTRICT COURT
                              for the
2                   CENTRAL DISTRICT OF ILLINOIS
                           PEORIA DIVISION
3                    Case No. 04-CV-1062

4
    FLOYD K. HAYES,
5
                                    Plaintiff,
6
    vs.
7

8
    DONALD N. SNYDER, JESSE MONTGOMERY,
9   MARK A. PIERSON, WANDA L. BASS,
    WILLIAM M. HAMBY, M.D., PhD., each
10  in their individual capacities only,

11                                  Defendants,

12

13
            Pursuant to notice duly given, the deposition of
14
    Dr. Joseph Atallah was taken on October 7, 2005, at 3:30 P.M.
15
    at the offices of the Lexington Veterans Hospital, 1100
16
    Veterans Avenue, Lexington, Kentucky, Room D-206, Cooper
17
    Drive Division.
18

19

20

21

22

23

24

25

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 3

```
1                         I N D E X

2
                                          Page No.
3
   Testimony of Dr. Joseph Atallah
4
        Direct Examination by Mr. Backman      5 - 32
5
        Cross Examination by Mr. Booker       32 - 34
6
        Cross Examination by Ms. Choate       34 - 35
7
   Certificate of Court Reporter                 36
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 4

```
 1                    I N D E X   O F   E X H I B I T S

 2    Number                                            Page No.

 3      L        Progress Note dated 3/24/03               12

 4      M        Progress Note dated 4/25/03               21

 5      N        Progress Note dated 8/26/04               24

 6      O        Progress Note dated 9/23/04               29

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 5

1        The witness, DOCTOR JOSEPH ATALLAH, after having

2   been duly sworn, testified as follows:

3                        DIRECT EXAMINATION

4   BY MR. BACKMAN:

5   Q    Okay.  We're going to begin the deposition of, is

6        it Joseph Atallah?

7   A    Yes.

8   Q    Okay.  Doctor Atallah, would you spell your full

9        name?

10  A    Joseph, J-O-S-E-P-H, A-T-A-L-L-A-H.

11  Q    Doctor Atallah, I'm John Backman, I represent

12       Floyd Hayes who's in the room with us today in

13       the lawsuit against Doctor Hamby and--who is a

14       doctor in Illinois and some other defendants who

15       are being represented by Ms. Choate who's on the

16       line, Matt--I'm sorry, last name?

17                   MR. BOOKER:  Booker.

18  Q    --Booker is representing Doctor Hamby and Matt

19       also is in the room with us and to my left is

20       Aileen Backman, my wife and legal assistant and

21       you know Floyd Hayes and at the end is Jackie

22       Gordon and the videographer.  Is there anybody in

23       the room who I haven't just named?

24  A    No.

25  Q    Have you been deposed before?

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 6

1   A   Have I what?

2   Q   Have you been deposed before in deposition like

3       this?

4   A   Yes.

5   Q   About how many times?

6   A   One time.

7   Q   Okay.  I'll go over just as a reminder, I'm going

8       to ask you questions and ask that you answer them

9       verbally to the best of your ability with yes, no

10      or more longer answers.  Okay?  But, shaking the

11      heads or nodding, although tempting at times, I'd

12      prefer if you'd verbalize.  Okay?

13  A   Sure.

14  Q   If I ask anything that's unclear, if I ask you a

15      confusing question, please correct me or ask for

16      clarification, I guess I should say.  Okay?

17  A   Sure.

18  Q   And, if you need a break at any time to speak

19      with Ms. Gordon or for any other reason, please

20      let me know.

21  A   Okay.

22  Q   And, lastly, I guess, there's a temptation

23      frequently during deposition, while I'm asking

24      you a question, you think you know the answer so

25      you start to give it before I finish my question,

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 7

```
 1        that can get extremely confusing, particularly

 2        for the court reporter.  Okay?  And, also

 3        potentially for the answers you give, so we

 4        should each try to complete our questions and

 5        answers.  Okay?

 6    A   Sure.

 7    Q   Where do you live today?

 8    A   I can give my business address?

 9    Q   That's--what city generally?

10    A   Lexington.

11    Q   Lexington, Kentucky.

12    A   Uh-huh.  (Yes)

13    Q   How old are you?

14    A   Forty.

15    Q   Where were you born?

16    A   Egypt.

17    Q   That's Egypt the country?

18    A   That's right.

19    Q   Are you taking any or have you within the past--

20        now or in the past twenty-four hours ingested any

21        drugs, alcohol or other substances that could

22        affect your ability to understand my questions

23        clearly today and answer them?

24    A   No.

25    Q   What type of medicine do you practice?
```

