```
MEDICAL RECORD                                         Progress Notes
```

NOTE DATED: 03/24/2003 08:55    ANESTHESIA PAIN CONSULT RESPONSE
VISIT: 03/24/2003 09:00 PAIN MANAGEMENT/NEW PATIENT
CHIEF COMPLAINT:Pain is in the left scrotum
It started in 9/2000 with insidious onset
There is not H/O trauma
Pain does not go down to the legs

PAIN:
Location: Left scrotum

    PAIN LEVEL: Severity Scale (5)
Onset/duration:  2  Years
Chronic (over 3 months) , Constant, Dull, Ache
Comments:cramping

What makes your pain better?nothing

What makes your pain worse? activity

SLEEP:ok

```
   Medicine/Supplies                                    Qty    Last Filled
   ----------------------------------------------------------------------
1) HYDROCODONE 5/ACETAMINOPHEN 500MG TAB: TAKE 2        120    FEB 19, 2003
   TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN
2) LORAZEPAM 1MG TAB: TAKE ONE TABLET BY MOUTH TWICE     60    FEB 17, 2003
   A DAY AS NEEDED FOR PANIC/ANXIETY
3) DOXEPIN HCL 50MG CAP: TAKE TWO CAPSULES BY MOUTH      60    FEB 12, 2003
   AT BEDTIME FOR SLEEP
4) IBUPROFEN 600MG TAB: TAKE ONE TABLET BY MOUTH         90    FEB 12, 2003
   THREE TIMES A DAY AS NEEDED FOR PAIN
5) CYCLOBENZAPRINE HCL 10MG TAB: TAKE ONE TABLET BY      90    FEB 12, 2003
   MOUTH THREE TIMES A DAY - MAY CAUSE DROWSINESS
6) PSYLLIUM ORAL PWD: TAKE 2 TEASPOONFULS (10ML) IN 8   794    FEB 12, 2003
   OZ GLASS OF WATER BY MOUTH AS DIRECTED
7) CITALOPRAM HYDROBROMIDE 40MG TAB: TAKE ONE AND        45    FEB 13, 2003
   ONE-HALF TABLETS BY MOUTH EVERY DAY
8) RISPERIDONE 4MG TAB: TAKE ONE-HALF TABLET BY MOUTH    30    FEB 16, 2003
   TWICE A DAY FOR ANXIETY
9) HYDROPHILIC OINT: APPLY SMALL AMOUNT TO AFFECTED     454    JAN 30, 2003
   AREA TWICE A DAY
10) GEMFIBROZIL 600MG TAB: TAKE ONE TABLET BY MOUTH     180    MAR 19, 2003
    TWICE A DAY FOR TRIGLYCERIDES
11) CIMETIDINE 400MG TAB: TAKE TWO TABLETS BY MOUTH     360    MAR 06, 2003
    TWICE A DAY FOR STOMACH
12) TRAZODONE HCL 50MG TAB: TAKE ONE-HALF TO ONE         90    MAR 21, 2003
    TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR
 uterized Problem List is the source for the following:
            ** THIS NOTE CONTINUED ON NEXT PAGE **
----------------------------------------------------------------------
HAYES,FLOYD KIRTLEY              LEXINGTON-LD VAMC       Printed:09/03/2003 10:10
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 DOB:07/17/1946       Pt Loc: OUTPATIENT                Vice SF 509
----------------------------------------------------------------------
```

DEPOSITION EXHIBIT L

1167

```
-------------------------------------------------------------------------
M_ ICAL RECORD                                           Progress Notes
-------------------------------------------------------------------------
```

03/24/2003 08:55        ** CONTINUED FROM PREVIOUS PAGE **

1. HYPERLIPIDEMIA NEC/NOS
2. MAL NEO BONES WRIST/HAND
3. PROLONG POSTTRAUM STRESS
4. ESOPHAGEAL REFLUX
5. ANXIETY STATE NOS
6. ABDOM/PELV SWELLING, UNSP SITE
7. OTHER INVESTIGATION & TESTING
8. PTSD * (ICD-9-CM 309.81)
Patient has answered NKA
SOCIAL HISTORY:
SMOKING:    Age started:
       >2 ppd Pack years:
ETOH:    Past
Do you have or ever had a drug addiction problem(s)? NO

PHYSICAL EXAM:
Appearance:
Level of consciousness: Alert, Oriented x3
Moderate tenderness over the left cremastric ms
C ENTS/REMARKS:
M asial scrotal pain
Will do TPI


             Signed by: /es/ JOSEPH N. ATALLAH, M.D.
                            ANESTHESIOLOGIST/PAIN MANAGEMENT SPECIALIST
                            03/24/2003 12:36



03/24/2003 14:25        ADDENDUM
DX: Myofascial pain in the lower anterior abdominal ms and cremastr
Procedure:
After explaining the details of the procedure, the risks and benefits
including but not limited to bleeding, infection, and nerve damage the
patient was agreeable to this procedure and seemed to understand. A signed
consent form is available in paper chart.

