UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FLOYD K. HAYES, | ) |
| | ) |
| plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 04- CV-1062 |
| | ) |
| Donald N. Snyder, Jesse Montgomery, | ) |
| Mark. A. Pierson, Wanda L. Bass, | ) |
| William M. Hamby, MD., PhD., | ) |
| each in their individual | ) |
| capacities only, | ) |
| | ) |
| defendants. | ) |

## DECLARATION OF FLOYD K. HAYES

Floyd K, Hayes, in accordance with 28 U.S.C. § 1746, declares as follows:

1. I am the plaintiff in the above-referenced case.

2. I am making this Declaration on my own personal knowledge in support of my response to the various defendants' motions for summary judgment.

3. The defined terms I am using in this Declaration are the same as I use in my response brief.

4. If called to testify in this case, I could and would testify to the facts set forth below.

5. These facts supplement the transcript of my deposition, which I gave on January 14, 2005.

6. During my deposition, defendants' counsel asked me a number of questions about the nature and extent of my left testicular pain, but they did not ask me what I told Dr. Hamby about that pain when I saw him on October 4 and October 15, 2001.

7. During those two visits, I told Dr. Hamby (as I had told the other doctor the week before, and as I told Dr. Shute and the nurses I saw subsequently) that my left testicle was swollen and cramping and was causing me extreme pain.

8. I am attaching four documents to this Declaration.

9. Exhibit AA (which was marked as Exhibit AA during the deposition of Dr. Hamby) is a true and accurate copy of a page from my medical records indicating that, on July 13, 2002, following my meeting with a nurse from the Medical Unit, I was prescribed Ibuprofen for the pain in my testicles.

10. Exhibit BB (which likewise was marked as Exhibit BB during Dr. Hamby's deposition) are true and accurate copies of Sick Call Requests that I submitted to the Medical Unit on, respectively, May 31, June 7 and June 14, 2002.

11. As indicated during my deposition, I made a fourth sick call request during this period, but I either did not make or cannot locate my copy of that fourth request.

12. I made each of these requests after Dr. Shute had left HCC and I no longer was receiving ice packs for my testicular swelling and pain.

13. The ice packs provided some temporary relief from the pain, but they did so only for brief periods of time and left me in extreme pain for the remainder of the day.

14. During my deposition, defendants' counsel did not show me the sick call requests, or any other documents from this period, so I estimated that the ice pack termination and the sick call requests started in July 2002.

15. Upon reviewing my copies of the sick call requests and the other documents from this period, I now know that I actually stopped receiving the ice packs, and began submitting the requests, in late May 2002.

16. I made the copies contained within Ex. BB concurrently with submitting them to the Medical Unit. Then, when I received no response to these requests, I made the notation "No Response to this Request" on the dates reflected at the bottom of the requests.

17. I provided copies of these requests to my counsel as part of the file of documents that I gave to him after I retained his services.

2

18. Exhibit CC (which likewise was marked as Exhibit CC during Dr. Hamby's deposition) is a true and accurate copy of a letter that I sent to Ms. Wanda L. Bass on June 10, 2002, regarding "Medical Attention; Extreme Pain".

19. Exhibit DD (which has not previously been marked in this case) is a true and accurate copy of the May 24, 2002, memorandum that I received from Ms. Bass on or about May 24, and to which I referred in my June 10 letter.

20. I never refused to see any HCC doctor about my problems with and pain in my testicles.

I declare under the penalties for perjury that the foregoing is true and correct.

Dated: October ___, 2006

_____
Floyd K. Hayes

Month/Year 07/01/2002

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

GEMFIBROZIL (LOPID) 600MG TAB
1 TABLET(S) BY MOUTH TWICE DAILY
2600914 HAMBY, MEDICAL DIR, WILLIAM, MD
START DATE 04/05/2002  STOP DATE 08/03/2002

CIMETIDINE (TAGAMET) 200MG TAB
1 TABLET(S) BY MOUTH TWICE DAILY X120D
2600320 HAMBY, MEDICAL DIR, WILLIAM, MD
START DATE 04/05/2002  STOP DATE 08/03/2002

TRIAMCINOLONE CREAM (15GM) 0.025% CRM
APPLY ONCE DAILY TO LOWER LESIONS
2600325 HAMBY, MEDICAL DIR, WILLIAM, MD
START DATE 04/05/2002  STOP DATE 08/03/2002

