**E-FILED**
Monday, 16 October, 2006  06:01:24 PM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

**MEDICAL PROGRESS NOTES**

Facility: 1-H-1

Inmate's Name: Hays Floyd     Inmate's Number: K03902

| Date/Time | S O A P | PLANS |
|-----------|---------|-------|
| 9-13-00 12P | No Homosexuality Hx o msf = the past | Continue diet. 2. MC low cholesterol diet. |
| | | 3. Lipid 600 7 B10 4. Fablet 200 7 R10 } 6 month |
| | A) NAD, A Box3 Nech supple | 5. Comply with Regule on 1/15/2001 |
| | R) 1. Hyperlipidemia 2. H/o HIV | 6. F.U. in Chr. medical Clinic |
| | | 7. HIV f/u |
| | | Noted 9:13:00 RPbederith |
| 9/18/00 8A S | S: "I have a nodule R testicle" | P: MD urgent R testicle nodule |
| | O: T98² P100 R24 B1P 142/90 States "I have had discomfort x 2 wks then I exam myself last night + found a knot + I am in comfort R/T R testicle nodule | |

U000048

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

**MEDICAL PROGRESS NOTES**

Facility: ___

Inmate's Name: _Hays Floyd_   Inmate's Number: _KB90a_

| Date/Time | SOA | PLANS |
|---|---|---|
| 9/19/00 9⁵⁵ ā | LP̄ū ↑ MD ↑ 97 P 88 R 24 W 250 B̄ 130/80 | Ǿ cont |
| 8-19-○ 1820 A | M.D. Ⓢ I noticed a lump in my testes 4-5 months ago & didn't worry about it. It had been causing me discomfort but no pain. No urinary c/o. Did not have his prostate exam nor genital exam during PE. NKA Ⓞ NAD, A & O × 3 Ⓡ Scrotum. I can detect soft to firm nodule @ upper pole. ① testicle is ___ Rectal - Good Sphincter | P ① Education & assurance about testicle cyst v tumor 2 Doxycycline 100 Bid × 7 d̄ 3. U/A to lab today 4. CBC to B HCG & PSA Tumor marker × 2-3 ___ Rec 2 wk |

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

Facility [illegible]

Inmate's Name _Hayes, Floyd_    Inmate's Number _K03901_

| Date/Time | S O A  Care | PLANS |
|-----------|-------------|-------|
| 4-18-0 1:38 | Firm, nn nodular non-tender Prostal Grade I – II Green – Nel. | |
| | ① "① test epididmal cyst 2. WNL Prostate | [signature] 9/19/0 |
| 9/26/0 9:5A | LPN Note HIV· PSA- B· HCG & Alpha Feto Protein [illegible] ① AC [illegible] [illegible] | |

DC 7147 (3-84)
Il 426-0017

**STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS**

**MEDICAL PROGRESS NOTES**

Facility: WI

Inmate's Name: Hayes, Floyd

Inmate's Number: K03902

| Date/Time | S O A | PLANS |
|---|---|---|
| 10/3/00 9:50 | R pole 249 T7 P 80 R 16 B1P 139/70 | NURSE NOTE See attached Chronic Clinic Flow sheet General |
| 10-8-00 15 A | *[illegible handwritten clinical notes]* | *[illegible handwritten plan notes]* |

DC 7147 (3-84)
IL 426-0017

000051

STATE OF ILLINOIS · DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility **Hil CC**

Inmate's Name  Hayes, Floyd

Inmate's Number  K03902

| Date/Time | S O A | PLANS |
|---|---|---|
| 10/3/00 12:15p | Medical records note Requested referral # for Testicular ultrasound. T Peters SA I/II | |
| 10/4/00 9:00a | Medical Records Note Received referral # for testicular ultrasound. Sched appt @ Cottage Hosp for 10-9-00. Leave time 1:15pm. T Peterson SA I/II | |
| 10/5/00 2p | RN note Health Status completed for med furlough. S. Walford RN | |
| 10/10/00 10:20a | RN Note CBC 42A drawn from ℞ AC. et sent to Quest. KC Pratt, ℞ | |

**STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS**

### MEDICAL PROGRESS NOTES

Facility: HCC

Inmate's Name: Hayes, Floyd   Inmate's Number: K03902

| Date/Time | S O A | PLANS |
|---|---|---|
| 10/17/00 10¹⁰A | RN note for MD visit Wt 250½ BP 110/68 T 98.4 P 84 R 22 J. Walford RN | |
| 10-17-00 10/5A | m.o. ③ ① an OK Just went to check the report. Can't you take it out or dear it as you did on other guy for his thyroid. Is it cancer? ④ NAD A: lon No chte = cyst Ⓐ Epidydimal Cyst | P 1. Educated but Physiology + normal reture of cyst. 2. It's not indicated to remove it @ this time + use meds as needed 2. Return of my Chief 3. F.U. in Gen medicing as Planned |

**STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS**

**MEDICAL PROGRESS NOTES**

Facility _____

Inmate's Name _Hayes, Floyd_    Inmate's Number _K03902_

| Date/Time | S O A | PLANS |
|---|---|---|
| 10-18-05 | M.D. physch. | |
| 12:00 PM | S — No complaints | (P) |
| | O B O H I | — Coupi'n |
| | Sleep - OK | — R T C 8W |
| | O A × O ×3 | O ery |
| | MSE: Unremarkable. | Dated |
| 10/27/w | Medical Record Notes | |
| 9.50 AM | I/m Requested/Received | |
| | copies of medical records & B____ ___ | |
| 10/30/00 | Adm Nte | |
| 10 m | Inmate was seen per | Advised inmate Dr |
| | request of A/W Boss — | Chandy has already |
| | Inmate requesting | explained neither |
| | urology consult + | request is justified |
| | biopsy of cyst | @ this time. Inmate |
| | | advised to report |
| | | changes +/or ↑ in |
| | | symptoms — Mguthrie RN 10/30/04 |

**Page No. 7**

DC 7147 (3-84)
R 426-0017

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

Facility [____]

Inmate's Name _____ Hayes, Floyd _____ Inmate's Number ___ K03902

| Date/Time | S O A | PLANS |
|---|---|---|
| 12-14- | M D Chart | P |
| 950A | Review | Case Dew Dr |
| | Pt - c complicated | Werlest Ultrason |
| | Epidydmal cyst. | report + Serum |
| | | markers revealed. |
| | | Answer for Metass |
| | | → malignancy of |
| | | Epidydmis is extremely |
| | | rare. Cyst, complicated |
| | | doesn't need any |
| | | intervention @ |
| | | all unless severely |
| | | symptomatic. |
| | | ⊙ No Further |
| | | evaluation |
| | | needed. |
| | | _____ |
| 4/14/01 | LPN Note | |
| 10⁰⁵ | Refusal signed for | |
| | Flu Shot c IN Hayes | |

DC 7147 (3-84)
IL 426-0017

000055

**STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS**

**MEDICAL PROGRESS NOTES**

Facility: _____

Inmate's Name _Hayes, Floyd_ _____ Inmate's Number _K03902_

| Date/Time | S O A | PLANS |
|---|---|---|
| 1-15-01 | RN Note | D4570774-0 |
| 442 | Lab drawn RBC & Stub Liquids | |
| | Sent to Rehb Conf | Note |
| 2/7/01 | RN Note | |
| 12/p 30 | wt 248   T 98 8 | |
| | P 92  R 20  B/P 120/90 | Note |
| | | |
| 2-7-01 | M.D. | P |
| 1250p | (S) I por motion | P educated abt |
| | lump = my (O) | simplicity of cysts |
| | testis. my back | & don't require |
| | hurts. I have | further evolution @ |
| | been taking Lopid | this time. If any change |
| | twice daily. | they need eval. |
| | Topamax helps me | 2. Contin Lopid & Topamax |
| | to avoid gastric tank | x 6 month |
| (O) NMS, AL~3 | | 3. Naprosyn Tb → CO₂ |
| | Gait - WNL | Prn (x 30 day) |
| | No change in lump of | |
| | scrotum. | |
| | (A) -Hyperlipidemia | |
| | - Epididymis cyst | |

