**E-FILED**
Tuesday, 24 October, 2006  11:39:42 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| FLOYD K. HAYES, | ) | |
| | ) | |
| plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 04- CV-1062 |
| | ) | |
| Donald N. Snyder, Jesse Montgomery, | ) | |
| Mark. A. Pierson, Wanda L. Bass, | ) | |
| William M. Hamby, MD., PhD., | ) | |
| each in their individual | ) | |
| capacities only, | ) | |
| | ) | |
| defendants. | ) | |

<u>DECLARATION OF FLOYD K. HAYES</u>

Floyd K, Hayes, in accordance with 28 U.S.C. § 1746, declares as follows:

1.     I am the plaintiff in the above-referenced case.

2.     I am making this Declaration on my own personal knowledge in support of my response to the various defendants' motions for summary judgment.

3.     The defined terms I am using in this Declaration are the same as I use in my response brief.

4.      If called to testify in this case, I could and would testify to the facts set forth below.

5.     These facts supplement the transcript of my deposition, which I gave on January 14, 2005.

6.     During my deposition, defendants' counsel asked me a number of questions about the nature and extent of my left testicular pain, but they did not ask me what I told Dr. Hamby about that pain when I saw him on October 4 and October 15, 2001.

7.      During those two visits, I told Dr. Hamby (as I had told the other doctor the week before, and as I told Dr. Shute and the nurses I saw subsequently) that my left testicle was swollen and cramping and was causing me extreme pain.

8.      I am attaching four documents to this Declaration.

9.      Exhibit AA (which was marked as Exhibit AA during the deposition of Dr. Hamby) is a true and accurate copy of a page from my medical records indicating that, on July 13, 2002, following my meeting with a nurse from the Medical Unit, I was prescribed Ibuprofen for the pain in my testicles.

10.      Exhibit BB (which likewise was marked as Exhibit BB during Dr. Hamby's deposition) are true and accurate copies of Sick Call Requests that I submitted to the Medical Unit on, respectively, May 31, June 7 and June 14, 2002.

11.      As indicated during my deposition, I made a fourth sick call request during this period, but I either did not make or cannot locate my copy of that fourth request.

12.      I made each of these requests after Dr. Shute had left HCC and I no longer was receiving ice packs for my testicular swelling and pain.

13.      The ice packs provided some temporary relief from the pain, but they did so only for brief periods of time and left me in extreme pain for the remainder of the day.

14.      During my deposition, defendants' counsel did not show me the sick call requests, or any other documents from this period, so I estimated that the ice pack termination and the sick call requests started in July 2002.

15.      Upon reviewing my copies of the sick call requests and the other documents from this period, I now know that I actually stopped receiving the ice packs, and began submitting the requests, in late May 2002.

16.      I made the copies contained within Ex. BB concurrently with submitting them to the Medical Unit.  Then, when I received no response to these requests, I made the notation "No Response to this Request" on the dates reflected at the bottom of the requests.

17.      I provided copies of these requests to my counsel as part of the file of documents that I gave to him after I retained his services.

2

18.     Exhibit CC (which likewise was marked as Exhibit CC during Dr. Hamby's deposition) is a true and accurate copy of a letter that I sent to Ms. Wanda L. Bass on June 10, 2002, regarding "Medical Attention; Extreme Pain".

19.     Exhibit DD (which has not previously been marked in this case) is a true and accurate copy of the May 24, 2002, memorandum that I received from Ms. Bass on or about May 24, and to which I referred in my June 10 letter.

20.     I never refused to see any HCC doctor about my problems with and pain in my testicles.

I declare under the penalties for perjury that the foregoing is true and correct.

Dated: October 19, 2006


_____/s/ Floyd K. Hayes_____
            Floyd K. Hayes