UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FLOYD K. HAYES, | ) |
| plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 04- CV-1062 |
| Donald N. Snyder, Jesse Montgomery, Mark. A. Pierson, Wanda L. Bass, William M. Hamby, MD., PhD., each in their individual capacities only, | ) ) ) ) ) ) ) |
| defendants. | ) |

PROOF OF SERVICE

      I, Jonathan A. Backman, an Illinois attorney, hereby certify that on October 24, 2006, I electronically filed the **Declaration of Floyd K. Hayes** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Choate, Esq.
kchoate@atg.state.il.us, jginter@atg.state.il.us, jedwards@atg.state.il.us, bmyers@atg.state.il.us

Theresa Powell, Esq.
tpowell@hrva.com, sprecf@hrva.com, ejarman@hrva.com

and I hereby certify that I have delivered the document by United States Mail, postage pre-paid, to the following non-CM/ECF participant(s):

No Manual Recipients.

                                                                     /s/ Jonathan A. Backman
                                                                        Jonathan A. Backman