E-FILED
Friday, 05 January, 2007  03:13:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| FLOYD K. HAYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-1062 |
| | ) | |
| DONALD N. SNYDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO CONTINUE SUBMISSION OF FINAL PRE-TRIAL
ORDER, FINAL PRE-TRIAL CONFERENCE, AND TRIAL PENDING
RESOLUTION OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

NOW COME the Defendants, DONALD N. SNYDER, JR., JESSE MONTGOMERY, MARK PIERSON, and WANDA BASS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submit their motion to continue submission of final pre-trial order, final pre-trial conference, and trial pending resolution of Defendants' motions for summary judgment. In support thereof, Defendants state as follows:

1. A final pre-trial conference is set in this case for January 18, 2007, and trial is set for February 20, 2007.

2. The defendants cited above filed a motion for summary judgment on September 15, 2006 [33 & 34]. Co-defendant, Dr. Hamby, filed a motion for summary judgment on August 31, 2006 [32]. To date, neither motion has been ruled upon.

3. If granted, the summary judgment motions could dispose this case in its entirety.

4. Until resolution of the motions for summary judgment, none of the parties, nor their counsel, can prepare for trial with any certainty.

5. The undersigned has received agreement from both Ms. Powell, counsel for Defendant Hamby, and Mr. Backman, Plaintiff's counsel.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant their motion to continue pending resolution of the summary judgment motions.

    Respectfully submitted,

    DONALD N. SNYDER, JR., JESSE MONTGOMERY, MARK PIERSON, and WANDA BASS,

    Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FLOYD K. HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 04-1062 |
| | ) |
| DONALD N. SNYDER, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 5, 2007, I electronically filed a Motion to Continue Submission of Final Pre-trial Order, Final Pre-trial Conference, and Trial Pending Resolution of Defendants' Motions for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jonathan A. Backman | Theresa M. Powell |
| Law Office of Jonathan Backman | Heyl, Royster, Voelker & Allen |
| jbackman@backlawoffice.com | tpowell@hrva.com |

and I hereby certify that on January 5, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

    None

                             Respectfully Submitted,
                             s/ Kelly R. Choate
                             Kelly R. Choate, #6269533
                             Assistant Attorney General
                             Attorney for Defendants
                             500 South Second Street
                             Springfield, Illinois  62706
                             Telephone:  (217) 782-9026
                             Facsimile:   (217) 524-5091
                             E-Mail:  kchoate@atg.state.il.us