# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**FILED**

MAR 2 0 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**FLOYD K. HAYES**

vs.

Case Number: **04-1062**

**DONALD N. SNYDER**, Director of the IDOC,
 in his individual capacity;
**JESSE MONTGOMERY**, Asst Deputy Director of the IDOC,
 in his individual capacity;
MARK A. PIERSON, Warden of Hill Correctional Facility,
 in his individual capacity;
WANDA L. BASS, Asst Warden of Programs at HFC,
 in her individual capacity;
WILLIAM M. HAMBY, MD, PhD, in his individual capacity

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff, plus costs of suit.

ENTER this 20th day of March, 2007.

JOHN M. WATERS, CLERK

s/ H. Kallister
BY: DEPUTY CLERK