05415 P0600
TMP/ej

E-FILED
Tuesday, 17 April, 2007 01:52:37 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FLOYD K. HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-CV-1062 |
| ) | |
| DONALD N. SNYDER, et al. ) | |
| ) | |
| Defendants. ) | |

## RESPONSE TO PLAINTIFF'S MOTION TO ALTER JUDGMENT

NOW COMES the Defendant, WILLIAM M. HAMBY, M.D., by his attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and for his Response To Plaintiff's Motion To Amend and Alter Grant of Summary Judgment, states:

1. The Plaintiff is seeking to establish that a question of material fact exists with respect to the cause of action against Dr. Hamby for deliberate indifference.

2. In support of Plaintiff's Motion to Alter and/or Amend, Plaintiff makes reference to Plaintiff's own declaration and statements that he made complaints of severe pain. These references provide no testimony to suggest that Dr. Hamby knew the Plaintiff suffered from pain, even if that were the only element necessary to defeat Defendant's Motion For Summary Judgment.

3. Similarly, Plaintiff claims that he made complaints of pain to other medical staff. Again, this is irrelevant as it relates to Dr. Hamby's knowledge.

4. Moreover, the citations made by the Plaintiff reference his own statements rather than statements of Dr. Hamby or any notations made by him.

5. Plaintiff also claims that Dr. Hamby could have provided Plaintiff with substantial relief from pain by referring him to a urologist or providing him with Ibuprofen, ice packs, or narcotic pain medication. Again, Plaintiff cites to Plaintiff's statement rather than any testimony of a physician. Again, the evidence cited by the Plaintiff is insufficient to establish either Dr. Hamby's

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P0600
TMP/ej

knowledge or that the Plaintiff suffered from a serious medical need which required any of the treatment suggested.

6. As this Court's Order specifically indicates, there is simply no evidence to establish that Plaintiff suffered from a serious medical condition as that terminology is defined by law. Plaintiff was not at substantial risk of harm as a result of these alleged complaints of pain in the area of his testicles. Again, when Plaintiff was first seen by a urologist, that urologist found there to be no medical condition requiring treatment. Prior to that time, there was no documentation acknowledged by Dr. Hamby to suggest that he believed the patient suffered from a condition which required medical treatment or evaluation other than what was provided.

7. The Plaintiff also makes reference to a claim that the doctor did not believe Plaintiff's complaints that the retracting testicle caused him severe pain. In fact, Dr. Hamby testified that a retracting testicle cannot cause pain. Plaintiff has put forth no evidence to indicate a medical condition that would cause the Plaintiff pain in association with his testicles. Dr. Hamby has testified that such a condition does not cause pain as it is common knowledge that testicles retract when cold without causing pain.

8. Plaintiff's counsel and Plaintiff's statements are the only references to complaints of "severe pain". As there is no evidence of any medical condition causing these complaints, Dr. Hamby testified, as is referenced in the initial Motion For Summary Judgment, that he cannot provide medications for no condition whatsoever. As he also indicated, inmates make complaints which cannot sometimes not be justified. If every physician had to provide narcotic pain medications for everyone who simply said I have severe pain without substantiating any sort of medical condition,

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-P0600
TMP/ej

many individuals would have to be given narcotic pain medications under this specific standard as suggested by Plaintiff's counsel.

9. This same standard would be applied to anyone, both in the outside world and within the setting of corrections. Patients are not simply provided narcotic pain medication when no specific medical condition is identified that might be causing that pain.

10. The mere fact that Dr. Amin, a board-certified urologist, found no urological complaints suggestive of the need for any sort of medication, including pain medication, is sufficient in and of itself to establish that Dr. Hamby's care and treatment did not constitute deliberate indifference. Both Dr. Hamby and Dr. Amin testified in their depositions that they relied upon their medical judgment and their assessment of the Plaintiff when making their decisions. Anything else in this case is insufficient to establish a question of fact.

HEYL ROYSTER
VOELKER
&ALLEN

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**

05415-P0600
TMP/ej

    WHEREFORE, Defendant prays that this Court will deny Plaintiff's Motion to Alter the Judgment of March 20, 2007.

                              Respectfully submitted,

                              WILLIAM M. HAMBY, M.D., Defendant

                              HEYL, ROYSTER, VOELKER & ALLEN,
                              Attorneys for Defendant

BY:   /s/Theresa M. Powell
        Theresa M. Powell, #6230402
        HEYL, ROYSTER, VOELKER & ALLEN
        Suite 575, National City Center
        P. O. Box 1687
        Springfield, IL  62705
        Phone: (217) 522-8822
        Fax:    (217) 523-3902
        E-mail:tpowell@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**

05415-P0600
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, I electronically filed Response To Plaintiff's Motion To Amend and Alter Grant of Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

    Kelly R. Choate
    kchoate@atg.state.il.us

    Jonathan A. Backman
    jbackman@backlawoffice.com

    Respectfully submitted,
    s/Theresa M. Powell
    HEYL, ROYSTER, VOELKER & ALLEN
    Suite 575, National City Center
    P.O. Box 1687
    Springfield, IL 62705
    Phone: (217) 522-8822
    Fax:     (217) 523-3902
    E-mail:tpowell@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

**Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822**

5