UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Floyd K. Hayes, | ) |
|       plaintiff, | ) |
| v. | ) Case No. 04- CV-1062 |
| | ) Honorable Michael M. Mihm |
| Donald N. Snyder, Jesse Montgomery, Mark. A. Pierson, Wanda L. Bass, William M. Hamby, MD., PhD., each in their individual capacities only, | ) |
|       defendants. | ) |

## NOTICE OF APPEAL

Plaintiff Floyd K. Hayes, by his undersigned counsel, appeals to the United States Court of Appeals for the Seventh Circuit from the Order entered by the District Court on March 19, 2007, granting summary judgment to all defendants, and from the final judgment entered against plaintiff by the District Court on March 20, 2007.

Dated: July 27, 2007

                                    Respectfully submitted,

                                    /s/ Jonathan A. Backman
                                    Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
jbackman@backlawoffice.com

*Attorney for Plaintiff Floyd K. Hayes*

## CERTIFICATE OF SERVICE

I, Jonathan A. Backman, an Illinois attorney, hereby certify that on July 27, 2007 I electronically filed the foregoing **Notice of Appeal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Choate, Esq.
Illinois Attorney General's Office
Assistant Attorney General
500 South Second St
Springfield, IL 62706
(217) 782-9026
FAX: (217) 782-1090
kchoate@atg.state.il.us, jginter@atg.state.il.us, jedwards@atg.state.il.us, bmyers@atg.state.il.us

Theresa Powell, Esq.
Heyl, Royster, Voulker & Allen
1 N. Old State Capitol Plaza
Suite 575
POB 1687
Springfield, IL 62705
Theresa M Powell
tpowell@hrva.com,  sprecf@hrva.com, ejarman@hrva.com

and I hereby certify that I have delivered the document by United States Mail, postage pre-paid, to the following non-CM/ECF participant(s):

No Manual Recipients.

                                                 /s/ Jonathan A. Backman
                                                    Jonathan A. Backman