UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Floyd K. Hayes,                      ) | |
|           plaintiff,          ) | |
| v.                                   ) | Case No. 04- CV-1062 |
|                                      ) | Honorable Michael M. Mihm |
| Donald N. Snyder, Jesse Montgomery,  ) | |
| Mark. A. Pierson, Wanda L. Bass,     ) | |
| William M. Hamby, MD., PhD.,         ) | |
| each in their individual             ) | |
| capacities only,                     ) | |
|           defendants.        ) | |

## APPELLATE DOCKETING STATEMENT

This case arises under 42 U.S.C. § 1983 and the Eighth Amendment of the Constitution of the United States of America. Jurisdiction of the District Court was invoked pursuant to 28 U.S.C. § 1331. This Court possesses jurisdiction over this appeal pursuant to 28 U.S.C. § 1291.

On March 3, 2004, plaintiff filed a complaint in the United Stated District Court for the Central District of Illinois, Case No. 04-cv-1062, alleging the defendants violated his Eight Amendment rights by depriving plaintiff Floyd K. Hayes of appropriate medical treatment while he was an inmate at Hill Correctional Facility, Knox County, Illinois. On March 19, 2007, the Honorable District Judge Michael M. Mihm entered an order granting summary judgment to all defendants, and on March 20, 2007, the Court entered a final judgment against plaintiff.

On April 2, 2007, plaintiff filed a motion to amend and alter the March 19 order and the March 20 judgment as to defendant William M. Hamby, MD., PhD., only.  On July 5, 2007, the District Court denied this Motion.  No further post- judgment motions have been filed, and no claims remain pending in the District Court.  Plaintiff's Notice of Appeal is being filed concurrently herewith in accordance with Circuit Rule 3(c)(1) of the United State Court of Appeals for the Seventh Circuit.

Dated: July 27, 2007

Respectfully submitted,

/s/ Jonathan A. Backman
Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
jbackman@backlawoffice.com

*Attorney for Plaintiff Floyd K. Hayes*

# CERTIFICATE OF SERVICE

I, Jonathan A. Backman, an Illinois attorney, hereby certify that on July 27, 2007, I electronically filed the foregoing **Appellate Docketing Statement** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Choate, Esq.
Illinois Attorney General's Office
Assistant Attorney General
500 South Second St
Springfield, IL 62706
(217) 782-9026
FAX: (217) 782-1090
kchoate@atg.state.il.us, jginter@atg.state.il.us, jedwards@atg.state.il.us, bmyers@atg.state.il.us

Theresa Powell, Esq.
Heyl, Royster, Voulker & Allen
1 N. Old State Capitol Plaza
Suite 575
POB 1687
Springfield, IL 62705
Theresa M Powell
tpowell@hrva.com,  sprecf@hrva.com, ejarman@hrva.com

and I hereby certify that I have delivered the document by United States Mail, postage pre-paid, to the following non-CM/ECF participant(s):

No Manual Recipients.

    /s/ Jonathan A. Backman
    Jonathan A. Backman