## *SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois          Docket No.: 06-1042

Division:  Peoria

***Plaintiff (Petitioner)      Short Caption      Defendant (Respondent)***

Floyd K hayes                              v.      Donald N. Snyder, et al.

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Johnathan A Backman                     Name: Kelly r Choate

Firm: Law Office of Jonathan A Backman        Firm: IL Atty General

Address: 117 N Center St                      Address: 500 S Second St

Bloomington, IL 61701                         Springfield, IL 62706

Phone: (309) 820-7420                         Phone: (217) 782-9026

---

Judge: Michael M. Mihm                        Nature of Suit Code:  440

Court Reporter: Karen Hanna                   Date Filed in District Court:  3/3/04

                                              Date of Judgment: 3/20/07

                                              Date of Notice of Appeal: 7/27/07

Counsel:   ___Appointed      _X__Retained   ___Pro Se

Fee Status:   _X__Paid     ___Due      ___IFP       ___IFP Pending     ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     _X__Yes      ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**