UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Floyd K. Hayes, | ) |
|     plaintiff, | ) |
| v. | ) Case No. 04- CV-1062 |
| | ) Honorable Michael M. Mihm |
| Donald N. Snyder, Jesse Montgomery, Mark. A. Pierson, Wanda L. Bass, William M. Hamby, MD., PhD., each in their individual capacities only, | ) |
|     defendants. | ) |

MOTION TO SUPPLEMENT RECORD ON APPEAL

Plaintiff Floyd K. Hayes, by his undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 10(e), to supplement the Record on Appeal. In support of his motion, plaintiff states as follows:

1. On March 3, 2004, plaintiff filed a complaint in this case, alleging that defendants violated his Eight Amendment rights by depriving plaintiff of appropriate medical treatment while he was an inmate at Hill Correctional Facility, Knox County, Illinois.

2. On August 31, 2006, defendant William Hamby, MD, filed a motion for summary judgment.

3. On September 15, 2006, the remaining defendants also filed a motion for summary judgment.

4. On October 16, 2006, plaintiff filed a consolidated response to both motions for summary judgment.

5. On March 19, 2007, this Court entered an order granting summary judgment to all defendants, and on March 20, 2007, the Court entered a final judgment against plaintiff.

6. On April 2, 2007, plaintiff filed a motion to amend and alter the March 19 order and the March 20 judgment as to defendant William M. Hamby, MD., PhD., only.

7. On July 5, 2007, the District Court denied this Motion.

8. On July 27, 2007, plaintiff filed a Notice of Appeal of the March 19 order and March 20 judgment.

9. On July 27, 2007, the Clerk of this Court transmitted the Short Record on Appeal to the Seventh Circuit Court of Appeals. The Court of Appeals docketed the Record on Appeal the same day as Appeal No. 07-2783.

10. Pursuant to Circuit Court Rule 10, the Record on Appeal will not contain any briefs, memorandums or affidavits.

11. Since plaintiff is appealing the decision of this Court in granting summary judgment to the defendants, he believes that the parties' submissions in connection with defendants' motions for summary judgment, and his motion to amend the grant thereof, could prove to be material and important to the arguments on appeal.

12. Specifically, the plaintiff moves to supplement the record with the following documents:

- a. MOTION for Summary Judgment by Defendant William M. Hamby, with exhibits, filed August 31, 2006 (Docket Entry # 32);

- b. MOTION for Summary Judgment by Defendants Donald N. Snyder, Jesse Montgomery, Mark A. Pierson, Wanda L. Bass filed September 15, 2006 (Docket Entry # 33);

- c. MEMORANDUM in Support re MOTION for Summary Judgment filed by Defendants Donald N. Snyder, Jesse Montgomery, Mark A. Pierson, Wanda L. Bass, with exhibits, filed September 15, 2006 (Docket Entry # 34);

- d. RESPONSE to Motion re (32) MOTION for Summary Judgment, (33) MOTION for Summary Judgment, with exhibits, filed by Plaintiff Floyd K. Hayes on October 16, 2006 (Docket Entry #36);

- e. AFFIDAVIT in Opposition re (33) MOTION for Summary Judgment,(32) MOTION for Summary Judgment filed by Plaintiff Floyd K. Hayes on October 16, 2006 (Docket Entry # 37)

- f. REPLY to Response to Motion re (33) MOTION for Summary Judgment filed by Defendants Donald N. Snyder, Jesse Montgomery, Mark A. Pierson, Wanda L. Bass on October 30, 2006 (Docket Entry # 39);

- g. REPLY to Response to Motion re (32) MOTION for Summary Judgment filed by Defendant William M. Hamby on October 30, 2006 (Docket Entry # 40);

- h. MOTION to Alter Judgment of March 20, 2007 (Grant of Summary Judgment to Dr. Hamby) by Plaintiff Floyd K. Hayes filed April 2, 2007 (Docket Entry # 44); and

- i. RESPONSE to Motion re (44) MOTION to Alter Judgment of March 20, 2007 (Grant of Summary Judgment to Dr. Hamby) filed by Defendant William M. Hamby on April 17, 2007 (Docket Entry # 45).

WHEREFORE, plaintiff prays that this Court enter an Order directing the Clerk of the Court to supplement the Record on Appeal to the Seventh Circuit Court of Appeals with the documents listed in paragraph 12 above, and granting plaintiff such other and further relief as may be just and proper.

Dated: August 3, 2007

Respectfully submitted,

/s/ Jonathan A. Backman
Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
jbackman@backlawoffice.com

*Attorney for Plaintiff-Appellant Floyd K. Hayes*

<u>CERTIFICATE OF SERVICE</u>

I, Jonathan A. Backman, an Illinois attorney, hereby certify that on August 3, 2007 I electronically filed the foregoing **Motion to Supplement Record on Appeal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Choate, Esq.
Illinois Attorney General's Office
Assistant Attorney General
500 South Second St
Springfield, IL 62706
(217) 782-9026
FAX: (217) 782-1090
kchoate@atg.state.il.us, jginter@atg.state.il.us, jedwards@atg.state.il.us, bmyers@atg.state.il.us

Theresa Powell, Esq.
Heyl, Royster, Voulker & Allen
1 N. Old State Capitol Plaza
Suite 575
POB 1687
Springfield, IL 62705
Theresa M Powell
tpowell@hrva.com, sprecf@hrva.com, ejarman@hrva.com

and I hereby certify that I have delivered the document by United States Mail, postage pre-paid, to the following non-CM/ECF participant(s):

No Manual Recipients.

                                                                              /s/ Jonathan A. Backman
                                                                                   Jonathan A. Backman