UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **FLOYD K. HAYES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Law No.  04 CV 01062 |
| **DONALD N. SNYDER, JESSE , MONTGOMERY, MARK A. PIERSON WANDA L. BASS, WILLIAM M. HAMBY, MD PhD,** | ) ) ) ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW RECORD ON APPEAL

NOW COMES, Defendant, WILLIAM HAMBY, MD, by his attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and hereby requests record on appeal for purposes of writing the brief in the Seventh Circuit Court of Appeals.

WILLIAM HAMBY, MD

By:  /s/   Craig L. Unrath
HEYL, ROYSTER, VOELKER & ALLEN
Craig L. Unrath
#6207905

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

## PROOF OF SERVICE

Craig L. Unrath, one of the attorneys for the Defendant, WILLIAM HAMBY, MD, certifies that on December 10, 2007, the foregoing Motion to Withdraw Record on Appeal was electronically filed with the Clerk of the Court using the CM/ECF system.

Jonathan A. Backman
jbackman@backlawoffice.com

Kelly R. Choate
kchoate@atg.state.il.us

                                        /s/   Craig L. Unrath
                                             Craig L. Unrath
                                               #6207905

HEYL ROYSTER
VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FLOYD K. HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Law No.  04 CV 01062 |
| DONALD N. SNYDER, JESSE , | ) |
| MONTGOMERY, MARK A. PIERSON | ) |
| WANDA L. BASS, WILLIAM M. | ) |
| HAMBY, MD PhD, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This cause coming on the motion of Defendant, William Hamby, MD, by HEYL, ROYSTER, VOELKER & ALLEN, to withdraw the record on appeal is hereby:

_____   Granted

_____   Denied

_____
Judge of the Central District Court

G:\00\P0600\P0600ACD 003 m withdraw roa.wpd

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400