

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

December 12, 2007

**FILED**
DEC 1 3 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Floyd K. Hayes )
Plaintiff )
)
)
vs ) Case # 04-1062
)
Donald N. Snyder, et al )
Defendant )
)

**RECEIPT**

**Received** from John M Waters, Clerk, United States District Court for the Central District of Illinois, original ROA consisting of 2 volumes of pleadings.

Date: 12-13-07

_Craig Unrath_ for Mr. Unrath
Craig Unrath, Attorney for Dft. William M. Hamby, M.D.