E-FILED
Thursday, 17 April, 2008 11:49:19 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ORAL ARGUMENT

Date: April 16, 2008

By the court:

| | |
|---|---|
| FLOYD K. HAYES,<br>    Plaintiff-Appellant,<br><br>No. 07-2783    v.<br><br>DONALD N. SNYDER, JR., Director of the IDOC, JESSE MONTGOMERY, Assistant Deputy Director of the IDOC, MARK A. PIERSON, Warden of the Hill Correctional Facility, sued in their individual capacities, et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>]<br>] No. 04 C 1062<br>]<br>] Michael M. Mihm,<br>]    Judge.<br>]<br>]<br>]<br>]<br>] |

    **IT IS ORDERED** that this case be orally argued on Friday, May 30, 2008, in the Courtroom of the United States Court of Appeals for the Seventh Circuit, 219 South Dearborn, Room 2721, Chicago, Illinois at 10:00 a.m.

    Oral argument will be no more than 10 minutes for each side. Counsel are advised that the panel of judges assigned to oral argument may decide, after reading the briefs, that less time is required for oral argument.

    **IT IS FURTHER ORDERED** that counsel notify the Calendar Clerk (312-435-5850) who will present oral argument by completing and returning the enclosed post card to the court. Notice must be received in the clerk's office no later than 5 business days prior to the scheduled argument date.

    Copies of this notice have been sent to counsel of record.

NOTE: Any request for waiver or postponement of a scheduled oral argument must be made by formal motion, with proof of service on all other counsel or parties, and must be received by the court within five calendar days from the date at the top of this notice. Postponements will be granted only in extraordinary circumstances. See Circuit Rule 34(e).

Please review the attached "Special Notice to Counsel Who Will Present Oral Argument" for important requirements and information about oral