E-FILED
Friday, 18 April, 2008  02:16:11 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Pamela E. Robinson
Clerk of Court

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

April 18, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Hayes v. Snyder
D. C. Docket No. 04-1062
U. S. C. A. Docket No. 07-2783

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

2- Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY:____s/ T. Kelch_____
     Deputy Clerk