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 8

```
 1   A   I'm double board certified.  I practice
 2       anesthesiology and I practice pain management.
 3   Q   Where do you practice?
 4   A   I practice at the VA Hospital and I also practice
 5       at the University of Kentucky.
 6   Q   Is that University of Kentucky?
 7   A   Yes.
 8               MR. BACKMAN:  Okay.
 9   A   I practice in both places, in the VA Hospital and
10       the University of Kentucky.
11   Q   And, the University of Kentucky, do they have a
12       separate hospital?
13   A   Yes.
14   Q   And, is it called the University of Kentucky
15       Hospital?
16   A   Yes.
17   Q   Is it--now, we're--
18   A   It's called Chandler Medical Center.
19   Q   We're taking this deposition today at the VA
20       Hospital, correct?
21   A   That's correct.
22   Q   How far away is Chandler Hospital?
23   A   You have to cross the street.
24   Q   Okay.  I take it the Veterans--the VA Hospital
25       serves veterans, correct?
```

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 9

```
 1   A    That's correct.

 2   Q    Where did you go to college?

 3   A    In Tanga Medical School in Egypt.

 4   Q    How do you spell that?

 5   A    T-A-N-G-A.

 6   Q    And, that was--was that undergraduate or was

 7        that--

 8   A    That's a medical school.  We go to medical

 9        school--we spend seven years at medical school.

10   Q    So, that's directly for high school--

11   A    That's correct.

12   Q    And, when did you graduate medical school?

13   A    1987.

14   Q    The same year I graduated high school.  And, what

15        degrees did you graduate with?

16   A    MD or MBCHB.

17   Q    What?

18   A    MBCHB.

19   Q    What does MBCHB stand for?

20   A    Medical bachelor degree of medicine and surgeons.

21        You practice as a general practitioner, which is

22        an MD degree.

23   Q    Was that an Egyptian degree at the time?

24   A    Yes.  Of the MD.

25   Q    Okay.  And, when did you come to the United
```

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 10

1     States?

2  A  1992.

3  Q  What did you do between 1987 and 1992?

4  A  ENT residency.  I was an ENT surgeon, ear, nose

5     and throat surgeon.

6  Q  Did you have any certifications or--beyond what

7     you graduated with for medical school, is there

8     any other certifications that are required in

9     Egypt for doctor?

10  A  No.  We required only to take the internship and

11     after that you become--you can practice--you can

12     start your residency.

13  Q  And, so, there's--it's similar to the United

14     States.

15  A  Yes.

16  Q  Okay.  What caused you to come here in 1992?

17  A  Better practice of medicine.

18  Q  When you came what, if anything, did you need to

19     do in order to be certified to practice in the

20     United States?

21  A  I had to pass the INAUDIBLE certificate--

22  Q  I'm sorry.  Say that more slowly.

23  A  I had to pass the e-cert and g-cert, which is

24     education certificate for foreign medical

25     graduates and I also have to pass the FLEX exam,

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 11

```
 1        which is a Federation of License of Examination
 2        for Board Certification to get a license to
 3        practice in the United States.
 4    Q   Is that state specific or is that for the whole--
 5    A   It is a state specific to start with, but once
 6        you take the residency, I think that when you add
 7        to it the residency and the exam, makes you
 8        licensed to anywhere, you have to apply for it
 9        and you get it.
10    Q   Okay.  And, where are you licensed in the United
11        States?
12    A   Now, in Kentucky only.
13    Q   And, since when?  When did you get that license?
14    A   I have to check.  I think it was 2001.  June
15        2001.
16    Q   What did you do in the United States between 1992
17        and 2001?
18    A   I did an intern--one year of general surgery
19        residency, then I did three years of
20        anesthesiology residency in Chicago, then I did
21        one year of pain management fellowship in
22        Washington University in St. Louis.  Then--
23    Q   Do you have any type of specialty or special
24        certification in pain management?
25    A   Absolutely.  I am board certified by the American
```

Deposition of Dr. Joseph Atallah  /  October 7, 2005

1       Board of Anesthesiology and also board certified

2       by the American Board of Anesthesiology in pain

3       management, which is the highest one.  I didn't

4       mean it's better than any other specialty.

5       There's people who does pain management

6       certification, it's just our certification as an

7       anesthesiologist for pain management.