The patient was placed into sitting position. The area of above ms was
prepped with alcohol solution in the regular sterile fashion.
I identified 2 trigger point(s) tenderness.

I used 27g needle and I infiltrated each site with 1cc of bupivicaine
0.25 % plus 10 mg
depomedrol + 10 mgm of toradol. The patient tolerated the procedure well
a    was kept in the
                      ** THIS NOTE CONTINUED ON NEXT PAGE **
-------------------------------------------------------------------------
HAYES,FLOYD KIRTLEY           LEXINGTON-LD VAMC        Printed:09/03/2003 10:10
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 DOB:07/17/1946    Pt Loc: OUTPATIENT                 Vice SF 509
-------------------------------------------------------------------------

1168

```
-------------------------------------------------------------------------------
M  ICAL RECORD                                                  Progress Notes
-------------------------------------------------------------------------------
```
03/24/2003 08:55       ** CONTINUED FROM PREVIOUS PAGE **

procedure room for 15 minutes
in stable condition.
                Signed by: /es/ JOSEPH N. ATALLAH, M.D.
                            ANESTHESIOLOGIST/PAIN MANAGEMENT SPECIALIST
                            03/24/2003 14:26

```
-------------------------------------------------------------------------------
HAYES,FLOYD KIRTLEY          LEXINGTON-LD VAMC         Printed:09/03/2003 10:10
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 DOB:07/17/1946   Pt Loc: OUTPATIENT                    Vice SF 509
-------------------------------------------------------------------------------
```

1169

```
------------------------------------------------------------------
  :CAL RECORD                                      Progress Notes
------------------------------------------------------------------
```
NOTE DATED: 04/25/2003 12:30   ANESTHESIA PAIN MANAGEMENT PROGRESS NOTE
VISIT: 04/25/2003 10:15 PAIN MANAGEMENT/FOLLOW-UP
Improvement for 2 days
patient is pleased even though it is a short period
I will repeat the TPI without depomedrol
DX: Myofascial pain in the cremastric ms
Procedure:
After explaining the details of the procedure, the risks and benefits
including but not limited to bleeding, infection, and nerve damage the
patient was agreeable to this procedure and seemed to understand. A signed
consent form is available in paper chart.

The patient was placed into sitting position. The area of above ms was
prepped with alcohol solution in the regular sterile fashion.
I identified 1 trigger point(s) tenderness.

I used 27g needle and I infiltrated each site with 1cc of bupivicaine
0.25 % plus 10 mg
toradol. The patient tolerated the procedure well and was kept in the
procedure room for 15 minutes
in stable condition.

               Signed by: /es/ JOSEPH N. ATALLAH, M.D.
                          ANESTHESIOLOGIST/PAIN MANAGEMENT SPECIALIST
                          04/25/2003 12:31


04/28/2003 07:39       ADDENDUM
4/25/03 @ 10:25am      BP 130/92    Pulse 107    O2 Sat 97%
                       Signed by: /es/ RITA EAST, MS.,MT
                                  04/28/2003 07:40

------------------------------------------------------------------
AYES,FLOYD KIRTLEY            LEXINGTON-LD VAMC     Printed:09/03/2003 10:10
07-60-2117 DOB:07/17/1946     Pt Loc: OUTPATIENT    Vice SF 509
------------------------------------------------------------------