Motrin 800mg TID for pain x 30 days
START DATE 7-13-02  STOP DATE 8-13-02

ALLERGIES: NONE KNOWN

PATIENT NAME: HAYES, FLOYD    ID K03902    WING R1 B30

DOCUMENTATION CODES =
R - Refused
S - Self Administered

DEPOSITION EXHIBIT AA

Facility Name: MSCHF   Month/Year: 8-02

| Medication | Start Date | Stop Date |
|---|---|---|
| Lopid 600mg 1 tab BID  Rx 2600314 | 4-5-02 | 8-3-02 |
| Tagamet 200mg 1 BID  Rx 2600320 | 4-5-02 | 8-3-02 |
| Motrin 800mg TID for pain x 30 day | 7-13-02 | 8-13-02 |

Allergy: NKA

DCA 15006
IL-426-14346

Patient Name: Hayes Floyd   ID: K03902   Wing: R1B 30

Nurse's Signature: K Clark / KC

Documentation Codes:
- DC – Discontinued Order
- R – Refused
- S – Self Administered
- DO – Dose Omitted
- C – Court
- NS – No Show

001070

ILLINOIS DEPARTMENT OF CORRECTIONS
SICK CALL REQUEST
Hill Correctional Center

NAME: Floyd K. Hayes    #: K-03902    DATE: 5-31-02

CELL HOUSE LOCATION: _____

I wish to be seen on sick all for the following problem:
(Please mark the one that best describes your problem)

_____ Headache                             _____ Stomach Pain
_____ Cold                                 _____ Throwing Up
_____ Breathing Difficulty                        Sick at Stomach
         Short of Breath, Asthma            _____ Bowel Problems
_____ Allergies                                   can't go, Diarrhea
         Itchy watery eyes                  _____ Hemorrhoids
_____ Back Pain                            _____ Joint Pain
_____ Chest Pain                                  Knee, Ankle, Elbow
_____ Dental Problems                      _____ Skin Problems
         Toothache, Lost Filling                   Rash, Pimples, Boil
         Dentures, Cavity                   _____ Earache
                                                   Ear stopped up,
_____ Renew Medication                            Can't Hear
                                            _____ Eye Doctor
                                                   Eye pain, Injury
OTHER: ✓ _____                   Need glasses
Swelling + Cramping in my Testicles.
Numbness + dull ack in Right Arm.
_____
_____

DO NO WRITE BELOW THIS LINE.

Date Received: _____ Nurse Init.'s _____

S:

O:   T: _____ P: _____ resp: _____ BP: _____

A:

P
                                           HIL 0047 (Eff. 05/2002)

No Response to this Request.
6-4-02


DEPOSITION
EXHIBIT
BB

1028

ILLINOIS DEPARTMENT OF CORRECTIONS
## SICK CALL REQUEST
Hill Correctional Center

NAME: Floyd K. Hayes    #: K-03902    DATE: 6-7-02

CELL HOUSE LOCATION: _____

I wish to be seen on sick all for the following problem:
(Please mark the one that best describes your problem)

| | |
|---|---|
| _____ Headache | _____ Stomach Pain |
| _____ Cold | _____ Throwing Up |
| _____ Breathing Difficulty | Sick at Stomach |
| Short of Breath, Asthma | _____ Bowel Problems |
| _____ Allergies | can't go, Diarrhea |
| Itchy watery eyes | _____ Hemorrhoids |
| _____ Back Pain | _____ Joint Pain |
| _____ Chest Pain | Knee, Ankle, Elbow |
| _____ Dental Problems | _____ Skin Problems |
| Toothache, Lost Filling | Rash, Pimples, Boil |
| Dentures, Cavity | _____ Earache |
| | Ear stopped up, |
| _____ Renew Medication | Can't Hear |
| | _____ Eye Doctor |
| | Eye pain, Injury |

OTHER: ✓ _____    Need glasses _____

Pain + Swelling + Cramping in my Testicles, Numbness in my R Hand, And A painfull Dull ~~pain~~ in Right upper Arm.
Awit                                         2nd Request

DO NO WRITE BELOW THIS LINE.

Date Received: _____ Nurse Init.'s _____

S:

O:  T: ____ P: ____ resp: ____ BP: ____

A:

P

HIL 0047 (Eff. 05/2002)

No Response To This Request
6-12-02

1029

ILLINOIS DEPARTMENT OF CORRECTIONS
SICK CALL REQUEST
Hill Correctional Center

NAME: Floyd K. Hayes  #: K-03902  DATE: 6-14-02

CELL HOUSE LOCATION: _____

I wish to be seen on sick all for the following problem:
(Please mark the one that best describes your problem)

_____ Headache
_____ Cold
_____ Breathing Difficulty
            Short of Breath, Asthma
_____ Allergies
            Itchy watery eyes
_____ Back Pain
_____ Chest Pain
_____ Dental Problems
            Toothache, Lost Filling
            Dentures, Cavity

_____ Renew Medication

_____ Stomach Pain
_____ Throwing Up
            Sick at Stomach
_____ Bowel Problems
            can't go, Diarrhea
_____ Hemorrhoids
_____ Joint Pain
            Knee, Ankle, Elbow
_____ Skin Problems
            Rash, Pimples, Boil
_____ Earache
            Ear stopped up,
            Can't Hear
_____ Eye Doctor
            Eye pain, Injury
            Need glasses

OTHER: ✓ Pain + Swelling + Cramping in my Testicles, Numbness in my R Hand, and A painfull Dull Acht in Right Upper Arm.