DC 7147 (3-84)
IL 426-0017

000056

**STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS**

Facility: HIGC

### MEDICAL PROGRESS NOTES

Inmate's Name _Hayes, Floyd_          Inmate's Number _K03902_

| Date/Time | PSYCHIATRIST NOTE | PLANS |
|---|---|---|
| 8·14·1 | PSYCHIATRIST NOTE SEE CONSULT PSYCH____ SEE CONSULT | |
| 3/23/01 74:0A | **DENTAL NOTE** 3 my bridge popped out (yesterday) & front. Now my tooth is sensitive. C #19 Grossly Carious 22 fractured through pulp Chamber D. Caries, fracture K Paradise DDS | 1.) #19- Post & distal Canal previously treated. Caries removed, Comp. placed #22- filed 30. then 40 file. Closed TEca 2) Kefex 500mg 1 tab - Qid x 10d 3) Motrin 800mg 1 tab - tid x 10d 4) Cont endo DDS |

U00057

**STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS**

### MEDICAL PROGRESS NOTES

Facility _Dixie_

Inmate's Name _Hayes, Floyd_          Inmate's Number _K03902_

| Date/Time | S O A | PLANS |
|---|---|---|
| 3/23/01 8:16 A | **DENTAL NOTE** <br> S. Toe broke (lower) all right in pain. <br> O. Swelling noted #22-Area <br> A. post-op infection #22 | P 1) #22- opened warm water rinses 2) 1 day day in _(signature)_ DA _(drawing)_ |
| 3-22-01 SOA | Rn' note <br> Lab drawn RAC ī stick <br> lipids put to Kewl Corp | _(initials)_ |
| 5/24/01 8:30 A SOA | **DENTAL NOTE** <br> Pros Appt | P Took Imp for I/P Shade B85 <br> Cont pros <br> _(signature)_ Gerald DA |
| 5-24-01 | MD note <br> S) Review of lipid report Trigl. 640. <br> O) <br> A) Hyperlipidemia (on Zocor Rx) | **DENTAL NOTE** <br> P) Retest triglyceride + also Scoor + SGPT. <br> Be certain I'm has been fasting > 12 hr. + fatty meals ē in 45 hr. before |

DC 7147 (3-84) <br> IL 426-0017

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

### MEDICAL PROGRESS NOTES

Facility _Okill_

Inmate's Name _Dayes, Floyd_

Inmate's Number _K03902_

| Date/Time | S O A | PLANS |
|---|---|---|
| 5-29-01 506A | RN Note Lab drawn LAC ↑↑ which ALT, AST, Triglycerides Sent to Lab Corp | NK |
| | PSYCHIATRIST NOTE SEE CONSULT | |
| 2001/06/20 0840 A | NURSE NOTE See Attached Chronic Clinic Flowsheet | |
| 6/20/01 9:__ A | Medical Records Note I/m requested/received Copies of medical records | D Brimmon RRA |
| 6-22-01 9:55A SOA | DENTAL NOTE Pros. Appt | P Deliver & Adj 1 p. Await reg _____ J Gerald DA |

DC 7147 (3-84)
IL 426-0017

000059

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility:
HILL CORRECTIONAL CENTER

Inmate's Name _Hayes, Floyd_     Inmate's Number _K03902_

| Date/Time | S O A | PLANS |
|---|---|---|
| | MANDATORY PPD  4.50P | |
| | Date/Time Given/Site 7-6-01  Exp. Date 2-25-02 | |
| | Lot# CO520BA | |
| | Signed DClark | |
| | Date/Time Read 7-7-01  4pm | |
| | Results 0mm | |
| | Signed H Mohoffey rn | |
| | Inside cover, not list nt FH | |
| | updated — DClark | |
| 7-18-01 1:25p SOA | **DENTAL NOTE** Xray Appt. | P took BW Await reg S Smith pix ??? Gerald DA |
| 7/18/1 | ~~PSYCHIATRIST NOTE~~ SEE CONSULT | Ⓝ Contin RTC 8wk |
| 9/19/1 | ~~PSYCHIATRIST NOTE~~ SEE CONSULT | Ⓐ Contin RTC 8wk |

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility:
HILL CORRECTIONAL CENTER