8    Q  Okay.  Is that a national certification or is

9       that Kentucky?

10   A  No.  It's a national certification.

11   Q  Understand.  As you sit here today do you

12      recognize Floyd Hayes?

13   A  Yes, sir.

14   Q  Is he your patient now?

15   A  Yes, sir.

16   Q  What are you currently treating him for?

17   A  He came to me, and to the best of my knowledge,

18      in 2002, I don't have the record in front of me

19      now, but he came to me--

20   Q  Why don't I do that.  Why don't I--

21   A  Okay.

22   Q  --hand them to you and then you won't have to

23      guess.  I'm going to show you a document that

24      we're going to mark as Exhibit L, mark on the

25      side as Exhibit L.

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 13

```
 1                    MR. BACKMAN:  Kelly, it's 1167.

 2                    MS. CHOATE:  Thank you.

 3                    EXHIBIT L MARKED

 4    Q    And, I'd just ask you to review it and then when

 5         you're done reviewing it, let me know and I'll

 6         ask you some questions.

 7    A    Yeah.  I think I--yes.

 8    Q    Do you recognize this document?

 9    A    Yes.

10    Q    What do you recognize it to be?

11    A    It's an anesthesia pain consult response and I

12         think it came from--which means that they asked

13         me to--asked for my opinion about this kind of

14         pain and that's what is my most practice here in

15         the hospital on a consult basis.  They ask, what

16         do you think, and they ask--I advise them of what

17         to do.  And, that's different than other pain

18         clinics in the country because I am the only one

19         who's a doctor here, so I go on a consult only, I

20         only give my opinion and my advice.  The only

21         thing I do on a--like that's specific to me and

22         my clinic is injections, because I'm the only one

23         who does it in the hospital.  So--and because

24         there are too many of it, so I limit myself to

25         the injection as much as I can.  So, they asked
```

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 14

1      me on this gentleman here to see what to do--what

2      happened to him and I examined him.

3   Q  Okay.  Let me ask you just, again, for a little

4      more background.

5   A  Okay.

6   Q  These are notes that--are these notes that you,

7      yourself would have entered into the hospital

8      record keeping system?

9   A  Yes.

10  Q  And, that's a computerized system?

11  A  Yes.

12  Q  Looking at the second page halfway down there's a

13     /es/ Joseph N. Atallah, MD, that's you, correct?

14  A  That's correct.

15  Q  And, do you know--is that an electronic

16     signature?

17  A  Yes.

18  Q  How do you--what do you do in order to cause that

19     signature to show up?

20  A  I enter a code.

21  Q  And, when you enter that code, then it shows up

22     this way?

23  A  Yes.

24  Q  And, that code is secret to you--

25  A  Yes.

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 15

1    Q    --generally speaking?

2    A    Yes.  Absolutely.

3    Q    And--okay.  Reviewing these--now, just to be

4         clear, after that signature, there's then an

5         addendum.  How does the addendum relate to the

6         rest of the note?

7    A    When I see the patient, I examine him, I do all--

8         what I--I do a full examination, then we discuss

9         with him what is the plan.  And, the plan was for

10        the gentleman to do a trigger point injection,

11        because I felt that he has a very tender spastic

12        muscle of the muscle of cremasteric muscle.  And,

13        when I saw that, I discussed with him the

14        injection and he agreed to that, he signed the

15        consent.  Then we go--I have to sign my note,

16        otherwise it would delete from the computer.  So,

17        I sign my note.  Then we do the injection, we do

18        everything.  After I do the injection, I have to

19        write the note, another note for the procedure

20        itself.  So, I do an addendum to my note to write

21        the procedure.

22   Q    And, that's because under the hospital system,

23        you can't go back in and change your note or add

24        to your note above the signature.  Once you've

25        signed it, it's--

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 16

1  A  That's it.  That's right.

2  Q  Understood.  And, then on the third page, again,

3     there's an electronic signature for your

4     addendum, correct?

5  A  Yes.

6  Q  Now, Doctor, you indicated--let me, do you

7     recollect the first time--the actual visit where

8     you saw--

9  A  Yes.  Adequately.

10  Q  What were--did you have any impressions at that

11     time as to what was causing the pain in his

12     testicles?