DEPOSITION EXHIBIT

1175

# Progress Note

Page 103

Sep 23, 2004

```
         TITLE: ANESTHESIA NURSING EXIT NOTE
DATE OF NOTE: AUG 26, 2004@08:55     ENTRY DATE: AUG 26, 2004@08:55:53
      AUTHOR: EVERIDGE,MARY L         EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED

Type of Injection:   TRIGGER POINT INJECTION

CASE START VITALS:
BP:
Pulse:    82
O2 Sat:   99
Pain: Yes
Location: GROIN
Pain Level: Severity Scale (8)

CASE END VITALS:
Finish BP:
Pulse:    86
O2 Sat:   96
Pain: No
Location:
Pain Level: Severity Scale (0)




/es/ MARY L. EVERIDGE,LPN
STAFF NURSE
Signed: 08/26/2004 08:56
```

```
         TITLE: ANESTHESIA PAIN PROCEDURE NOTE
DATE OF NOTE: AUG 25, 2004@16:41     ENTRY DATE: AUG 25, 2004@16:41:55
      AUTHOR: ATALLAH,JOSEPH N        EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED

Cremastric ms injections done under aseptic technique using 2 cc of bupivicaine
0.25%
patient toelrated well




/es/ JOSEPH N. ATALLAH, M.D.
ANESTHESIOLOGIST/PAIN MANAGEMENT SPECIALIST
Signed: 08/25/2004 16:42
         TITLE: CONSENT SURGICAL SCANNED
DATE OF NOTE: AUG 25, 2004@10:30     ENTRY DATE: AUG 30, 2004@10:31:02
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KENTUCKY  40390
407602117

VISTA Electronic Medical Documentation

Printed at LEXINGTON-CDD VAMC

DEPOSITION EXHIBIT

1415

# Progress Note

Page 104

Sep 23, 2004

```
       AUTHOR: HILL,PEGGY           EXP COSIGNER:
      URGENCY:                            STATUS: COMPLETED

Scanned Authorization for invasive procedure performed on 8-25-04.

/es/ PEGGY HILL

Signed: 08/30/2004 10:31
```

```
         TITLE: ANESTHESIA NURSING EXIT NOTE
 DATE OF NOTE: AUG 09, 2004@12:15     ENTRY DATE: AUG 09, 2004@12:15:53
       AUTHOR: EVERIDGE,MARY L        EXP COSIGNER:
      URGENCY:                            STATUS: COMPLETED

Type of Injection:   TRIGGER POINT INJECTIONS

CASE START VITALS:
BP:
Pulse:    88
O2 Sat:   98
Pain: Yes
Location: GROIN PAIN
Pain Level: Severity Scale (9)

CASE END VITALS:
Finish BP:
Pulse:    86
O2 Sat:   99
Pain: No
Location:
Pain Level: Severity Scale (0)




/es/ MARY L. EVERIDGE,LPN
STAFF NURSE
Signed: 08/09/2004 12:16
```

```
         TITLE: ANESTHESIA PAIN PROCEDURE NOTE
 DATE OF NOTE: AUG 06, 2004@17:26     ENTRY DATE: AUG 06, 2004@17:26:05
       AUTHOR: ATALLAH,JOSEPH N       EXP COSIGNER:
      URGENCY:                            STATUS: COMPLETED

Cremastric ms injections done under aseptic technique using 2 cc of bupivicaine
0.25%
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KENTUCKY  40390
407602117

VISTA Electronic Medical Documentation

Printed at LEXINGTON-CDD VAMC

1416

# Progress Note

Sep 23, 2004

```
         AUTHOR: TACKETT,JIMMY R        EXP COSIGNER: ATALLAH,JOSEPH N
         URGENCY:                             STATUS: COMPLETED
```

CHIEF COMPLAINT:58 yo w m with several yr hx of right groin pain and testicular pain. he has good relief with cremaster injections
PAIN:
Location: right testicular and groin pain

   AVERAGE PAIN LEVEL: Severity Scale (8)
   CURRENT PAIN LEVEL: Severity Scale (6)
Chronic (over 3 months) , Constant, Sharp, Dull