DO NO WRITE BELOW THIS LINE.                3rd Request

Date Received: _____  Nurse Init.'s _____

S:

O:  T:____  P:____  resp:____  BP:____

A:

P

HIL 0047 (Eff. 05/2002)

No Response To This Request
6-19-02

1031

Floyd K. Hayes
I. D. # K03902
Hill Correctional Center
R1 - D - 76

June 10, 2002

Ms. Wanda L. Bass
Assistant Warden Of Programs
Hill Correctional Center
600 Linwood Road    P. O. Box 1327
Galesburg, Illinois 61401

Subject:    Medical Attention; Extreme Pain

Dear Assistant Warden Bass:

In your recent correspondence ' dated ' May 24, 2002, you implied that the growths on my ' Testicles ' were benign. The Doctors used words like <u>Should Be, Could Be, Or May Be.</u> They do not say they are benign. This can only be ' Determined ' by a test, which this Facility cannot perform. In your letter you say, " I have been Monitored ". I have seen ' Doctors ' who have ordered tests and 90% of the tests have been refused at the Administrative Level.

Assistant Warden Bass, enclosed please find " Veteran Medical Paper Work " that explains in layman terms the Medical Conditions, and seriousness of my claims, and how long I have had to deal with this. In addition, I have also enclosed my ' Hill Corr. Center Medical Records '. Please ' note ' the words " Polyps," and " Polyps Lumps ". These are well known to be the prelude to Cancer ! At the time that the ' Growths ' were found, they were the size of a pea. This was well over a year ago. Today, they are in fact the size of a small plum, and Growing. This ' growth ' has caused one Testicle to disappear inside me at times while the other Testicle swells and hangs lower. This abnormality causes me severe Pain and Discomfort which the ' Doctor ' has refused to give me Pain Medication for. Although I was given pain medication in the past, they now refuse to do so. It is obvious to any lay person after reviewing my enclosed medical records that there is an urgent need for further medical diagnostic testing and treatment.

It should also be taken into consideration that I have " in the past " had polyps removed and my exposure to " Agent Orange " in ' Vietnam ' considerably raises the possibility that my " Growths " may be Cancerous.



DEPOSITION EXHIBIT CC

1032

Assistant Warden Bass, I am a ' ward ' of The State Of Illinois, and as such, I must receive <u>Adequate Medical Attention In Accordance With Illinois Law, which in my case has been clearly Violated ! I feel that the ' Medical Staff ' and Hill Correctional Center has been " Deliberately Indifferent " to my medical needs, pain, and suffering.</u>

I do not wish to take this to Litigation. However, I do feel that my life is in Jeopardy, and my pain is considerable.

Please read the " Medical " files. They clearly show the pain and extreme changes, I've had to endure.

Could you ' Please Reconsider ' your response on the correspondence ' dated ' May 24, 2002 ?

Sincerely,

Floyd K. Hayes

cc:    Director Donald N. Snyder, Jr.
       Warden Mark Pierson, Hill



**George H. Ryan**
Governor

**Illinois Department of Corrections**

**Donald N. Snyder Jr.**
Director

Hill Correctional Center / 600 Linwood Road / P.O. Box 1327 / Galesburg, IL 61401 / Telephone: (309) 343-4212 / TDD: (800) 526-0844

# MEMORANDUM

DATE:    May 24, 2002

TO:       Inmate Floyd Hayes, K03902
          R1  D76

FROM:    Wanda L. Bass
          Asst. Warden Of Programs

SUBJECT: CORRESPONDENCE TO ASST. DEPUTY DIRECTOR MONTGOMERY

I am in receipt of your recent correspondence to Assistant Deputy Director Montgomery, who has asked that I respond to your concerns regarding 90 days SMGT and your medical condition.

Be advised you are not eligible for SMGT due to the nature of your current offense.

The Health Care Unit was contacted regarding your medical concerns and the Medical Director advises that the cyst(s) in question are just that, benign, and biopsy and/or surgical excision are not indicated at this time. Health Care documentation indicates you have been seen and monitored on a regular basis.

I trust this has been responsive to your concerns.

WLB:dc

Cc:  Master Record File
     Medical File

1030