Inmate's Name _Hayes, Floyd_

Inmate's Number _K03902_

| Date/Time | S O A | PLANS |
|---|---|---|
| 9/23/05 | "My cyst on my testicle noted." O: 98-78-18-14/70 R: side DL larger than walnut. Epidid painful. ?atient states has to push down testicle to urinate. A: Pt in comfort M.D. VISIT | P: Refer to MD urgent $2.00 copay not charged Advil 200 mg 1-2 tabs q 4-6 Amox 3x1 per ... DENTAL NOTE ... |
| 2001109124 | WT 253.8# B/P 130/64 | |
| 1140A | T 98² P 88 R 19 | — S. Stokes RN |
| | S- (No) testicular pain H/o Epididymal cyst (No) testicle ∅ fever & chill pain > at night on waking in AM. O - Testicle - (R) epididymal cyst, tender to touch. warm. A- Epididymal cyst inflamed | P - Doxycycline 100 mg ī PO BID X 10 days — f/u in 10 days for re-eval for possible referral if pain persists. _J Shepard_ |

DC 7147(3-84)
IL 426-0017

— T-3 ī tab TID for 1 well.
_J Shepard_

U00061

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility:
HILL CORRECTIONAL CENTER

Inmate's Name _Hayes, Lloyd_

Inmate's Number _K03915_

| Date/Time | S O A | PLANS |
|---|---|---|
| 10-4-01 2:18 P | **M.D. VISIT** WT _253.0_ B/P _120/64_ T _101.6_ P _68 irreg_ R _20_ | TW ? q Reflex 500 mg Q ol d |
| | Mdd Hammond ErRoR | S Bactrim DS T BID × 10 days |
| | S. Now c frequency + urgency Epididimis is OK | See me in 10 days Tylenol 1-2 Q4H prn |
| | O. Suprapubic tenderness 3 R or L | Renew Lopid + Tagamet |
| | D. ① Hyperlipidemia ✓ ② UTI ③ Gastritis | Lay In until 10/9/01 WmHamby MD, Ph.D |
| | | Hamby e note DrHardin 10-4-01 4P |
| 10/15/01 11:45 A | **M.D. VISIT** WT _250._ B/P _128/64_ T _98.2_ P _92_ R _20_ | |
| | S. Wolford RN | P. athletic supporter See 2 weeks |
| | S. Still has discomfort in left testicle | |
| | O. Exam → tender but No identified abnormality | noted RN 10-15-01 |
| | A. Resolving Epididy | WmHamby MD, Ph.D HAMby |

DC 7147(3-84)
IL 426-0017

**Page No. 15**

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

| Facility: |
| HILL CORRECTIONAL CENTER |

Inmate's Name _Hayes, Lloyd_        Inmate's Number _K03902_

| Date/Time | S O A | PLANS |
|---|---|---|
| 10/29/2001 1:30/p | **M.D. VISIT** WT _____ B/P _____ T _____ P _____ R _____ | Chronic CL Disorder |
| | S: Hyperlipidemia cholesterol +/– Lipids – very high ↑ Recurrent labs obj: Lipids ↑ | |
| | Scrotum – left Epididymal swelling & pain No Hernia C/o problem ā peeing | |
| | Dx: Chronic syndrome Chronic left testicular disorder/pain | |
| | Plan: Referral for urology w/u | 11/21/01 3wks ↑ macro doctor Stay Bld xl6d noted 7 problem 200 ×10/1 |

DC 7147(3-84)
IL 426-0017

000063

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

### MEDICAL PROGRESS NOTES

Facility:
HILL CORRECTIONAL CENTER

Inmate's Name *Hayes, Floyd*

Inmate's Number *K03902*

| Date/Time | S O A | PLANS |
|---|---|---|
| | PSYCHIATRIST NOTE<br>SEE CONSULT | ① |
| 1/14/ | | Continue |
| | | RTC 8 wk |
| 5/14/ | | United Health Services<br>11-14-01  2:30p |
| 1-9-2<br>2:30M | PSYCHIATRIST NOTE<br>SEE CONSULT | ℗ |
| | A: dyslipidemia | ① Continue  Multidisciplinary<br>② RTC 8wk |
| 1-13-02<br>2:30A | RN note<br>Low Chol diet D/C'd<br>due to repeated<br>non compliance<br>           J. Wofford RN  Wusawelyst MD, Ph.D. | |
| 1/13/02<br>7:30A | LPN Note<br>S "My cyst is bigger<br>I feel sick, I'm in<br>Pain they need me to<br>check it out any further<br>because I'm sick"<br>O- 98.8  P 100  R 22<br>BP 128/82<br>A Cyst Notice | P- Tylenol 325mg ⅓ tid<br>84.6° PRN x 3 day MD<br>Appt-  Alderson |