13  A  When I sw him the first time, that was a very

14     strange problem.  He has a problem--the muscle of

15     the cremasteric muscle is a muscle that's around

16     the testicle.  And, he has a problem and he kept

17     telling me that the problem is the muscle

18     contracts and it raises up, he said

19     involuntarily, which means that he has no control

20     over it, that it shrinks, it spasms.  And, my

21     concept behind it that when it spasms, it spasms

22     in the same way as a--if I want to explain it to

23     someone, I explain as a football player, when

24     they play, at the end of the game, they become

25     spastic and that's what he described the way--how

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 17

1        he described the muscle pain.  I talked to Doctor

2        Conner about it, I remember that day, and I asked

3        him, is it any surgical thing that you can do for

4        him?  I think Doctor Conner referred him to me,

5        to the best of my recollection, or I just--I may

6        have told him about the case.  And, he says,

7        there's nothing you can do about it.  Doctor

8        Conner is the chief of urology here.  And,

9        there's nothing we can do for that.  So, my idea

10       was to try to inject this muscle with local

11       anesthesia, which we do all the time for the

12       muscles of the neck, of the muscles of the back

13       or the muscles of the spine muscles and it helps

14       on a temporary basis and sometimes it helps for a

15       long time, about two or three months after the

16       injection.  In his case it has been only helpful

17       --helping for two or three days, but according to

18       him, he said that it has been--those two or three

19       days has been very good relief for him, so keep

20       doing it.  And, I--of course, we have to explain

21       to him the risks of the injection medication and

22       if he's willing to do it.  And, when we explained

23       to him everything he was willing to come every

24       two or three weeks and have the injection, we

25       have been doing it since then.

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 18

```
 1   Q   Okay.  Thank you.  The relief as he's reported it

 2       to you, what's the level of relief that the

 3       injection gives him in those two or three days?

 4   A   I don't remember.  I have it here.  I may have it

 5       in a different--

 6   Q   Well, taking a look at the first page.  I'm

 7       sorry, that's not it--that's not what--

 8   A   Yeah.  That's the first time I've seen him.

 9   Q   Right.  Right.  I'm sorry.  Yeah.  That's not

10       what I meant to refer to.  Let me--before I go to

11       the relief, let me strike that and ask a few

12       other questions about this report.  On the second

13       page in the middle you refer to myofascial

14       scrotal pain.

15   A   Uh-huh.  (Yes)

16   Q   What does myofascial mean?

17   A   It's myofascial, it's a muscle, it's a myo in the

18       muscle and the scrotal pain means the muscle in

19       the scrotum, which is the cremasteric muscle, so

20       it's identified as a cremasteric muscle spasm or

21       a myofascial pain in the scrotum muscle.

22   Q   Is this type of pain or this thing that's

23       happening with the cramping of the muscle and the

24       spasming of the muscle, is that something that

25       would, in your experience, be progressive?  That
```

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 19

```
 1        is to say the pain get worse over time as the
 2        spasm keeps happening or is it the pain is caused
 3        by the spasm and then that's going to be a level
 4        of pain and then it will reduce when you give
 5        these shots?
 6    A   It is different from patient--I can't tell for
 7        sure if it's going to be--we have patients that
 8        we've treated once, twice, three times, he does
 9        better, comes back when it comes back.  We have
10        another patient that same time, he comes back on
11        a regular basis and we know them, we know the
12        patient, he comes back every month or two months
13        and every two months he comes for the same
14        injection and we know that he comes--he's--some
15        of the patients goes six weeks is too much, make
16        it five weeks, 'cause he comes back after five
17        weeks, which is fine.  And, some patients, no, it
18        doesn't help them, it gets worse and worse.  So,
19        I can't tell--
20                MR. BACKMAN:  Okay.
21    A   --it depends on the patient and their condition.
22    Q   Roughly how many patients do you have with this
23        condition?
24    A   Am I allowed to answer that?
25                MS. GORDON:  Yes.
```

DEPOBOOK REPORTING SERVICES (800) 830-8885

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 20

```
 1   A    It's okay?  About 500.  I have a lot of patients.
 2   Q    Yes, you do.  Okay.  Now, based on your
 3        experience with those patients, when--and just to
 4        clarify what I mean by progressive, I mean to
 5        say, has it--have you noted with these patients
 6        that patients who have it for six months and then
 7        a year and then a year and a half and two years,
 8        two and a half years, that over that period of
 9        time, the pain that they experience tends to be
10        worse, like it's a progressively worsening
11        illness or is it once they have this condition,
12        the pain they experience from it tends to say the
13        same?
14              MR. BOOKER:  I'm going to object as to
15              asked and answered.  You can go ahead.
16   A    Again, every patient is different.  Every
17        condition is different.  Every muscle can be
18        different.  Every--it has a loss of--a lot of
19        factors that affects this patient's pain.  If the
20        patient gets exposed to stress, he comes back and
21        so tense, if he has a death in the family, has
22        something, that gets much worse.  So, it is not
23        really something that I can say, yes, it would
24        happen or no, it won't happen.
25   Q    I understand.  Thank you.  Do you prescribe any
```