   SLEEP:
      Medicine/Supplies                                        Qty    Last Filled
   ------------------------------------------------------------------------------
   1) MORPHINE SULFATE *SR* TAB 30MG: TAKE ONE TABLET BY        60    SEP 23, 2004
      MOUTH TWICE A DAY AS DIRECTED FOR PAIN . MAY CAUSE
   2) HYDROCODONE 5/ACETAMINOPHEN 500MG TAB: TAKE 2            120    AUG 25, 2004
      TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN
   3) LORAZEPAM 1MG TAB: TAKE ONE TABLET BY MOUTH TWICE         60    AUG 25, 2004
      A DAY AS NEEDED FOR PANIC ATTACK
   4) CIMETIDINE 400MG TAB: TAKE TWO TABLETS BY MOUTH          360    OCT 09, 2004
      TWICE A DAY
   5) GEMFIBROZIL 600MG TAB: TAKE ONE TABLET BY MOUTH          180    OCT 09, 2004
      TWICE A DAY
   6) CITALOPRAM HYDROBROMIDE 40MG TAB: TAKE ONE AND           135    OCT 09, 2004
      ONE-HALF TABLETS BY MOUTH EVERY DAY
   7) DOXEPIN HCL 50MG CAP: TAKE TWO CAPSULES BY MOUTH          60    AUG 25, 2004
      AT BEDTIME FOR SLEEP
   8) RISPERIDONE 4MG TAB: TAKE ONE-HALF TABLET BY MOUTH        15    AUG 25, 2004
      AT BEDTIME FOR MOOD
   9) TRAZODONE HCL 100MG TAB: TAKE ONE TABLET BY MOUTH         90    SEP 28, 2004
      AT BEDTIME AS NEEDED
  10) GABAPENTIN 300MG CAP: TAKE TWO CAPSULES BY MOUTH         180    AUG 25, 2004
       THREE TIMES A DAY FOR ULNAR PAIN
Computerized Problem List is the source for the following:

  1. Neuralgia * (ICD-9-CM 729.2)
  2. Colonic Polyps (ICD-9-CM 211.3)
  3. MUSCLE
  4. HYPERLIPIDEMIA NEC/NOS
  5. MAL NEO BONES WRIST/HAND
  6. PROLONG POSTTRAUM STRESS
  7. ESOPHAGEAL REFLUX
  8. ANXIETY STATE NOS
  9. ABDOM/PELV SWELLING, UNSP SITE
 10. OTHER INVESTIGATION & TESTING

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KENTUCKY  40390
407602117

VISTA Electronic Medical Documentation

Printed at LEXINGTON-CDD VAMC

DEPOSITION EXHIBIT

1413

# Progress Note

Sep 23, 2004

11. PTSD * (ICD-9-CM 309.81)
PE GU pt quite tender in right testicular area and r groin.

A/P. Right groin pain
will perform right cremaster injection
RTC 2-4 wks prn

/es/ JIMMY R TACKETT
Physician Assistant
Signed: 09/09/2004 13:08

/es/ JOSEPH N. ATALLAH, M.D.
ANESTHESIOLOGIST/PAIN MANAGEMENT SPECIALIST
Cosigned: 09/09/2004 14:42

---

TITLE: ANESTHESIA PAIN PROCEDURE NOTE
DATE OF NOTE: SEP 09, 2004@12:41    ENTRY DATE: SEP 09, 2004@12:43:08
    AUTHOR: TACKETT,JIMMY R    EXP COSIGNER: ATALLAH,JOSEPH N
    URGENCY:                   STATUS: COMPLETED

Nerve Block
After explaining risk such as infection, bleeding and nerve damage and obtaining written consent, the left cremaster was preped in a sterile fashion and injected w 1/2 cc .25% lidocain to raise a weal. Using 27 g pt was injected with 2cc of .5% bupivocain and 40 mg/ml Depo-medrol into the area of cremaster.
The pt had 75 5 resolution of pain and was observed for 20 min and released to family/friends.

/es/ JIMMY R TACKETT
Physician Assistant
Signed: 09/09/2004 12:59

/es/ JOSEPH N. ATALLAH, M.D.
ANESTHESIOLOGIST/PAIN MANAGEMENT SPECIALIST
Cosigned: 09/09/2004 14:43

---

TITLE: CONSENT SURGICAL SCANNED
DATE OF NOTE: SEP 08, 2004@10:44    ENTRY DATE: SEP 17, 2004@10:44:27
    AUTHOR: CRAFTON,ADRIAN    EXP COSIGNER:
    URGENCY:                   STATUS: COMPLETED

SCANNED AUTHORIZATION FOR INVASIVE PROCEDURE PERFORMED ON 09-08-04.

/es/ ADRIAN CRAFTON
PROGRAM SUPPORT CLERK
Signed: 09/17/2004 10:45

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
HAYES, FLOYD
9110 HARRODSBURG RD
WILMORE, KENTUCKY   40390
407602117

VISTA Electronic Medical Documentation

Printed at LEXINGTON-CDD VAMC

1414