DC 7147(3-84)
IL 426-0017

**Page No. 17**

U000064

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility:
HILL CORRECTIONAL CENTER

Inmate's Name _Hayes Floyd_    Inmate's Number _K03902_

| Date/Time | S O A | PLANS |
|-----------|-------|-------|
| 1/14/02 9:50A | Medical Director J.R. S. Left Testicle Pain.- o. Has been seen Re above but was to be seen in F/U in 11/01 A. Need to see Re Epididymitis, Left | P. Need to see Wrsfamly MD Hamby |
| 1/15/02 | Mental Health note S see evaluation this date Osee endorse A PTSD stbl | 4 Follow UP PSI seen for 4/14/02 |
| 1/25/02 9:45A | **M.D. VISIT** WT 252.2  B/P 140/72  T 97.8  P 84  R 20  Drfackwthr | |
| | Sh Here for F/u visit for epididymitis. Took 10 day course of doxycycline Sept 01. ↑ pain lately while urinating. Penis slu curves upward (cont on next page) | |

DC 7147(3-84)
IL 426-0017

000065

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility:
HILL CORRECTIONAL CENTER

Inmate's Name _Hayes, Floyd_          Inmate's Number _KO3902_

| Date/Time | S O A | PLANS |
|-----------|-------|-------|
| 1-25-02 M.D. VISIT (cont) | O) (L) testicle pulled upwards and much higher than (R). | |
| | no scrotal erythema no penile curvature. Prehn Test/sign: ↑ pain to lift (L) scrotum. | ① Urine dip - WNL KID notify ② Doxycycline 100 mg BID x 10 d. ③ Analgesic - ibuprofen 800 mg s/p elevation of |
| | US of scrotum results from 10-9-2000 reviewed c̄ pt. | ④ testicle and ④ Prehn Test and time since last US of scrotum, |
| | A) On-going scrotal probs. US results non-conclusive but suggestive of epididymal cysts. pt. has improved in past c̄ course of antibiotics. | would recommend (4) repeat US of scrotum to evaluate for "torsion component" and/o change in cysts. ⑤ Ice pack prn. ⑥ RTC 1 wk. R.H. Shute also "Lay-In" x 7 days. R.H. Shute |

DC 7147(3-84)
IL 426-0017

000066

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

### MEDICAL PROGRESS NOTES

Facility:
HILL CORRECTIONAL CENTER

Inmate's Name ___Hayes, Floyd___

Inmate's Number ___K03902___

| Date/Time | SOA | PLANS |
|---|---|---|
| 2-6-02 2³⁰pm | MD Visit | |
| | Wt - 249.2# BP - 120/68 | |
| | T-98.4  P-80  R-20 | Hoppigen — |
| | ① Finished course of antibios. | |
| | Still c/o (L) scrotal pain | |
| | ② Also c/o numbness, tingling (R) 5th finger. Noticed lump in forearm. | |
| ⓐ | FROM of RH 5D. Sensory intact. Palpable peanut sized hard nodule extensor surface (R) forearm along course of tendon. non-tender. no surrounding erythema. | |
| | At Known Epididymal cyst. | P) Continue ibuprofen 800 mg X-ray (R) arm. RTC 10 days. R.H. Shute mD |
| | MD Appt 2-14-02 | |
| | [signature] 2-6-02 5cy | |

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

**MEDICAL PROGRESS NOTES**

Facility: Hil

Inmate's Name: Hays Floyd

Inmate's Number: K03904

| Date/Time | S O A | PLANS |
|---|---|---|
| 2/9/02 10:30 A | Radiology Note S: lump Rt arm O: N/A A: N/A | P: XR of Rt Forearm Complete, S. Alvidres Rt |
| 2/12/02 2:30 P | Medical Director J.R. X-Ray Results 2/9/02 Right Forearm Small bony outgrowth From the proximal Right ulna posteriorly. May relate to an eyostosis (Benign Bone lesion) | P. Continue Present Management Noted D. Hartr N 2-12-02 8p Wm Hamby MD, Ph.D Hamby |
| 02/14/2003 0952A | M.D. VISIT WT 247.4# B/P 110/68 T 97.8 P 80 R 18 S: ① Here to review X-ray of (R) arm report of 2-9-02. ② Also requests diff analgesic if possible for sciatic pain. (over) | — S. Stokes RN |

DC 7147 (3-84)
IL 426-0017

000068

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility
L.I.