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 21

```
 1        medication for Floyd other than the injections
 2        that you are giving personally?
 3   A    To the best of my recollection, no.  He asked--I
 4        think Doctor Bigham asked me one time for advice
 5        for the pain medication, I think, I give it to
 6        her on the phone for her.  I may have wrote
 7        something in the chart, but I think I told her
 8        what you are doing is fine or I may have wrote
 9        something, I don't remember.
10   Q    Do you recall, as we sit here today, what pain
11        medications Floyd is on?
12   A    Again, am I allowed to answer that, because
13        that's a pill issue and am I understanding that
14        we have need of a separate consent for that?  Is
15        it okay?
16             MS. GORDON:  Uh-huh.  (Yes)
17   A    I think he's on morphine at this time.
18   Q    Okay.  Thank you.  All right.  I'm going to mark
19        another document.  I'll mark it as Exhibit M.
20             EXHIBIT M MARKED
21   Q    Before I ask you about this document actually,
22        Doctor, is it--based on your experience with the
23        --with patients who have this condition of a
24        spasmic cremasteric muscle?
25   A    Cremasteric.
```

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 22

1   Q    Cremasteric muscle, can you compare that pain to

2        any other type of pain as--that people experience

3        either in the testicular area or otherwise?

4             MR. BOOKER:  I'm going to object to

5                  that, in that it calls for his

6                  speculation as to what other patients

7                  might interpret testicular pain.  But,

8                  subject to that objection, Doctor--

9   A    It's a muscle pain.  It's a very well identified

10       muscle spasm that the patient can complain about.

11       And, it's usually an aching type, sometimes a

12       sharp type of pain that the patient complains.

13       That's what you have, so it's different with

14       folks.

15  Q    Just to the best of your ability, can you explain

16       where that pain--how the--what type of pain the

17       cramping or spasming causes, in what area of his

18       body or does it differ from patient to patient?

19  A    What do you mean?

20  Q    Like, is it abdominal pain, leg pain, what--

21  A    If you want the simplest one that you can have,

22       approximate pain, is usually the pain that you

23       can have, which on an acute basis can happen to

24       the soccer or football player at the end of the

25       game that he can have a spasm in the muscle and

Page 23

```
 1        that's released by overstretching the muscle.
 2        And, that's what's--exactly what we are doing by
 3        the injection.  We're just trying to calm down
 4        the muscle until it's relaxed.
 5   Q    Okay.  Taking a look at this document I've
 6        marked--
 7              MR. BACKMAN:  Kelly, it's 1175.
 8              MS. CHOATE:  All right.  Thanks.
 9   Q    --marked as Exhibit M.  Do you recognize this
10        document?
11   A    Uh-huh.  (Yes)
12   Q    And, what is it?
13   A    It's a follow-up note after the procedures that
14        we did on him, I think, on March 24.  So, he came
15        back after one month to follow up the injection.
16   Q    And, what does your note indicate was his--was
17        Floyd's experience?
18   A    He said it helped him for two days.  And, I told
19        him that's not good enough.  I don't usually give
20        injections every two days or every week or every
21        two weeks.  And, I try--it doesn't have a long
22        term relief for him.  And, I kept digging around
23        to see if there is anything we can do for him for
24        this condition.  And, to the best of my knowledge
25        I don't know that anything else is left.  Now--
```

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 24

```
 1    Q    So, it's just pain management.

 2    A    Yes.  It's a temporary pain management.  Now, we

 3         have to give him the injection again, the only

 4         difference we had to do now that we have to avoid

 5         the steroids, which is--can cause side effects on

 6         him.  So, basically we do--every two weeks, I

 7         think, we do with local anesthesia only, then

 8         after two or three months we give one steroid,

 9         because Floyd seems to work on the sceroceptor

10         (phonetic) fibers more, which is one group of the

11         pain that can cause this and that's--can prolong

12         sometimes, even though it has--people may say no,

13         people may argue, no, it may not help, but it's--

14         we said, let's try and see if it will help him

15         more, because we only need the duration, that's

16         our main problem is the duration of the

17         treatment.

18    Q    Okay.  Doctor, you can put that aside.  I'm going

19         to just show you document 14--it's going to be

20         marked as 1415 in the lower left hand side, but

21         we're going to mark it as Exhibit N.

22                    EXHIBIT N MARKED

23    A    Okay.

24    Q    Take a look at that and let me know if you

25         recognize it.  And, this appears to be broken up
```

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 25

1       into a few different notes.  So, we can--after

2       you've reviewed it, we can start and just go

3       through them.