Inmate's Name  Hays Floyd

Inmate's Number  K03902

| Date/Time | S O A | PLANS |
|---|---|---|
| 2-14-02<br>M.D.<br>VISIT<br>cont | Ice has helped<br>to ↓ discomfort.<br>③ Still c/o tingling<br>in RH digit 4 + 5.<br>Thinks it's related<br>to forearm nodule.<br><br>④ Pruritic lesions<br>lower legs.<br><br>O: Sensory intact<br>RH fingers 4 + 5.<br>digits: Full flex - ext.<br><br>skin: excoriated<br>lesions medial<br>⅓ lower legs.<br><br>scrotum: still<br>tender,<br>without swelling.<br><br>A/ ① Known Epididymal<br>cysts.<br><br>② Exostosis re<br>Enchondroma<br>® ulna | P cont ice,<br>analgesic.<br>US of scrotum has been<br>requested.<br><br>2 day lay-in /<br>d/t pain |

Page No. 22

000069

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

Facility

Hil

Inmate's Name  Hays Floyd

Inmate's Number  K03902

| Date/Time | SOA | PLANS |
|-----------|-----|-------|
| 2·14·02 M.D. VISIT cont | ulnar nerve irritation 2° to bony growth in ulna 2° | ① → schedule nerve conduction test |
| | ③ neurodermatitis | ② → cortisone cream RTC 1 month or prn. R.H. Shultz mo |
| | | noted S. Stotter RN |
| 3·6·02 2pM | PSYCHIATRIST NOTE SEE CONSULT A: dysthymia | ① — Cont Sinequan Ryset 75mmg HS — ATC 9wce noted Dr. [illegible] 3·6·02 3.30 |

DC 7147 (3-84)
IL 426-0017

**Page No. 23**

**STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS**

### MEDICAL PROGRESS NOTES

Facility: _Hil_

Inmate's Name _Hays Floyd_    Inmate's Number _K03902_

| Date/Time | S O A | PLANS |
|-----------|-------|-------|
| 3/19/02 7:25A | **M.D. VISIT**  WT 248.4  B/P 122/68  T 98.8  P 88  R 20 | |
| | S) S. Walford RN Pruritic rash (L) lower leg and foot. O) few scattered excoriated lesions med aspect (L) lower leg + dorsum of foot. A) neurodermatitis | ↓ —ibuprofen as ordered — Cortisone cream. Sched 4/15 — RTC 1 mo. R. H. Shute mo noted S. Walford RN 3/19/02 |

000071

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility:
HILL CORRECTIONAL CENTER

Inmate's Name _Hayes, Floyd_                Inmate's Number _K03902_

| Date/Time | S O A | PLANS |
|-----------|-------|-------|
| 3/27/02 10:00 A | Medical Record Note 1/m requested / Received Copies of medical Records. Brian was over | |
| 4/17/02 10:05 A | M.D. VISIT WT 248.8 B/P 138/72 T 130/72 P 100 R 72 *Allergy* GM° | |
| | 5) - Scrotum occ swells up but responds to ice packs. Out of ibuprofen. (R) arm about same. Rash (L) foot improved while using 1% HC cream, but not c̄ 0.025% cream. | (P) ↓ |
| | O) Faded erythema dorsum (L) foot, leg. Scrotal exam Deferred. Examined many times before. | — 1% HC cream as ordered. — ibuprofen for arm |
| | A) Known Scrotal Cyst. Neurodermatitis | — Renew pass to obtain ice prn daily x 60 d. |
| | | R.H. - Shute |
| | | J Cole W |