4    A   Yes.  It seems--do you want me to explain?

5            MR. BACKMAN:  Sure.

6    A   It's simply--what we do, we do the procedure and

7       once we do the procedure we have to get the vital

8       signs.  We have to do two sets of vital signs,

9       one with the procedure, one at the end of the

10      procedure, I think after fifteen minutes.  I

11      don't know if she does--if she puts--yeah.  I

12      think one after fifteen minutes of the procedure

13      --or ten minutes after the procedure.

14   Q   Just one second.  The she you're referring to is

15      Mary L. Everidge?

16   A   She's what?

17   Q   The she you are referring to is--

18   A   Yes.  Mary is.

19   Q   And, who is Mary?

20   A   She's my LPN, the licensed practitioner nurse who

21      works with me and she recovers the patient after

22      the procedure.

23   Q   Okay.  Now--and that note--her note--and this

24      appears to be, at least, in reverse chronological

25      order, correct?  That is, this came actually

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 26

1         after the note below it?

2    A    Yes.  Because remember, Mary does not have the

3         time to do it during the day.  So, what she does,

4         she has a sheet of paper that she fills out with

5         it, then the next day, if you look at the date of

6         the note here, the Mary note is August 26, my

7         note is August 25th.  So, when Mary does it--and

8         I did the procedure actually on 4:42 P.M.--

9              MR. BACKMAN:  Okay.

10   A    --which she usually leaves after that.  So, what

11        --she takes care of him and then the next day she

12        comes and she puts that note in.

13             MR. BACKMAN:  Okay.

14   A    And, somehow it reversed in the printing.

15   Q    Okay.  Right.  Okay.  And, according to Mary,

16        then--

17   A    This is one set of pulse and blood pressure and

18        severity level of the pain, which we call it by

19        the--it's called visual analogue scale.

20   Q    Can you say that again?

21   A    Visual analogue scale, VAS scale, which is a

22        measurement of the pain.  Zero is the highest--

23        zero is the lowest pain you have or you have no

24        pain, ten is the worse pain that you have.  And,

25        for ladies we describe it as pregnancy, labor

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 27

```
 1        pain.  For male we say, just had a car accident
 2        or somebody crushed your hand or something.  And,
 3        that's the--ten means you are ready to cry.  And,
 4        that's what the severity of pain and it's a
 5        subjective thing.  It tells us what the patient's
 6        subject himself--like, what does the patient
 7        think of his pain.
 8   Q    In your experience with this pain scale, do you
 9        have any knowledge or understanding or--strike
10        that.  Do you have any experience with how people
11        having this same pain over a period of time would
12        rate that pain versus somebody who has the pain--
13        the same level of pain, but just on one occasion?
14        That is, does having the pain for a period of
15        time tend, in your experience, to cause people to
16        report a lower level of pain for the same injury
17        as another person?
18   A    The VA scale depends on the subjective sense of
19        what the patient thinks.  If the pain comes in--
20        now let me rephrase that again.  When the pain
21        comes to be a chronic pain, some patients tend to
22        have the tendency to say okay, I'm living with
23        that, that's fine.  Some patients, no.  They have
24        the tendency to exaggerate it.  So, it is on both
25        ways.  Now, we have usually, when we do the--I
```

Deposition of Dr. Joseph Atallah / October 7, 2005

1         try to do--sometimes I ask for what's your pain

2         now?  And, sometimes you say, okay, your pain is

3         nine.  Well, you don't look like--if you tell me

4         you look--your pain is nine I would say, no, your

5         pain is not nine.  If you are crossing your legs,

6         you are smiling, you are not nine.  And, that's--

7         and so, even though it is a very subjective

8         thing, but sometimes I can get clues out of it.

9         And, it is not--it does not really reflect the

10        honesty (phonetic) because sometimes it gets

11        exaggerated by the patient, because the patient

12        gets so frustrated from the pain, so even though

13        the pain is the same it was last month, it was

14        five, now it's going to be eight.  And, sometimes

15        they get used to it.  Oh, I get used to it.  So,

16        last month it was seven, now it is four or five.