DC 7147(3-84)
IL 426-0017

000072

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

MEDICAL PROGRESS NOTES

Facility:
HILL CORRECTIONAL CENTER

Inmate's Name _Hayes, Floyd_    Inmate's Number _K03902_

| Date/Time | S O A | PLANS |
|---|---|---|
| 4/02/04 9:15A | M H note See PSY every 4K Outlay stole Pow | no follow in 0 x I die P4d. |
| 5-12 330 pm | PSYCH NOTE SEE CONSULT A - dysthym (PTSD) | Sinequn 75 mg/HS R T C PWd Noted 5-12 Danbut |
| 6/14/02 0800 | Acua Note: Respond to inquiries regarding Prostal Cyst? | [signature] |
| 6/21/02 10:30A | Medical Record Note I/m requested /Received Copies of medical record | ABrinum nrn |
| 6/26 | M.D Psych Level one lock down A - dysthym | Cap Sinaqun liqmd 75 mg/kc HS |

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

Facility:
HILL CORRECTIONAL CENTER

Inmate's Name _____  Inmate's Number _____

| Date/Time | S O A | PLANS |
|---|---|---|
| 7/10/02 0630 | Medical Director Note Grievance Response Completed. | noted fnd RN pwialynd 7-10-02 |
| | | Wm Hambly MD Hamby |

MANDATORY PPD

Date/Time Given/Site 7-13-02 @ arm 33°
Lot# _____ Exp. Date 1/0³
Signed _____
Date/Time Read _____
Results _____
Signed _____

### MEDICAL PROGRESS NOTES

INMATE NAME: Hayes, Floyd

INMATE IDOC # 263902 LOCATION HH LAB DATE 7/11/02 TIME 940

S: _____  P: _____

O: _____

A: LB, CBC

_____ Brannan

DC710-1195 (EFF 07-98)
IL426-21868

DC 7147(3-84)
IL 426-0017

000074

# STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

## MEDICAL PROGRESS NOTES

Facility:
HILL CORRECTIONAL CENTER

Inmate's Name ___Hays Floyn___  Inmate's Number ___K03902___

| Date/Time | S O A | PLANS |
|---|---|---|
| 7-13-02 5A | RN note Lipid profile drawn U AC | Manager. EDF12803652 |
| 7-13-02 9¹⁰/A | NURSE NOTE PE COMPLETED. SEE PHYSICIAN'S EXAM | D Newton |
| 7/15/02 | Medical Director J.R. Lab Results 7/13/02 T Chol 205 TG's 602 HDL 29 Noted D Newton 7-15-02 1030 | Needs to be seen + Rx resumed for ↑ Triglycerides + ↓ HDL. Wm Hamby MD Hamby |
| 07/23/2003 1228P | RN Note this I/m signed refusal for general med clinic c̄ Dr. Hamby | S. Stotes RN Wm Hamby MD |
| 07/29/2003 0212P | RN Note - lab this I/m signed refusal for routine EKG | S. Stotes RN Wm Hamby MD |
|  |  |  |
|  |  |  |

DC 7147(3-84)
IL 426-0017

000075

**Page No. 28**

STATE OF ILLINOIS DEPARTMENT OF CORRECTIONS

**MEDICAL PROGRESS NOTES**

Facility:
HILL CORRECTIONAL CENTER

Inmate's Name _Hayis Floyd_          Inmate's Number _K03902_

| Date/Time | S O A | PLANS |
|---|---|---|
| 7/30/02 | Medical Director Note This offender has refused to be seen on M.D call line & has refused his E.C.G. Had Labs drawn on 7/13/02. Has Not seen physician since 4/17/02. Medicines have expered. | P. Right to refuse. Note 7/30/02 W Clark RN Wu Hamby MD Hamby |
| 7/31/2 | M.D Psych _illegible_ | Strength liquid 75 mg/ml _illegible_ 7-31-12 |
| 8/7/02 8⁰⁰ | RN note Health Status Completed for MSR 8/5 _S Snyder RN_ | |

DC 7147(3-84)
IL 426-0017

**Page No. 29**

STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS

**Facility:**
HILL CORRECTIONAL CENTER

### MEDICAL PROGRESS NOTES

Inmate's Name _Hays Floyd_        Inmate's Number _KV3912_

| Date/Time | S O A | PLANS |
|---|---|---|
| 08/14/2009 1030A | RN Note – Discharge planning chart reviewed – discharge planning deemed necessary for hyperlipidemia, bone tumor ® femur mets femur, PTSD, & dysthmia | S. States RN |
| 08/14/2009 215P | RN Note Rxxxxx completed discharge planning c̄ this I/M | S. States RN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DC 7147(3-84)
IL 426-0017

000077

**Page No. 30**