17                 MR. BACKMAN:  Understood.  Thank you.

18    A    I just wanted to clarify it.

19    Q    Just in your note below Mary's on that first

20        page, we see patient tolerated well.  What is

21        that describing?

22    A    Describing that--No. 1 is the pain level and we

23        ask him about it, how much is your pain and we

24        always ask every patient to wait--if it's a

25        simple injection, like, what Mr. Floyd (sic) has

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 29

```
 1        --Mr. Hayes, I'm sorry, Mr. Hayes had, we always
 2        ask him to sit and see what happens and sometimes
 3        he says I need a cigarette, and that's fine, he
 4        can go and have a cigarette, like, after five or
 5        ten minutes and then he comes back, I have to see
 6        him.  And, we ask him, how are you doing?  He
 7        says I'm fine and that's fine.  We check his
 8        blood pressure, pulse to be sure that he's okay
 9        and then we check his level of pain and if
10        everything is fine, he's allowed to go.  And,
11        that's exactly what we are reporting here.
12   Q    Last document is going to be O.
13                  MR. BACKMAN:  Kelly, this is 1413.
14                  MS. CHOATE:  Okay.  Thanks.
15                       EXHIBIT O MARKED
16   Q    Doctor, after you've reviewed this, you can just
17        tell me if you recognize it.
18   A    Okay.
19   Q    What is this?  What do you recognize it to be?
20   A    This is a progress note made by Jimmy Tackett,
21        who is a physician assistant who works with me in
22        the clinic.  He has seen Mr. Hayes for several
23        times after we plan--we have plan for him.  He's
24        seen him and he gives him a trigger point
25        injection into the same muscle.  He reported his
```

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 30

1      pain during the procedure--before the procedure

2      as a level of six even though his average pain

3      was eight.  And, we give him the injection after

4      the injection--twenty minutes after the injection

5      he had seventy-five percent relief of his pain

6      after the injection.

7    Q    Thank you.  Just looking at the medications that

8      have been prescribed there on the first page, can

9      you identify which ones are for pain?

10   A    He takes morphine sulfate, 30 mg, he takes one

11     tablet twice a day.  Morphine sulfate SR, which

12     is sustained release medication.  It's a

13     medication that's made to be released on a slowly

14     progressed and gives the patient a certain level

15     of pain relief.  If you consider that this pain--

16     there is this level here is severe pain, this

17     level here of discomfort.  We don't prefer to

18     give a short acting medication that keeps the

19     level up and down.  We try to raise up the level

20     of comfort with the patient with a long acting

21     medication that lasts between eight to twelve

22     hours on a--throughout the day, if we think that

23     his pain is throughout the day.  Then we can give

24     him an add on medication that creeps it up a

25     little bit so he does not go into this peak and

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 31

```
 1        throw off, like the highs and lows of the pain
 2        and the comfort, otherwise, he will start craving
 3        for the medication.  So, we try to add this on
 4        any patient that his pain is severe and No. 1--
 5        and No. 2, when his pain is throughout the day.
 6        Now, the other medication is hydrocodone which is
 7        now the short acting that gives it a little bit
 8        to add on and he takes about four a day.
 9        Lorazepam is not for it because he was given for
10        panic attack, we don't recommend that as a pain
11        medication.
12   Q    Is he taking any muscle relaxers based on this
13        list here?
14   A    No.  I think we added this later on.  Actually,
15        one of the things is some people use lorazepam as
16        a muscle relaxant--as a muscle relaxant
17        sometimes, but we don't recommend it.
18   Q    And, gabapentin, do you--
19   A    It's an anti-epileptic medication that was made
20        for pain that's coming from a nerve pain or
21        neuropathic pain, not the pain that I was
22        treating him for.  The pain I was treating him
23        for was a muscle pain.  And, I think Doctor
24        Bigham got that--an approval of this particular
25        medication here because we only give it for the
```

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 32

1        nerve pain, not the nervousness, for the nerve

2        pain, called neuropathic pain.  And, we give it

3        for this kind of pain and it helps for the

4        neuropathic pain or neurology.  So, he had some

5        form of neurology, even though I am not aware

6        that he has this.

7                MR. BACKMAN:  Okay.

8    A   I may have approved it or she might have approved

9        it through the pharmacy, but I am not aware that

10       he has this kind of pain.

11               MR. BACKMAN:  I have nothing further.

12

13                  CROSS EXAMINATION

14   BY MR. BOOKER:

15   Q   Doctor, my name is Matt Booker, I represent a man

16       by the name of Doctor Hamby, does that name mean

17       anything to you?

18   A   No.  I never heard that name before.

19   Q   You haven't reviewed any of his medical records

20       or notes, have you?

21   A   Not to the best of my knowledge, no.

22   Q   If he walked in the room now, would you even know

23       who that--who it was?

24   A   I don't think so.  I, of course, you never know.

25   Q   I want to ask you, this cremasteric injection--

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 33

```
 1        your trigger point injection, did I understand
 2        you right that you have 500 of those patients
 3        that you do that for, or 500 just trigger points
 4        in general?
 5   A    About 500 patients.
 6   Q    With this cremasteric?
 7   A    No.  With myofascial pain.
 8   Q    Okay.  Well, that's the distinction that I wanted
 9        to make--
10   A    Yeah.
11   Q    --'cause you said that and I thought--
12   A    No.  Absolutely not.
13   Q    --that's a big number.
14   A    No.
15   Q    In that regard, how common a phenomenon is this
16        cremasteric--
17   A    Very rare.  I have not--I have not--I kept
18        looking for it and I have not seen anything that
19        can help us with this person's pain.  I asked
20        urology about it, if you can do anything
21        surgically that can fix it and it is not--they
22        said, none.
23   Q    But, based on your education and your training
24        and your experience and what sounds like the
25        investigation that you did, it's a pretty rare
```

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 34

```
 1      condition.

 2  A   Yes.

 3  Q   All right.  Would you consider it a life

 4      threatening condition?

 5  A   No.

 6              MR. BOOKER:  That's all I have.  Kelly.

 7              MR. BACKMAN:  Kelly.

 8

 9                  CROSS EXAMINATION

10  BY MS. CHOATE:

11  Q   Yes, Doctor?

12  A   Yes.

13  Q   I'm Kelly Choate and I represent other of the

14      state administrators from the Department of

15      Corrections.  And, you were just asked by Mr.

16      Booker if you recognized Doctor Hamby's name or

17      reviewed any of his records and you said you had

18      not, is that correct?

19  A   That's correct.

20  Q   Have you reviewed any other medical documents

21      from the Illinois Department of Corrections?

22  A   No, ma'am.

23              MS. CHOATE:  That's all I have.

24              MR. BACKMAN:  You are done, Doctor.

25              Thank you.
```

Deposition of Dr. Joseph Atallah  /  October 7, 2005

Page 35

1              MR. BOOKER:  Thanks.

2              MS. CHOATE:  Thank you, Doctor.

3         FURTHER THIS WITNESS SAITH NOT

4

5              MR. BOOKER:  You have the opportunity

6              to review a copy of the transcript that

7              will be made for this deposition or you

8              can trust she did a good job and waive

9              it, it's up to you.

10             MR. BACKMAN:  Generally waived.

11             MS. GORDON:  The only thing you could

12             change would be, like, a type-o or

13             something, you don't really change the

14             subject of your deposition or anything

15             like that.

16   A    No.  I--

17             MS. GORDON:  Unless you want to, it's

18             up to you.

19   A    I'm fine.  It's the best of my knowledge.

20

21

22

23

24

25

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 36

1    STATE OF KENTUCKY )

2                      )

3    COUNTY OF FRANKLIN)

4

5

6         I, Melody Curtis, a Notary Public in and for the state

7

8    and county aforesaid, do hereby certify that the foregoing

9

10   testimony was taken by me at the time and place and for the

11

12   purpose stated in the caption;  that the witness was duly

13

14   sworn by me before giving his testimony;  that said

15

16   testimony was taken down in shorthand writing by me and

17

18   later reduced to typewriting under my direction;  and the

19

20   foregoing is a true record of the testimony given by said

21

22   witness.

23

24

25         I further certify that no written request has been

Deposition of Dr. Joseph Atallah / October 7, 2005

Page 37

1

2    made before the officer by any party to the action

3

4    requesting that the foregoing transcript of testimony be

5

6    submitted to the witness and, therefore, such proceeding is

7

8    not signed by the witness.

9

10

11        Witness my hand and notarial seal this 14th day of

12

13    October, 2005.

14

15

16                           _____

17                           Notary Public

18                           State of Kentucky at Large

19

20

21    My commission expires:  6/13/2008